Exhibit 8 – Exhibit A

CJ-2024-60

IN THE DISTRICT COURT OF
Payne County, Oklahoma
FILED

FEB 22 2024

BY _____

Prepared for:

# Perkins Public Works Authority



## CITY OF Perkins

110 N. Main Street
Perkins, OK 74059

**Re: Request for Proposals for Automated Meter Reading System, Project ORF-16-0004-CW**

**Due: Tuesday, August 18, 2015 at 4:00 p.m.**

By:
Josh Brant
**Ferguson Waterworks Meter and Automation Group**
2220 SE 18th St
Oklahoma City, OK 73129
josh.brant@ferguson.com
501.628.8792

On Behalf of:
**Mueller Systems**
10210 Statesville Boulevard
Cleveland, North Carolina 27013



000723
EXHIBIT A



## Table of Contents

**Required Documentation:**

- Section 1- Cover Letter
   - o  Addenda Acknowledgement
- Section 2- Technology Solution Overview
   - o  Technical Specifications
- Section 3- Scope of Services
   - o  Installation Services Overview
- Section 4- References
- Section 5- Product Specification Sheets
- Section 6- Warranty
- Section 7- Financials
- Section 8- Project Team
- Section 9- Ferguson Online
- Appendix A – Required Forms
   - a) Bid Proposal Form
      - ▪  Bid Bond
      - ▪  Certificate of Insurance
   - b) Affidavits
   - c) Battery Replacement Letter
   - d) Exceptions and Notations

 **FERGUSON** *Waterworks*

**Mueller** SYSTEMS

*Meter & Automation Group*

2650 S. Pipeline Rd.
Euless, TX 76040
Ph: 817.807.2198

Section 1

August 17, 2015

Perkins Public Works Authority
110 North Main Street
Perkins, OK 74059

Dear Sir:

Thank you for considering our company for participation in the Perkins PWA's search for an AMR System and Installation Services. We believe our enclosed proposal offers the PWA the best available system functionality currently on the market, greater deployment choices, and the peace of mind that comes from partnering with a leading industry innovator and supplier. In this proposal, we recommend the Mueller Systems Hot Rod™ Mobile Automated Meter Reading (AMR) System.

Mueller Systems' advanced AMR system design outpaces every other contender. We have highlighted some of the features below:

❧ **High Performance** – Conveying data every two seconds and on multiple channels, Hot Rod™ transmitters increase your ability to capture drive-by meter readings up to 400%.

❧ **In-house Installation Team** – Ferguson Waterworks Meter and Automation Group employs our own experience installation team with over 13 years experience, 600,000 meters/radios installed, electronic data capture during install, 3 pictures per install, GPS coordinates gathered, meter pit vacing standard, and a web-based installation tracking and monitoring tool available for the City to use during the installation process to track progress and specifics behind each meter change out.

❧ **Tamper Detection** – A number of tamper indicators are deployed within the Hot Rod™ system. These include low and high leak indicators, backflow indicator, no communication indication, no flow condition, and battery status.

❧ **Data Logging and Leak detection** – The Hot Rod™ Mobile AMR system includes a comprehensive and powerful data logging feature called Consumption Profiling – capable of 170 days of hourly consumption data at each account.

❧ **20 year battery life** – Hot Rod™ transmitter battery life expectancy and warranty of 20 years.

❧ **Meter Accuracy**- every meter is tested prior to leaving the factory and meets or exceeds all AWWA Standards

❧ **Backed by parent company** – Mueller Water Products with over 150 years in the Waterworks industry.

We look forward to answering any additional questions you may have after you review this proposal. Thank you for this opportunity to present our Hot Rod™ AMR Mobile Meter Reading solution and we look forward to a productive, mutually-beneficial relationship for years to come.

Sincerely,

Josh Brant
AMR / AMI Specialist
Ferguson Waterworks
Meter & Automation Group
Email: josh.brant@ferguson.com
Phone: 501.628.8792

000725

# Acknowledgement Page

**Addendum #1**
August 7, 2015

**Project:**    City of Perkins
Drive-By Automated Meter Reading System
Project Number: ORF-16-0004-CW
Bid Closing Date: August 18, 2015
Perkins, Oklahoma

Company:    ~Ferguson Waterworks~

Name:    ~Josh Brant~

Signature:    ~(signature)~

Title:    ~AMR/AMI Specialist~

Date:    ~8-10-15~

000726

## Technology Solution Overview

*Section 2*

# The Complete Package

- ☞ Positive Displacement Meters
- ☞ Translator™ Encoder Register
- ☞ Hot Rod™ Radio Module
- ☞ Street Machine™ Receiver
- ☞ EZ Reader™ Software
- ☞ Pit Stop™ Handheld Receiver



Mueller Systems' Hot Rod Mobile AMR System is another milestone in a long history of high performance, quality Mueller products. When designing this system, Mueller identified two essential elements that were requested by every utility: Performance & Value.

Hot Rod's unparalleled performance was achieved by utilizing the most efficient antenna, employing a large long-life lithium battery, transmitting up to 5 times more than our competition on multiple channels and by developing an FCC approved transmitter for metal pits. All of these performance attributes provide utilities with an AMR system that provides not only superior performance but also a cost effective solution that is designed to last 20 years in the field.

During the development of this innovative solution, many factors were taken into account. Optimizing radio function to preserve battery life is a key feature of Hot Rod's performance. Because of this, each radio is specialized as a drive-by transmitter. Dual performance functionality into a fixed base transmission point is a documented drain on power resources and as a result, Mueller Systems has developed multiple endpoint transmitters specialized for their specific purpose – one way AMR, one and a half way AMI, or two way AMI.

Below is a summary of each component that makes up the Hot Rod Mobile AMR system. We're sure you'll recognize the inherent value in a well designed and high performance system.

## System Overview

### Positive Displacement Meter

The 400 & 500 series Hersey Meters are Positive Displacement type meters which measure the flow of water by means of a volumetric design. Positive Displacement meters are known to be highly accurate over very long periods of time, making them ideal for residential applications.



Mueller Systems manufacturers a nutating disc style Positive Displacement meter, which operates as the disc inside the chamber nutates to measure the volume of water. The Hersey 400 & 500 series meters contain the largest chamber design on the market, which offers the utility several benefits above and beyond a regular Positive Displacement meter. The large capacity measuring chamber provides smooth and sensitive operation with up to 33% less wear and tear than competing products; reduced wear provides significantly higher revenue over the long life of the meter.



While those features provide benefits to the utility, there are performance benefits to the homeowner as well. The lowest pressure loss in the industry provides the customer with the greatest residual pressure, while the quiet operation eliminates the aggravation of noise from the meter.

**Translator Encoder Register**

The Mueller Systems Translator encoder register is a highly advanced AMR output register offering high-resolution readings. The Translator electronically detects the position of the number wheels, then translates the information into electronic ASCII data format and transmits the data on demand to one of many available meter interfacing units.



A generation ahead of many competitive encoder registers, the Translator does not rely on internal metal-to-metal contacts thus eliminating failures from wear or corrosion that are common in older mechanical contact encoder designs.

The Translator is a perfect match to output data with the Hot Rod Mobile AMR system. With this register, the meter data is transmitted from within the register eliminating the need for field programming; this simplifies the installation process and avoids installation errors. Absolute readings from the number wheels prevent billing errors as well.

**Hot Rod Radio Module**

The Hot Rod transmitter is designed to provide meter reading efficiency along with value-added benefits of instant data logging alarms as well as hourly consumption data capabilities. Each Hot Rod unit transmits every 2 seconds on multiple discrete radio channels in order to provide superior readability even in areas of RF interference. Superior readability means retrieving the meter read every time the route is driven.



The Hot Rod Mobile AMR system along with each individual meter reading; includes instant data logging alarms, such as leak detection, reverse flow, no flow, tamper detection as well as the duration for each alarm to provide greater value to the utility. Additionally, the Hot Rod Mobile AMR system logs and store up to 170 days of hourly consumption data that can be retrieved in a matter of minutes to further help in resolving and addressing customer related issues.

Instant data logging alarms are available on screen during the reading process, as well as via the Extended Data report back at the office, so additional site visits to retrieve data are unnecessary. Instant data logging alarms empowers the utility with the means to proactively notify customers of problems so they can avoid water loss and eliminate billing complaints before they happen. The reverse flow, no flow and tamper detection helps uncover customer theft that might otherwise be difficult to identify. Furthermore, the hourly consumption data is helpful for resolving high water bill complaints by providing customers with the data to prove that the water was consumed by the meter.

The Hot Rod transmitter is designed to be user friendly with no programming necessary during installation and no FCC license to operate. The Hot Rod transmitters mount quickly and easily making installation simple and inexpensive.

**Street Machine Vehicle Receiver**

The Street Machine Mobile Data Collection Receiver makes meter reading and data collection simple. Weighing less than one pound, the receiver is portable and can be moved easily from vehicle to vehicle. A magnetic antenna and auxiliary power adapter provide simple connectivity.



The Street Machine's functions coincide with the high performance of the Hot Rod transmitter, receiving on multiple channels and ensuring reliable readability. Additionally, readings collected with the Street Machine are more accurate than manual reading since key punch and transcription errors are eliminated. Mobile AMR will also alleviate problems such as areas where meters may be difficult to access or situations where the meter reader is working in a hazardous environment.

**EZ Reader Route Management Software**

Mueller Systems EZ Reader Route Management Software is the result of years of development and is used by hundreds of utilities across the United States. As technology advances, Mueller Systems continues to upgrade the software to support new features and provide additional benefits. A few features, that make EZ Reader stand above the rest, are Mapping, Instant Data Logging Alarms and Hourly Consumption Data.

The mapping feature plots and displays each meter location on the computer screen; additionally a dot on the map will be a visual indication of the status of each account, as well as any information pertinent to an associated instant data logging alarm. The operator can tell at a glance exactly what has and has not been read and any instant data logging alarm information associated with specific accounts. Additionally, with the same equipment, the operator may obtain Hourly Consumption data while in the field for a more in depth look at a customer's water usage.

Reports for Instant Data Logging alarms as well as hourly consumption data can be generated with just a few clicks of the mouse. EZ Reader is compatible with any laptop computer running the Windows XP or newer platform software.

**Mueller Systems Pit Stop™**



Included in every Street Machine kit is a Mueller Systems Pit Stop RF Receiver, designed for use with the Hot Rod Mobile AMR system. The primary function of the Pit Stop is to interrogate Hot Rod transmitters and obtain data stored by the Hot Rod (i.e. serial number, water consumption, and instant data logging alarm codes). This tool is very useful for initial readings upon install, verification of proper installation for new services and for trouble-shooting in the field.

PERKINS AUTOMATED METER READING SYSTEM

**PART 2    GENERAL REQUIREMENTS**

2.0    In order to facilitate the analysis of Proposals to this BID, Proposers are required to prepare their BID in accordance with the instructions outlined in this part. Proposals should be prepared as simply as possible and provide a straightforward, concise description of the Proposer's capabilities to satisfy the requirements of the BID. Emphasis should be concentrated on accuracy, completeness, and clarity of content. All parts, pages, figures, and tables should be numbered and clearly labeled.

2. 1    Proposals must comply fully with the details in the BID. Required supporting documentation must be included and must be appropriately identified. Failure to provide a response may be grounds for rejection of the BID. THE OWNER may reject: incomplete Proposals; Proposals containing errors, inconsistencies, false; inaccurate or misleading information; or other process or content errors or deficiencies.

2.2    Scope of System

2.2.1    The scope for the AMR system functions includes to the following type of network:

2.2.2    Drive by Networks - Meter Reading Hardware Equipment

    (A)    Endpoints/Meter Interface/Meter Transmission Units

-    Must work on any size Residential/Commercial/Industrial water meters
*Proposed solution complies with this requirement.*

-    Support user defined data collection levels
*Proposed solution complies with this requirement.*

-    May be able to send data to the drive-by unit and receive confirmations back from the drive-by unit that the data has been received.
*Proposed solution partially complies with this requirement. Confirmations of receipt of data are received on the included laptop's graphical mapping feature as well as read status screens.*

-    MIUs and the drive-by unit may receive firmware upgrades via the system's 1 or 2-way communication capabilities over the network.
*Proposed solution does not comply with this requirement.*

-    Must provide meter event log and data log
*Proposed solution complies with this requirement.*

-    Must send alerts when trouble conditions such as leak, tamper, meter error, audit failure, low battery are detected
*Proposed solution complies with this requirement.*

-    Must be able to store at least 90 days of hourly usage data within each device
*Proposed solution complies with this requirement, storing 170 days of hourly data.*

2.2.3    Data Collection Engine

-    All meter collection information shall be accessible from any authorized PC Laptops connected to the system. This user Interface shall be easy to navigate and collect information from.
*Proposed solution complies with this requirement.*

AUTOMATED METER READING SYSTEM                  33 12 33 - 1

000730

PERKINS AUTOMATED METER READING SYSTEM

- Provide standard and customized reports.
  *Proposed solution complies with this requirement.*

- Provide leak, tamper, and error data.
  *Proposed solution complies with this requirement.*

- Support consumption disputes.
  *Proposed solution complies with this requirement.*

- Must be able to store at least 90 days of hourly usage data within each device
  *Proposed solution complies with this requirement.*

2.3   Antennas - THE OWNER meter box lids are approximately 50% cast iron and 50% plastic. If required by the manufacturer, the proposed Endpoints or Meter Interface Units shall be installed in a through-the-lid or under the lid application. The Cast Iron lids should be Plasma Cut and the Endpoints or Meter Interface Units (MIU) should be installed using a Lid Lock device to secure them to the Lid. The cost required to complete through-the-lid installation should be included in the original bid; THE OWNER will not approve any change orders to plasma cut or drill Cast Iron Lids or replace with alternative lids. The OWNER will not approve any change orders for lid mounted antennas intended to increase read rates. Additional antennas shall be installed at the expense of the contractor.
      *Proposed solution complies with this requirement.*

2.4   Read Reliability

2.4.1 Proposer shall price in its proposal and provide a sufficient number of antennas (if needed) to obtain reliable drive-by reads of all meters on which the system is installed. It is the OWNERS intent to be supplied a system which provides reads regularly through one drive route with minimal to no back tracking to collect reads. It is understandable at times there are temporary physical barriers beyond the control of THE OWNER or the Proposer.
      *Additional antennas are not required with the proposed solution.*

2.5   System Capacity

2.5.1 Must be able to store at least 90 days of hourly usage data within each device.
      *Every Hot Rod Radio module stores 170 days of hourly data.*

2.6   Number of Units

2.6. 1 Proposer is solely responsible  for  determining the mix of data collectors and MIU placement strategies needed to meet or exceed the reading success rates. If applicable indicate in the proposal submittal the estimated number of data collection units needed to achieve that level of performance.
      *This is not applicable with the proposed Hot Rod Drive-By Mobile solution.*

2.7   Operations & Billing

2.7.1 Provide a seamless system with a user-defined display with a friendly graphical interface. The software must be compatible with the current billing software.
      *Proposed solution complies with this requirement.*

2.8   Hardware, Application Software, and Computing

2.8.1 In addition to providing an overview of the BID solution, the Proposer must present, in detail, the key features and capabilities of the software applications as they relate to THE OWNER. Provide in narrative form (at least one paragraph per item) answers to the following questions:

AUTOMATED METER READING SYSTEM                                      33 12 33 - 2

000731

PERKINS AUTOMATED METER READING SYSTEM

- Software Upgrades. What is the upgrade frequency? How are patches and fixes deployed? How are patches and fixes applied? How are upgrades applied? How many versions of the software does your company support? Will the proposed software supplement the current billing software in use?
  *A total route management software system solution for handheld and mobile meter reading, the EZ Reader™ system combines state of the art software with a variety of powerful, lightweight and rugged handheld computers. The software is also compatible with the Mueller Systems Street Machine™ Mobile Data Collection Device. EZ Reader Software is the superior alternative for handheld or mobile utility meter reading.*

  *Patches and upgrades are provided as part of the maintenance agreement and all fees are included in the pricing provided.*

- Additional Product Solution Functionality. Proposers should provide product descriptions for their entire product solution; explain those solution items that provide additional functionality to the AMR solution and the integration level.
  *Using the latest technology in software development and the most effective price/performance hardware alternative, EZ Reader Software surpasses the competition with superior functionality, unparalleled flexibility, and exceptional performance making it one of the most comprehensive and easy to use tools on the market.*

  *• Accesses data by route, customer name, service location or meter number with either sequential or random access.*
  *• Manages water, gas and electric utility services simultaneously.*
  *• Un-read feature can screen out completed readings and scan only the unread accounts.*
  *• Notes feature accepts alpha numeric text allowing comments and instructions to be transferred between meter readers and billing administration.*
  *• On-line, context sensitive help.*
  *• Annual maintenance program includes maintenance and software updates.*
  *• Reports and statistics are open to other Microsoft tools such as Excel or Access programs.*
  *• Automatic Re-Sequencing feature for arranging read order in meter reader's preference.*

- Endpoints and antennas. Proposers must identify all equipment/hardware of the proposed system, including the physical installation of the AMR devices.
  *Below is a summary of each component that makes up the Hot Rod Mobile AMR system.*

  ***Positive Displacement Meter***

  *Mueller Systems manufacturers a nutating disc style Positive Displacement meter, which operates as the disc inside the chamber nutates to measure the volume of water. The Hersey 400 & 500 series meters contain the largest chamber design on the market, which offers the utility several benefits above and beyond a regular Positive Displacement meter. The large capacity measuring chamber provides smooth and sensitive operation with up to 33% less wear and tear than competing products; reduced wear provides significantly higher revenue over the long life of the meter.*

  ***Translator Encoder Register***

AUTOMATED METER READING SYSTEM                                      33 12 33 - 3

000732

PERKINS AUTOMATED METER READING SYSTEM

The Mueller Systems Translator encoder register is a highly advanced AMR output register offering high-resolution readings. The Translator electronically detects the position of the number wheels, then translates the information into electronic ASCII data format and transmits the data on demand to one of many available meter interfacing units.

The Translator is a perfect match to output data with the Hot Rod Mobile AMR system. With this register, the meter data is transmitted from within the register eliminating the need for field programming; this simplifies the installation process and avoids installation errors. Absolute readings from the number wheels prevent billing errors as well.

**Hot Rod Radio Module**

The Hot Rod transmitter is designed to provide meter reading efficiency along with value-added benefits of instant data logging alarms as well as hourly consumption data capabilities. Each Hot Rod unit transmits every 3 seconds on multiple discrete radio channels in order to provide superior readability even in areas of RF interference. Superior readability means retrieving the meter read every time the route is driven.

The Hot Rod transmitter is designed to be user friendly with no programming necessary during installation and no FCC license to operate. The Hot Rod transmitters mount quickly and easily making installation simple and inexpensive.

**Street Machine Vehicle Receiver**

The Street Machine Mobile Data Collection Receiver makes meter reading and data collection simple. Weighing less than one pound, the receiver is portable and can be moved easily from vehicle to vehicle. A magnetic antenna and auxiliary power adapter provide simple connectivity.
The Street Machine's functions coincide with the high performance of the Hot Rod transmitter, receiving on multiple channels and ensuring reliable readability.

**EZ Reader Route Management Software**

Mueller Systems EZ Reader Route Management Software is the result of years of development and is used by hundreds of utilities across the United States.

The mapping feature plots and displays each meter location on the computer screen; additionally a dot on the map will be a visual indication of the status of each account, as well as any information pertinent to an associated instant data logging alarm. Reports for Instant Data Logging alarms as well as hourly consumption data can be generated with just a few clicks of the mouse. EZ Reader is compatible with any laptop computer running the Windows XP or newer platform software.

**Mueller Systems Pit Stop™**

Included in every Street Machine kit is a Mueller Systems Pit Stop RF Receiver, designed for use with the Hot Rod Mobile AMR system. The primary function of the Pit Stop is to interrogate Hot Rod transmitters and obtain data stored by the Hot Rod (i.e. serial number, water consumption, and instant data logging alarm codes). This tool is very useful for initial readings upon install, verification of proper installation for new services and for trouble-shooting in the field.

000733

PERKINS AUTOMATED METER READING SYSTEM

- Technology Architecture. When identifying the technical architecture requirements, Proposers must identify the optimal configuration, not merely the preferred configuration.

*Mueller Systems' Hot Rod Mobile AMR System is another milestone in a long history of high performance, quality Mueller products. When designing this system, Mueller identified two essential elements that were requested by every utility: Performance & Value.*



**2.9    Drive by Network – Endpoints, Data Collection Devices and Accessories if needed:**

- Collection of data shall be through one unit easily carried in a vehicle.
  *Proposed solution complies with this requirement.*

- MIUs shall be enclosed in a weather-resistant enclosure.
  *Proposed solution complies with this requirement.*

**2.10    Training**

2.10.1    The Proposers must provide complete all inclusive training services for the OWNER as part of their proposed implementation plan. The training plan supporting the solution implementation shall include and address the following issues:

2.10.2    Training Services -The BID training shall address the following:

- Included in the training shall be at least one complete day of on-site training for the use of billing software and integration of the meters into the billing software and system network.

- Include options for additional on-site or web/phone based training at the OWNERS request.

- Operations training may be part of the initial installations, but the Proposer must ensure the operations personnel is properly trained in the use of hand-held and installation of new meters.
  *Complete training summary and proposed schedule are provided in Section 3 of the enclosed proposal.*

**PART 3    MAINTENANCE AND SUPPORT PROGRAMS**

**3.1**    Post-implementation and on-going support to be provided by the Proposer shall include:

- On-site, post-implementation support (project manager e.g., one month of on-site support after go-live, optional "as-needed" support (7days/week).

AUTOMATED METER READING SYSTEM                                      33 12 33 - 5

000734

PERKINS AUTOMATED METER READING SYSTEM

- Telephone support (include toll-free support hotline, hours of operation, availability of 24 x 7 hotline, etc.).

- Defined level of support

- Delivery method of future upgrades and product enhancements including historical frequency of upgrades.

- Problem reporting and resolution procedures.

| Qty | Description | Unit Cost | Extended |
|-----|-------------|-----------|----------|
| 1 | Software Maintenance | $950.00 | $950.00 |
| 1 | Street Machine Maintenance | $1,500.00 | $1,500.00 |
| | **TOTAL** | | $2,450.00 |

*These items are optional, but we __highly recommend__ that every customer opts in for the Software Maintenance. This will give you access to all product updates for free and phone support for any questions that might arise throughout the year. Also, if you make a computer change for any reason, the Software Maintenance will cover the time it takes us to load the Software on the new computer.*

*The Street Machine Maintenance is the largest portion of the maintenance cost, and many of our customers decline this option. However, if you choose to select the Maintenance for the Street Machines, it will cover any problems that arise with the Street Machine and the cables/antennas that are connected to it.*

*Additional training can be provided on an as needed basis for $500/day anytime after initial training has been completed as proposed.*

3.2    Endpoint Functional & Technical Specifications

3.2.1    Proposers must provide information for each of the proposed Endpoint product types that you are proposing to THE OWNER.

(a)    Configuration

(i)    MIU must be configured with a 1 or 2-way handheld device, two (2) new handheld devices shall be provided to the Owner at the end of the project. *Proposed solution complies with this requirement. A Pit Stop handheld and a Toughbook Mobile Laptop have been included in the pricing provided.*

(b)    Function and Operation

(i)    It is the Proposers responsibility to ensure the power output and typical transmittal range of the MIU shall be substantial enough to reach drive by unit at the road route as determined by the Proposer and OWNER. *Proposed solution complies with this requirement.*

(ii)    MIU must deploy 1 or 2-way communication for receiving and transmitting data. *Proposed solution complies with this requirement.*

(iii)    The MIU must be capable of storing and holding hourly data for 90 days. *Proposed solution complies with this requirement, storing 170 days of consumption data.*

000735

PERKINS AUTOMATED METER READING SYSTEM

    (iv)    MIU must be capable of storing data (examples of which are: tamper, leaks, low battery, high and low usage alarms etc.).
*Proposed solution complies with this requirement.*

    (v)    GPS location of each meter shall be provided to the OWNER at the end of the project in electronic form.
*Proposed solution complies with this requirement.*

    (vii)    MIU must be able to give a low battery alarm well in advance of failures to allow the operator to perform schedule maintenance.
*Proposed solution complies with this requirement.*

(c)    Warranty

    (i)    Battery life of MIU must be warranted 100 % for a minimum of 10 years. A prorated warranty will be allowed for the time in excess of 10 years.
*Warranty document is provided in Section 6 of the enclosed proposal.*

    (ii)    Conditions of warranty shall be included in BID.
*Proposed solution complies with this requirement.*

    (iii)    The Proposer shall clearly define the warranty on the meters, MIUs, repeaters and DCU's .
*Proposed solution complies with this requirement.*

    (iv)    Battery warranty shall be clearly explained separate from other warranties.
*Proposed solution complies with this requirement.*

    (v)    Specify battery life of all units.
*Warranty document is provided in Section 6 of the enclosed proposal.*

(d)    Accessories

    (i)    Temperature tolerances of the product shall be -40°F to +158°F
*Proposed solution complies with this requirement.*

    (ii)    Relative humidity (RH) tolerances of the product must be able to withstand harsh pit conditions which often may be submitted to extended periods of submergence.
*Proposed solution complies with this requirement.*

    (iii)    Any special antenna mounting requirements including pole, and bracing restrictions within the pit shall be included in the bid.
*Proposed solution complies with this requirement.*

3.3    Price of BID Response

3.3.1    Proposers should submit in detail all project costs of the installation for the system of approximately 1,630 water meters (e.g. software licenses, hardware/equipment cost, ongoing maintenance fees, professional services fees).
*Proposer complies with this requirement.*

3.3.2    Response must include all components that THE OWNER needs to attain the functionality stated in these BID documents. Also included are to be all consulting hours needed to implement the BID. Configuration, integration or job migration, reporting, and training, must be included in the cost of the BID. Also costs of Performance, Maintenance and Surety Bonds required on this project should be taken into consideration.
*Proposer complies with this requirement.*

000736

PERKINS AUTOMATED METER READING SYSTEM

3.3.4   NOTE: Proposers should supply in their response a listing of their entire product solution and itemized hardware/equipment, software product pricing, including software related maintenance, support pricing, licensing fees and all associated costs. While this BID defines minimum requirements for the proposed solution. Proposers must identify any needed interfaces and explicitly identify all costs in the pricing BID.
*Proposer complies with this requirement.*

3.4   Owner Provided Information

3.4.1   Maps - The ENGINEER has prepared a water service system map showing the general location of the Authorities water serving boundaries. The maps are identified as City of Perkins Corporate Limits Map (ODOT) & Water Distribution System Map in the bid documents.
*Proposer acknowledges this requirement.*

3.4.2   Meter Locations- The bidder can assume the water meters are located adjacent to these lines and houses in public right of way. The exact location of the Authorities water meters is not available in a digital format. The meter account address information can be assumed to be a general location of the meter.   The Authority has a hard copy of individual subdivision maps that show the location of the waterlines. These maps are available in the Authorities office for viewing.
*Proposer acknowledges this requirement.*


**END OF SECTION 33 12 33**


AUTOMATED METER READING SYSTEM                                     33 12 33 - 8



Section 3

## Scope of Services

The Meter and Automation Group's approach to AMR is to provide the latest technology with the most robust set of features at the most economical cost. Mueller Systems provides this by designing an AMR System that more than meets the needs of the City today, but also will grow with the City and their customer's needs in the future.

We begin with a well-defined Scope of Work with objectives and milestones. Once the site survey is completed and the billing interface to the City's billing/CIS system has been thoroughly tested, the AMR system is installed. Meters equipped with integrated or wired Hot Rod modules are instaled by routes. After a route is installed, testing and final adjustments are made; the route is turned over to the City. Training will be completed for both the field mobile reading and billing. Once every route is installed tested, the system is available to the City. At every step of the way, communication and reporting takes place between the stakeholders: Mueller Systems, Ferguson MAG and the City.

The implementation will consist of four major components:

1. Integration with Billing
2. Installation of Meters
3. Product Training
4. Ongoing Support

### INTEGRATION WITH UTILITY BILLING

Shortly after receiving the Notice of Award a representative from Mueller Systems Support Staff will reach out to the City's Utility Billing Staff to introduce themselves and begin the process of integrating with your Utility Billing provider. This step will be as simple as receiving a download file from Utility Billing and testing the file on the interface.



### INSTALLATION OF METERS

The installation of your water meters will be completed by Ferguson Waterworks' Installation Division. The Ferguson MAG Installation Team has been installing meter systems all over the United States for the past 8 years and has installed over 500,000 water meters and endpoints, and completed over 200 installation contracts.

### INSTALLATION PROCESS

The first step of the installation process is to download the customer file from the Utility Billing software. We review this information and upload it into our proprietary installation software. The next step is to start installing meters by route. The installers will collect the necessary data from the meter change-outs, verify the data, and then work with Utility Billing personnel to upload the change-outs into the City's Billing Software. Additionally, all work that is done by the installation crew will be made available to the City via an interactive website with live actionable data that allows continuous monitoring of installation progress.



## PRODUCT TRAINING

In general, Mueller Systems' AMR training will be provided by a Ferguson Meter and Automation Group Integration Specialist and is scheduled in phases as outlined in the sample below:

☞ Phase 1 - System overview - 1 day training

- Provided to all project participants to ensure a consistent understanding of the system capabilities along with system architecture and the actual products. This fosters good communications amongst and between all team members
- Suggested that all project team members participate as well as other staff who will be using and operating the system

☞ Phase 2 - Install and deployment - 1 day training

- Will focus on install practices and workmanship
- Covers use of the Hand-held to collect final readings, collect GPS coordinates, and complete install.

☞ Phase 3 - User/operator/customer service representative training - 1 day training

- Will be provided as the 1st phase of deployment is progressing
- Will provide an overview of daily operation; including final reads, generating reports
- Training for City personnel on the operation and servicing of equipment associated with the AMR System.

☞ Phase 4 - System administrator training - 1 days of training

- Focus on system administration, support and maintenance
- Training for information technology personnel on the operation and servicing of equipment associated with the AMR System

Training is provided for the Hot Rod AMR System and includes initial on-site training to be conducted as soon as possible after the initial AMR meter installation begins. This will allow the training to include hands-on meter reading and reporting using the City's actual meters. Mueller Systems will provide all documentation including: user manuals, installation guides, and training materials.



## Approach to the Work – The Difference

| Manufacturer | Ferguson Waterworks - Mueller Systems | Itron | Neptune | Badger Meter |
|---|---|---|---|---|
| Mobile AMR Endpoint | Hot Rod | 100w | R900i | Orion CE |
| FCC License Requirements | None | None | None | None |
| Transmission Frequencies | Every 2 seconds | Every 9 seconds | Every 14 seconds | Every 4 seconds |
| Battery | C Lithium Ion | (2) A Lithium Ion | D Lithium Ion | (2) AA Cell |
| Battery Warranty | 20 years (10/10) | 20 years (10/10) | 20 years (10/10) | 20 years (10/10) |
| Operating Temperature Range | (-) 40 F to 158 F | (-) 40 F to 158 F | (-) 40 F to 158 F | (-) 40 F to 158 F |
| Multi-Meter Compatibility | Yes | Yes | No | Yes |
| Integral Mount Radios (no visible wires) | Yes | | Yes | |
| Hourly Consumption Data Stored (days) | 170 | 40 | 96 | |
| "In the field" Instant Alarms | Yes | No | Expensive Laptop with Software req'd | No |
| Separate Equipment to download data? | No | No | Yes – Handheld and infrared reader | |
| Mount Under Metal Lids | Yes | No | No | No |

000740

## Why are these differences Important?

☞ Reporting Frequency of 2 seconds - This is a significant advantage to our system over other vendors, allowing the City to read meters more quickly while driving at posted speed limits. With each transmission lasting a mere 2.5 milliseconds, that equates to almost 16 million opportunities per year to read each HOT ROD module. Unparalleled performance paired with proven reliability.

☞ Integral Mount Radios - Radios will be potted to the meters in the factory, instead of having to use external connections that can allow moisture wicking ultimately causing damage to the unit. A much easier install is assured with no exposed wiring that can be damaged in the meter box pit.

☞ 170 Days of Hourly Consumption Data - Approximately 6 months of actionable data is stored, enabling a level of customer service previously unavailable. Customer complaints are handled with printable data logs and no discrepancies. Systems that only allow for 40 days may only provide you with a minimal amount of pertinent data due to the latency in the reading and billing cycle of a utility. One example to consider: Imagine the City computes meter reading on the 10th of the month and sends the bills out on the 25th of the month. The customer will not call in to complain of a high water bill until at least the 1st week of the next month at which point, only 2 to 3 weeks of information is available. Leak origination data or other relevant consumption information may be missed.

☞ "In the field" Instant Data Logging Alarms – Tackling issues such as leaks, reverse flow, or theft/tamper becomes a breeze while you are out in the field, instead of heading back to the office to find out where the problems have arisen. City personnel will save time and money by downloading the 170 days of hourly consumption data while they are onsite reading the meter and will even have the option to show the information to the home or business owner in a variety of different formats, all from their truck!

☞ Mount Under Metal Pit Lids – Lid modification or replacement is rarely required when installing our system as compared to our competitors who require expensive lid drilling to modify lids for a mounting device or require replacement of meter box lids altogether.



aterworks
Automation Group
Team

000742

**FERGUSON**
Waterworks
Meter & Automation Group

# ORGANIZATIONAL INFORMATION



In 2001, Ferguson Waterworks' Meter and Automation Group formed an installation division to enhance its meter sales efforts and since that time has successfully completed numerous turnkey projects. Projects have ranged from a 1-2 day job involving less than 100 endpoints to a multi-year project in excess of 94,000 endpoints, and have surpassed over 600,000 meters/MIUs in the Upper Midwest alone. The backbone of our successful track record is a commitment to using our own Ferguson employees to install these endpoints, rather than subcontractors or temporary employment agencies. Their efforts, coupled with our proprietary custom database software, have given us a reputation that is envied by other installation companies. Our team also provides exceptional customer service with knowledgeable employees that our customers appreciate.

**Key Personnel**

**Brian Rollins, Installation Group Manager**

Brian oversees the Project Managers, who are responsible for hiring and training the installers. Brian has 13 years experience working in the water meter industry and has had oversight responsibility for virtually all of the installation projects that we have completed to date. Some of the more significant ones include: St. Paul, MN; Maple Grove, MN; Brooklyn Center, MN; Oakdale, MN, Freeport, IL; Sioux City, IA; Iowa City, IA; Dubuque, IA; Madill, OK; and Sacramento, CA. He is also in charge of our meter testing and repair service. He is heavily involved in the front-end of any project, ensuring that all electronic data transfers have been tested and verified, and an orderly installation schedule has been formulated in consultation with the City. Once the actual daily installs commence, he will return onsite for ongoing progress meetings with City staff and to troubleshoot any persistent issues the installers may be facing.

**Talon Bolynn, Project Manager III**

Talon is a Project Manager III and is the newest addition to the Ferguson installation team. In his position, he is intimately involved with all meter installation projects. He will be the primary contact between the City and the installation crew to ensure the project runs as specified. Talon has 4 years in the water meter industry and, with his previous employer, managed installation crews for multiple projects throughout the United States, collectively adding up to over 250,000 installations. He specializes in the coordination of manpower, material delivery, and equipment logistics to successfully complete manual read, touch pad, AMR, AMI meter and infrastructure installation.

**Celeste Moltzan –Meter Division Operations Manager**

Celeste has been with Ferguson Waterworks since 1994. Prior to joining the Waterworks industry, she held positions in public accounting and commercial banking. She is a CPA and provides financial and budgetary reporting and analysis for internal management use. During her tenure with the company, she has successfully integrated financial reporting through acquisitions, branch startups, mergers, and a final sale to a publicly-traded entity (Ferguson). As part of the meter division, she is responsible for contract/bid analysis & compliance, preparation of contractor pay applications, internal accounting & financial reporting, and day-to-day operational issues of the meter division.



**Vannie Rugroden, Project Implementation Coordinator**

Vannie began her career with Ferguson Waterworks in 1992. During the first five years she worked as an Estimator where she dealt with engineers and contractors on plans and specifications. Vannie leads our inside operations for the installation group and also is an important cog when we supply the meters/MIUs as well as the installation on a project. Her duties include inside sales support for the Ferguson sales representatives in 5 Upper Midwest states. She's also responsible for the purchasing of accessories for each of our installation projects, as well as day-to-day inventory control.

As the organizational chart below indicates, we have many qualified installers that can be assigned to successfully implement any project.



000744



FERGUSON
Waterworks
Meter & Automation Group

# STATEMENT OF QUALIFICATIONS

Ferguson Waterworks operates as a division of Ferguson Enterprises, Inc., the largest North American distributor in the water products industry, with roots going back to the 1950's. In addition, Ferguson has maintained its own in-house installation team, dedicated to installing meters and AMR technologies since 2001. We have successfully deployed many meter and/or AMR change-out projects, ranging from basic touchpad reading to mobile/drive-by meter systems to sophisticated multi-collector fixed network radio technologies. The Ferguson meter installation team has expanded and is now providing installation services to Ferguson branches in other areas of the country, including the West Coast (CA) and South Central US (TX, OK, AR), as well as SE US (FL, GA). We have proven experience in the installation of both residential and commercial grade meters and AMR units in a variety of environments, ranging from interior basement/mechanical room applications, to exterior-mounted Meter Interface Units (MIUs) to sidewalk/yard pit meter installations.

The Ferguson methodology for the successful completion of installations requires a multi-step process, the core of which is the maximization of the electronic transfer of all possible data, so that manual input and the potential for human error is kept to the absolute minimum. The initial phase involves coordination with the City's Utility Billing Software (UBS) to construct and test several distinct data interfaces before we begin any installation of materials.

1.  We will develop a download of all pertinent customer data from the City's UBS and populate our Ferguson installation database with the same. We are familiar with the numerous billing software entities and can handle data "dumps" in many different formats, including .xls files, .csv files, etc. We will sort and "scrub" the data and work with the City to develop a systematic plan for scheduling the installs (usually by geographic region) so that we maximize efficiency and provide accountability. All data regarding the City's meter inventory released to us for installation will be captured electronically via barcode as well.

2.  As we complete our installs, the data captured onsite goes through an electronic review process, looking for anomalies such as mismatches, duplicates, missing fields of data, etc. Once we have resolved all discrepancies and have a "clean" block of data, we will develop an electronic upload from the Ferguson database back to the City's UBS. We can provide this upload data as frequently as the City desires.

3.  We will work with the City to develop a process to accommodate the existing meters being read by current methods as well as integrate any newly installed meters, so that there are minimal disruptions to the City's water billing cycles.

4.  We have the ability to electronically capture other data from each install and exchange that data with other appropriate City departments. We can capture GPS lat/long coordinates, time-stamped digital photos, customer's electronic signature as well as custom-designed City surveys to record conditions observed onsite (ex. Property type, occupancy, main line size, etc.)



Ferguson Waterworks has used the methodology described above for all installations since 2009, completing all projects under budget and on time. We have developed a robust installation database which leverages the latest technologies, such that our installers can accomplish all tasks and capture all data electronically via a proprietary application loaded on their mobile Smartphone. During the installation period, the City will have web-based read-only access to our installation database to monitor project progress. This will allow City personnel the functionality to track the location of installers in real time via GPS with pin-dot map reporting. They could also access a current work order, view digital photos of a plumbing irregularity, and approve or postpone installation of the meter at the location "on-the-fly". At any time, they can extract statistical reports of contract progress and display the results in multiple charts and graphs.



Of equal importance to our practice of maximum electronic data capture/exchange and powerful installation database software is the Ferguson philosophy to maintain an in-house staff of installers and supervisors. Our past experience with subcontractors is that the level of service provided to the customer is generally not up to our standards and expectations. All Ferguson installers have completed classroom training as well as extensive in-field training under the direct supervision of a lead installer. Our installation database allows us to track daily installation rates for each installer. We also perform random quality control checks of approximately 10% of our completed installs. These tools allow us to quickly determine if an installer is not performing according to standards, and must be retrained or possibly removed from the project. At the conclusion of each installation, we provide a toll-free phone number that residents can call to report a complaint. These calls are handled by a call center which operates 24/7. We have an escalation procedure in place such that customer calls not acknowledged within a one-hour time frame will trigger e-mails to an ever-widening net of Ferguson staff until the customer and/or City is contacted. These efforts are in place so that we can provide the highest level of customer service and keep any claims or "rework" situations to a minimum.

# PROJECT APPROACH/METHODOLOGY

Our robust installation database software, with its electronic data capture capabilities and real time web based project tracking allows us to easily monitor multiple concurrent projects at various locations.

In the 14 years that Ferguson Waterworks has been installing water meters and AMR technologies, we have been continually refining our installation processes and investing in upgrades to the features and benefits of our proprietary software. These refinements have been driven by requests from our customers as well as our desire to improve the efficiency and accuracy of our installations, using the most advanced technologies available in the marketplace. Our most recent investment was the development of a Smartphone app which captures and transfers all relevant data as the installation is taking place. Installation data, which in the past was collected in a Motorola MC75 handheld and downloaded after hours by "syncing" in a cradle, is now available instantly in real-time, since the Smartphone app continually feeds data to our installation database. The City would have visibility to the installations taking place via web-based read-only access to our installation database.



**FERGUSON**
Waterworks
Meter & Automation Group

The installation process can be broken down into 5 major items of importance:

**Public Education**

The successful implementation of any meter/AMR/AMI change-out project requires an effective public relations campaign. After more than a decade of managing water meter installation projects, we have come to realize that upfront communication with the public is crucial to insuring a successful installation. We recommend a multimedia campaign using print, broadcast and personal presentations. Remember that the City utility has an interest, as well as external, audience. Believe it when we say to you that thorough communication builds trust and credibility, whereas silence breeds distrust and suspicion.

We would begin by using all effective media to convey the project's scope to the community several weeks before actual installation and continue until completion of the project. Our support always continues after the sale and when all installs are completed. The benefit of this method is that early effective communication builds a foundation for successfully implementing the project. We can provide website links (attached to the City's own website) that relay details about the project, as well as give contact information and answers to frequently asked questions.

**Notification**

Our multi-step notification process is shown in Table 1 below. Our installation database has the ability to track all stages of the notification process for verification of success. Although not necessary for every project, we offer this information as part of our standard methodology to demonstrate the flexibility of our software and our ability to quickly "ramp up" a notification campaign to the City's water customers, should the need arise.

Table 1

| Step No. | Description | Method/Goal | Responsible Party |
|----------|-------------|-------------|-------------------|
| 1. | General Notice of Project | Newsletter/Website Posting of general project Information | City |
| 2. | Letter requesting an appointment to install the Meter/MIU | Requests that the customer call or email to schedule an appointment and provide information | Contractor |
| 3. | Postcard to customers who have not made an appointment | Provides information and a reminder for installation | Contractor |
| 4. | Third notice – Another letter to customers who have failed to respond | Requests appointment, states consequences and timeframe for installation of the meter/MIU | Contractor |
| 5. | Door tag the property | Two day notice of termination of service | Contractor |
| 6. | Termination of Water Service | Do not turn on water service until the new meter/MIU is installed | City |

**FERGUSON**
Waterworks
*Meter & Automation Group*

Whatever the level of notification required, the City can monitor our progress, via access to the web portal. City staff can view the notification statistics and even download several different management reports for presentation to the City Council or other appropriate audiences. See Figure 1 below.

**Figure 1**



We use a mailing center to handle all letters and postcards to customers. Any correspondence can be written in several languages if necessary. On past projects, we have sent mailings written in as many as four different languages.

All printed materials can also be customized with the City's preferred fonts and logos.

Please review Figures 2, 3 and 4 on the following pages for examples.



Figure 2 – Introductory Letter



City of
# Maple Grove
*Serving Today, Shaping Tomorrow*

CUSTOMER NOTIFICATION

RE:   Maple Grove Water Meter Replacement Project No. 11-09
      Notice to Schedule Appointment

Dear Water Utility Customer,

The Maple Grove City Council established Project No. 11-09 for the purposes of improving customer service, operational efficiencies, and water conservation. The City has contracted with Ferguson Waterworks from Blaine, MN to do the improvements, which consist primarily of replacing about 10,000 manual-read water meters with new meters equipped with Advanced Metering Infrastructure (AMI) technology. The project will also include a brief sump pump survey.

*Ferguson Waterworks* will need access to the water meter inside your home or business to perform the work, which typically takes about 30 minutes. The water meter area will need to be clear of obstruction and accessible to the installer. The work will be performed by appointment, Monday through Friday between 8 a.m. and 7 p.m.; Saturday appointments are available upon request.

   **Please contact Ferguson Waterworks at 1-855-843-0473 to make an appointment.**
              Or visit www.fergusonsolutions.com

*Ferguson Waterworks* was selected as contractor by Maple Grove based on the company's work experience on similar projects. Its installers will wear uniforms, have an ID badge and drive clearly marked vehicles. Installers will come to your home or business within two hours of your scheduled appointment time. A person over the age of 18 must be present at the time of installation. The installer will perform only the work authorized by the City project, which costs are paid by the City to Ferguson Waterworks; there are no direct charges to you.

*Ferguson Waterworks* scheduling team will work to schedule a time for the water meter change out that is convenient for you.

An appointment must be scheduled by you within 2 weeks of receiving this letter.

The City of Maple Grove and *Ferguson Waterworks* thank you for your cooperation in making this a successful program.



Meter & Automation Group

**Figure 3 - Postcard**



**Figure 4 – Sample Door Tag**

| CITY OF MADILL | CITY OF MADILL | CITY OF MADILL |
|---|---|---|
| Your Water Meter Was Replaced Today. | Your Water Meter Was Replaced Today. | Your Water Meter Was Replaced Today. |
| If you have any questions or problems relating to this replacement, please call Ferguson Waterworks at: | If you have any questions or problems relating to this replacement, please call Ferguson Waterworks at: | If you have any questions or problems relating to this replacement, please call Ferguson Waterworks at: |
| **1-855-863-3398** | **1-855-863-3398** | **1-855-863-3398** |
| The City of Madill and Ferguson Waterworks would like to *Thank You!* | The City of Madill and Ferguson Waterworks would like to *Thank You!* | The City of Madill and Ferguson Waterworks would like to *Thank You!* |
| FERGUSON Waterworks Meter & Automation Group | FERGUSON Waterworks Meter & Automation Group | FERGUSON Waterworks Meter & Automation Group |

**FERGUSON** Waterworks
Meter & Automation Group

After completing an install, our installers will also leave a post-installation card, thanking the customer for their participation in the project and providing emergency contact information. See figure 5 below.

**Figure 5 – Emergency Contact Card**



Ferguson Waterworks has a fully staffed Call Center available for use on each project if that becomes a necessity. Our customer and technician database system makes work orders and appointment-based utility operations smooth and efficient. We feature:

- ✓ Custom built data system for setting appointments.
- ✓ 24/7 live answering service – after hours or on a holiday, you can speak to a live person.
- ✓ After-hours call routing for emergency situations. Our after-hours service will contact the Project Manager for help in any emergency situation.
- ✓ Direct contact with technicians for up-to-the-minute data.
- ✓ Adaptive appointment times to help with customer satisfaction.
- ✓ Direct office-to-customer interaction for quick response to inquiries.

000751



**Data Integration**

Once a project is secured by a contract, it usually takes four to eight weeks of mobilization before we are typically ready to begin the installs, although this can be adjusted as necessary. Some tasks taking place during this phase include: arranging transportation and housing for Ferguson staff; securing name badges, uniforms, and signage for installer vehicles; printing of door tags and other notification materials; and organizing installation tools and miscellaneous materials. The most importance mobilization task, however, is the integration of data between the City's Utility Billing Software and our Ferguson installation database software. There will be much collaboration between the City's Project Administrator and Ferguson's Installation Group Manager. It is very important that all affected City departments participate during the initial phases of the deployment. This could include the following departments: GIS, IT, Utility Billing, Water Distribution, Water Production, Finance, Customer Service, and Water Management. The more involvement of City staff during the startup phase, the more successful the project will be. During mobilization, data downloads and uploads will be tested and verified. The City's inventories of ready-to-install meters will be loaded into the database as well. After review of the City's billing routes and geography, the universe of potential installations will be broken down into smaller batches and a mutually agreeable installation schedule will be finalized. On some of our larger projects, this mobilization phase has taken up to 5 months. The deciding factor has always been the structure of the data files and which City departments may want data items from a completed install.

Once we are ready to install, we will follow the agreed upon schedule and perform and review our installs in small batches. The smaller batch quantities allow for better monitoring and maintaining our high level of customer service.

**Installation**

All Ferguson Waterworks employees undergo background checks according to our standard corporate policy. If the City requires its own additional background checks, we will submit any necessary information.

The installers are uniquely trained by Ferguson staff to successfully complete the contract. Each installer will undergo a minimum 8 hours of classroom training along with extensive hands-on training. Once in the field, our newly hired installers work alongside a lead installer for 1-2 weeks. This process helps to build the installer's confidence while giving the supervisory lead installer an opportunity to keep a close eye on the completed work. Based on the installer's mechanical aptitude and ability to follow direction, the field supervision staff will determine when an installer is ready to go out on his own. Newly hired installers are also given a reduced schedule for their first week to make sure they are able to handle the workload.

Each installer will be outfitted with Ferguson uniforms, a photo ID badge, a supply of necessary hand tools, safety clothing/gear and a Smartphone. The Installation crew will also have access to a Wachs Trav-L-Vac utility vacuum for clearing debris from the meter pits. The Smartphones assigned to installers use bar code scanning technology to eliminate any manual entry of equipment installed at the customer premise. At the time of installation, we can also capture many other data items and store the information within our installation database. See figure 6 for a standard view of the data captured at the point of installation.



**FERGUSON**
Waterworks

*Meter & Automation Group*

Figure 6



Our installation database tracks the meters and other inventory items assigned to each installer on a daily basis. Up to ten (10) GPS points (latitude/longitude) can also be captured while at the customer's residence. These readings are averaged and the average value is placed in the installation record.

When data is received from the field, it passes through an electronic review. Any discrepancies are flagged in the system for review and resolution. Noted discrepancies may include but are not limited to the following:

- A meter number that is not found in inventory records

- A meter number that has already been entered for another address

- Any data returned for an address where the replacement has already been completed

- Any data from an installation where pre-installation data was unavailable for verification (unscheduled installations where a new record is created by the installer in the field)

- A scheduled installation that was cancelled and needs to be rescheduled

- Meter Size does not match meter serial #.

Photos taken at the time of installation are available to the installation team for discrepancy resolution.


**FERGUSON**
Waterworks
Meter & Automation Group

**Quality Assurance**

In order to insure a high degree of customer satisfaction, we do quality assurance checks on our installers' daily work. We typically inspect 10% of the installations on a consistent basis throughout the length of the project. Ferguson Waterworks will perform fieldwork inspection and quality control checks based on the following minimum requirements:

- All new installers will have 5 days of on-the-job training with a qualified lead installer or supervisor. This work will be 100% inspected and verified. Inspections will include the items listed on the QC Checklist below. During their second week of work, 50% of the new installers' work will be inspected and verified.

- Thereafter, if any installer is found to have an error rate greater than 1%, Ferguson supervisors would recommend the installer be retrained or terminated.

- Following retraining, 100% of the installer's work will be inspected for a probationary five-day period. If the error rate during this probationary period exceeds 1%, the installer will be removed from the project.

- All inspection results will be recorded in an auditable format, fully accessible to the City.

- Installations completed by employees who are terminated for not meeting installation quality standards will be further reviewed to determine if any corrective action needs to be taken by Ferguson Waterworks. The work reviewed will include all installations completed prior to the date of the last quality related infraction or at least two weeks prior to the date of termination. Additional review may be needed depending upon the results of the investigation.

**Quality Checklist:**

✓  Meter properly installed

✓  Seal wire and/or tampering resistant screw installed per requirements.

✓  GPS points taken.

✓  Required digital photos are present.

✓  City's survey questions have been answered.



**FERGUSON**
Waterworks
Meter & Automation Group

**Additional Data**

We strive to capture as much data as is available onsite. With newer AMR technologies, there is a marked increase in the amount of data that can be captured. Please refer to Figure 7 below to review the data captured upon MIU initialization.

**Figure 7**



**Summary**

Given our extensive history of supplying & installing meters/AMR technologies, our powerful yet extremely nimble installation database software, and our staff of experienced and committed installation professionals, Ferguson Waterworks is uniquely qualified to provide the City with high quality, efficient installation services.

## Scope of Work – Standard Installation

Meter installation will include a standard meter installation. A standard meter installation is recognized as one which involves the replacement of an existing meter meeting the following conditions: 1) meters will be located in outside meters or pits with vaults with adequate access or if access is restricted Contractor will be able to obtain access from the property owner with one week of request during normal business hours; 2) meter access will not subject Contractor's employees to dangerous our unsafe working conditions; 3) Contractor will not be required to remove excess amounts of dirt or silt from meter boxes; 3) Contractor will not be required to repair or replace pipe due to corrosion, existing damage, plumbing irregularities, substandard conditions or existing connections not in conformity to current building codes; 4) water meters are on setters or equipped with standard meter connections that can be reused during meter installation; 5) meter exchanges are like-for-like, same lay length and no major plumbing is required; 6) no additional labor or groundwork will be needed to access meters, including but not limited to cutting, removal and replacement of asphalt or tree roots; and 7) existing meter boxes or meter vaults will be used and curb stops and valves are in good working condition.

In the event Contractor determines that any meter installation is not a standard meter installation the Contractor will immediately bring the matter to the attention of the Owner's representative who will inspect the condition and advise Contractor how to proceed. If additional work is requested by Owner such work will be completed at an agreed upon hourly rate plus materials. In the event such additional work requires a license not required for a standard meter installation then the Owner will be responsible for engaging the services of a contractor to perform such work prior to Contractor proceeding with the meter installation.

000756



Section 4

## References

*Mueller Systems has installed over 400 Hot Rod Mobile AMR systems and has extensive experience with AMR and AMI systems.*

| Account Name | No. of Meters | Contact | City | Phone |
|---|---|---|---|---|
| Washita County (OK) RWD #2 | 715 | Duane Payne | Colony, OK | 405-929-7264 |
| City of Wilson, OK | 800 | Frank Schaaf | Wilson, OK | 580-465-7747 |
| Leflore County RWD #2 (OK) | 250 | Eric Douglas | Pocola, OK | 479-226-0866 |
| Riversouth Water | 1,600 | Jack Wells | Ozark, OK | 479-667-3446 |
| Sardis Water | 5,100 | Roger Moren | Mabelvale, AR | 501-602-5393 |

**Product Specification Sheets** ——————————— Section 5

# 420 Series Composite

## 420 Composite PD Meter
### Sizes 5/8" x 1/2" and 5/8" x 3/4"



**Mueller** SYSTEMS

420 Composite

## Features

**APPLICATIONS:** The Hersey® 420 composite is a nutating disc style, positive displacement meter designed for residential and small commercial applications where water volumes are low and low flow sensitivity is important.

**CONFORMANCE TO STANDARDS:** All Hersey 420 composite meters meet or exceed the latest revision of the AWWA C-710 Standard for positive displacement meters. Every 420 composite no lead meter is compliant with the latest initiatives of NSF, ANSI and EPA standards.

**CONSTRUCTION:** Hersey 420 water meters consist of three basic parts: maincase; measuring chamber; and permanently sealed register. The maincase is an advanced composite material designed for reduced weight and minimal environmental impact. Stainless steel metal threads provide corrosion resistant connections to standard bronze couplings.

Direction of flow arrows, model and size are molded into each maincase for easy identification. The bottom cover is an advanced composite material designed with a unique lateral thread that enhances the structural integrity of the meter and is sealed with an o-ring. The measuring chamber is molded from materials specifically designed to provide reduced wear during operation. The measuring chamber, integral strainer, nutating disc and thrust roller are thermoplastic, which is dimensionally stable and will not corrode. The thrust roller moves smoothly along the chamber diaphragm to reduce friction and maintain accuracy. The register box and lid are molded thermoplastic. The meter is designed so that the register can be replaced without removing the meter from the service line.

**REGISTER:** The permanently sealed visual read register has a unique triple "L" seal and heat treated, glass lens to eliminate dirt, moisture infiltration and fogging. An integral tamper-proof locking feature is provided to resist tampering with the register. The totalizing register has a straight-reading odometer type display, a 360° test circle with center sweep hand and a low flow (leak) detector. Standard gearing is used, making registers interchangeable by size. The 420 composite meter is available with all AMR and AMI options for increased reading efficiency.

**OPERATION:** Water flows through the meter's strainer where debris is screened out. The incoming water fills a known volume of the measuring chamber on one or the other side of a movable disc that separates the chamber into two sections. As water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc. The process repeats as the sections refill and empty in turn. The nutating action of the disc is coupled magnetically to the register to indicate the volume of water that passes through the meter.

**MAINTENANCE:** The Hersey 420 positive displacement meter is designed and manufactured to provide long service life with virtually no maintenance required. Repair components available include complete chamber assemblies and bottom plate o-rings. All components can be accessed without removing the meter body from the service line for simplified maintenance.

**CONNECTIONS:** Supplied with external straight pipe threads (NPSM) per ANSI B1.20.1



5/8" x 3/4" 420 Composite PD Meter

## Materials and Specifications

| | |
|---|---|
| MODEL | 420 Composite Meter |
| SIZES | 5/8" X ½", 5/8" X ¾" |
| STANDARDS SERVICE | AWWA C-710, Most current NSF-61, ANSI, & EPA Initiatives Measurement of flow in forward direction only |
| INSTALLATION | Horizontal or Vertical |
| OPERATING FLOW RANGE | See Charts on the following pages |
| ACCURACY | See Charts on the following pages |
| MAXIMUM WORKING PRESSURE | 150 PSI |
| TEMPERATURE RANGE | 33° F to 100° F water temperature |
| MEASURING ELEMENT | Nutating Disc PD Chamber |
| REGISTER TYPE | Straight reading, permanently sealed, magnetic drive with low flow indicator and remote reading capability |
| METER CONNECTIONS | External straight pipe threads (NPSM) |
| MATERIALS | Meter case - Composite Measuring Element Chamber and Disc - Thermoplastic Strainer - Thermoplastic |
| OPTIONS | AMR/AMI Reading Systems |

000759

 **Mueller** SYSTEMS

# 420 Series Composite
### 420 Composite PD Meter
### Sizes 5/8" x 1/2" and 5/8" x 3/4"

**420 Composite**

## Meter Registration

| Meter Size | Initial Dial* | Capacity | Initial Dial* | Capacity |
|---|---|---|---|---|
| 5/8" | 10 Gallons | 10 Million | 1 Cubic Ft. | 1 Million |

*Registration equal to one full revolution of the sweep hand.

## Flow Characteristics

| Meter Size | Typical Low Flow (95% Minimum) | Typical Operating Range (100% ± 1.5%) | Maximum Continuous Operation |
|---|---|---|---|
| 5/8" | 1/8 GPM | 1/2 to 20 GPM | 15 GPM |

## Performance

**Head loss**



NOTE: Performance curves are typical only and NOT a guarantee of performance.

**Accuracy**



NOTE: Performance curves are typical only and NOT a guarantee of performance.

000760

# 420 Series Composite

**Mueller** SYSTEMS

420 Composite PD Meter
Sizes 5/8" x 1/2" and 5/8" x 3/4"

420 Composite

| MODEL 420 COMPOSITE METER ASSEMBLY COMPONENTS | | | |
|---|---|---|---|
| ITEM | PART # | DESCRIPTION | QTY |
| 1 | C5768 | PLASTIC REGISTER COVER | 1 |
| 2 | C5769 | PLASTIC REGISTER HOUSING BASE | 1 |
| 3 | AS41122 | PLASTIC LID SPIROL PIN SS | 1 |
| 4 | AS12658 | BLUE COLOR REGISTER LOCKING PIN | 1 |
| 5 | D36611 | MODEL 420 VISUAL REGISTER SG | 1 |
| | D36612 | MODEL 420 VISUAL REGISTER CF | |
| | D36613 | MODEL 420 VISUAL REGISTER CM | |
| | D36601XXX | MODEL 420 TRANSLATOR REGISTER SG | |
| | D36602XXX | MODEL 420 TRANSLATOR REGISTER CF | |
| | D36603XXX | MODEL 420 TRANSLATOR REGISTER CM | |
| 6 | C5770 | REGISTER HOUSING INSERT | 1 |
| 7 | B8644 | 5/8" X 3/4" COMPOSITE MAIN CASE | 1 |
| | B8651 | 5/8" X 1/2" COMPOSITE MAIN CASE | |
| 8 | A13059 | MODEL 420 CHAMBER O-RING | 1 |
| 9 | D3635 | MODEL 420 CHAMBER ASSEMBLY | 1 |
| 10 | C6625 | MODEL 420 COMPOSITE STRAINER RETAINER | 1 |
| 11 | A13060 | MODEL 420 COMPOSITE BOTTOM PLATE O-RING | 1 |
| 12 | C6627 | MODEL 420 COMPOSITE BOTTOM PLATE | 1 |





# 420 Series Composite

### 420 Composite PD Meter
Sizes 5/8" x 1/2" and 5/8" x 3/4"

**420 Composite**

## Dimensions, Weights and Parts

**420 Composite Meter**

| Meter Size | 5/8" | |
|---|---|---|
| Model | 420 Composite Standard Register | 420 Composite Translator Register |
| Dimension | | |
| A | 4.625" | 4.525" |
| B | 7.5" | 7.5" |
| C | 3.125 | 4.25 |
| D | 1.5" | 1.5" |
| Weight | 2.2 | 2.2 |

Weights are in pounds and are approximate.
Inlet and outlet 1/2" or 3/4"



420 Composite Meter



© Mueller Systems. 04/24/2012

000762

# 420 Mobile Remote Disconnect*

**Mueller** SYSTEMS

### Bronze PD Mobile Disconnect Meter
### Sizes 5/8" X 3/4" and 5/8" X 1/2
*Pat. www.mwpat.com



5/8" X 3/4"
Mobile Remote
Disconnect Meter

420 mRDM

## Features

**APPLICATIONS:** The Mueller Systems™ mRDM is a nutating disk, positive displacement meter that incorporates a radio controlled valve in a 7-1/2" laying length. The unique meter design allows utilities to retrofit 5/8" mRDM meters in existing services where there is a high incidence of customer service call volume pertaining to transient or delinquent accounts, where employee safety may be a concern, or where it is difficult to gain access to meters. By accessing the account information through the mRDM mobile software installed on a computer equipped with a Mi.Net mobile radio device, a radio frequency (RF) command can be initiated to turn on or off any service equipped with an mRDM meter from any password protected computer authorized to access the utility site. An additional cable interface permits the connection of a secondary AMR/AMI transmitter enabling utilities to continue meter reading and data collection with their existing RF based system.

**CONFORMANCE TO STANDARDS:** All 5/8" X 3/4" Mueller Systems Mobile Remote Disconnect Meters meet or exceed the latest revision of the AWWA C-700 Standard for positive displacement meters. Every 420 mRDM no lead meter is compliant with the latest initiatives of NSF, ANSI and EPA standards. All electronic components utilized in the meter and RF transceiver design comply with applicable FCC, Part 15 standards and AWWA Standard C-707 for Encoded Remote Reading Systems.

**CONSTRUCTION:** Mueller Systems 420 Mobile Residential Disconnect Meters consist of five basic parts: maincase; measuring chamber; permanently sealed register with appropriate wire connector and length (see options under Materials and Specifications; pilot valve; and RF transceiver. The maincase is made of no lead bronze for long life. Direction of flow arrows, model, and NSF-61 designation are permanently cast into the body components. The mRDM is available with a plastic bottom cover only. The measuring chambers are designed for reduced wear during operation. The top and bottom of the measuring chamber, strainer, nutating disc and thrust roller are dimensionally stable thermoplastic which will not corrode. The electronic register housing and lid, Mi.Node and pilot valve housing are all made from thermoplastic. The meter is designed so that the register and pilot valve replacement components can be serviced easily without removing the meter from the line and are protected by Mueller Systems' unique tamper resistant locking pin and tamper resistant screw.

**REGISTER:** The permanently sealed electronic register has a unique triple "L" seal and Gri'imid lens to eliminate dirt, moisture infiltration and fogging. Registers are available with a variety of register cables and length options to permit interfaces with existing system transmitters and maximize system operating efficiency. The mRDM is available with an integral or a remote mounted RF transceiver for optimal performance. An integral tamper-proof locking feature is provided to resist tampering with the register. The totalizing register has a straight-reading odometer type display, a 360° test circle with center sweep hand and a low flow (leak) detector. Standard gearing is used, making registers interchangeable by size.

**OPERATION:** Water flows through dual strainers in the pilot valve assembly. Differential pressure provides the operating principal for the valve activation. Water flows through the meter's strainer where debris is screened out. The incoming water fills a known volume of the measuring chamber on one or the other side of a movable disc that separates the chamber into two sections. As water enters, it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc. The process repeats as the sections refill and empty in turn. The nutating action of the disc is

coupled magnetically to the register to indicate the volume of water that passes through the meter.

The pilot valve can be actuated via the mRDM radio with the appropriate mRDM software installed on a laptop. System screens indicate the position of the valve (open or closed) and record the date and time for all valve activations providing a permanent record of each account's history.

**MAINTENANCE:** The Mueller Systems mRDM meter is designed and manufactured to provide long service life with virtually no maintenance required. Repair components available include complete chamber assemblies and pilot valve repair kits when required. All components can be accessed without removing the meter from the service line for simplified maintenance.

**CONNECTIONS:** Supplied with external straight pipe threads (NPSM) per ANSI B1.20.1

## Materials and Specifications

| | |
|---|---|
| MODEL | (mRDM) or Mobile Remote Disconnect Meter |
| SIZES | 5/8" X ¾", 5/8 X ½" |
| STANDARDS | AWWA C-700, Current NSF-61, ANSI & EPA Initiatives |
| SERVICE | Measurement of flow in forward direction only |
| INSTALLATION | Horizontal |
| OPERATING FLOW RANGE | See Charts on the following pages |
| ACCURACY | See Charts on the following pages |
| MAXIMUM WORKING PRESSURE | 150 PSI |
| TEMPERATURE RANGE | 33° F to 100° F water temperature |
| MEASURING ELEMENT | Nutating Disc PD Chamber |
| CONNECTION OPTIONS | Integral Mi.Node with choice of 18" Nicor Cable connector, 5' Itron Cable Connect or 5' unterminated wire 3' Mi.Node with choice of 18" Nicor Cable connector, 5' Itron Cable Connect or 5' unterminated wire 15' Mi.Node with 15' unterminated wire |
| REGISTER TYPE | Straight reading, permanently sealed, magnetic drive with low flow indicator and remote reading capability |
| BATTERY LIFE | 20 Years |
| METER CONNECTIONS | External straight pipe threads (NPSM) |
| MATERIALS | Main case – Bronze      Measuring Element Chamber and Disconnect Valve – Pilot Type      Disc – Thermoplastic Bolts – Stainless Steel      Disc Pin – SST      Strainer – Thermoplastic |

© Mueller Systems LLC. 03/23/2015



# **420 Mobile Remote Disconnect**\*

**Mueller** SYSTEMS

Bronze PD Mobile Disconnect Meter
Sizes 5/8" X 3/4" and 5/8" X 1/2

*Pat. www.muellersystems.com*

**420 mRDM**

## Meter Registration

| Meter Size | Initial Dial* | Capacity | Initial Dial* | Capacity |
|---|---|---|---|---|
| 5/8" | 10 Gallons | 10 Million | 1 Cubic Ft. | 1 Million |

*Registration equal to one full revolution of the sweep hand.

## Flow Characteristics

| Meter Size | Typical Low Flow (95% Minimum) | Typical Operating Range (100% ± 1.5%) | Maximum Continuous Operation |
|---|---|---|---|
| 5/8" | 1/8 GFM | 1/2 to 20 GPM | 15 GPM |

## Performance

**Head loss**



NOTE: Performance curves are typical only and NOT a guarantee of performance.

**Accuracy**



NOTE: Performance curves are typical only and NOT a guarantee of performance.

© Mueller Systems LLC 07/007/2014

# 420 Mobile Remote Disconnect*

**Mueller** SYSTEMS

Bronze PD Mobile Disconnect Meter
Sizes 5/8" X 3/4" and 5/8" X 1/2

*Visit www.muepart.com

420 mRDM

## MODEL 420 mRDM BRONZE METER ASSEMBLY COMPONENTS

| ITEM | PART # | DESCRIPTION | QTY |
|------|--------|-------------|-----|
| 1 | BKPLTSCREW | #6 X 1/2" SELF TAPPING TRI-WING HEAD SS | 1 |
| 2 | C6680 | SOLENOID TAMPER COVER | 1 |
| 3 | MSW-RDM-XX | MI.NODE RADIO WITH SOLENOID | 1 |
| 4 | C6679A | MODEL 420 RDM VALVE COVER WITH ORIFICE | 1 |
| 5 | 98411 | 1/4-20 X 1" BHCS SS | 4 |
| 6 | A13099 | MODEL 420 RDM VALVE SPRING SS | 1 |
| 7 | B8676 | MODEL 420 RDM DIAPHRAGM ASSEMBLY | 1 |
| 8 | B8676KIT | DIAPHRAGM REPLACEMENT KIT (PARTS 6,7, & 9) | - |
| 9 | B8684 | MODEL 420 RDM SUPPORT RING | 1 |
| 10 | D38991XX | MODEL 420 TRANSLATOR REGISTER SG | 1 |
|    | D36992XX | MODEL 420 TRANSLATOR REGISTER CF | |
|    | D36993XX | MODEL 420 TRANSLATOR REGISTER CM | |
| 11 | A12658 | REGISTER LOCKING PIN | 1 |
| 12 | D3888SI | 5/8" X 3/4" MODEL 420 RDM MAIN CASE | 1 |
|    | D2688-1SI | 5/8" X 1/2" MODEL 420 RDM MAIN CASE | |
| 13 | D3635PO | MODEL 420 CHAMBER ASSEMBLY | 1 |
| 14 | A13059 | MODEL 420 CHAMBER O-RING | 1 |
| 15 | C6581 | MODEL 420 BRONZE STRAINER RETAINER | 1 |
| 16 | B8664 | MODEL 420 BRONZE GASKET | 1 |
| 17 | C6582 | MODEL 420 PLASTIC BOTTOM PLATE | 1 |
| 18 | 90010 | 5/16-18 x 1-1/8" HEX BOLT SS | 4 |
| 19 | 90018 | 5/16 FLAT WASHER SS | 4 |



© Mueller Systems LLC. 07/167/2014

000765



# 420 Mobile Remote Disconnect

Bronze PD Mobile Disconnect Meter
Sizes 5/8" X 3/4" and 5/8" X 1/2

**420 mRDM**

## Dimensions, Weights and Parts

| Meter Size | 5/8" | |
|---|---|---|
| Model | mRDM INTEGRAL | mRDM REMOTE |
| Dimension | | |
| A | 5.875" | 3.875" |
| B | 7.5" | 7.5" |
| C | 6.6875" | 4.1875" |
| D | 1.6875" | 1.6875" |
| Weight | 5.0 | 5.0 |

Weights are in pounds and are approximate.
Inlet and outlet 1/2" or 3/4"

420 mRDM with Integral Mi.Node





420 mRDM with Remote Mi.Node



APPROXIMATE WEIGHT 5 LBS.

© Mueller Systems LLC. 03/23/2015  Mueller Systems is a division of Mueller Water Products, Inc.  All trademarks referenced herein are the property of Mueller Water Products, Inc., or an affiliate, unless specified otherwise.

000766

# 500 Series DI

## Magnetic Drive Positive Displacement Disc Meters
### Sizes 1-1/2" and 2"

**Mueller** SYSTEMS

500 Series DI

## Features

**APPLICATIONS:** Measurement of cold water for residential, commercial and industrial applications where water volumes are low, and low flow sensitivity is important.

**CONFORMANCE TO STANDARDS:** Hersey Series 500 DI Water Meters comply with ANSI/AWWA Standard C700. Meters which are manufactured with the Nylon coated ductile iron maincase option meet the requirements of NSF Standard 61, Annex G. The meters provide a no lead solution. Each meter is tested to ensure compliance.

**CONSTRUCTION:** Hersey Series 500 DI Water Meters consist of three basic parts: maincase; measuring chamber; and permanently sealed register. The maincase and topcase are made of Nylon coated ductile iron. The measuring chamber, nutating disc and strainer are made of thermoplastic, which is dimensionally stable and will not corrode. A test port in the body permits in-line testing. Register box and lid are available in plastic or bronze.

The meter is designed so that the register, measuring chamber and strainer can be replaced without removing the meter from the line.

**REGISTER:** The permanently sealed register has a unique seal and heat-treated glass to eliminate dirt, moisture infiltration and lens fogging. An integral tamper-proof locking feature is provided to resist tampering with the register. The totalizing register has a straight-reading odometer type display, a 360° test circle with center sweep hand and a low flow (leak) detector. Standard gearing is used, making registers interchangeable by size.

All Hersey Meter Models have electronic meter reading systems available for increased reading efficiency (see Meter Reading Systems.)

**OPERATION:** Water flows through the meter's strainer where any debris that could adversely affect meter accuracy or free operation is screened out. As the water enters, it fills a known volume of the measuring chamber on one or the other side of a movable disc that separates the chamber into two sections. As water enters it moves the disc (nutates), forcing a known volume of water out of the meter from the opposite side of the disc. The process repeats as the sections refill and empty in turn. The nutating action of the disc is coupled magnetically to the register to indicate the volume of water that passes through the meter. The large measuring chamber requires fewer nutations of the disc for each gallon measured, which helps to limit wear, reduce pressure loss and extend the life of the meter.

**MAINTENANCE:** The Hersey Series 500 DI Water Meters are designed and manufactured to provide long service life with virtually no maintenance required.

**CONNECTIONS:** Available with integral two-bolt oval flanges.



572 DI Meter

## Materials and Specifications

| MODEL NUMBER | 562 DI and 572 DI |
|---|---|
| SIZES | 1-1/2" and 2" |
| STANDARDS | Manufactured and tested to meet or exceed all applicable parts of ANSI/AWWA C700 Standard. Nylon coated ductile iron options meet requirements of NSF Standard 61, Annex G |
| SERVICE | Cold water measurement with flow in only one direction |
| OPERATING FLOW RANGE | See Chart on following pages |
| ACCURACY | See Chart on following pages |
| PRESSURE LOSS | See Chart on following pages |
| MAXIMUM WORKING PRESSURE | 150 PSI |
| TEMPERATURE RANGE | 33°F to 107°F water temperature |
| MEASURING ELEMENT | Nutating Disc |
| DISC NUTATIONS (per Gallon) | 562 DI: 6.47, 572 DI: 3.92 |
| REGISTER TYPE | Straight reading, permanently sealed, magnetic drive with low flow indicator. Remote reading units optional. |
| METER CONNECTIONS | 1-1/2" size and 2" size available with two bolt flanged ends |
| MATERIALS | Maincase – Nylon coated ductile iron, Measuring Chamber – Thermoplastic; Magnets – ceramic, Strainer – Thermoplastic; Casing bolts – stainless steel ANSI B18; Register box and lid – thermoplastic. |
| OPTIONS | Meter case – Nylon coated ductile iron Register box and lid – bronze UNSC85700, AMR/AMI Reading Systems. |

 **Mueller** SYSTEMS

# 500 Series DI
Magnetic Drive Positive Displacement Disc Meters
Sizes 1-1/2" & 2"

**500 Series DI**

## Meter Registration

| Meter Size | Initial Dial* | Capacity | Initial Dial* | Capacity |
|---|---|---|---|---|
| 1-1/2" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |
| 2" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |

*Registration equal to one full revolution of the sweep hand.

## Flow Characteristics

| Meter Size | Typical Low Flow (95% Minimum) | Typical Operating Range (100% ± 1.5%) | Maximum Continuous Operation |
|---|---|---|---|
| 1-1/2" | 1-1/2 GPM | 5 to 100 GPM | 50 |
| 2" | 2 CFM | 8 to 160 CFM | 80 |

## Performance



HEAD LOSS – 1-1/2" AND 2"     (Figure 1)

RATE OF FLOW – U.S. GPM

## Performance



ACCURACY – 1-1/2" AND 2"     (Figure 2)

RATE OF FLOW – U.S. GPM

NOTE: Performance curves are typical only and NOT a guarantee of performance.

000768

# 500 Series DI



Magnetic Drive Positive Displacement Disc Meters
Sizes 1-1/2" & 2"

## Dimensions and Weights

500 Series DI

| Meter Size | 1-1/2" | 2" |
|---|---|---|
| Ends | Flanged | |
| Model | 562 | 572 |
| Dimension | | |
| A | 13" | 17" |
| B | 7.250" | 8.125" |
| C | 7.437" | 3.00" |
| D | 8.750" | 10.437" |
| E | 4.00" | 4.50" |
| Net weight | 18 | 28 |

1" NPT Test Port

NOTE: Meter couplings are optional and must be ordered separately. Weights are in pounds and are approximate.



# 500 Series DI

**Mueller** SYSTEMS

Magnetic Drive Positive Displacement Disc Meters
Sizes 1-1/2" and 2"

500 Series DI



# 500 Series DI

**Mueller** SYSTEMS

Magnetic Drive Positive Displacement Disc Meters
Sizes 1-1/2" and 2"

500 Series DI

| Ref. No. | Description | | 562 1-1/2" Model | 572 2" Model |
|---|---|---|---|---|
| 1 | Visual Register | US Gallons (Glass/Brass) | D357715 | D358115 |
| | | CF (Glass/Brass) | D357725 | D358125 |
| | Translator Register | US Gallons (Plastic/Brass) | D35791xxx | D35531xxx |
| | | CF (Plastic/Brass) | D35792xxx | D35532xxx |
| | Specify Electronic Reading Value 4, 5, or 6 Wheel | | | |
| 2 | Complete Visual Register Housing Assembly | (Plastic) | B7856 | B7856 |
| | Includes parts 3-7 | (Bronze) | B7857 | B7857 |
| 3 | Register Cover | (Plastic) | C5768 | C5768 |
| | | (Bronze) | C5774 | C5774 |
| 4 | Spirol Pin | (Plastic Cover: SST) | AS41122 | AS41122 |
| | | (Bronze Cover: SST) | AS41123 | AS41123 |
| 5 | Register Housing Base | (Plastic) | C5769 | C5769 |
| | | (Bronze) | C5772 | C5772 |
| 6 | Register Locking Pin | (Blue Colored Plastic) | A12658 | A12658 |
| | | (Bronze Colored Plastic) | A126581 | A126581 |
| 7 | Register Housing Insert | (Plastic) | C5770 | C5770 |
| 8 | Top Case | (Nylon Coated Ductile Iron) | D3642C | D3646C |
| 9 | Case Bolts | (SST) | 90026 (Qty 6) | 90010 (Qty 8) |
| 10 | Washers | (SST) | 90018 (Qty 6) | 90018 (Qty 8) |
| 11 | Register Hub O-Ring | (Rubber) | 98313 | 98313 |
| 12 | Register Hub | (Plastic) | C6631 | C6631 |
| 13 | Socket Head Cap Screws | (SST) | 98157 (Qty 4) | 98157 (Qty 4) |
| 14 | O-Ring Case Seal | (Rubber) | 98314 | 98315 |
| 15 | Chamber Retainer | (Plastic) | C5466 | C5466 |
| 16 | O-Ring Chamber Seal | (Rubber) | A130204 | A130205 |
| 17 | Complete Chamber Assembly | | D3575 | D3576 |
| | Includes parts 14, 15, 16 | | | |
| 18 | Strainer | (Plastic) | C5576 | C5577 |
| 19 | Type U Drive Screw | (Plated) | 98158 (Qty 2) | 98158 (Qty 2) |
| 20 | Serial Number ID Plate | | A13070 | A13070 |
| 21 | Test Plug | (SST) | 59013 | 59013 |
| 22 | Bottom Case | (Nylon Coated Ductile Iron) | D3644C | D3648C |

© Mueller Systems 11/03/2010

000771

# Model MVR

**Magnetic Drive Vertical Turbine Meters**
Sizes 3/4"x1/2", 3/4", 3/4"x1", 1", 1-1/2", 2", 3", 4" and 6"



**Mueller** SYSTEMS

Model MVR

## Features

**APPLICATIONS:** Measurement of water for residential, commercial, industrial and residential fire applications, where sensitivity to low flow is also important. Hersey® MVR meters are among the most sensitive vertical turbine meters available and may be used in place of compound meters in some applications. The compact design and integral strainer (separate external strainer is not needed) of Model MVR meters facilitate installation in tight spaces. They are ideal where flexibility is needed to meet wider flow ranges, where water temperatures are elevated between 80°F and 130°F, or where sand particles or other small debris may be encountered. May be installed vertically or horizontally for greater installation flexibility.

**CONFORMANCE TO STANDARDS:** Hersey Model MVR Water Meters comply with ANSI/AWWA Standard C701 Class I. Each meter is tested to ensure compliance. EnviroBrass® II options conform to the NSF 61 Standard.

**CONSTRUCTION:** Hersey Model MVR Water Meters consist of three basic parts: maincase; rotor assembly; and a permanently sealed register. Maincases are made of bronze for long life. Rotor assemblies are thermoplastic, which is dimensionally stable and will not corrode. Retro Thrust rotor design extends the life of the meter by dividing wear between two points: during low flow the tungsten carbide thrust bearing floats against a sapphire bearing surface; during high flow the stainless steel shaft gently contacts a second sapphire bearing. During medium flow, the rotor floats between the thrust bearings without contact. Optional test ports are available on all sizes 1-1/2" and larger. The measuring chamber is protected by an internal strainer. No external strainer is required.

**REGISTER:** Permanently sealed register has a unique seal and heat-treated glass to eliminate dirt, moisture infiltration and lens fogging. The totalizing register has a straight-reading odometer type display, a 360° test circle with center sweep hand and a low flow (leak) detector.

All Hersey Model MVR models have electronic meter reading systems available for increased reading efficiency (see Meter Reading Systems.)

**OPERATION:** Water flows through the integral strainer and into the vertical turbine assembly. There the direction of the water flow is directed by the hub into the rotor at the precise angle necessary for accurate measurement over the full range of flow rates. No straight pipe requirements apply before or after the meter. The turbine turns freely and rotates in direct proportion to the volume of water passing through the meter. The Model MVR turbine operates more quietly than conventional disc or piston meters.

**MAINTENANCE:** The Hersey Model MVR Water Meters are designed and manufactured to provide long service life. The register on all sizes, and meter interior and strainer on sizes 3" and larger, can be replaced without removing the meter from the line. Modular design and economical internal parts allow for inexpensive, speedy rebuilds. Optional built-in test ports make field testing easy and convenient.

**CONNECTIONS:** Available with external (N.P.S.M.) straight pipe threads (ANSI B1.20.1) on 3/4" and 1" sizes; integral two-bolt oval flanges or internal (NPT) pipe threads (ANSI B1.20.1) on 1-1/2" and 2" sizes. ANSI class 150 flanges on 3" through 6" sizes (class 125 cast iron or class 150 bronze companion flanges available on request).



MVR 30          MVR 30 with adapter



MVR 350

## Materials and Specifications

| | |
|---|---|
| MODEL NUMBER | MVR 30, MVR 30A, MVR 30B, MVR 50, MVR 100, MVR 160, MVR 350, MVR 550, and MVR 1200 |
| SIZES | 3/4"x1/2", 3/4", 3/4"x1", 1", 1-1/2", 2", 3", 4" and 6" |
| STANDARDS | Manufactured and tested to meet or exceed all applicable parts of ANSI/AWWA C701 Class I Standard |
| SERVICE | Cold water measurement with flow in only one direction |
| OPERATING FLOW RANGE | See Chart on following page |
| ACCURACY | See Chart on following page |
| PRESSURE LOSS | See Chart on following page |
| MAXIMUM WORKING PRESSURE | 150 PSI |
| TEMPERATURE RANGE | 33°F to 130°F water temperature. Hot water up to 180° available upon request. |
| MEASURING ELEMENT | Rotor |
| REGISTER TYPE | Straight reading, permanently sealed, magnetic drive with low flow indicator. Remote reading unit optional. |
| METER CONNECTIONS | 1/2", 3/4" and 1" external (NPSM) straight pipe threads, 1-1/2 size and 2" size available with either two bolt flanged ends or internal thread (NPT) ends, same nominal size as size of meter, 3" thru 6" ANSI class 150 flanges. |
| MATERIALS | Maincase – bronze UNSC84400; 3/4"- 1-1/2" Bottom cover – cast iron ASTM A126 CL. B enamel painted; 2" Bottom cover – bronze UNSC84400. Rotor assembly – thermoplastic; Strainer – thermoplastic std. in 3/4" thru 1-1/2"; or stainless steel (2" - 6"), Casing bolts – stainless steel ANSI B18. |
| OPTIONS | Meter case – EnviroBrass® II UNSC95520. Stainless steel ring strainer is available on 3/4", 1" and 1-1/2" meters. AMR Reading Systems. |

© Mueller Systems 12/11/2012

**Mueller** SYSTEMS

# Model MVR

Magnetic Drive Vertical Turbine Meters
Sizes 3/4"x1/2", 3/4", 3/4"x1", 1", 1-1/2", 2", 3", 4" and 6"

Model MVR

## Meter Registration

| Meter Size | Initial Dial* | Capacity | Initial Dial * | Capacity |
|---|---|---|---|---|
| 3/4" | 10 Gallons | 10 Million | 1 Cubic Foot | 1 Million |
| 1" | 10 Gallons | 10 Million | 1 Cubic Foot | 1 Million |
| 1-1/2" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |
| 2" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |
| 3" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |
| 4" | 100 Gallons | 100 Million | 10 Cubic Feet | 10 Million |
| 6" | 1000 Gal | 1 Billion | 100 Cubic Ft | 100 Mill. |

* Registration equal to one full revolution of the sweep hand.

## Flow Characteristics

| Meter Size | Typical Low Flow (95% Min.) | Typical Operating Range (100% ± 1%) | Maximum Continuous Operation | Maximum Intermittent Flow |
|---|---|---|---|---|
| 3/4" | 1/2 GPM | 1 to 30 GPM | 25 GPM | 25 GPM |
| 1" | 3/4 GPM | 1-1/2 to 50 GPM | 35 GPM | 55 GPM |
| 1-1/2" | 1-1/2 GPM | 2 to 100 GPM | 70 GPM | 150 GPM |
| 2" | 2 GPM | 3 to 160 GPM | 115 GPM | 175 GPM |
| 3" | 2-1/2 GPM | 4 to 350 GPM | 240 GPM | 390 GPM |
| 4" | 3-1/2 GPM | 5 to 650 GPM | 450 GPM | 715 GPM |
| 6" | 5 GPM | 15 to 1300 GPM | 910 GPM | 1430 GPM |

## Dimensions and Weights



3/4" and 1" STANDARD MVR



3/4" and 1" COMPACT MVR



1-1/2" and 2" STANDARD MVR with 2 bolt flange ends** and spool piece



1-1/2" and 2" STANDARD MVR with Internal NPT ends



1-1/2" and 2" COMPACT MVR with integral 2 bolt flange ends**



1-1/2" and 2" COMPACT MVR with Internal NPT ends



3", 4" and 6" MVR

| Meter Size | 3/4"x1/2" | 3/4" | 3/4"x1" | 1" | 1-1/2" | 2" | 1-1/2" | 2" | 3" | 4" | 6" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ends | | | Threaded (screwed) | | | | | | Flanged | | |
| Model | MVR30 | MVR30A | MVR30B | MVR50 | MVR100 | MVR160 | MVR100 | MVR160 | MVR350 | MVR650 | MVR1300 |
| Dimensions | | | | | | | | | | | |
| A | 9" | 9" | 9" | 10-3/4" | 12-5/8" | 15-1/4" | 13" | 17" | 12" | 11" | 18" |
| AA* | 7-1/2" | 7-1/2" | 7-1/2" | 9" | 9" | 10-1/2" | 9" | 10" | | | |
| B | 5" | 5" | 5" | 5-1/2" | 5-3/4" | 6-1/4" | 5-3/4" | 6-1/4" | 8-7/16" | 9-3/8" | 12-5/16" |
| C | 1-13/16" | 1-13/16" | 1-13/16" | 2-3/8" | 2-3/8" | 3" | 7-3/8" | 3" | 3-7/8" | 4-5/8" | 6" |
| D | N/A | N/A | N/A | N/A | N/A | N/A | 4" | 4-1/2" | 6" | 7-1/2" | 9-1/2" |
| E | N/A | N/A | N/A | N/A | N/A | N/A | 5/8" | 5/8" | 3/4" | 3/4" | 7/8" |
| F | N/A | N/A | N/A | N/A | N/A | N/A | 11/16" | 15/16" | 5/8" | 11/16" | 13/16" |
| Max. width | 3-3/4" | 3-3/4" | 3-3/4" | 4-1/4" | 4-3/8" | 5-3/8" | 5-3/8" | 5-15/16" | 7-7/8" | 9-3/4" | 12-7/8" |
| Net weight | 6 (5*) | 6 (5*) | 6 (5*) | 8 (7*) | 11 (9*) | 15 (14 *) | 12 (9*) | 20 (14*) | 38 | 68 | 140 |

*Compact length
**1-1/2" and 2" Flanged meters have a 2x2 oval flange pattern.
NOTE: Meter couplings are optional and must be ordered separately. Weights are in pounds and are approximate.

© Mueller Systems 12/13/2012

000773

# Model MVR

**Mueller** SYSTEMS

Magnetic Drive Vertical Turbine Meters
Sizes 3/4"x1/2", 3/4", 3/4"x1", 1", 1-1/2", 2", 3", 4" and 6"

Model MVR

## Performance

Head loss – 3/4" and 1"



Head loss – 1-1/2" and 2"



Head loss – 3" and 4"



Head loss – 6"



## Performance

Accuracy – 3/4" and 1"



Accuracy – 1-1/2" and 2"



Accuracy – 3" and 4"



Accuracy – 6"



*Performance curves are typical only and not a guarantee of performance.

© Mueller Systems 12/13/2012

000774

**Mueller** SYSTEMS

# Model MVR

Models MVR-30, MVR 50, MVR 100 and MVR 160

Model MVR

| Ref. No. | Description | Model MVR-30 | Model MVR-50 | Model MVR-100 | Model MVR-160 |
|---|---|---|---|---|---|
| 1 | Lid (Plastic) | 50377 | 50377 | 50377 | 50377 |
| 1 | Lid (Bronze) | 50390 | 50390 | 50390 | 50390 |
| 2 | Black Clamp Band for Visual Register | 50379 | 50379 | 50379 | 50379 |
| 2 | Blue Clamp Band for Translator Register | B8602 | B8602 | B8602 | B8602 |
| 3 | SST Tri-Wing Screw | 93344 | 93344 | 93344 | 93344 |
| 4 | Lid Nut | 19999 | 19999 | 19999 | 19999 |
| 5 | Sealed Register (Specify unit of measurement) | See pages 4.5-4.11 | | | |
| 6 | MVR 30 Top Case (7-1/2" length): | | | | |
| | 1/2" M.I.P. Ends | 50452 | - | - | - |
| | 3/4" M.I.P. Ends | 50466 (A) | - | - | - |
| | 1" M.I.P. Ends | 50476 (B) | - | - | - |
| 6 | MVR 50 Top Case (9" length): | | | | |
| | 1" M.I.P. Ends | - | 50566 (C) | - | - |
| | 1-1/4" M.I.P. Ends | - | 50576 (D) | - | - |
| 6 | MVR 100 Top Case (9" length): | | | | |
| | 1-1/2" F.I.P. Ends | - | - | 50776 (E) | - |
| | 1-1/2" Bronze 2-Bolt Flange Assembly | - | - | 50784 (F) | - |
| 6 | MVR 160 Top Case (10-1/2" length): | | | | |
| | 2" F.I.P. Ends | - | - | - | 50866 (G) |
| | 2" Bronze 2-Bolt Flange Assembly (10" length) | - | - | - | 50884 (H) |
| 7 | Rotor | 50471 | 50571 | 50771 | 50871 |
| 8 | Inlet Hub | 50468 | 50568 | 50768 | 50867 |
| 9 | Lower Bushing | 50374 (2) | 50574 (2) | 50574 (2) | - |
| 10 | Interior Screw | 98394 (4) | 98394 (4) | 98394 (4) | 98394 (4) |
| 11 | Strainer (Plastic) | 50489 | 50569 | 50769 | - |
| 12 | Strainer (Metal Ring)** | 50480 | 50580 | 50780 | 50880 |
| 13 | Liner | 50365 | 50565 | 50765 | 50865 |
| 14 | Bottom (Bronze) | 50353 | 50653 | 50753 | 50953 |
| 14 | Bottom (Cast Iron) | 50364 | 50654 | 50764 | - |
| 15 | Case Washer | A57792 (4) | A57792 (4) | 98378 (4) | 98378 (4) |
| 16 | Case Bolt | 90026 (4) | 90026 (4) | 90073 (4) | 90073 (4) |
| | Inlet Hub Assembly | - | - | - | 50867 |
| | Bushing Spacer | - | - | - | 53114 |
| | Bushing | - | - | - | 54915 (2) |
| | Inlet Plug Assembly | 50493 | 50493 | 50493 | 53105 |
| | Sapphire Thrust Bearing (Case) | 93371 | 93371 | 93371 | 93371 |
| | Complete Interior | 50477 | 50577 | 50777 | 53972 |
| | Bearing Adhesive * | - | - | - | - |
| | Adapters: | | | | |
| | 3/4" Adapter | 95045 | - | - | - |
| | 3/4" Adapter | 95014 | - | - | - |
| | 3/4" Adapter Washer | 95011 | - | - | - |
| | 1" Adapter | 95064 | 95063 | - | - |
| | 1" Adapter Washer | - | 95064 | - | - |
| | 1-1/4" Adapter | - | 95065 | - | - |
| | 1-1/4" Adapter | - | 95067 | - | - |
| | 1-1/4" Adapter Washer | - | - | 95055 | - |
| | 1-1/2" Female Adapter | - | - | - | - |
| | 2" Female Adapter | - | - | - | 95195 |

A: Order 3/4" Adapter 95046 and Adapter Washer 95014 to replace standard 3/4" disc meter, 9" long.
B: Order 1" Adapter 95011 and Adapter Washer 95064 with Top Case 50476 to replace 3/4" disc meter, 9" long. Installed with 1" pipe connection.
C: Order 1" Adapter 95063 and Adapter Washer 95064 with Top Case 50566 to replace standard 1" disc meter, 10-3/4" long.
D: Order 1-1/4" Adapter 95066 and Adapter Washer 95037 with Top Case 50576 to replace 1" disc meter, 10-3/4" long, installed with 1-1/4" pipe connection.
E: Order 1-1/2" Adapter 95055 with Top Case 50776 to replace 1-1/2" female end meter installed with union connections. Assemble to length of 12-5/8".
F: Order 1-1/2" Bronze Spool Piece 50783 and gasket 95102 with Top Case 50784 to replace standard 1-1/2" disc meter, 13" long.
G: Order 2" Adapter 95195 with Top Case 50866 to replace standard 2" Female End disc meter, 15-1/4" long.
H: Order (2) Bronze Spool piece 50883 and gasket 95122 with Top Case 50884 for 17" length 2-30229 Bolt 2-90260 Nut.
 * Purchase locally. Use a cyanoacrylic adhesive, such as Loctite Super Bonder 430-13, Eastman #916, Permabond or Aron Alpha

**Standard on MVR 160. Optional on MVR 30, 50, 100 in place of standard plastic disc strainer.
NOTE: If more than one part is required, quantity is noted after part number (in parenthesis).

© Mueller Systems 12/13/2012

# Model MVR

Models MVR-30, MVR 50, MVR 100 and MVR 160

**Mueller** SYSTEMS



Model MVR



*Disc Strainer – standard on MVR 30, 50, 100.
**Ring Strainer – optional (in place of) disc strainer on MVR 30, 50 100.
   Standard on MVR 160

© Mueller Systems 12/13/2012

000776

**Mueller** SYSTEMS

# Model MVR

Models MVR-350, MVR 650 and MVR 1300

Model MVR



| Ref. No. | Description | Model MVR-350 | Model MVR-650 | Model MVR-1300 |
|---|---|---|---|---|
| 1 | Top Case/Thrust Bearing | 50981 | 51181 | 51381 |
| 2 | Bottom Case | 50982 | 51182 | 51382 |
| 3 | Ring Strainer | 50985 | 51185 | 51383 |
| 4 | Rotor Assembly | 50984 | 51184 | 51384 |
| 5 | Inlet Hub Assembly | 50987 | 51187 | 51387 |
| 6 | Inlet Hub Screws | 98395 (6) | 98395 (6) | 98400 (12) |
| 7 | Top Case O-Ring | 98361 | 98362 | 98408 |
| 8 | Top Case Screw | 90073 (8) | 90073 (10) | 90160 (14) |
| 9 | Register | See page following pages | See page following pages | See page following pages |
| 10 | Register Box (Bronze) | 50998 | 50998 | 50998 |
| 11 | Lid (Bronze) | 19201 | 19201 | 19201 |
| 12 | Register Box Screw | 51005P007 (2) | 51005P007 (2) | 51005P007 (2) |
| 13 | Lid Pin | AS41122 | AS41122 | AS41122 |
| 14 | Inlet Plug/Thrust Bearing | 50992 | 50992 | |
| 15 | Rotor Bushing | 54915 (2) | 56915 (2) | 51392 (2) |
| 16 | Bushing Spacer | 54914 | 51186 | 51391 |

NOTE: In order to retrofit translator registers on all 3"-6" MVR meters manufactured prior to 2003 a new top case (1) and top case o-ring (7) is required.

© Mueller Systems 12/13/2012

000777

# Model MVR

Registers

**Mueller** SYSTEMS

Model MVR

| MVR Model | Cubic Feet | | | U.S. Gallons | | |
|---|---|---|---|---|---|---|
| | Register Part Numbers | Internal Ratio | Relation to other Registers | Register Part Numbers | Internal Ratio | Relation to other Registers |
| MVR-30 | B79821 | 551.99 | -4% (in relation to B79829) | B79813 | 738.92 | -4% (in relation to B79817) |
| MVR-30 | B79822 | 546.34 | -3% (in relation to B79829) | B79814 | 731.88 | -3% (in relation to B79817) |
| MVR-30 | B79823 | 540.85 | -2% (in relation to B79829) | B79815 | 723.79 | -2% (in relation to B79817) |
| MVR-30 | B79824 | 536.22 | -1% (in relation to B79829) | B79816 | 715.85 | -1% (in relation to B79817) |
| MVR-30 | B79825 | 530.07 | - | B79817 | 709.01 | - |
| MVR-30 | B79826 | 522.96 | +1% (in relation to B79825) | B79818 | 702.61 | +1% (in relation to B79817) |
| MVR-30 | B79827 | 519.6 | +2% (in relation to B79825) | B79819 | 694.85 | +2% (in relation to B79817) |
| MVR-30 | B79828 | 514.2 | +3% (in relation to B79825) | B79820 | 688.55 | +3% (in relation to B79817) |
| MVR-50 | B79851 | 269.44 | -4% (in relation to B79865) | B79851 | 360.58 | -3% (in relation to B79954) |
| MVR-50 | B79852 | 266.44 | -3% (in relation to B79865) | B79852 | 356.41 | -2% (in relation to B79954) |
| MVR-50 | B79853 | 264.51 | -2% (in relation to B79865) | B79853 | 353.17 | -1% (in relation to B79954) |
| MVR-53 | B79854 | 262.07 | -1% (in relation to B79865) | B79854 | 349.42 | - |
| MVR-53 | B79855 | 258.83 | - | B79855 | 345.93 | +1% (in relation to B79954) |
| MVR-50 | B79856 | 255.52 | +1% (in relation to B79865) | B79856 | 342.53 | +2% (in relation to B79954) |
| MVR-50 | B79857 | 254 | +2% (in relation to B79865) | B79857 | 339.04 | +2% (in relation to B79954) |
| MVR-100 | B79901 | 1973.95 | -3% (in relation to B79904) | B79891 | 2654.16 | -3% (in relation to B79854) |
| MVR-100 | B79902 | 1951.68 | -2% (in relation to B79904) | B79892 | 2646.98 | -2% (in relation to B79854) |
| MVR-100 | B79903 | 1935.27 | -1% (in relation to B79904) | B79893 | 2605.61 | -1% (in relation to B79894) |
| MVR-100 | B79904 | 1912.55 | - | B79894 | 2586.61 | - |
| MVR-100 | B79905 | 1901.98 | +1% (in relation to B79904) | B79895 | 2554.55 | +1% (in relation to B79894) |
| MVR-100 | B79906 | 1882.77 | +2% (in relation to B79904) | B79896 | 2526.66 | +2% (in relation to B79894) |
| MVR-100 | B79907 | 1852.97 | +3% (in relation to B79904) | B79897 | 2505.78 | +3% (in relation to B79894) |
| MVR-160 | B79941 | 604.34 | -3% (in relation to B79944) | B79931 | 808.51 | -3% (in relation to B79934) |
| MVR-160 | B79942 | 598.37 | -2% (in relation to B79944) | B79932 | 800.5 | -2% (in relation to B79934) |
| MVR-160 | B79943 | 592.81 | -1% (in relation to B79944) | B79933 | 792.41 | -1% (in relation to B79934) |
| MVR-160 | B79944 | 587.03 | - | B79934 | 784.64 | - |
| MVR-160 | B79945 | 580.58 | +1% (in relation to B79944) | B79935 | 775.87 | +1% (in relation to B79934) |
| MVR-160 | B79946 | 575.56 | +2% (in relation to B79944) | B79936 | 768.47 | +2% (in relation to B79934) |
| MVR-350 | B79981 | 294.32 | -2% (in relation to B79983) | B79971 | 354.09 | -2% (in relation to B79973) |
| MVR-350 | B79982 | 291.49 | -1% (in relation to B79983) | B79972 | 343.51 | -1% (in relation to B79973) |
| MVR-350 | B79983 | 288.55 | - | B79973 | 345.91 | - |
| MVR-350 | B79984 | 285.72 | +1% (in relation to B79983) | B79974 | 342.05 | +1% (in relation to B79973) |
| MVR-350 | B79985 | 283.03 | +2% (in relation to B79983) | B79975 | 378.6 | +2% (in relation to B79973) |
| MVR-350 | B79986 | 280.7 | +3% (in relation to B79983) | B79976 | 374.11 | +3% (in relation to B79973) |
| MVR-650 | B80021 | 182.28 | -3% (in relation to B80024) | B80013 | 239.51 | -3% (in relation to B80014) |
| MVR-650 | B80022 | 180.35 | -2% (in relation to B80024) | B80014 | 236.41 | - |
| MVR-650 | B80023 | 178.86 | -1% (in relation to B80024) | B80015 | 234.53 | -1% (in relation to B80014) |
| MVR-650 | B80024 | 176.9 | - | B80016 | 232.95 | +2% (in relation to B80014) |
| MVR-650 | B80025 | 175.04 | +1% (in relation to B80024) | B80017 | 230.62 | +3% (in relation to B80014) |
| MVR-650 | B80026 | 173.77 | +2% (in relation to B80024) | B80018 | 278.21 | +4% (in relation to B80014) |
| MVR-650 | B80027 | 171.53 | +3% (in relation to B80024) | . | . | . |
| MVR-650 | B80028 | 170.34 | +4% (in relation to B80024) | . | . | . |
| MVR-1300 | B80067 | 413.35 | -1% (in relation to B80068) | B80056 | 551.99 | -2% (in relation to B80057) |
| MVR-1300 | B80068 | 409.41 | - | B80057 | 546.34 | - |
| MVR-1300 | B80069 | 405.25 | +1% (in relation to B80068) | B80058 | 540.85 | -2% (in relation to B80057) |



# Model MVR
### Visual Registers Options

**Model MVR**

| MVR Model | Cubic Feet Standard Register | US Gallons Standard Register |
|---|---|---|
| MVR-30 | B79821 | B79813 |
| MVR-30 | B79822 | B79814 |
| MVR-30 | B79823 | B79815 |
| MVR-30 | B79824 | B79816 |
| MVR-30 | B79825 | B79817 |
| MVR-30 | B79826 | B79818 |
| MVR-30 | B79827 | B79819 |
| MVR-30 | B79828 | B79820 |
| MVR-50 | B79851 | B79851 |
| MVR-50 | B79852 | B79852 |
| MVR-50 | B79863 | B79853 |
| MVR-50 | B79864 | B79854 |
| MVR-50 | B79865 | B79855 |
| MVR-50 | B79866 | B79856 |
| MVR-50 | B79867 | B79857 |
| MVR-100 | B79901 | B79891 |
| MVR-100 | B79902 | B79892 |
| MVR-100 | B79903 | B79893 |
| MVR-100 | B79904 | B79894 |
| MVR-100 | B79905 | B79895 |
| MVR-100 | B79906 | B79896 |
| MVR-100 | B79907 | B79897 |
| MVR-150 | B79941 | B79931 |
| MVR-150 | B79942 | B79932 |
| MVR-150 | B79943 | B79933 |
| MVR-150 | B79944 | B79934 |
| MVR-150 | B79945 | B79935 |
| MVR-150 | B79946 | B79936 |
| MVR-350 | B79981 | B79971 |
| MVR-350 | B79982 | B79972 |
| MVR-350 | B79983 | B79973 |
| MVR-350 | B79984 | B79974 |
| MVR-350 | B79985 | B79975 |
| MVR-350 | B79986 | B79976 |
| MVR-650 | B80021 | B80013 |
| MVR-650 | B80022 | B80014 |
| MVR-650 | B80023 | B80015 |
| MVR-650 | B80024 | B80016 |
| MVR-650 | B80025 | B80017 |
| MVR-650 | B80026 | B80018 |
| MVR-650 | B80027 | B80019 |
| MVR-650 | B80028 | B80020 |
| MVR-1300 | B80067 | B80053 |
| MVR-1300 | B80068 | B80054 |
| MVR-1300 | B80069 | B80055 |

© Mueller Systems 12/13/2012

# Model MVR

Translator Register Options for MVR 30 to 160



Model MVR



| Ref | Description | MVR-30 | MVR-50 | MVR-100 | MVR-160 |
|---|---|---|---|---|---|
| 1 | Translator Register*<br>Gal ors<br>Cable Feet<br><br>Specify Electronic Reading Value 4, 5, or 6 Wheel | D35231xx<br>D35232xx | D35241xx<br>D35242xx | D35251xx<br>D35252xx | D35261xx<br>D35262xx |
| 2 | Clamp Band (Plastic) Translator Only | B8502 | B8602 | B8602 | B8602 |
| 3 | Clamp Band Seal Nut | 19999 | 19999 | 19999 | 19999 |
| 4 | SST Tri-Wing Screw | 58344 | 38344 | 98344 | 98344 |
| 5 | Lens Terminal Cover | B8447 | B8447 | B8447 | B8447 |
| 6 | Terminal Lug Screw | 58197 (3) | 58197 (3) | 58197 (3) | 58197 (3) |
| 7 | Wall Pad | T1234 | T1234 | T1234 | T1234 |
| 8 | Pit Pad | T1240 | T1240 | T1240 | T1240 |
| 9 | TreePad (not shown) | C5561G | C5561G | C5561G | C5561G |
| 10 | 1,000' Spool of Wire (not shown) | A5755 | A5755 | A5755 | A5755 |

*Call Mueller Systems Customer Service for appropriate Translator Register and AMR device part number.

© Mueller Systems 12/13/2012

000780

**Mueller** SYSTEMS

# Model MVR
### Translator Register Options for MVR 350 to 1300

Model MVR



| Ref | Description | MVR-350 | MVR-650 | MVR-1300 |
|-----|-------------|---------|---------|----------|
| 1 | Translator Register<br>Gallons*<br>Cubic Feet* | D35271xxx<br>D35272xxx | D35281xxx<br>D35282xxx | D35291xxx<br>D35292xxx |
| 2 | Register Box (Bronze) Translator Only | C6525 | C6525 | C6525 |
| 3 | Register Box Screw | S1035P007 (2) | S1035P007 (2) | S1035P007 (2) |
| 4 | Lens Instr ral Cover | B3447 | B3447 | B3447 |
| 5 | Terminal Lug Screw | 98197 (3) | 98197 (3) | 98197 (3) |
| 6 | Wall Pad | 71234 | 71234 | 71234 |
| 7 | Pit Pad | 11240 | 11240 | 11240 |
| 8 | TrueRead (not shown) | C6551G | C6551G | C6551G |
| 9 | 1,000' Spool of Wire (not shown) | A5755 | A5755 | A5755 |

*Call Mueller Systems Customer Service for appropriate Translator Register and AMR device part number.

© Mueller Systems, 12/13/2012. Mueller Systems is a division of Mueller Water Products, Inc. All trademarks referenced herein are the property of Mueller Water Products, Inc. or an affiliate, unless specified otherwise.

000781

# HOT ROD™

## HOT ROD™ Radio Transmitter Unit

**Mueller** SYSTEMS

HOT ROD™

## Features

**APPLICATIONS:** The Mueller Systems HOT ROD™ is a high performance transmitter designed for mobile AMR. It is compatible with all current Hersey meters utilizing the Translator® Positional Encoder Register and other manufacturers' encoder registers outputting a similar protocol. The primary function of the HOT ROD module is to transmit an encoded serial number, water consumption, leak detection information and status data via radio frequency. When combined with the Mueller Systems STREET MACHINE™ Mobile Receiver and EZ Reader™ Software, it provides the basis for high speed, high performance meter reading.

**INSTALLATION:** HOT ROD modules are available in two options; metal and standard variant. The metal variant is a high power version for installation in a metal box and the standard variant is a low power version for installation in a plastic meter box. Installation in a pit set requires no drilled holes through the lid and are mounted beneath the meter box lid for security and ease of installation on PVC pipe. Surface mount installations, such as above ground, are easily accomplished with the integral mount bracket and two screws.

**PERFORMANCE:** The HOT ROD module utilizes the 902MHz to 928MHz ISM band which are FCC license exempt frequencies which translates to lower initial start up costs. The HOT ROD module transmits or "bubbles up" every 2 seconds on multiple frequencies without the need of a "wake up call" insuring a continuous information stream for absolute data collection. Each transmission lasts only 2.5 milliseconds. That equates to almost 16 million opportunities per year to read each HOT ROD module and unparalleled performance.

**CONFORMANCE TO STANDARDS:** FCC compliance; Part 15 certified. HOT ROD complies with Standard C707 for Encoded Remote Reading Systems. No FCC License is required for operation.

**CONSTRUCTION:** The HOT ROD module consists of a compact printed circuit board which is encapsulated to provide complete protection against shock and water intrusion. The enclosure is made of UV stable, high density thermoplastic and is completely waterproof. All modules have integral mounting brackets for both pit and wall installations. One C size lithium battery provides plenty of power for reading the register and sending RF data. The battery is sealed within the module and is not replaceable. There are no customer serviceable parts inside the HOT ROD.

**INSTANT DATA LOGGING ALARMS:** Along with the standard meter reading the HOT ROD modules also transmit any instant data logging alarms for a specific account identifying a potential problem or issue with that account. The instant data logging alarms can be viewed on the Mapping screen of EZ Mobile™ and trigger the meter reader to stop and take action; such as leaving a door hanger or downloading the hourly consumption data for further investigation of the issue. The types of Instant Data Logging Alarms that can be communicated along with the meter reading are: small and continuous leak, reverse flow, no flow, and register disconnect. These instant data logging alarms can also be viewed with the Extended Data report from EZ Mobile.



**HOT ROD Transmitter**

## Materials and Specifications



| | |
|---|---|
| RADIO FREQUENCY | Operates on 902 to 928MHz |
| MODEL | HOT ROD™ Standard and Metal Pit Options |
| WIRE LENGTHS TO TRANSLATOR | Standard 3' or 15'<br>Pit Options 3' or 25' |
| POWER SOURCE | C Cell Lithium Battery |
| TYPICAL RANGE | up to 1200 feet |
| TRANSMIT FREQUENCY | 902 MHz – 928 MHz |
| DATA INTEGRITY | Verified with every data message |
| TEMPERATURE RANGE | Operating Temperature -40°F to + 155°F<br>(-40°C to + 70°C)<br>Storage Temperature -40°F to + 158°F<br>(-40°C to + 70°C)<br>Humidity 0% - 100% condensing |

000782

# HOT ROD™

## Mueller SYSTEMS

### HOT ROD™ Radio Transmitter Unit

**HOURLY CONSUMPTION DATA:** The HOT ROD modules come standard with the ability to log and store up to 170 days of hourly consumption data that can then be downloaded by a meter reader/technician using the same Street Machine™ Mobile Receiver that is used to read meters. The meter reader would just start up EZ Profiler™ Software and swipe a magnet over the top of the Hot Rod module to begin the process. The monthly, daily or hourly consumption profiling data can then be displayed on a bar graph that can be supplied to the customer to help justify the amount being charged and resolve high water bill disputes/complaints. This information can also be used to monitor and address water conservation initiatives, such as odd-even watering restrictions.



**24-Hour Consumption Graph – Graph display shows where usage does not go to zero during any 24-hour period, identifying a possible leak.**



**Weekly Consumption Graph – Provide historical data for 6 months to view consumer usage trends to better understand and educate customers on water conservation**



**Monthly Consumption Graph – Total consumption can be viewed by account for 6 months. Information could be supplied to the customer to help resolve high water bill complaints.**

© Mueller Systems 10/29/2010

000783

# Street Machine™

## Mobile Data Collection Receiver

**Mueller** SYSTEMS

Street Machine™



## Features

**APPLICATIONS:** The Mueller Systems STREET MACHINE™ is a high performance, vehicle based AMR receiver. It is designed to collect water meter data via radio frequency while driving a meter route at posted speed limits. The complete STREET MACHINE™ System includes the radio receiver, data collection software, antenna and all cable connections. Implementation of a mobile meter reading solution like the STREET MACHINE insures significant performance improvements in meter reading efficiency, customer satisfaction and cash flow for utilities.

**OPERATION:** The STREET MACHINE can be temporarily or permanently mounted in any vehicle. Once initialized, it operates quietly in the background and transfers data to a computer of the utility's choice. The STREET MACHINE receives data on multiple discreet frequencies for secure and reliable data processing. During the reading process, the operator can view route progress screens including the number of meters remaining to be read, collected meter readings and meter status data. At the end of the day, the data is downloaded to the EZ Reader™ route management software and uploaded to the utility's existing billing system with a few clicks of a mouse. A standard series of reports are available for viewing performance of the system.

**MAPPING:** The Mapping Tab is not only the most popular but the most efficient and convenient way for meter readers to view their route online. Within the mapping tab, a physical representation of the geographical area being read and the meter locations are displayed. Each meter location is based on GPS Lat/Long coordinates and is displayed using the latest version of Microsoft MapPoint® software. Each meter location is visually depicted on the map using blue dots. As the operator selects *Start Reading*, these blue dots will begin to disappear as meter data is retrieved. If there is an Instant Data Logging alarm associated with a specific meter location (i.e. leak), the blue dot will turn to a red dot instead of disappearing prompting the meter reader to take action while in the field if so desired.

**PERFORMANCE:** The STREET MACHINE receives power through the vehicle utility power outlet. A magnetic antenna on the vehicle's roof provides the powerful interface for reception of all RF communication from Mueller Systems HOT ROD™ radio transmitters. Meter information is transmitted every 2 seconds to insure continuous high performance data capture on multiple receiver channels of the STREET MACHINE. The meter reader collects all RF data by simply driving past the meters (Please! posted speeds only though you'll feel you could go much faster).

**CONFORMANCE TO STANDARDS:** The system is FCC Certified for operation in the United States. It is fully compliant with FCC Part 15 and no FCC license is required for operation.

## Materials and Specifications

| | |
|---|---|
| RADIO FREQUENCY | Operates on 902 to 928MHz (No FCC license required) |
| PC OPERATING SYSTEM | Windows® XP or newer |
| OPERATING SOFTWARE | EZ Reader Route Management |
| RECEIVER POWER SUPPLY | Powered via vehicle power outlet; 12VDC |
| RECEIVER DIMENSIONS | L: 7" W: 5.75" H: 1.5" |
| RECEIVER WEIGHT | .5 lbs |
| ANTENNA HEIGHT | 16" Magnetic Mount |
| ONE WAY COMMUNICATION; FCC LICENSE EXEMPT | |
| OPTIONS | Vehicle Mounting Bracket, RS-232/USB Adapter |
| OPERATING TEMPERATURE | -40°F to + 122°F (-40°C to + 50°C) |
| STORAGE TEMPERATURE | -40°F to + 176°F (-40°C to + 90°C) |

**CONSTRUCTION:** The STREET MACHINE™ receiver is small, lightweight and encased in rugged thermoplastic. All internal electronics are shielded against electro-magnetic interference. Connection to a laptop of the utility's choice is accomplished via the USB or RS-232, 9 pin connection located on the back of the unit. All connections are clearly marked for operational efficiency and ease of installation. LED lights confirm power and data reception status.

**STREET MACHINE™ Dimensions**



© Mueller Systems 11/29/2012

# Pit Stop² ™ RF Reader

**Mueller** SYSTEMS

Pit Stop²™ RF Reader

## Features

**APPLICATIONS:** The Mueller Systems Pit Stop²™ is a high performance RF Reader, designed for use with the Hot Rod™ Mobile AMR System. It is compatible with all current Hersey meters utilizing the Translator® Positional Encoder Register and Hot Rod AMR transmitters. The primary function of the Pit Stop² RF Reader is to interrogate individual Hot Rod transmitters to obtain the encoder serial number from the Translator register, water consumption, leak detection, backflow, no flow, register disconnect and duration data via radio frequency transmission. Initial electronic readings for new services and final readings can be obtained quickly and easily without the need of loading the entire route database for last minute reads on the fly. Verification of proper installation is easy with this simple to use RF Reader.

**OPERATION:** The Pit Stop² RF Reader is easy to use. The Pit Stop² can be utilized with all Translator registers connected to any of the Hot Rod options available; Metal Pit Option (Yellow), Standard Option (Gray), and the Integral Mount Hot Rod. Simply input the Translator serial number into the device via the keyboard to interrogate individual Hot Rod transmitters via RF transmission or turn it on to capture up to nine available RF readings and scroll through the list to the desired device. ID, reading and Event and Duration Data is displayed on the large black and white LCD screen for easy verification of reading information. The Pit Stop² is capable of storing data for up to 1000 meters in memory which can be scrolled through by pressing a single key. An integral power management system shuts down the Pit Stop² after ten minutes of inactivity to conserve battery power. An internal Lithium Ion battery provides up to 20 hours of continuous operation.

**CONFORMANCE TO STANDARDS:** FCC compliance: Part 15 certified. The Pit Stop RF Reader complies with Standard C707 for Encoded Remote Reading Systems. No FCC License is required for operation.

**CONSTRUCTION:** The Pit Stop² RF Reader consists of a compact printed circuit board which is encased in a thermoplastic enclosure to provide protection against shock, dust and water intrusion. The replaceable, short whip antenna permits communication with nearby Hot Rod transmitter units. A tactile response, twelve key, overlay membrane provides immediate feedback for operation in colder climates with gloved hands. A rechargeable battery required for power is sealed with the electronics to protect it from water damage. The small size and ergonomic shape permit the Pit Stop² to be carried in a shirt pocket making it a great installation and RF Reader. There are no customer serviceable parts inside the Pit Stop² RF Reader.



## Materials and Specifications

| | |
|---|---|
| Radio Frequency | Operates on 902 to 928 MHz |
| Model | Pit Stop²™ RF Reader |
| Enclosure | UV Stable Thermoplastic |
| LCD Screen | 4 lines x 20 Characters |
| Keyboard | Raised 12 Key Tactile Response |
| Power Source | Rechargeable Lithium Polymer Battery |
| Typical Range | up to 1250 feet |
| Temperature Range | -20°F to +130°F (-23°C to +54°C) |
| Storage Temperature | -14°F to +140°F (-25°C to +60°C) |
| Humidity | 0% to 95% non-condensing |
| Dimensions | 3" X 3.5" X 1" |
| Weight | 0.5 lb |
| Compatibility | Translator Registers and Hot Rods |

**FCC Statement**

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

**WARNING:** Changes or Modifications. Any changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**Caution:** Exposure to Radio Frequency Radiation. The radiated output power of this device is far below the FCC radio frequency exposure limits. Nevertheless, the device shall be used in such that the potential for human contact during normal operation is minimized.

© Mueller Systems. 11/16/2012  Mueller Systems is a division of Mueller Water Products, Inc.  All trademarks referenced herein are the property of Mueller Water Products, Inc. or an affiliate, unless specified otherwise.

# **Mueller** SYSTEMS

# Pit Stop$^2$™ RF Reader

## BATTERY

The unit uses a rechargeable lithium polymer battery that can be charged through the USB interface.

- Battery life is a minimum of 10 hours.
- Recharging occurs in < 12hrs.
- Rechargable ~ 2K time (10 year life)
- The LCD display has a battery power indicator

## USB

There is a female USB 1.x/2.0 mini type B receptacle on the PitStop. This interface will be capable of powering and recharging the PitStop

- USB 2.0

## AUTO POWER OFF

When operating in the troubleshooting mode, the unit will auto power down after 10 minutes of inactivity (E.g. no button push). This feature is disabled when in reading mode

## BELT CLIP

A belt clip will be fitted to the rear of the case. An optional holster can be ordered for the unit direct from an OEM manufacturer, or any holster that it fits in could be used.

## ACCESSORY: HOLSTER



## MENU TREE

The menu tree is as follows for the Meter Reading functionality

- **Main Splash Screen Displays:**
  1. Version Number
  2. Eight Digit Serial Number
- **Main Menu**
  1. Meter Reading
  2. Installation Tool
- **Meter Reading Menu**
  1. Meters Logging
  2. Transparent Mode
  3. Setup
- **Meters Logging Menu**
  1. Start Logging
  2. View List Data
  3. View Unlist Data
- **Transparent Mode Screen**
- **Setup Menu**
  1. Clear Meter Data
  2. Clear List Data
  3. Change Frequency
- **Change Frequency**
  1. 909 MHz
  2. 910 MHz

The Menu tree is as follows for the Installation Tool functionality

- **Main Splash Screen Displays:**
  1. Version Number
  2. Eight Digit Serial Number
- **Main Menu**
  1. Meter Reading
  2. Installation Tool
- **Installation Tool Menu**
  1. Receive
  2. View Last 9
  3. Change Frequency
- **Receive Menu**
  1. Receive All
  2. Receive One
- **Receive One Menu**
  1. Input 10 Digit ID
- **Change Frequency Menu**
  1. 909 MHz
  2. 910 MHz

© Mueller Systems. 10/10/2013. Mueller Systems is a division of Mueller Water Products, Inc. All trademarks referenced herein are the property of Mueller Water Products, Inc. or its affiliates, unless noted otherwise.

# EZ Reader™

**Mueller** SYSTEMS

## Route Management Software

EZ Reader™

## Features

**APPLICATIONS:** A total route management software system solution for handheld and mobile meter reading, the EZ Reader™ system combines state of the art software with a variety of powerful, lightweight and rugged handheld computers. The software is also compatible with the Mueller Systems Street Machine™ Mobile Data Collection Device.

EZ Reader Software is the superior alternative for handheld or mobile utility meter reading. Using the latest technology in software development and the most effective price/performance hardware alternative, EZ Reader Software surpasses the competition with superior functionality, unparalleled flexibility, and exceptional performance making it one of the most comprehensive and easy to use tools on the market.

The EZ Reader System is a complete meter reading application capable of interfacing with any host billing system, including custom developed systems. Its efficiency eliminates unnecessary file duplication, maintenance requirements and opportunities for errors common to many other reading systems. Although a powerful and capable tool for larger utilities, the EZ Reader System is affordable to smaller cities, water districts and electric membership cooperatives.

**OPERATION:** The EZ Reader Software uses standard ASCII file format data from the host billing software computer. This host download file contains route information about customers, meters and previous meter readings. The interface file then downloads the route data to the EZ Reader Software on the PC. This data is prepared for either visual, touchpad, handheld radio or mobile radio meter reading, in just three mouse clicks. The meter reader then reads the pre-determined route and returns with the data which is uploaded to the EZ Reader system for processing. Reports and statistics can be run, after which the reading data is ready to be uploaded back to the host billing computer.

**CONFORMANCE TO STANDARDS:** EZ Reader Software meets the Open Systems Foundation Goals and operates on any IBM compatible PC with Microsoft® Windows XP™ or newer.

Itron® is a registered trademark of Itron Inc., Spokane, WA
Versa Probe™ is a registered trademark of Northrop Grumman, San Diego, CA
Microsoft® is a registered trademark of Microsoft Corporation, Redmond, WA
Windows XP™ is a trademark of Microsoft Corporation, Redmond, WA



## Materials and Specifications

- Radio-Read ready interface for the Mueller Systems Hot Rod Mobile AMR System.

- Touch-Read ready interface for Northrop Grumman VersaProbe™.

- Visual-Read ready for keyboard entry of meter readings.

- Accesses data by route, customer name, service location or meter number with either sequential or random access.

- Manages water, gas and electric utility services simultaneously.

- Un-read feature can screen out completed readings and scan only the unread accounts.

- Notes feature accepts alpha numeric text allowing comments and instructions to be transferred between meter readers and billing administration.

- On-line, context sensitive help.

- Annual maintenance program includes maintenance and software updates.

- Reports and statistics are open to other Microsoft tools such as Excel or Access programs.

- Automatic Re-Sequencing feature for arranging read order in meter reader's preference.

000787

**Mueller** SYSTEMS

# EZ Reader™

EZ Reader™

**Systems Overview**



## Utility Billing System

**1**
**Download
Host Data to
PC System**

**4**
**Upload
New Data
to Host**

Host Download

Host Upload

Convert to PC Format

UB_Link Manager

Convert to Host

Current Laptop

Updated Laptop

**2**
**Transfer
Data to
Laptop**

**3**
**Transfer
Updated
Data to PC**

Information on routes, meters, customers etc. is downloaded from the current Utility Billing System and converted to a format compatible with the computer database using EZ Reader. The current files are then loaded onto the appropriate reading devices. This creates the current computer database. The current computer database is then updated with new information through

routine meter reading operations using EZ Reader hand-held / mobile computer systems. The updated database is then loaded back to EZ Reader. The updated database is then converted back to the proper format for uploading to the Utility Billing System.

© Mueller System 11/05/2010



Section 6

# Warranty Information

A comprehensive warranty and maintenance agreement will be provided upon request.

**Software** – MJHost, MJData, EZReader and other software products are covered by a one (1) year warranty on material and workmanship and shall perform substantially as described with Provider then current Documentation.

**Hardware** – MJNode electric (Smart Meter), MJHub Data Collector, Street Machine RF Receiver, RMStop handheld receivers, TRuRead™ remotes, laptops PC's, Server Hardware and all other peripheral electronic products are covered by a one (1) year warranty on material and workmanship.

**Radio Modules** – MJNode Water Modules and Hot Rod™ Modules are covered by a ten (10) year warranty on material and workmanship. Additionally, MJNode Water Modules and Hot Rod™ Modules are covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five-percent (25%) discount. MJHydrant transceivers and model 420RDX (Remote Disconnect Valve) are covered by a five (5) year warranty on material and workmanship. Additionally, the unit is covered by a prorated warranty for years six (6) through ten (10) at a fifty-percent (50%) discount. All prorated warranty credit listed will apply to list pricing in effect at the time of the return.

**Encoder Register Products** – Hersey Translator™ Encoder register, Wall Pads and Pit Pads are covered by a ten (10) year warranty on material and workmanship. Additionally, the complete unit is covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five-percent (25%) discount. The prorated warranty credit listed will apply to list pricing in effect at the time of the return.

**Water Metering Products:**

Models 400, 500, MVR, RFM, FM3, HM, and HbMag cold-water meters and detector check models, EDCIV are covered against defects in material and workmanship for a period of one (1) year from the date of installation.

Maincases for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of twenty-five (25) years from the date of installation.

Standard Registers for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of fifteen (15) years from the date of installation.

Models 400 and 500 meters are guaranteed to perform to AWWA new meter accuracy standard as defined in the most current revision for a period of five (5) years from the date of installation.

Models MVR, RFM, FM3, HM and HbMag meters are guaranteed to perform to AWWA new meter accuracy standard as defined in the most current revision for a period of one (1) year from the date of installation.

Models 400 and 500 meters are guaranteed to perform to AWWA repaired meter accuracy standards for the following time periods:

5/8" – Fifteen (15) years from the date of installation, or the registration of 1,750,000 U.S. gallons, whichever comes first;

3/4" – Fifteen (15) years from the date of installation, or the registration of 2,000,000 U.S. gallons, whichever comes first;

1" – Fifteen (15) years from the date of installation, or the registration of 3,000,000 U.S. gallons, whichever comes first;

1-1/2" – Fifteen (15) years from the date of installation, or the registration of 5,500,000 U.S. gallons, whichever comes first;

2" – Fifteen (15) years from the date of installation, or the registration of 8,500,000 U.S. gallons, whichever comes first.

If the above listed meters do not perform as specified, Provider will repair or replace them, at Provider's option, subject to the following:

a) Provider shall be determined to not be performing as guaranteed if it fails to pass an accuracy test conducted by the customer according to AWWA standards. If the meter is inoperative because of foreign material, all such material must be removed prior to testing. A copy of the customer's test results must accompany the Hersey meter being returned. If the customer chooses not to test a Hersey meter before returning it, Provider will repair or replace the meter at Provider's option after the meter has been tested by Provider. When test is conducted by Provider, the customer will be charged a reasonable testing fee.)



000789

Section 7

## Financials

**FERGUSON ENTERPRISES, INC.**

**STANDARD CREDIT INFORMATION**

**CORPORATE OFFICERS:**

Frank W. Roach, CEO

Dave L. Keltner, CFO

William S. Brundage, VP of Finance

Terry E. Hall, Senior VP

**PRINCIPAL BUSINESS ACTIVITY:**   Wholesale distributor of plumbing, heating, pipe valve and

fittings, HVAC, waterworks and industrial products.

| | |
|---|---|
| **SIC Code:** | 5074, 5085, 5075, 5064, 5051, 5084, 3089 |
| **FEDERAL TAX NUMBER:** | 54-1211771 |
| **DUN'S NUMBER:** | 00-895-5171 |
| Branch #1832 Oklahoma City, OK | 824656578 |
| Cage Code | 5NSH4 |

**BANK REFERENCES:**

**Wachovia Bank**
PO Box 40028
Roanoke, VA 24022
Phone 540.563.7323 option 1

**Bank of America**
Phone 803.832.7770 option 2
Fax 1.900.733.2467 for same day response
Fax 1.900.733.5100 for 3-business day response

**TRADE REFERENCES:**

American Brass & Iron
Attn: Credit Manager
7825 San Leandro St.
Oakland, CA 94621
P – 800.468.4766
F – 510.632.8035

Moen Faucet
Attn: Credit
25300 Al Moen Dr.
N Olmstead, OH 44070
Fax confirm preferred
800.718.6636

Nibco
PO Box 1167
Elkhart, IN 46515
P – 574.295.3000
F – 574.295.3307

Charlotte Pipe & Foundry
PO Box 35430
Charlotte, NC 28235
P – 800.438.6091
F – 800.553.1605

*Written Confirmations Only:*

Kohler Company
Attn: Credit References
444 Highland Drive
Kohler, WI 53044

Delta Faucet
Attn: Diana Theuter
55 E 111 Street
Indianapolis, IN 46280



*Section 8*

## Project Team

Our approach to any AMR / AMI project is to provide the latest measurement and data collection technology paired with premier customer service and account management. Ferguson's Meter and Automation Group is uniquely qualified with decades of experience in the waterworks industry, specializing in metering, data automation / collection, and system integration.

### Team Structure

**Zeb Wright**
**Business Development Manager**
**Zeb.Wright@Ferguson.com**
**Mobile: 214.690.3604**

Zeb Wright joined Ferguson Waterworks in 2004. He began his career in Euless, TX, moving through each level of the business, and managing projects in an Inside Sales role. Zeb was then transferred to San Antonio, TX where he managed the new Waterworks counter while performing inside sales duties and managing shipping and receiving logistics. Zeb then took over the Branch Training Manager position for Oregon and SW Washington state. As an additional responsibility, Zeb became the AMR System Support Specialist for that territory and later became a Municipal Outside Sales associate, providing support to Municipalities and Water Districts. During his tenure as a municipal sales associate, Zeb specialized in AMR and AMI projects. In 2010, Zeb Wright accepted a promotion in Texas to become the AMR/AMI Sales Manager and was instrumental in the creation of the Ferguson Meter and Automation Group in the South Central Waterworks District. In 2014, Zeb Wright then became the Business Development Manager for Ferguson Waterworks' new Meter and Automation Group specializing in the Mueller Systems AMR / AMI product line.

**Ryan Davenport**
**Integration Specialist – TX, OK, AR, UT, CO**
**Ryan.Davenport@Ferguson.com**
**Mobile: 512.508.7484**

Ryan Davenport is the Implementation and Support Specialist for Ferguson Waterworks' Meter & Automation Group in the Texas, Oklahoma, Arkansas, Utah and Colorado regions. Ryan has 10 years of installation and support experience in the AMR/AMI industry. Ryan has installed and supported over 30 drive-by AMR systems from as few as 100 connections to upwards of 100,000. His AMI experience includes in-depth knowledge of radio propagation studies, project mapping and coordination, and utility billing software packages. He has installed over 100 collectors, repeaters, and other AMI infrastructure, including various manufacturer's endpoints equaling close to 10,000 connections. Ryan has experience with most major meter manufacturers and has worked with all meter measurement technologies. Additionally, he is familiar with appropriate installation and repair procedures for all meters. From support in the field, to prompt and courteous phone support, Ryan helps to find the best solution for every customer, every time.

**Stacey Granhold**
**Proposal Coordinator / Project Manager**
**Stacey.Granhold@Ferguson.com**
**Mobile: 817.247.9339**

In 2004, Stacey entered the waterworks industry as a Technical Trainer for a technology company specializing in automatic meter reading systems. She traveled to utilities nationwide and abroad providing installation, billing integration, software and product training, and project management. In 2006, she moved into an Inside Sales and Marketing role, putting her product expertise to work in the areas of proposal management, website content and sales / distributor training. In 2010, Stacey accepted the Proposal Management position for a large meter manufacturer, providing sales management and support for an extensive distribution network as well as the national sales team. Since joining the Ferguson team, Stacey has taken on the responsibilities of overseeing numerous sales and marketing tasks required to ensure a successful project, including proposal coordination, product delivery, procurement of bonds and insurance, project management and customer service.

**Brian Rollins**
**Installation Group Manager**
**Brian.Rollins@Ferguson.com**
**Mobile: 319.631.3174**

Brian has over 13 years of experience in the waterworks industry and currently manages the Installation Project Managers. Brian has oversight responsibility for virtually every installation project and is also in charge of our meter testing and repair service. He is heavily involved in the front-end of any project, ensuring that all electronic data transfers have been tested and verified, and an orderly installation schedule has been formulated in consultation with the City. Once the actual daily installs commence, Brian will be an onsite resource for ongoing, progress meetings with City staff.

Section 9

# Ferguson Online

Ferguson's online store allows you to manage your business with ease with tools that allow you to pay your bills online, view statements, research orders and review purchase histories.



## Manage Your Business More Efficiently

Research and buy



- More than 200,000 products
- Real time inventory and pricing
- Specs and technical documents

Manage your business



- Pay bills online
- Print previous statements
- Set limits and permissions for your team

Stay organized



- Create favorite lists of frequently bought items
- Track order status
- Upload product lists for quick orders

000793

## Simplify Ordering with Ferguson Online

Ferguson Online is THE tool for busy utilities and contractors who want to save time and money buying AMR / AMI system accessories, plumbing parts, building materials and HVAC supplies online. With 24/7 access to your local Ferguson account, you can buy supplies online wherever and whenever you need.

See how Ferguson Online will streamline your business:

- Enhanced search - Finding the right product for your project has never been easier with Ferguson search. With the power of searching by brand, model number, product SKU, product description or by product category, you're likely to find the perfect product that you need.



- Inventory at your fingertips - With real-time stock and pricing of over 200,000 HVAC and plumbing products, you can see what's in stock and your contract pricing. You can even browse for materials and view thousands of spec sheets without leaving your desk or jobsite.



- Place orders in a snap - Ferguson online lets you enter orders in just a few clicks. The Quick Tools feature allows you to order, reorder or turn existing quotes to orders all in one place. You can even order online and have the order ready in an hour or less with 1 Hour Will Call®. Ferguson Online takes the hassle out of order entry.

000795

- Check order status - If you need to see the status of an order, you can see it on Ferguson Online and even get the proof of delivery.** Need to know what was on an order or the last time you bought a certain product? You can find all of that online and end any confusion about your orders.

- Easy payments - You can see your accounts payable activity clearly under the Payments section of Ferguson Online. Enrolling in the Online Bill Pay feature lets you view balances, make payments and get copies of actual invoices. Ferguson Online simplifies your life by consolidating your accounts payable information into one place.



- On the go with mobile - The convenient features of Ferguson Online are available in the palm of your hand with Ferguson mobile. Check stock, place orders and view pricing wherever. If you can take your smart phone or tablet on the job with you, then you can take Ferguson mobile with you.

- Earn while you shop – When you enroll in the free PRO Plus™ program you earn one point for every dollar you spend online. Redeem those points for cool prizes and earn Bonus Points faster by purchasing featured products. PRO Plus™ customers are also eligible for discounts with select businesses. With so many discounts and rewards, you can't pass up on this offer!



## PRO Plus™

All registered participants in Ferguson Online are invited to enroll in Ferguson PRO Plus, our very own customer loyalty program that offers registered participants the chance to purchase business products and services using Ferguson's volume discounts!

The points program within Ferguson PRO Plus™ is an incentive promotion that offers registered participants the opportunity to earn points when they purchase products on Ferguson Online. Participants can redeem points for a wide variety of consumer goods such as electronics, home and garden items, event tickets, and individual travel options from our rewards catalog, just by buying products you already order from Ferguson!



Section A

## Appendix A

ORF- 4A
Bid Proposal
03-25-14

## BID PROPOSAL FORM

### PERKINS PUBLIC WORKS AUTHORITY
BID NOTICE:

THE UNDERSIGNED BIDDER, having examined the plans, specifications, the locations, arrangements, and conditions of roads, street, utilities and other facilities or appurtenances which affect or may be affected by the proposed work, the actual sites of the proposed improvements and being acquainted with and fully understanding: (1) the extent and character of the work covered by this proposal; (2) the locations and specified requirements of and for the proposed improvements and other items of work appurtenant thereto; and (3) the normal existing and probable construction difficulties, hazards or all other factors or conditions which may or may not be apparent, which may affect or be affected by the specified work.

HEREBY PROPOSES to furnish all required materials, supplies, equipment, tools, and plant; to perform all necessary labor; and to construct, erect, equip, and complete all work stipulated in, required by, and in accordance with the contract documents hereto attached and the specifications referred to therein (as altered, changed, or modified by any and all addenda thereto), for and in connection with the Contract for which this proposal is herein submitted for and in consideration of the prices set out herein.

The undersigned bidder hereby agrees to furnish the required Performance Bond, Statutory Bond, Maintenance Bond, and evidence of insurance and to enter into a contract within fifteen (15) days after the acceptance of this proposal, and further agrees to complete the work in 120 days (stipulated in the Contract Agreement) from the date of the issuance by the City Engineer of a Work Order authorizing commencement of work.

BIDDER acknowledges receipt of the following ADDENDUM: ___1_____

1. Davis Bacon Act prevailing wage rate requirements shall apply. All laborers and mechanics employed by contractors and sub-contractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting. For more information please refer to http://www.wdol.gov/.

2. American Iron and Steel provisions (Buy American Requirements) also apply to projects funded directly by or assisted in whole or in part by and through the Federal Government pursuant to P.L. 113-76, Consolidated Appropriations Act, 2014, Sec. 436 requires that "None of the funds made available by a State water pollution control revolving fund as authorized by title VI of the Federal Water Pollution Control Act (33 U.S.C. 1381 et seq.) or made available by a drinking water treatment revolving loan fund as authorized by section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j-12) shall be used for a project for the construction, alteration, maintenance, or repair of a public water system or treatment works unless all of the iron and steel products used in the project are produced

8

000799

in the United States." For more information please refer to Oklahoma Water Resources Board Supplemental Conditions ORF- 185.

3. System for Award Management (SAM) registration is required for all SRF programs (CWSRF and DWSRF) applicants and Awardees (Entities, Prime Contractors, Subcontractors, Vendors) in order to be awarded contracts by the SRF Programs. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

Note: In order to register in SAM, a Data Universal Number System (DUNS) number will be required. DUNS number is a unique, non-indicative 9-digit identifier issued and maintained by Dun & Bradstreet (D&B) that verifies the existence of a business entity globally. D&B assigns DUNS numbers for each physical location of a business. All entities doing business with the U.S Government can receive a DUNS number FREE of charge and, under normal circumstances, within 1-2 business days when using D&B web form process at http://fedgov.dnb.com/webform.

Attached hereto is a Certified Check, Cashier's Check or Bidder's Surety Bond in the amount of: ___5%___ DOLLARS $ _____ which the undersigned agrees is to be forfeited to and become the property of the Perkins Public Works Authority, as liquidated damages, should this proposal be accepted and the Contract be awarded to him, he fails to enter into a Contract in the form prescribed and to furnish the required bonds and evidence of insurance within fifteen (15) days as above stipulated, but otherwise the proposal guarantee shall be returned to the undersigned upon the signing of the Contract and delivery of the approved bonds and evidence of insurance to the Perkins Public Works Authority.

DATED this __17__ day of __August__ 20 _15_.

Signature: _____

Name and Title: __Zeb Wright, Business Development Manager__

Company: __Ferguson Enterprises, Inc dba Ferguson Waterworks__

Address: __2650 S. Pipeline Road, Euless, Texas 76063__

Phone: __214-690-3604__                     Fax: __817-267-3912__

E-mail: __zeb.wright@ferguson.com__

Federal Tax I.D. __54-1211771__

Attest: _____          Corporate Seal

Secretary                                     (if applicable)

9

## PERKINS PWA AUTOMATED METER READING SYSTEM
### REVISED ADDENDUM #1
**Base Bid**

| Item # | Description | QTY | Unit | Unit Price | Total Cost |
|---|---|---|---|---|---|
| | **Section 1 - Meters (Materials)** | | | | |
| 1 | 5/8" x 3/4" Water meter | 1608 | EA | $59.85 | $96,231.56 |
| 2 | 1.5" Water meter | 2 | EA | $342.75 | $685.50 |
| 3 | 2" Water meter | 8 | EA | $386.28 | $3,090.20 |
| 4 | 3" Water meter | 9 | EA | $1245.87 | $11,212.87 |
| 5 | 4" Water Meter | 3 | EA | $1708.32 | $5,124.95 |
| 6 | 2-Way Encoded Register (Hot Rod radio) | 1630 | EA | $108.81 | $177,360.30 |
| 7 | Box | 150 | EA | $18.08 | $2,712.63 |
| 8 | Lid | 150 | EA | $10.12 | $1,517.90 |
| 9 | Riser (5/8 X 3/4) | 150 | EA | $94.72 | $14,207.87 |
| 10 | Curb Stop (3/4) | 150 | EA | $55.28 | $8,291.32 |
| | Section 1 includes applicable taxes | | | | |
| | **Section 2 - Installation (Labor and Materials)** | | | | |
| 1 | 5/8" x 3/4" Water meter installed w/ encoded register | 1608 | EA | $46.18 | $74,257.44 |
| 2 | 1.5" Water meter installed w/ encoded register | 2 | EA | $184.70 | $369.40 |
| 3 | 2" Water meter installed w/ encoded register | 8 | EA | $230.88 | $1,847.04 |
| 4 | 3" Water meter installed w/ encoded register | 9 | EA | $346.32 | $3,116.88 |
| 5 | 4" Water meter installed w/ encoded register | 3 | EA | $432.90 | $1,298.70 |
| 6 | Box and lid replacement (Labor) | 150 | EA | $69.26 | $10,389.00 |
| 7 | Lid replacement (Labor) | 150 | EA | $3.00 | $450.00 |
| 8 | Riser replacement (Labor) | 150 | EA | $69.26 | $10,389.00 |
| 9 | Curb Stop replacement(Labor) | 150 | EA | $69.26 | $10,389.00 |
| | **Section 3 - AMI System (Labor, Equipment, and Materials)** | | | | |
| 1 | Materials and Installation of the AMI network to include all AMR Servers, data entry, Laptop, Software, Training, Hand Held Device, and other miscellaneous equipment and labor needed to provide a complete and working AMR/AMI System. | 1 | LS | $11,500.00 | $11,500.00 |
| | Section 3 includes applicable taxes | | | | |
| | **Section 4 - Annual Ongoing Costs** | | | | |
| 1 | Annual Software and AMI Maintenance | 1 | YR | $2,450.00 | $2,450.00 |
| | OPTIONAL **See detail below** | | | | |
| | **Deduct Alternate 1 - Meter Salvage Value** | | | | |
| 1 | 5/8" x 3/4" Water Meter | 1608 | EA | $2.00 | $3,716.00 |
| 2 | 1.5" Water meter | 2 | EA | $2.00 | $4.00 |
| 3 | 2" Water meter | 8 | EA | $2.00 | $16.00 |
| 4 | 3-4" Water meter | 12 | EA | $40.00 | $480.00 |

000801

## REVISED ADDENDUM #1

| | |
|---|---|
| Subtotal Section 1 | $320,435.11 |
| Subtotal Section 2 | $112,506.46 |
| Subtotal Section 3 | $11,500.00 |
| Subtotal Section 4 | $2,450.00 |
| Total Base Bid | $446,891.57 |

TOTAL BASE BID IN WORDS Four hundred forty six thousand eight hundred ninety one dollars and fifty seven cents

| | | |
|---|---|---|
| Subtotal Deduct Alternate 1 | | $3,716.00 |
| Total Alternate 1 | | $3,716.00 |

| Subtotal Deduct Alternate 2 – Retrofit of Existing Meters | | |
|---|---|---|
| 150 Registers + Hot Rod Radio (133.29/ea) | $19,993.50 = deduct $35.37/ea = | $5,305.50 |
| 150 Installations (Labor @ 34.64/ea) | $ 5,196.00 = deduct $11.54/ea = | $1,731.00 |
| Total Alternate 2 | | $7,036.50 |

| | |
|---|---|
| Total Alternate Bid | $436,239.07 |

TOTAL ALTERNATE BID IN WORDS  Four hundred thirty six thousand two hundred thirty nine dollars and seven cents

**Section 4 Maintenance

| Qty | Description | Unit Cost | Extended |
|---|---|---|---|
| 1 | Software Maintenance | $950.00 | $950.00 |
| 1 | Street Machine Maintenance | $1,500.00 | $1,500.00 |
| | TOTAL | | $2,450.00 |

These items are optional, but we **highly recommend** that every customer opts in for the Software Maintenance. This will give you access to all product updates for free and phone support for any questions that might arise throughout the year. Also, if you make a computer change for any reason, the Software Maintenance will cover the time it takes us to load the Software on the new computer.

The Street Machine Maintenance is the largest portion of the maintenance cost, and many of our customers decline this option. However, if you choose to select the Maintenance for the Street Machines, it will cover any problems that arise with the Street Machine and the cables/antennas that are connected to it.

Additional training can be provided on an as needed basis for $500/day anytime after initial training has been completed as proposed.

# THE AMERICAN INSTITUTE OF ARCHITECTS

*AIA Document A310*
## Bid Bond

KNOW ALL MEN BY THESE PRESENTS, THAT WE  Ferguson Enterprises, Inc. dba Ferguson Waterworks

2650 South Pipeline Road, Euless, TX  76040

as Principal, hereinafter called the Principal, and  Westchester Fire Insurance Company

436 Walnut Street, P. O. Box 1000, Philadelphia, PA  19106

a corporation duly organized under the laws of the State of          PA

as Surety, hereinafter called the Surety, are held and firmly bound unto  Perkins Public Works Authority

110 N. Main Street, Perkins, OK  74059

as Obligee, hereinafter called the Obligee, in the sum of   Five Percent of Amount Bid

Dollars ($          5%          ),
for the payment of which sum well and truly to be made, the said Principal and the said Surety, bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has submitted a bid for  Provide Materials, Implementation and Training for a Water AMR
System for The Perkins Public Works Authority, Perkins, OK

NOW, THEREFORE, if the Obligee shall accept the bid of the Principal and the Principal shall enter into a Contract with the Obligee in accordance with the terms of such bid, and give such bond or bonds as may be specified in the bidding or Contract Documents with good and sufficient surety for the faithful performance of such Contract and for the prompt payment of labor and materials furnished in the prosecution thereof, or in the event of the failure of the Principal to enter such Contract and give such bond or bonds, if the Principal shall pay to the Obligee the difference not to exceed the penalty hereof between the amount specified in said bid and such larger amount for which the Obligee may in good faith contract with another party to perform the Work covered by said bid, then this obligation shall be null and void, otherwise to remain in full force and effect.

Signed and sealed this          18th          day of          August

_____ (Witness)

Ferguson Enterprises, Inc. dba Ferguson Wat
(Principal)
By: _____

_____
Wendy Lee Wadkins          (Witness)

Westchester Fire Insurance Company
(Surety)                                        (Seal)
By: _____
Attorney-in-fact Jane L. Fedorczyk          (Title)

AIA DOCUMENT A310 ● BID BOND ● AIA ● FEBRUARY 1970 ED. ● THE AMERICAN
INSTITUTE OF ARCHITECTS, 1735 N.Y. AVE., N.W., WASHINGTON, D.C. 20006

## *Power of Attorney*

Serin Bond No. Bid Bond

### *Westchester Fire Insurance Company*

Know all men by these presents: That WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairmen, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairmen, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairmen, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on each Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

Does hereby nominate, constitute and appoint          Jane L. Fedorczyk          of the City of (     Radnor     ),(     PA     ), its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Three Million Dollars & Zero Cents ($3,000,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said WESTCHESTER FIRE INSURANCE COMPANY this   21st   day of   September   2014   .

20

WESTCHESTER FIRE INSURANCE COMPANY

Stephen M. Haney, Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA     ss.
        On this 21st day of   September   , AD.  2014   before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney ,Vice-President of the WESTCHESTER FIRE INSURANCE COMPANY to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 25, 2018

Notary Public

I, the undersigned Assistant Secretary of the WESTCHESTER FIRE INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this   18th   day of   August   2015   .

William L. Kelly, Assistant Secretary

**ACORD** | **CERTIFICATE OF LIABILITY INSURANCE** Page 1 of 3 | DATE (MM/DD/YY) 07/17/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME | | |
|---|---|---|---|
| Willis of Maryland, Inc.<br>c/o 26 Century Blvd.<br>P. O. Box 305191<br>Nashville, TN 37230-5191 | PHONE (A/C, No, Ext): 877-945-7378  FAX (A/C, No): 888-467-2378<br>E-MAIL ADDRESS: certificates@willis.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC# |
| | INSURER A: National Union Fire Ins. Co. of Pittsburg | | 19445-003 |
| INSURED | INSURER B: National Union Fire Ins. Co. of Pittsburg | | 19445-003 |
| Ferguson Enterprises, Inc. and Subsidiaries<br>(See Attached Named Insured Schedule)<br>12500 Jefferson Avenue<br>Newport News, VA 23602 | INSURER C: National Union Fire Ins. Co. of Pittsburg | | 19445-003 |
| | INSURER D: New Hampshire Insurance Company | | 23841-003 |
| | INSURER E: | | |
| | INSURER F: | | |

**COVERAGES**   **CERTIFICATE NUMBER:** 21840703   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | GL2047420 | 8/1/2014 | 8/1/2015 | EACH OCCURRENCE | $ 2,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | POLICY X PRO-JECT X LOC | | | | | | | |
| B | **AUTOMOBILE LIABILITY** | | | AOB CA5873983 | 8/1/2014 | 8/1/2015 | COMBINED SINGLE LIMIT (Ea accident) | $ 5,000,000 |
| B | X ANY AUTO | | | MA CA5873984 | 8/1/2014 | 8/1/2015 | BODILY INJURY (Per person) | $ |
| C | ALL OWNED AUTOS   SCHEDULED AUTOS | | | VA CA5873985 | 8/1/2014 | 8/1/2015 | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS X NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | X Self-Insured X Physical Damage | | | | | | | $ |
| | UMBRELLA LIAB   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION $ | | | | | | | $ |
| D | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | N/A | | WC037083115 | 8/1/2014 | 8/1/2015 | X WC STATU-TORY LIMITS   OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N | | | | | E.L. EACH ACCIDENT | $ 2,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 2,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach Acord 101, Additional Remarks Schedule, if more space is required)
See Attached for Additional Workers' Compensation Policies:

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Evidence of Insurance | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>*John H. Wilson* |

Coll:4467286  Tpl:1843700  Cert:21840703   ©1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD

000805

AGENCY CUSTOMER ID: 031513

LOC#: _____

# ADDITIONAL REMARKS SCHEDULE

Page 2 of 3

| AGENCY | NAMED INSURED |
|---|---|
| Willis of Maryland, Inc. | Ferguson Enterprises, Inc. and Subsidiaries (See Attached Named Insured Schedule) 12500 Jefferson Avenue Newport News, VA 23602 |

| POLICY NUMBER | | |
|---|---|---|
| See First Page | | |
| CARRIER | | NAIC CODE |
| See First Page | | |
| | EFFECTIVE DATE: See First Page | |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 25   FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

Workers' Compensation - AL, AR, CO, CT, DC, DE, HI, IA, ID, IN, KS, LA, MD, MI, MN, MO, MS, MT, NE, NM, NV, NY, OK, SC, SD, TN, TX, & WV
Policy No. WC037083115
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - CA
Policy No. WC037083120
Carrier: Ins. Co. of the State of PA
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - FL
Policy No. WC037083121
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - OR
Policy No. WC037083122
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - WI
Policy No. WC037083123
Carrier: Illinois National Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - MA
Policy No. WC037083124
Carrier: Ins. Co. of the State of PA
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - AK, AZ, GA & VA
Policy No. WC037083118
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:

ACORD 101 (2008/01)   Coll:4467286 Tpl:1843700 Cert:21840703   ©2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: 031419

LOC#:

ACORD®

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| Willis of Maryland, Inc. | Ferguson Enterprises, Inc. and Subsidiaries (See Attached Named Insured Schedule) 12500 Jefferson Avenue Newport News, VA 23602 |
| **POLICY NUMBER** | |
| See First Page | |
| **CARRIER** | **NAIC CODE** |
| See First Page | |
| | **EFFECTIVE DATE:** See First Page |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: 25     FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - NJ & PA
Policy No. WC037083117
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

Workers' Compensation - IL, KY, NC, NE, UT & VT
Policy No. WC037083116
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

orkers' Compensation - NE
Policy No. WC037083119
Carrier: New Hampshire Insurance Company
Policy Period: 08/01/2014 - 08/01/2015
Statutory
Limits:
EL Each Accident $2,000,000
EL Disease - Each Employee $2,000,000
EL Disease - Policy Limit $2,000,000

ACORD 101 (2008/01)    Coll:4467286 Tpl:1843700 Cert:21840703    ©2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Willis

**Ferguson Enterprises, Inc. and Subsidiaries.**
**List of Named Insureds**

Air Cold Supply
Air Cold Supply/Webb Distributors
Alamo Pipe & Supply
Alaska Pipe & Supply
Build.com, Inc.
CAL-STEAM, a Wolseley Company
Camellia Valley Supply
Castle Supply Company, Inc.
CastleNorth
CFP
Chadwick
Clayton Group, Inc.
Clayton International, LLC
Cline Contract Sales
Colgan Cabinets
Colgan Distributors
Crow Company
D & C Plumbing & Heating Supply
Davis & Warshow, Inc.
Davidson Electric Wholesale Supply
The Davidson Corporation, a Delaware
Corporation
The Davidson Group Companies, Inc
Davidson Group Leasing
Davidson Pipe Company Inc., a New York
Corporation
Davidson Pipe Supply Company, Inc.
Davies Water
Decorative Product Source, Inc.
E & J Plumbing & Heating Supply Co.
Economy Plumbing and Heating Supply Co.
Endries International of Canada, Inc.
Endries International, Inc.
Energy & Process Corporation
Factory Direct Appliance
Ferguson Bath Kitchen and Lighting Gallery
Ferguson Enterprises IV, Inc.
Ferguson Enterprises of Montana, Inc.
Ferguson Enterprises of Virginia, Inc.
Ferguson Enterprises V, Inc.
Ferguson Enterprises, Inc.
Ferguson Enterprises, Inc. dba WPCC
Forwarding
Ferguson Enterprises, Inc. A Corp of
Virginia

Ferguson Enterprises NY – Metro, Inc
Ferguson Fire & Fabrication, Inc.
Ferguson Fire & Fabrication, Inc. (fka Sierra
Craft, Inc.)
Ferguson Full Service Supply
Ferguson Heating & Cooling
Ferguson Holdings, Inc.
Ferguson Hospitality Sales
Ferguson Industrial Plastics and Pump
Division
Ferguson Integrated Systems Division, Inc.
Ferguson Intermountain Piping
Ferguson International
Ferguson Process Services
Ferguson Valve & Automation
Ferguson Waterworks
Ferguson Waterworks - Midwest Pipe
Ferguson Waterworks - Municipal Pipe
Ferguson Waterworks - Red Hed
Ferguson Waterworks EPPCO
Ferguson Waterworks International
Frischkorn, Inc.
Galleria Bath & Kitchen Showplace
Gilmour Supply Company, Inc.
Ferguson Enterprises, Inc. dba Groeniger &
Company
Gulf Refrigeration Supply
HP Logistics, Inc.
HP Products Corporation
High Country Plumbing Supply
Home Equipment Company. Inc.
Indiana Plumbing Supply Co., Inc.
Industrial Hub of the Carolinas
J&G Products
J.D. Daddario Company
Kandall Fabricating
Karl's Appliances, A Ferguson Enterprise
Lane Piping Co.
Lawrence Plumbing Supply Co.
Lincoln Products
Linwood Pipe and Supply
Louisiana Utilities Supply Company
Louisiana Chemical Pipe, Valve & Fitting,
Inc. dba Wolseley Industrial Group
LUSCO

000806

Willis

Ferguson Enterprises, Inc. and Subsidiaries.
List of Named Insureds

Lyon Conklin & Co., Inc.
Mastercraft Cabinets
Monotube Pile Corporation
Northern Water Works Supply, Inc.
Onda-Lay Pipe and Rental, Inc.
Page's Appliances
Palermo Supply
Park Supply
Pipe Products
Plumbing Décor
Plumb Source
Power Equipment Direct Inc.
R Supply Company
Record Supply Company
Reese Kitchen, Bath & Lighting Gallery
S.G. Supply Company
S.G. Supply Company dba SG Supply Co., a
Ferguson Enterprise
Sierra Craft, Inc.
SOS Sales
Specialty Pipe & Tube, Inc.
Specialty Pipe & Tube of Texas, Inc.
Sumner & Dunbar
Supply North Central Group
Stock Loan Services LLC
Tarpon Wholesale Supplies
T & A Valve Industries, Inc.
The Parnell-Martin Companies LLC
The Plumbers Warehouse
The Stock Market
Tubeco Fabrication, Inc.
United Automatic
Water Works Supplies
Webb Distributors
Western Air Systems and Controls, Inc.
WIA of California, Inc.
Wolseley Industrial Group
Wolseley Industrial Plastics
Wolseley Investments Acquisitions, Inc.
Wolseley Investments, Inc.
Wolselely NA Construction Services, LLC
Wolseley North America, Inc.
Wolseley North American Consulting, LLC
Wolseley North American Services, Inc.
WPCC Forwarding

000809

Oklahoma Water Resources Board      ORF-249    *Section 6*     Revised 03/12/15

## BIDDERS LIST

To be completed by Project Owner with documentation from all bidding    ...ors
   (List of all firms that bid or quote on Prime Contracts *and* Subcontracts ...)     Supplies)

Project Name: __Automated Meter Reading System__     Project Loan Number: ... ... _0004-CW

| Company Name: | Ferguson Enterprises Inc dba Ferguson Waterworks |
|---|---|
| Address: | 2650 S Pipeline Road, Euless Texas 76063 |
| Contact Name: | Zeb Wright |
| Phone: | 214-690-3604 |
| Email: | Zeb.wright@ferguson.com |
| Quote/Bid Amount ($) | $446,891.57 |
| Date: | 8/17/2015 |
| Utilized: Yes___ No_x_ | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| DBE: Yes___ No_x_ | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies ____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List If utilized submit the following with Bidders List: <br> • A copy of the compan'es MBE or WBE certificate is required <br> • EPA 6100-4 form is also required. |

| Company Name: | |
|---|---|
| Address: | |
| Contact Name: | |
| Phone: | |
| Email: | |
| Quote/Bid Amount ($) | |
| Date: | |
| Utilized: Yes___ No___ | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| DBE: Yes___ No___ | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies ____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List. If utilized submit the following with Bidders List: <br> • A copy of the companies MBE or WBE certificate is required <br> • EPA 6100-4 form is also required. |

| Company Name: | |
|---|---|
| Address: | |
| Contact Name: | |
| Phone: | |
| Email: | |
| Quote/Bid Amount ($) | |
| Date: | |
| Utilized: Yes___ No___ | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| DBE: Yes___ No___ | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies ____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List. If utilized submit the following with Bidders List: <br> • A copy of the companies MBE or WBE certificate is required. <br> • EPA 6100-4 form is also required. |

*Copy if additional pages are required. All forms to be submitted with Bidders List*      Pg ____ of ____

CRF-413
Business Relationships Affidavit
Revised 11/27/02

## BUSINESS RELATIONSHIPS AFFIDAVIT

STATE OF __Virginia__ ) ss.

COUNTY OF ___n/a___ )

__Zeb Wright__ , of lawful age, being first duly sworn, on oath says that (s)he is the agent authorized by the bidder to submit the attached bid. Affiant further states that the nature of any partnership, joint venture, or other business relationship presently in effect or which existed within one (1) year prior to the date of this statement with the architect, engineer, or other party to the project is as follows:

*N/A*

Affiant further states that any such business relationship presently in effect or which existed within one (1) year prior to the date of this statement between any officer or director of the bidding company and any officer or director of the architectural or engineering firm or other party to the project is as follows:

*N/A*

Affiant further states that the names of all persons having any such business relationships and the positions they hold with their respective companies or firms are as follows:

*N/A*

(If none of the business relationships herein above mentioned exists, affiant should so state.)

no prior business relationships mentioned above

Affiant's Signature: _____

Subscribed and sworn to before me this ___17___ day of __August__ , 20_15_

_____
Notary Public

My Commission Expires:

1-18-2017

STACEY GRANHOLD
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
01-18-2017

13

ORF-412
Noncollusion Affidavit
Rev. 11/27/02

## NONCOLLUSION AFFIDAVIT

STATE OF ___Virginia___ ) ss.
COUNTY OF ___n/a___ )

___Zeb Wright___, of lawful age, being first duly sworn, on oath says that (s)he is the agent authorized by the bidder to submit the attached bid. Affiant further states that the bidder has not been a party to any collusion among bidders in restraint of freedom of competition by agreement to bid at a fixed price or to refrain from bidding; or with any government official or employee as to quantity, quality, or price in the prospective contract, or any other terms of said prospective contract; or in any discussions between bidders and any government official concerning exchange of money or other value for special consideration in the letting of a contract; that the bidder/contractor had not paid, given or donated or agreed to pay, give or donate to any officer or employee of the ___Perkins PWA___ (or other entity) any money or other thing of value, either directly or indirectly in the procurement of a contract or pursuant to this bid.

Subscribed and sworn to before me this __17__ day of __August__, 20 __15__

Notary Public

My Commission Expires: 1-18-2017

STACEY GRANHOLD
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
01-18-2017

12

000812

ORF-211
11/26/02

## PROSPECTIVE PRIME CONTRACTOR'S
## (BIDDER) STATEMENT ABOUT
## EQUAL OPPORTUNITY CLAUSE

(x)    I have participated in previous contract(s) or subcontract(s) subject to the equal opportunity clause under Executive Orders 11246 and 11375 or preceding Executive Orders 10925 and 11114. I have filed all reports due under the requirements contained in 40 CFR, Part C, 8.11.

( )    I have not participated in previous contract(s) subject to the equal opportunity clause under Executive Orders 11246 and 11375 or preceding Executive Orders 10925 and 11114.

( )    I will obtain a similar statement from any proposed subcontractor(s), when appropriate.

_____ — Business Development Manager
(Signature and Title of Prospective Prime or Subcontractor's Representative)

Zeb Wright, Business Development Manager

(Printed or typed Name and Title of Prospective Prime or Subcontractor's Representative)
Ferguson Enterprises, Inc dba Ferguson Waterworks

2650 S. Pipeline Road

Euless, Texas 76063

(Name and address of Prospective Prime or Subcontractor)

15

000813

ORF-212
11/26/02

## PROSPECTIVE PRIME CONTRACTOR'S
## (BIDDER) CERTIFICATION OF
## NONSEGREGATED FACILITIES

I hereby certify that I do not and will not maintain any facilities provided for my employees in a segregated manner, or permit my employees to perform their services at any location under my control where segregated facilities are maintained; and that I will obtain a similar certification prior to the award of any subcontract exceeding $10,000 which is not exempted from the equal opportunity clause.

_Zeb Wright – Business Development Manager_

(Signature and Title of Prospective Prime Contractor's Representative)

Zeb Wright, Business Development Manager

(Printed or typed Name and Title of Prospective Prime Contractor's Representative)

Ferguson Enterprises, Inc dba Ferguson Waterworks

2650 S Pipeline Road

Euless, Texas 76063

(Name and address of Prospective Prime Contractor)

14

Section C.



**Mueller** SYSTEMS
10210 Statesville Blvd.
P. O. Box 128
Cleveland, NC 27013
Office: 704.278.2221
Fax: 704.278.9616

July 31, 2015

RE: Mueller Systems Hot Rod

To Whom It May Concern,

The Mueller Systems Hot Rod Radio Transmitter Unit utilizes a C cell lithium battery as its power source. The battery is not field replaceable and is provided with a 20 year prorated warranty. The information pertaining to the warranty is attached.

If you should have any questions, please contact me at 704-278-5355 or ashort@muellersystems.com. Thank you for your interest in our products.

Sincerely,

K. Anita Short
Proposal Manager

Attachments

000815



Section 7.

## Exceptions and Notations

- There are requirements for Buy American Iron and Steel. Water meters are not currently included within the definition of "construction materials" under the guidance provided by the EPA.
- SAM Registration information included on the Financials pages in Section 7.
- Page 56 – Builder's Risk insurance is not being provided as part of this proposal.
- Page 127 – There is a list of approved manufacturers. Ferguson is not the manufacturer of the Hot Rod Mobile Drive-By System. The solution proposed is manufactured by Mueller Systems and sold and serviced by Ferguson Waterworks Meter and Automation, an authorized distributor of that system.
- Page 131 – Section 3.12 states that replacement of meter lids with plastic lids is included at no additional cost if necessary to achieve the read reliability requirements. The standard meter installation Scope of Work is included in Section 3 of this proposal.