Exhibit 9 – Exhibit B

IN THE DISTRICT COURT OF
Payne County, Oklahoma
FILED

FEB 22 2024

LORI ALAN, Court Clerk
By: _____

CT-2024-60

Agreement
Revised - 03-20-14
Page 1

## AGREEMENT

THIS AGREEMENT, made this _____21st_____ day of September, 2015 between The Perkins Public Works Authority hereinafter called "OWNER" and _Ferguson Enterprises, Inc. dba Ferguson Waterworks_ doing business as (a partnership) (a corporation) (an individual) hereinafter called "CONTRACTOR".

WITNESSETH: That for and in consideration of the payments and agreements hereinafter mentioned:

1. The CONTRACTOR will commence and complete the construction of Automated Meter Reading System.

2. The CONTRACTOR will furnish all of the materials, supplies, tools, equipment, labor, and other services necessary for the construction and completion of the PROJECT described herein.

3. The CONTRACTOR will commence the work required by the CONTRACT DOCUMENTS within 10 calendar days after the date of the NOTICE TO PROCEED and will complete the same within 120 calendar days unless the period for completion is extended otherwise by the CONTRACT DOCUMENTS.

4. The CONTRACTOR agrees to perform all the WORK described in the CONTRACT DOCUMENTS and comply with the terms therein for the sum of $443,183.09 or as shown in the BID SCHEDULE.

5. The term "CONTRACT DOCUMENTS" means and includes the following:
   - (A) Solicitation for Bids
   - (B) Instruction to Bidders
   - (C) Bid Proposal Form
   - (D) Noncollusion Affidavit
   - (E) Business Relationships Affidavit
   - (F) Non-Segregated Facilities Affidavit
   - (G) Equal Opportunity Clause
   - (H) Agreement
   - (I) Maintenance Bond
   - (J) Performance Bond
   - (K) Statutory Bond
   - (L) Attorney Certificate of Approval
   - (M) Certificate of Insurance
   - (O) Notice of Award
   - (P) Notice to Proceed
   - (Q) CWSRF DBE Guidance
   - (R) Change Order
   - (S) EPA Form 6100-2,3, & 4
   - (T) Labor Standards Certificate
   - (U) Specifications prepared or issued by Cowan Group Engineering and dated July, 2015.

Agreement

000825

EXHIBIT B

(V) ADDENDA:

     No.   1    , dated <u>August 7, 2015</u>
     No.      , dated _____
     No.      , dated _____
     No.      , dated _____
     No.      , dated _____

6. The OWNER will pay to the CONTRACTOR in the manner and at such times as set forth in the Standard Requirements such amounts as required by the CONTRACT DOCUMENTS.

7. This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

8. It is understood that the following are also required of the Contractor in performance of this contract:

    a.   Liquidated damages for failure to complete the work within the time specified shall be assessed at the rate of $<u>500</u> per day for each additional calendar until the work is completed.

    b.   Contractor shall comply with the Underground Facilities Damage Prevention Act (63 O.S. 42.1 et seq.).

9. The Contractor hereby represents and warrants to and for the benefit of the Owner that:

The Contractor has reviewed and understands the Davis Bacon Act and prevailing wage rate requirements and will provide any further verified information, certification or assurance of compliance as may be required by the Owner.

The Contractor acknowledges to and for the benefit of the <u>City of Perkins/Perkins PWA</u> ("Purchaser") and the  Oklahoma Water Resources Board (the "State") that it understands the goods and services under this Agreement are being funded with monies made available by the Clean Water State Revolving Fund and/or Drinking Water State Revolving Fund and such law contains provisions commonly known as "American Iron and Steel;" that requires all of the iron and steel products used in the project to be produced in the United States ("American Iron and Steel Requirement") including iron and steel products provided by the Contactor pursuant to this Agreement.

The Contractor hereby represents and warrants to and for the benefit of the Purchaser and the State that (a) the Contractor has reviewed and understands the American Iron and Steel Requirement, (b) all of the iron and steel products used in the project will be and/or have been produced in the United States in a manner that complies with the American Iron and Steel Requirement, unless a waiver of the requirement is approved, and (c) the Contractor will provide any further verified information, certification or assurance of compliance with this paragraph, or information necessary to support a waiver of the American Iron and Steel Requirement, as may be requested by the Purchaser or the State.

The Contractor has registered for the System for Award Management (SAM) that is required for all SRF program projects. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to

Agreement

000826

provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

Notwithstanding any other provision of this Agreement, any failure to comply with this paragraph by the Contractor shall permit the Purchaser or State to recover as damages against the Contractor any loss, expense, or cost (including without limitation attorney's fees) incurred by the Purchaser or State resulting from any such failure (including without limitation any impairment or loss of funding, whether in whole or in part, from the State or any damages owed to the State by the Purchaser). While the Contractor has no direct contractual privity with the State, as a lender to the Purchaser for the funding of its project, the Purchaser and the Contractor agree that the State is a third-party beneficiary and neither this paragraph (nor any other provision of this Agreement necessary to give this paragraph force or effect) shall be amended or waived without the prior written consent of the State.

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in _four (4)_ copies each of which shall be deemed an original on the date first above written.

OWNER:

Perkins Public Works Authority
(Print or Type)

By: _____
(Signature)

Name: Robert Johnson
(Print or Type)

Title: Chairman
(Print or Type)

(SEAL)

ATTEST:

By: _____
(Signature)

Name: Rashel Carnefix
(Print or Type)

Title: Secretary
(Print or Type)

Page 4

CONTRACTOR



Ferguson Enterprises, Inc. dba Ferguson Waterworks
          (Print or Type)

By:_____
              (Signature)

Name:__Zeb Wright_____

Address:  _2650 S. Pipeline Rd., Euless, TX 76040_
              (Print or Type)

Telephone:__214-690-3604_____

(SEAL)

ATTEST:

By:_____
              (Signature)

Name:__Stacey Granhold_____
              (Print or Type)

Title: _RFP / RFQ Coordinator_____
              (Print or Type)

000828

**MUELLER SYSTEMS, LLC**
**ANNUAL LICENSE, MAINTENANCE AND SUPPORT AGREEMENT**

THIS ANNUAL LICENSE, MAINTENANCE AND SUPPORT AGREEMENT ("this Agreement") is between <u>Mueller Systems, LLC,</u> a Delaware limited liability corporation having its principal offices at 10210 Statesville Blvd, Cleveland, North Carolina 27013 (referred to in this Agreement as "Mueller Systems"), and <u>City of Perkins, OK</u> having its principal offices at <u>110 N Main St, Perkins, OK 74059</u> (referred to in this Agreement as "Customer"). This Agreement provides the terms and conditions under which Mueller Systems authorizes and licenses Customer's use of the Software and Related Documentation, and other Maintenance and Support services, as those terms are defined below, . In consideration of the mutual obligations set forth in this Agreement and <u>Appendix A</u> and intending to be legally bound, Customer and Mueller Systems agree as follows:

**1. SOFTWARE LICENSE.**

a. Definitions:

    1."Documentation" means the user guides, reference manuals, and installation materials provided by Mueller Systems to Customer related to the Software.

    ii."Software" means the object code versions of the Mueller Systems' software identified on Appendix A, including any third party software imbedded in the Software, together with all subsequent authorized updates, replacements, modifications or enhancements accessible to Customer via modem or an HTTP Connection.

b. Mueller Systems hereby grants to Customer, a non-exclusive, nontransferable license (without the right of sublicense) to use, install, run, execute, display and, subject to the restrictions described below, duplicate and distribute internally, the Software and Documentation described on <u>Appendix A</u> and the original purchase order between Customer and Mueller Systems, solely for Customer's internal information management and processing purposes,

c. Except as specifically permitted, Customer shall not (i) violate any restriction set forth on <u>Appendix A;</u> (ii) modify, translate, de-compile, or create or attempt to create, by reverse engineering or otherwise, the source code from the object code of the Software; (iii) adapt the Software in any way for use to create a derivative work; (iv) include the Software in any other software; or (v) use the Software to provide processing services to third parties or on a service bureau basis. Except as expressly permitted in this Agreement, Customer may not copy the Software other than to make one machine readable copy for disaster recovery or archival purposes. Customer may only make copies of Documentation as reasonably necessary fort the use contemplated herein. The Software and Documentation shall be considered the confidential information of Mueller Systems and, as such, shall be subject to the confidentiality provisions of this Agreement.

d. This Agreement does not grant to Customer any ownership interest in the Software. Rather, Customer has a license to use the Software as provided in this Agreement. Customer hereby agrees and acknowledges that Mueller Systems owns all right, title, and interest in the Software and Customer will not contest those rights or engage in any conduct contrary to those rights. Any copy, modification, revision, enhancement, adaptation, translation, or derivative work of or created from the Software made by or at the direction of Customer shall be owned solely and exclusively by Mueller Systems, as shall all patent rights, copyrights, trade secret rights, trademark rights and all other proprietary rights, worldwide.

e. Mueller Systems owns all title and copyrights in and to the Software, the accompanying printed material, and any copies of the Software. Mueller Systems reserves all rights not specifically granted under this Agreement.

**2. SUPPORT AND MAINTENANCE**

a. <u>General Obligations.</u> In consideration of the support and maintenance fees set forth below on <u>Exhibit A</u> of this Agreement, Mueller Systems will provide the maintenance and support services described below for the Software

    i. Updates to the Software, meaning a subsequent release of the Software that Mueller Systems makes generally available to its current

1

customers for the Software. Updates include changes and corrections to the Software as are required to keep the Software in substantial conformance with the applicable Documentation and that are created by Mueller Systems as corrections for defects in the Software. Updates shall not include any release, option or future product that Mueller Systems licenses separately. Mueller Systems shall in its sole discretion determine the nature, content, timing and release of any updates.

      ii. Web-based support, consisting of information on the most current release of the Software through Mueller Systems' web site.

      iii. Phone support in the form of advice and counsel via telephone regarding Customer's use of the Software, as well as Customer's connectivity and ability to access Content. Phone Support shall be provided from 8:00 AM to 5:00 PM (Eastern Standard Time), Monday through Friday, exclusive of holidays observed by Mueller Systems.

b. Support Term and Fees. Maintenance and support will automatically renew for additional one (1) year periods unless either party gives the other party written notice of its intent to not renew at least thirty (30) days prior to the expiration of the then current term. Mueller Systems may increase support fees at any time on thirty (30) days prior notice to Customer.

**3. FEES AND PAYMENT**

a. License and Support Fees. Customer shall pay the license, support and other fees set forth in Exhibit A.

b. Taxes. Customer shall pay all federal, state and local taxes, government fees, and other similar amounts that are levied or imposed on the Software, services, this Agreement, or the transactions hereunder, including sales, use excise and value added taxes.

c. Payment. Unless provided otherwise herein, Customer agrees to pay all amounts due under this Agreement within thirty (30) days after the date of invoice. Past due amounts will bear interest of one and one-half percent (1.5%) per month from the due date or the highest rate permitted by law. All payments made under this Agreement shall be nonrefundable, except as

specifically provided otherwise in this Agreement.

**4. LIMITED WARRANTIES**

a. Software. Mueller Systems warrants that commencing from the date of shipment to Customer and continuing for the period set forth in Appendix A ("Warranty Period"), (i) the media on which the Software is furnished will be free of defects in materials and workmanship under normal use; and (ii) the Software will perform substantially in conformance with the applicable Documentation. Mueller Systems does not warrant that the Software will operate in combinations except as specified in the Documentation, that the Software will meet the Customer's requirements or that the operation of the Software will be uninterrupted or error-free. Customer assumes responsibility for taking adequate precautions against damages which could be caused by defects, interruptions or malfunctions in the Software or the hardware on which it is installed.

b. Mueller Systems warrants to Customer that to the best of Mueller Systems' knowledge the Software does not infringe any United States patent or copyright or violate any other proprietary rights of a third party.

c. Services. Mueller Systems warrants that all services provided by it to Customer under this Agreement shall be performed in a workmanlike manner.

d. Mueller Systems' entire obligation and Customer's exclusive remedy with respect to the warranties set forth above shall be:

      i. At Mueller Systems' option, to either (a) repair any Software error or condition which is reported by Customer in writing to Mueller Systems which causes the Software not to conform with the warranty set forth herein; or (b) refund a pro rated amount paid by Customer to Mueller Systems and terminate this Agreement.

      ii. To indemnify Customer against infringement claims with respect to the Software as provided and subject to the conditions set forth herein;

      e. THE WARRANTIES AND REMEDIES STATED ABOVE ARE EXCLUSIVE. NO OTHER WARRANTIES OR REMEDIES

2

000834

EXPRESS, IMPLIED OR STATUTORY, APPLY TO THE DOCUMENTATION, THE SOFTWARE OR ANY SERVICES TO BE PROVIDED BY MUELLER SYSTEMS UNDER THIS AGREEMENT, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE OR WARRANTIES OF QUALITY OR PERFORMANCE, ALL OF WHICH MUELLER SYSTEMS EXPRESSLY DISCLAIMS.

## 5. EXCLUSIONS

The limited warranties provided in this Agreement shall not apply if (i) the Software is used in combination with software, not provided by Mueller Systems; (ii) there has been a change to the Software's operating environment not made or authorized by Mueller Systems; (iii) Customer fails to install any correction or enhancement provided by Mueller Systems; (iv) a virus is introduced through not fault of Mueller Systems; or (v) any use of the Software not authorized by this Agreement. The warranties provided in this Agreement are valid only if Customer has complied with the terms of this Agreement and shall be void to the extent of any modification to the Software not authorized by Mueller Systems.

## 6. BREACH.

a. If Customer breaches this Agreement Mueller Systems may terminate the above license, effective upon written notice to Customer. Customer agrees that if Customer breaches this Agreement, Mueller Systems will be entitled to injunctive or similar equitable relief and that Customer will not argue in any proceeding that Customer's breach will not cause irreparable harm to Mueller Systems or that Mueller Systems can be adequately compensated for any such harm by any remedies other than by injunctive relief.

b. On and after the effective date of any termination of this Agreement, Customer shall cease all use of the Software. Within ten (10) days of the effective date of termination of this Agreement by either party, Customer shall, at its own expense, return to Mueller Systems, (or destroy) all Documentation and other tangible materials provided by Mueller Systems hereunder in connection to the Software. Each

party shall remain liable to the other party for all charges, obligations, and liabilities that accrue or arise under this Agreement from any event, occurrence, act, omission, or condition transpiring or existing prior to the effective date of such termination.

7. LIMITATION OF LIABILITY. IN NO EVENT WILL MUELLER SYSTEMS BE LIABLE FOR ANY LOSS OF PROFIT OR OTHER COMMERCIAL DAMAGE, INCLUDING BUT NOT LIMITED TO SPECIAL, INCIDENTAL, CONSEQUENTIAL OR OTHER INDIRECT DAMAGES UNDER ANY CAUSE OF ACTION ARISING OUT OF OR RELATING TO THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, CLAIMS ARISING FROM MALFUNCTION OR DEFECTS IN THE SOFTWARE. THESE LIMITATIONS WILL APPLY FOR ANY CLAIMS, INCLUDING WITHOUT LIMITATION, CONTRACT, TORT (INCLUDING NEGLIGENCE) AND STRICT LIABILITY EVEN IF MUELLER SYSTEMS OR ITS REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. MUELLER SYSTEMS' MAXIMUM LIABILITY HEREUNDER IS EXPRESSLY LIMITED TO THE TOTAL AMOUNT PAID FOR THE SOFTWARE ND WILL UNDER NO CIRCUMSTANCE EXCEED THE AMOUNT PAID BY CUSTOMER FOR THE SOFTWARE AND SERVICES PROVIDED BY MUELLER SYSTEMS. Some states do not allow the limitation and/or exclusion of liability for incidental or consequential damages, so the above limitation may not apply.

8. GENERAL. The Software will not be exported or re-exported in violation of any export provisions of the United States or any other applicable jurisdiction. Any modification or amendment to any of the provisions of this Agreement will be in writing and signed by an authorized officer of each party. The validity of this Agreement and the rights, obligations, and relationship of the parties resulting from same will be interpreted and determined in accordance with the law of the Commonwealth of Massachusetts without regard to its choice of law provisions. If any provision of this Agreement is contrary to and in violation of an applicable law, such provision will be considered null and void to the extent that it is contrary to such law, but all other provisions will remain in effect. This

3

Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all other prior and contemporary agreements, understandings, and commitments between the parties regarding the subject matter of this Agreement.

EACH PARTY ACKNOWLEDGES THAT IT HAS READ THIS AGREEMENT, UNDERSTANDS IT, AND AGREES TO BE BOUND BY ITS TERMS AND CONDITIONS.

Mueller Systems, *LLC*

By: _____

K. Anita Short
Name (Print or Type)

Proposal Manager
Title

11/5/15
Date

Customer

## City of Perkins, OK
Customer Name (Print or Type)

By: _____

## Robert Johnson
Name (Print or Type)

Mayor
Title

10/13/15
Date

000836

# Appendix A

**AMR / AMI Products:**

**Software** – Mi.Host, EZReader and other software products are covered by a one (1) year warranty on material and workmanship and shall perform substantially as described with Hersey Meters then current Documentation.

**Hardware** – Mi.Gate Data Collector, Street Machine RF Receiver, Logicon® Versa Probe are covered by a one (1) year warranty on material and workmanship. Itron® products are covered under separate warranty listed in the Itron® End User license.

**Radio Modules** – Mi.Node Water Modules and Hot Rod™ Modules are covered by a ten (10) year warranty on material and workmanship. Additionally, Mi.Node Water Modules and Hot Rod™ Modules are covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five-percent (25%) discount. Mi.Hydrant Transceivers are covered by a five (5) year warranty on material and workmanship. Additionally, the unit is covered by a prorated warranty for years six (6) through ten (10) at a fifty-percent (50%) discount. All prorated warranty credit listed will apply to list pricing in effect at the time of the return. Itron® products are covered under separate warranty listed in the Itron® End User license.

**Encoder Register Products** – Hersey Translator™ Encoder registers, Wall Pads and Pit Pads are covered by a ten (10) year warranty on material and workmanship. Additionally, the complete unit is covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five-percent (25%) discount. The prorated warranty credit listed will apply to list pricing in effect at the time of the return. TRuRead™ and other peripheral electronic products are covered by a one (1) year warranty on material and workmanship.

**Metering Products:**

**Models 400, 500, MVR, Horizon, MCTII, MFMII, ILM,** cold-water meters and detector check models DC, BDCIII, BDCIV against defects in material and workmanship for a period of one (1) year from the date of installation.

**Maincases** for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of twenty-five (25) years from the date of installation.

**Standard Registers** for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of fifteen (15) years from the date of installation.

**Models 400 and 500 meters** are guaranteed to perform to AWWA new meter accuracy standard as defined in the most current revision for a period of five (5) years from the date of installation.

**Models MVR, Horizon, MCTII, MFMII, ILM** meters are guaranteed to perform to AWWA new meter accuracy standard as defined in the most current revision for a period of one (1) year from the date of installation.

**Models 400 and 500 meters** are guaranteed to perform to AWWA repaired meter accuracy standards for the following time periods:

5/8" – Fifteen (15) years from the date of installation, or the registration of 1,750,000 U.S. gallons, whichever comes first;

3/4" – Fifteen (15) years from the date of installation, or the registration of 2,000,000 U.S. gallons, whichever comes first;

1" – Fifteen (15) years from the date of installation, or the registration of 3,000,000 U.S. gallons, whichever comes first;

1-1/2" – Fifteen (15) years from the date of installation, or the registration of 5,500,000 U.S. gallons, whichever comes first;

2" – Fifteen (15) years from the date of installation, or the registration of 8,500,000 U.S. gallons, whichever comes first.

If the above listed meters do not perform as guaranteed, Hersey Meters will repair or replace them, at Hersey Meters' option, subject to the following:

a) Hersey meter shall be determined to not be performing as guaranteed if it fails to pass an accuracy test, conducted by the customer according to AWWA standards. If the meter is inoperative because of foreign material, all such material must be removal prior to testing. A copy of the customer's test results must accompany the Hersey meter being returned. If the customer chooses not to test a Hersey meter before returning it, Hersey Meters will repair or replace the meter at Hersey Meters' option after the meter has been tested by Hersey Meters. When test is conducted by Hersey Meters, the customer will be charged a reasonable testing fee.

5

000837

# Exhibit A

The following fees are set forth under this agreement for annual software and hardware support and maintenance.

| Annual EZ Reader Software Maintenance and Support | |
|---|---|
| Up to 2,500 Services | $950.00 |

| Annual Hardware Maintenance and Support | |
|---|---|
| Any Falon Handheld Customer (per unit) | $750.00 |
| Any Street Machine Customer (per unit) | $1,500.00 |

6

000838

# PERKINS PUBLIC WORKS AUTHORITY



## CONTRACT DOCUMENTS AND SPECIFICATIONS

### FOR

## AUTOMATED METER READING SYSTEM

**PROJECT NUMBER: ORF-16-0004-CW**
**BID DATE: August 18, 2015**

By:

Cowan Group Engineering, LLC
437 W. Wilshire, Suite A
Oklahoma City, OK  73116
Phone: 405-463-3369
CA # 6414    Expires 6/30/16

## July 2015

000839

# TABLE OF CONTENTS

PAGE NO.

SOLICITATION FOR BIDS (ORF-03ADV.lc) ........................................................................... 1
INSTRUCTION TO BIDDERS........................................................................................................ 4
BID PROPOSAL FORM (ORF-4A) ............................................................................................... 8
NON-COLLUSION AFFIDAVIT (ORF-412) ................................................................................. 11
BUSINESS RELATIONSHIP AFFIDAVIT (ORF-413) ................................................................ 12
NON-SEGREGATED FACILITIES AFFIDAVIT (ORF-212) ....................................................... 13
EQUAL OPPORTUNITY CLAUSE (ORF-211) ........................................................................... 14
AGREEMENT ................................................................................................................................ 15
MAINTENANCE BOND (ORF-416) ............................................................................................ 19
PERFORMANCE BOND (ORF-414).......................................................................................... 20
STATUTORY BOND (ORF-415)................................................................................................. 21
ATTORNEY CERTIFICATE OF APPROVAL............................................................................. 22
CLAIMANT RELEASE ................................................................................................................. 23
CLAIM OR INVOICE AFFIDAVIT............................................................................................... 24
APPLICATION AND CERTIFICATE FOR PAYMENT .............................................................. 25
GENERAL CONDITIONS ........................................................................................................... 27
SUPPLEMENTAL CONDITIONS (ORF-185)............................................................................ 38
NOTICE OF AWARD (ORF-418) ............................................................................................... 79
NOTICE TO PROCEED (ORF-03NTP) ..................................................................................... 80
EPA FORM 5700-49 (DEBARMENT CERTIFICATE)............................................................... 81
CWSRF DBE GUIDANCE (OR-267).......................................................................................... 82
BIDDERS LIST (ORF-249) ......................................................................................................... 91
EPA FORM 6100-2 (DBE SUBCONTRACTOR PARTICIPATION FORM) ............................. 92
EPA FORM 6100-3 (DBE SUBCONTRACTOR PERFORMANCE FORM) ............................. 94
EPA FORM 6100-4 (DBE SUBCONTRACTOR UTILIZATION FORM) ................................... 96
LABOR STANDARDS CERTIFICATE (ORF-074) .................................................................... 98
DAVIS BACON WAGE DETERMINATION (ORF-402).............................................................. 99

## DIVISION 01 – GENERAL REQUIREMENTS

SECTION 01 00 00 – PROJECT INFORMATION ..................................................................... 1-3
SECTION 01 11 00 – SUMMARY OF WORK............................................................................. 1
SECTION 01 33 00 – SUBMITTALS AND SUBSTITUTIONS ................................................. 1-5
SECTION 01 50 00 – CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS ........ 1-2
SECTION 01 78 39 – PROJECT RECORD DOCUMENTS ...................................................... 1-2

## DIVISION 33 – WATER UTILITY DISTRIBUTION EQUIPMENT

SECTION 33 12 33 – AUTOMATED METER READING SYSTEM............................................ 1-7
SECTION 33 12 34 – AUTOMATED METER READING HARDWARE...................................... 1-3
SECTION 33 12 35 – METER INSTALLATION BY CONTRACTOR......................................... 1-3

ATTACHMENTS
- City of Perkins Corporate Limits Map (ODOT)
- Water Distribution System Map

**Responsible Registrant**
Cowan Group Engineering, LLC
CA No. 6414 (Expires 6/30/16)

Rebecca Poole, PE
Senior Project Engineer
OK PE 18265

000840

ORF-03ADV.lc
Revised 3-20-14

Solicitation for Bids
Perkins Public Works Authority
Automated Meter Reading System

Notice is hereby given that Perkins Public Works Authority hereinafter called the "Owner" will receive sealed bids at City Hall, P.O Box 9, Perkins, OK, 74059 until 4:00 pm on the day of August 18, 2015, and will open bids the same day at 6:00 pm in the Commission Board Room, Thomas-Wilhite Public Library, 101 E. Thomas Street, Perkins, OK.

AUTOMATED METER READING SYSTEM
Clean Water SRF Project No. ORF-16-0004-CW

NOTE: Funding for this project is provided through the Oklahoma Water Resources Board Clean Water State Revolving Fund Program. As such, the requirement of Davis Bacon Act wage rules shall apply as more explained in the Information to Bidders in the Contract Documents.

All bids received at said time will be opened for the construction of Automated Meter Reading System.

The work shall be done in accordance with plans and specifications on file in the City Engineer's Office. Plans, specifications, and other bidding documents are available for public inspection and copies may be obtained by visiting the Engineer, Cowan Group Engineering, LLC. 437 W. Wilshire, Suite A, Oklahoma City, Oklahoma 73116. There will be a non-refundable charge of $75.00 for bidding documents and plans. No documents will be mailed until payment is received in full.

Complete digital project bidding documents are available for a non-refundable fee of $50.00 by going to QuestCDN – www.questcdn.com and by entering Quest Project #4015040 on the website's project search page.    Please contact QuestCDN.com at 952-233-1632 or info@questcdn.com for assistance in free membership registration, downloading and working with this digital project information.

Each bidder shall accompany his original bid, filed with the Perkins PWA, with a certified or Cashier's Check on a solvent bank located in Oklahoma or a Bidder's Bond, in the amount of five (5) percent of the amount bid, as a guarantee of his ability to perform the contract bid upon, and that he will enter into a written contract with the Owner to perform said work and/or furnish said materials in accordance with said plans and specifications and furnish the required bonds within ten (10) days after the acceptance of his bid.

The Owner will retain the deposit, [and utilize as liquidated damages] in case the successful bidder fails to enter into said contract and furnish the required bonds provided for in the specifications. Deposit of the unsuccessful bidders will be returned upon the execution of the Contract and required bonds.

Each bidder shall accompany his bid with a sworn statement in writing that the Bidder has not directly or indirectly entered into an agreement, expressed or implied, with any other bidder concerning the price or amount of such bid or any bids, the limiting of the bids or bidders, the paying to anyone any money for promotion expenses, the parceling or farming out to any bidder or bidders or other persons of any part of the contract or any part of the subject matter of the bid or of the profits thereof.

1

Construction, Maintenance and Statutory Payment Bonds in the amount of 100% of the contract price with a Corporate Surety licensed in Oklahoma and approved by the Owner and Engineer will be required for the faithful performance of the contract, and the bidder shall state in the proposal the name and address of the Surety or Sureties who will sign this bond in case the contract is awarded to him. The Maintenance Bond required will guarantee the repair of all damage due to improper materials or workmanship for a period of one (1) year after the acceptance of the work by the Owner.

This project is to be financed by a loan from the Oklahoma Water Resources Board Clean Water State Revolving Fund (CWSRF) and shall be referred to as SRF Project No. ORF-16-0004-CW.

A. "Equal Opportunity in Employment: All qualified applicants will receive considerations for employment without regard to race, color, religion, sex, national origin, age or physical handicap. Bidders on this work will be required to comply with the President's Executive Order No. 11246, as amended."

B. "Each bidder must fully comply with the requirements, terms and conditions of the Environmental Protection Agency's Small, Minority, Women's Businesses Requirements including employing the six (6) affirmative steps and soliciting small, minority and women's businesses during the performance of this contract. The bidder commits itself to following the affirmative steps to solicit small, minority and women's businesses contained herein and all other requirements, terms and conditions of these bid conditions by submitting a properly signed bid. Requirements are contained in: Oklahoma Water Resources Board Disadvantage Business Enterprise Program (DBE) Guidance, ORF-267."

C. Davis Bacon Act wage rules shall apply. All laborers and mechanics employed by contractors and sub-contractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code and 29 CFR parts 1,3, and 5. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting. For more information please refer to Oklahoma Water Resources Board Supplemental Conditions, ORF 185, as well as http://www.wdol.gov/.

D. American Iron and Steel provisions (Buy American Requirements) also apply to projects funded directly by or assisted in whole or in part by and through the Federal Government pursuant to P.L. 113-76, Consolidated Appropriations Act, 2014, Sec. 436 requires that "None of the funds made available by a State water pollution control revolving fund as authorized by title VI of the Federal Water Pollution Control Act (33 U.S.C. 1381 et seq.) or made available by a drinking water treatment revolving loan fund as authorized by section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j-12) shall be used for a project for the construction, alteration, maintenance, or repair of a public water system or treatment works unless all of the iron and steel products used in the project are produced in the United States." For more information please refer to Oklahoma Water Resources Board Supplemental Conditions, ORF-185.

E. System for Award Management (SAM) registration is required for all SRF programs (CWSRF and DWSRF) applicants and Awardees (Entities, Prime Contractors, Subcontractors, Vendors) in order to be awarded contracts by the

2

SRF Programs. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

Note: In order to register in SAM, a Data Universal Number System (DUNS) number will be required. DUNS number is a unique, non-indicative 9-digit identifier issued and maintained by Dun & Bradstreet (D&B) that verifies the existence of a business entity globally. D&B assigns DUNS numbers for each physical location of a business. All entities doing business with the U.S Government can receive a DUNS number FREE of charge and, under normal circumstances, within 1-2 business days when using D&B web form process at http://fedgov.dnb.com/webform.

All bids shall remain on file at least 60 days thereafter before a contract will be made and entered into thereon.  Bids received more than ninety-six (96) hours prior to the Bid Opening will be returned.

Contract to be awarded to the lowest responsive, responsible bidder.

The Owner reserves the right to waive any informalities in the bidding.

A pre-bid conference will be held on this project on the day of August 4, 2015 at 10:00 am in the Commission Board Room, Thomas-Wilhite Public Library, 101 E. Thomas Street, Perkins, OK.

The Owner reserves the right to reject any and all bids in accordance with the Oklahoma Competitive Bidding Act.

Conditional bids shall not be accepted.

3

000843

## INSTRUCTION TO BIDDERS

<u>NOTE:</u> Funding for this project may include funds provided through the Oklahoma Water Resources Board Clean Water State Revolving Fund Program. As such the following additional federal requirements shall apply:

1. Davis Bacon Act prevailing wage rate requirements shall apply. All laborers and mechanics employed by contractors and sub-contractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting. For more information please refer to http://www.wdol.gov/.

2. American Iron and Steel provisions (Buy American Requirements) also apply to projects funded directly by or assisted in whole or in part by and through the Federal Government pursuant to P.L. 113-76, Consolidated Appropriations Act, 2014. Sec. 436 requires that "None of the funds made available by a State water pollution control revolving fund as authorized by title VI of the Federal Water Pollution Control Act (33 U S.C. 1381 et seq.) or made available by a drinking water treatment revolving loan fund as authorized by section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j-12) shall be used for a project for the construction, alteration, maintenance, or repair of a public water system or treatment works unless all of the iron and steel products used in the project are produced in the United States." For more information please refer to Oklahoma Water Resources Board Supplemental Conditions, ORF- 185.

3. System for Award Management (SAM) registration is required for all SRF programs (CWSRF and DWSRF) applicants and Awardees (Entities, Prime Contractors, Subcontractors, Vendors) in order to be awarded contracts by the SRF Programs. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

   **Note:** In order to register in SAM, a Data Universal Number System (DUNS) number will be required. DUNS number is a unique, non-indicative 9-digit identifier issued and maintained by Dun & Bradstreet (D&B) that verifies the existence of a business entity globally. D&B assigns DUNS numbers for each physical location of a business. All entities doing business with the U.S Government can receive a DUNS number FREE of charge and, under normal circumstances, within 1-2 business days when using D&B web form process at http://fedgov.dnb.com/webform.

All BIDS must be made on the required BID form. All blank spaces for BID prices must be filled in, in ink or typewritten, and the BID form must be fully completed and executed when submitted. Only one Copy of the BID form is required.

The OWNER may waive any informalities or minor defects or reject any and all BIDS. Any BID may be withdrawn prior to the above scheduled time for the opening of BIDS or authorized postponement thereof. Bids received more than ninety-six (96) hours before time specified and Bids received after the time set for opening Bids will not be considered and will be returned

4

unopened. No BIDDER may withdraw a BID within 60 days after the actual date of the opening thereof. Should there be reasons why the contract cannot be awarded within the specified period, the time may be extended by mutual agreement between the OWNER and the BIDDER.

BIDDERS must satisfy themselves of the accuracy of the estimated quantities in the BID schedule by examination of the site and a review of the drawings and specifications including ADDENDA. After BIDS have been submitted, the BIDDER shall not assert that there was a misunderstanding concerning the quantities of WORK or of the nature of the WORK to be done.

The OWNER shall provide to BIDDERS prior to BIDDING, all information that is pertinent to, and delineates and describes, the land owned and rights-of-way acquired or to be acquired.

The CONTRACT DOCUMENTS contain the provisions required for the construction of the PRODUCT. Information obtained from an officer, agent, or employee of the OWNER or any other person shall not affect the risks or obligations assumed by the CONTRACTOR or relieve the contractor from fulfilling any of the conditions of the contract.

Each bid must be accompanied by a bid bond payable to the OWNER for five percent of the total amount of the bid. A certified check may be used in lieu of the bid bond. No bid security is required if bid is $7,500.00 or less. As soon as the bid prices have been compared, the OWNER will return the bonds of all except the three lowest responsive responsible bidders. The bid bond of the successful bidder will be retained until the Performance Bond, Statutory Bond, Maintenance Bond, and Certificate of Insurance have been executed and approved, after which it will be returned. The bid security of the two remaining unsuccessful Bidders will be returned after the successful bidder has entered into a contract and has furnished the required bonds and insurance.

A Performance Bond, Statutory Bond and Maintenance Bond each in the amount of 100 percent of the Contract Price with a corporate surety approved by the OWNER will be required for the faithful performance of the Contract.

Attorneys-in-fact who sign Bid Bonds and Performance Bonds must file with each Bond a certified and effective dated Copy of their Power-of-Attorney.

The OWNER shall award a contract to the lowest responsive responsible bidder or bidders within thirty (30) calendar days after bid opening. The OWNER may extend the award period not to exceed fifteen (15) calendar days by formal recorded action and for good cause.

The party to whom the contract is awarded will be required to execute the Agreement and obtain the Performance Bond, Statutory Bond, Maintenance Bond and Certificate of Insurance within fifteen (15) calendar days from the date when Notice of Award is delivered to the Bidder. The Notice of Award shall be accompanied by the necessary Agreement and Bond forms. In the event of failure of the Bidder to execute the Agreement, the OWNER may consider the Bidder in default in which case the Bid Bond accompanying the proposal shall become the property of the OWNER.

The OWNER within ten (10) calendar days of receipt of acceptable Agreement, Bonds and Certificate of Insurance signed by the party to whom the Agreement was awarded shall sign the Agreement and return to such party an executed duplicate of the Agreement. Should the OWNER not execute the Agreement within such period, the BIDDER may by WRITTEN NOTICE withdraw the signed Agreement. Such NOTICE of withdrawal shall be effective upon receipt of the NOTICE by the OWNER.

The OWNER shall issue the Notice to Proceed within ten (10) calendar days of the execution of the Agreement, approval of Bonds and approval of the Certificate of Insurance. Should there be

000845

reasons why the Notice to Proceed cannot be issued within such period, the time may be extended by mutual agreement between the OWNER AND CONTRACTOR. If the NOTICE TO PROCEED has not been issued within the ten (10) day period or within the period mutually agreed upon, the CONTRACTOR may terminate the Agreement without further liability on the part of either party.

The OWNER may make such investigations as deemed necessary to determine the ability of the BIDDER to perform the WORK, and the BIDDER shall furnish to the OWNER all such information and data for this purpose as the OWNER may request. The OWNER reserves the right to reject any BID if the evidence submitted by, or investigation of, such BIDDER fails to satisfy the OWNER that such BIDDER is properly qualified to carry out the obligations of the AGREEMENT and to complete the WORK contemplated therein.

A conditional or qualified BID will not be accepted.

Award will be made to the lowest, responsive responsible BIDDER, and Tied Bids are non-restrictive. In order for a Tied Bid proposal to be accepted, it must be lower than the sum of low separate bids.

All applicable laws, ordinances, and the rules and regulations of all authorities having jurisdiction over construction of the project shall apply to the contract throughout.

Each BIDDER is responsible for inspecting the site and for reading and being thoroughly familiar with the CONTRACT DOCUMENTS. The failure or omission of any BIDDER to do any of the foregoing shall in no way relieve any BIDDER from any obligation in respect to its BID.

The successful bidder will be required to meet all requirements of the Underground Facilities Damage Prevention Act when engaged in work within public rights-of-way.

When alternate BIDS are taken, they will be listed in numerical order with the highest priority being number one, the second number two, etc.

When alternates are used, the low BIDDERS will be selected by the lowest and best BID considering all BIDS which include the selected alternate BIDS.

The alternates will be listed in consecutive priority order to remain within the funds available for the project.

The low BIDDER shall supply the names and addresses of major material SUPPLIERS and SUBCONTRACTORS when required to do so by the OWNER.

EXAMINATION OF SITE Each bidder by making his bid represents that he has visited the site and familiarized himself with all the conditions under which the work is to be performed. No extra compensation will be allowed by reason of any matters or things concerning which the bidder did not inform him prior to bidding.

EXAMINATION OF BIDDING DOCUMENTS Each bidder by making his bid represents that he has read and understands the bidding documents. The bidder shall include in his bid prices any and all costs that may be necessary to complete the work in accordance with the requirements of the contract documents.

INTERPRETATION OF CONTRACT DOCUMENTS Questions regarding documents, discrepancies, omissions, or intent of the specifications or drawings shall be submitted in writing

6

000846

to the Owner through the Engineer at least seven (7) days prior to opening of bids to provide time for issuing and forwarding an addendum. Any interpretation of the contract documents will be made only by addendum duly issued or delivered by the Owner to each person receiving a set of documents. The Owner will not be responsible for any other explanations or interpretation of the contract documents.

LICENSE Each bidder shall possess state and local licenses as are required by law, and shall furnish satisfactory proof to the Owner upon request that the licenses are in effect during the entire period of the Contract.

BIDDERS shall submit with the bid a list of project references from within the State of Oklahoma.

BIDDERS shall submit with the bid a letter specifying if the batter is replaceable in the field.

Inspection trips for prospective BIDDERS will leave from the office of the OWNER after the Pre-Bid Conference.

The time for completion is 120 calendar days.

Liquidated damages will be $500 per calendar day.

In the event of a conflict between the specifications and the SRF Supplemental Conditions (Pink Sheets), the later shall govern.

TAXES The project is not tax exempt and taxes shall be included in price

In the event of a conflict between the plans and specifications, the specifications will govern.

The following items will be submitted with the bid:

1. ORF-4A Bid Proposal Form
2. Bid Bond, Cashier's Check, or Certified Check
3. ORF-413-Business Relationship Affidavit
4. ORF-412- Non-Collusion Affidavit
5. Qualification Statements
6. ORF-211-Equal Opportunity Statement
7. ORF-212-Non-Segragated Facilities Certification
8. EPA 6100-2-Disadvantaged Business Enterprise Participation
9. EPA 6100-3-Disadvantaged Business Enterprise Performance
10. EPA 6100-4-Disadvantaged Business Enterprise Utilization
11. The manufacturer shall specify if the battery is replaceable in the field.
12. List of project references in Oklahoma

The Consultant is Cowan Group Engineering, LLC.

The Consultants phone number is: (405) 463-3369.

The Consultant's contact person is Rebecca Poole, P.E.

000847

ORF- 4A
Bid Proposal
03-25-14

## BID PROPOSAL FORM

### PERKINS PUBLIC WORKS AUTHORITY
BID NOTICE:

THE UNDERSIGNED BIDDER, having examined the plans, specifications, the locations, arrangements, and conditions of roads, street, utilities and other facilities or appurtenances which affect or may be affected by the proposed work, the actual sites of the proposed improvements and being acquainted with and fully understanding: (1) the extent and character of the work covered by this proposal; (2) the locations and specified requirements of and for the proposed improvements and other items of work appurtenant thereto; and (3) the normal existing and probable construction difficulties, hazards or all other factors or conditions which may or may not be apparent, which may affect or be affected by the specified work.

HEREBY PROPOSES to furnish all required materials, supplies, equipment, tools, and plant; to perform all necessary labor; and to construct, erect, equip, and complete all work stipulated in, required by, and in accordance with the contract documents hereto attached and the specifications referred to therein (as altered, changed, or modified by any and all addenda thereto), for and in connection with the Contract for which this proposal is herein submitted for and in consideration of the prices set out herein.

The undersigned bidder hereby agrees to furnish the required Performance Bond, Statutory Bond, Maintenance Bond, and evidence of insurance and to enter into a contract within fifteen (15) days after the acceptance of this proposal, and further agrees to complete the work in **120** days (stipulated in the Contract Agreement) from the date of the issuance by the City Engineer of a Work Order authorizing commencement of work.

BIDDER acknowledges receipt of the following ADDENDUM: _____

1. Davis Bacon Act prevailing wage rate requirements shall apply. All laborers and mechanics employed by contractors and sub-contractors on projects funded directly by or assisted in whole or in part by and through the Federal Government shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of Chapter 31 of Title 40, United States Code. The Department of Labor provides all pertinent information related to compliance with labor standards, including prevailing wage rates and instructions for reporting. For more information please refer to http://www.wdol.gov/.

2. American Iron and Steel provisions (Buy American Requirements) also apply to projects funded directly by or assisted in whole or in part by and through the Federal Government pursuant to P.L. 113-76, Consolidated Appropriations Act, 2014, Sec. 436 requires that "None of the funds made available by a State water pollution control revolving fund as authorized by title VI of the Federal Water Pollution Control Act (33 U.S.C. 1381 et seq.) or made available by a drinking water treatment revolving loan fund as authorized by section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j-12) shall be used for a project for the construction, alteration, maintenance, or repair of a public water system or treatment works unless all of the iron and steel products used in the project are produced

000848

in the United States." For more information please refer to Oklahoma Water Resources Board Supplemental Conditions ORF- 185.

3. System for Award Management (SAM) registration is required for all SRF programs (CWSRF and DWSRF) applicants and Awardees (Entities, Prime Contractors, Subcontractors, Vendors) in order to be awarded contracts by the SRF Programs. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

Note: In order to register in SAM, a Data Universal Number System (DUNS) number will be required. DUNS number is a unique, non-indicative 9-digit identifier issued and maintained by Dun & Bradstreet (D&B) that verifies the existence of a business entity globally. D&B assigns DUNS numbers for each physical location of a business. All entities doing business with the U.S Government can receive a DUNS number FREE of charge and, under normal circumstances, within 1-2 business days when using D&B web form process at http://fedgov.dnb.com/webform.

Attached hereto is a Certified Check, Cashier's Check or Bidder's Surety Bond in the amount of: _____ DOLLARS $ _____ which the undersigned agrees is to be forfeited to and become the property of the Perkins Public Works Authority, as liquidated damages, should this proposal be accepted and the Contract be awarded to him, he fails to enter into a Contract in the form prescribed and to furnish the required bonds and evidence of insurance within fifteen (15) days as above stipulated, but otherwise the proposal guarantee shall be returned to the undersigned upon the signing of the Contract and delivery of the approved bonds and evidence of insurance to the Perkins Public Works Authority.

DATED this _____ day of _____ 20 _____.

Signature: _____

Name and Title:_____

Company: _____

Address:_____

Phone: _____     Fax: _____

E-mail: _____

Federal Tax I.D. _____

Attest: _____          Corporate Seal
       Secretary                                                    (if applicable)

9

000849

# PERKINS PWA AUTOMATED METER READING SYSTEM
## Base Bid

| Item # | Description | QTY | Unit | Unit Price | Total Cost |
|---|---|---|---|---|---|
| | **Section 1 - Meters (Materials)** | | | | |
| 1 | 5/8" x 3/4" Water meter | 1608 | EA | | |
| 2 | 1.5" Water meter | 2 | EA | | |
| 3 | 2" Water meter | 8 | EA | | |
| 4 | 3" Water meter | 9 | EA | | |
| 5 | 4" Water Meter | 3 | EA | | |
| 6 | 2-Way Encoded Register | 1630 | EA | | |
| 7 | Box and lid | 150 | EA | | |
| 8 | Loop, Riser, & Curb Stop with 1" Shutoff Valve | 150 | EA | | |
| | | | | | |
| | **Section 2 - Installation (Labor and Materials)** | | | | |
| 1 | 5/8" x 3/4" Water meter installed w/ encoded register | 1608 | EA | | |
| 2 | 1.5" Water meter installed w/ encoded register | 2 | EA | | |
| 3 | 2" Water meter installed w/ encoded register | 8 | EA | | |
| 4 | 3" Water meter installed w/ encoded register | 9 | EA | | |
| 5 | 4" Water meter installed w/ encoded register | 3 | EA | | |
| 6 | Box and lid replacement (Labor) | 150 | EA | | |
| 7 | Loop, Riser & Curb Stop Replacement (Labor) | 150 | EA | | |
| | | | | | |
| | **Section 3 - AMI System (Labor, Equipment, and Materials)** | | | | |
| 1 | Materials and Installation of the AMI network to include all AMR Servers, data entry, Laptop, Software, Training, Hand Held Device, and other miscellaneous equipment and labor needed to provide a complete and working AMR/AMI System. | 1 | LS | | |
| | | | | | |
| | **Section 4 - Annual Ongoing Costs** | | | | |
| 1 | Annual Software and AMI Maintenance | 1 | YR | | |
| | | | | | |
| | **Deduct Alternate 1 - Meter Salvage Value** | | | | |
| 1 | 5/8" x 3/4" Water Meter | 1608 | EA | | |
| 2 | 1.5" Water meter | 2 | EA | | |
| 3 | 2" Water meter | 8 | EA | | |
| 4 | 3-4" Water meter | 12 | EA | | |

10

| | |
|---|---|
| Subtotal Section1 | |
| Subtotal Section 2 | |
| Subtotal Section 3 | |
| Subtotal Section 4 | |
| Total Base Bid | |

TOTAL BASE BID IN WORDS_____

| | |
|---|---|
| Subtotal Deduct Alternate 1 | |
| Total Alternate | |

TOTAL ALTERNATE BID IN WORDS_____

11

ORF-412
Noncollusion Affidavit
Rev. 11/27/02

NONCOLLUSION AFFIDAVIT

STATE OF _____ ) ss.
COUNTY OF _____ )

_____, of lawful age, being first duly sworn, on oath says that (s)he is the agent authorized by the bidder to submit the attached bid. Affiant further states that the bidder has not been a party to any collusion among bidders in restraint of freedom of competition by agreement to bid at a fixed price or to refrain from bidding; or with any government official or employee as to quantity, quality, or price in the prospective contract, or any other terms of said prospective contract; or in any discussions between bidders and any government official concerning exchange of money or other value for special consideration in the letting of a contract; that the bidder/contractor had not paid, given or donated or agreed to pay, give or donate to any officer or employee of the _____ (or other entity) any money or other thing of value, either directly or indirectly in the procurement of a contract or pursuant to this bid.

_____

Subscribed and sworn to before me this _____ day of _____,20___.

_____
Notary Public

My Commission Expires:

12

000852

ORF 413
Business Relationships Affidavit
Revised 11/27/02

## BUSINESS RELATIONSHIPS AFFIDAVIT

STATE OF _____ ) ss.

COUNTY OF _____ )

_____, of lawful age, being first duly sworn, on oath says that (s)he is the agent authorized by the bidder to submit the attached bid. Affiant further states that the nature of any partnership, joint venture, or other business relationship presently in effect or which existed within one (1) year prior to the date of this statement with the architect, engineer, or other party to the project is as follows:

_____

_____

Affiant further states that any such business relationship presently in effect or which existed within one (1) year prior to the date of this statement between any officer or director of the bidding company and any officer or director of the architectural or engineering firm or other party to the project is as follows:

_____

_____

Affiant further states that the names of all persons having any such business relationships and the positions they hold with their respective companies or firms are as follows:

_____

_____ ,·  _____

(If none of the business relationships herein above mentioned exists, affiant should so state.)

_____

Affiant's Signature:_____

Subscribed and sworn to before me this _____ day of _____ ,20__.

_____
Notary Public

My Commission Expires:

_____

13

ORF-212
11/26/02

PROSPECTIVE PRIME CONTRACTOR'S
(BIDDER) CERTIFICATION OF
NONSEGREGATED FACILITIES

I hereby certify that I do not and will not maintain any facilities provided for my employees in a segregated manner, or permit my employees to perform their services at any location under my control where segregated facilities are maintained; and that I will obtain a similar certification prior to the award of any subcontract exceeding $10,000 which is not exempted from the equal opportunity clause.

_____
(Signature and Title of Prospective Prime Contractor's Representative)

_____
(Printed or typed Name and Title of Prospective Prime Contractor's Representative)

_____

_____

_____

(Name and address of Prospective Prime Contractor)

14

000854

ORF-211
11/26/02

PROSPECTIVE PRIME CONTRACTOR'S
(BIDDER) STATEMENT ABOUT
EQUAL OPPORTUNITY CLAUSE

( )    I have participated in previous contract(s) or subcontract(s) subject to the equal opportunity clause under Executive Orders 11246 and 11375 or preceding Executive Orders 10925 and 11114. I have filed all reports due under the requirements contained in 40 CFR, Part C, 8.11.

( )    I have not participated in previous contract(s) subject to the equal opportunity clause under Executive Orders 11246 and 11375 or preceding Executive Orders 10925 and 11114.

( )    I will obtain a similar statement from any proposed subcontractor(s), when appropriate.

_____
(Signature and Title of Prospective Prime or Subcontractor's Representative)

_____
(Printed or typed Name and Title of Prospective Prime or Subcontractor's Representative)

_____

_____

_____

(Name and address of Prospective Prime or Subcontractor)

15

**AGREEMENT**

THIS AGREEMENT, made this _____ day of _____, 2015 between
_____hereinafter called "OWNER"
and _____ doing business as (a
partnership) (a corporation) (an individual) hereinafter called "CONTRACTOR".

WITNESSETH: That for and in consideration of the payments and agreements hereinafter mentioned:

1. The CONTRACTOR will commence and complete the construction of
   Automated Meter Reading System.

2. The CONTRACTOR will furnish all of the materials, supplies, tools, equipment, labor, and other services necessary for the construction and completion of the PROJECT described herein.

3. The CONTRACTOR will commence the work required by the CONTRACT DOCUMENTS within 10 calendar days after the date of the NOTICE TO PROCEED and will complete the same within 120 calendar days unless the period for completion is extended otherwise by the CONTRACT DOCUMENTS.

4. The CONTRACTOR agrees to perform all the WORK described in the CONTRACT DOCUMENTS and comply with the terms therein for the sum of $_____ or as shown in the BID SCHEDULE.

5. The term "CONTRACT DOCUMENTS" means and includes the following:
   (A)  Solicitation for Bids
   (B)  Instruction to Bidders
   (C)  Bid Proposal Form
   (D)  Noncollusion Affidavit
   (E)  Business Relationships Affidavit
   (F)  Non-Segregated Facilities Affidavit
   (G)  Equal Opportunity Clause
   (H)  Agreement
   (I)  Maintenance Bond
   (J)  Performance Bond
   (K)  Statutory Bond
   (L)  Attorney Certificate of Approval
   (M)  Certificate of Insurance
   (O)  Notice of Award
   (P)  Notice to Proceed
   (Q)  CWSRF DBE Guidance
   (R)  Change Order
   (S)  EPA Form 6100-2,3, & 4
   (T)  Labor Standards Certificate
   (U)  Specifications prepared or issued by _____ dated
        _____, 200__.

000856

Revised - 03-20-14
Page 2

(V) ADDENDA:
No. _____, dated _____
No. _____, dated _____
No. _____, dated _____
No. _____, dated _____
No. _____, dated _____

6. The OWNER will pay to the CONTRACTOR in the manner and at such times as set forth in the Standard Requirements such amounts as required by the CONTRACT DOCUMENTS.

7. This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

8. It is understood that the following are also required of the Contractor in performance of this contract:

    a.    Liquidated damages for failure to complete the work within the time specified shall be assessed at the rate of $500 per day for each additional calendar until the work is completed.

    b.    Contractor shall comply with the Underground Facilities Damage Prevention Act (63 O.S. 42.1 et seq.).

9. The Contractor hereby represents and warrants to and for the benefit of the Owner that:

The Contractor has reviewed and understands the Davis Bacon Act and prevailing wage rate requirements and will provide any further verified information, certification or assurance of compliance as may be required by the Owner.

The Contractor acknowledges to and for the benefit of the City of Perkins/Perkins PWA ("Purchaser") and the _____ (the "State") that it understands the goods and services under this Agreement are being funded with monies made available by the Clean Water State Revolving Fund and/or Drinking Water State Revolving Fund and such law contains provisions commonly known as "American Iron and Steel;" that requires all of the iron and steel products used in the project to be produced in the United States ("American Iron and Steel Requirement") including iron and steel products provided by the Contractor pursuant to this Agreement.

The Contractor hereby represents and warrants to and for the benefit of the Purchaser and the State that (a) the Contractor has reviewed and understands the American Iron and Steel Requirement, (b) all of the iron and steel products used in the project will be and/or have been produced in the United States in a manner that complies with the American Iron and Steel Requirement, unless a waiver of the requirement is approved, and (c) the Contractor will provide any further verified information, certification or assurance of compliance with this paragraph, or information necessary to support a waiver of the American Iron and Steel Requirement, as may be requested by the Purchaser or the State.

The Contractor has registered for the System for Award Management (SAM) that is required for all SRF program projects. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to

Agreement

17

Revised - 03-20-14
Page 3

provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and Awardees can go to SAM.gov to complete the registration process.

Notwithstanding any other provision of this Agreement, any failure to comply with this paragraph by the Contractor shall permit the Purchaser or State to recover as damages against the Contractor any loss, expense, or cost (including without limitation attorney's fees) incurred by the Purchaser or State resulting from any such failure (including without limitation any impairment or loss of funding, whether in whole or in part, from the State or any damages owed to the State by the Purchaser). While the Contractor has no direct contractual privity with the State, as a lender to the Purchaser for the funding of its project, the Purchaser and the Contractor agree that the State is a third-party beneficiary and neither this paragraph (nor any other provision of this Agreement necessary to give this paragraph force or effect) shall be amended or waived without the prior written consent of the State.

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in  four (4)  copies each of which shall be deemed an original on the date first above written.


OWNER:

_____
(Print or Type)

By:_____
(Signature)

Name:_____
(Print or Type)

Title:_____
(Print or Type)

(SEAL)

ATTEST:

By:_____
(Signature)

Name: _____
(Print or Type)

Title:_____
(Print or Type)


Agreement

18

000858

Revised - 03-20-14
Page 4

CONTRACTOR

_____
(Print or Type)

By:_____
(Signature)

Name:_____
(Signature)

Address: _____
(Print or Type)

Telephone:_____


(SEAL)

ATTEST:

By:_____
(Signature)

Name:_____
(Print or Type)

Title: _____
(Print or Type)

000859

OBF-416
Rev. 11/27/01

## MAINTENANCE BOND

KNOW ALL MEN BY THESE PRESENTS, that we, _____, hereinafter

called the Principal, and the _____ of

_____, a corporation duly organized under the laws of the State of

_____, hereinafter called the Surety, as Surety, are held and firmly bound unto

_____

_____, hereinafter call the

Obligee, in the sum of _____ Dollars

($_____), for the payment of which sum well and truly to be made, the said Principal and the said

Surety, bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by

these presents.

WHEREAS, said Principal entered into a written Contract with said Obligee dated _____, _____

,for_____

_____

all in compliance with the plans and specifications therefor, made a part of said Contract and on file in the office of

_____

WHEREAS, this bond is given in compliance with Title 61, Oklahoma Statutes 2001, Section 113(B)(3).

NOW THEREFORE, if said Principal shall pay or cause to be paid to Obligee all damage, loss, and expense which

may result by reason of defective materials and/or workmanship in connection with said work, occurring within a period

of one (1) year after acceptance of said project by Obligee; and if Principal shall pay or cause to be paid all labor and

materials, including the prime contractor and all subcontractors; and if Principal shall save and hold Obligee harmless

from all damages, loss, and expense occasioned by, or resulting from, any failure whatsoever of said Principal, then

this obligation shall be null and void, otherwise to be and remain in full force and effect.

It is further expressly agreed and understood by the parties hereto that no changes or alternations in said Contract and

no deviations from the plan or mode of procedure herein fixed shall have the effect of releasing the sureties, or any of

them, from the obligations of this Bond.

IN WITNESS WHEREOF, this instrument is executed in _____ counterparts, each of which shall be deemed an

original, this _____ day of _____, _____

|  |  |
|---|---|
| | ( |
| | ( PRINCIPAL _____ |
| | ( |
| _____ | ( |
| WITNESS AS TO PRINCIPAL | ( BY: _____ |
| | |
| | ( |
| | ( _____ |
| | ( SURETY |
| _____ | ( |
| WITNESS AS TO SURETY | ( BY: _____ |
| | ( ATTORNEY-IN-FACT |

IMPORTANT: Surety companies executing bonds must appear on the Treasury Department's most current list (Circular 570 as amended) and be authorized to transact business in the State of Oklahoma. Attach a certified Copy of the Power of Attorney.

20

000860

OBF 414
Rev. 11/2002

## PERFORMANCE BOND

KNOW ALL MEN BY THESE PRESENTS, that we, _____, hereinafter

called the Principal, and the _____

of, _____, a corporation duly organized under the laws of

the State of _____, hereinafter called the Surety, as Surety, are held

and                              firmly                              bound                              unto

_____ hereinafter call the

Obligee, in the sum of _____ Dollars

($_____), for the payment of which sum well and truly to be made, the said Principal and the said

Surety, bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by

these presents.

WHEREAS, said Principal entered into a written Contract with said Obligee dated _____ _____

for _____

_____, all in compliance with the plans and specifications therefor, made a part of said Contract and on file in the

office of _____

WHEREAS, this bond is given in compliance with Title 61, Oklahoma Statutes 2001, Section 113(B)(2).

NOW THEREFORE, if said Principal shall, in all particulars, well, truly and faithfully perform and abide by said Contract

and each and every covenant, condition, and part thereof, and shall fulfill all obligations resting upon said Principal by

the terms of said Contract and said specifications, and if said Principal shall protect and save harmless said Obligee

from any pecuniary loss resulting from the breach of any of the items, covenants and conditions of said Contract resting

upon said Principal, the this obligation shall be null and void, otherwise to be and remain in full force and effect.

It is further expressly agreed and understood by the parties hereto that no changes or alternations in said Contract and

no deviations from the plan or mode of procedure herein fixed shall have the effect of releasing the sureties, or any of

them, from the obligations of this Bond.

IN WITNESS WHEREOF, this instrument is executed in _____ counterparts, each of which shall be deemed an

original, this _____ day of _____, _____

(        _____
(        PRINCIPAL
_____        (
WITNESS AS TO PRINCIPAL        (        BY: _____


(        _____
(        SURETY
_____        (
WITNESS AS TO SURETY        (        BY: _____
(        ATTORNEY-IN-FACT

IMPORTANT: Surety companies executing bonds must appear on the Treasury Department's most current list (Circular
570 as amended) and be authorized to transact business in the State of Oklahoma. Attach a certified Copy of the
Power of Attorney.

21

000861

ORF 419
Rev 11/27/00

## STATUTORY BOND

KNOW ALL MEN BY THESE PRESENTS, that we, _____ hereinafter

called the Principal, and the _____

of, _____, a corporation duly organized under the laws of the State of

_____, hereinafter called the Surety, as Surety, are held and firmly bound unto

_____

_____, hereinafter call the

Obligee, in the sum of _____ Dollars

($_____), for the payment of which sum well and truly to be made, the said Principal and the said

Surety, bind ourselves, our heirs, executors, administrators, successors, and assigns, jointly and severally firmly by

these presents.

WHEREAS, said Principal entered into a written Contract with said Obligee dated _____, _____

for_____

_____

all in compliance with the plans and specifications therefor, made a part of said Contract and on file in the office of

_____

WHEREAS, this bond is given in compliance with Title 61, Oklahoma Statutes 2001, Sections 1 and 113(B)(1)

NOW THEREFORE, if said Principal shall fail or neglect to pay all indebtedness incurred by said Principal or

subcontractors of said Principal who perform work in the performance of such contract, for labor and materials and

repairs to and parts for equipment used and consumed in the performance of said contract after the same becomes

due and payable the person, firm, or corporation entitled thereto may sue and recover on this bond, the amount so due

and unpaid.

It is further expressly agreed and understood by the parties hereto that no changes or alternations in said Contract and

no deviations from the plan or mode of procedure herein fixed shall have the effect of releasing the sureties, or any of

them, from the obligations of this Bond.

IN WITNESS WHEREOF, this instrument is executed in _____ counterparts, each of which shall be deemed an

original, this _____ day of _____, _____.

|  |  |
|---|---|
| | ( |
| | ( PRINCIPAL |
| | ( |
| WITNESS AS TO PRINCIPAL | ( BY: _____ |
| | |
| | ( |
| | ( SURETY |
| | ( |
| WITNESS AS TO SURETY | ( BY _____ |
| | ( ATTORNEY-IN-FACT |

IMPORTANT: Surety companies executing bonds must appear on the Treasury Department's most current list (Circular
570 as amended) and be authorized to transact business in the State of Oklahoma. Attach a certified Copy of the
Power of Attorney

000862

## ATTORNEY CERTIFICATE OF APPROVAL

I, the undersigned _____ the
duly authorized and acting legal representative of
 Perkins PWA , Payne County Oklahoma, do hereby certify as follows:

I have examined the construction contract between the contractor,
_____
 and the above named entity, and the surety bonds given by the contractor in connection with the
performance of said contract, and the manner of execution of the contract and surety bonds; and
I am of the opinion that each of the aforesaid agreements has been duly executed by the proper
parties thereto, acting through their duly authorized representatives; that said representatives
have full power and authority to execute said agreements on behalf of the respective parties
named therein; and that the foregoing contract and surety bonds constitute valid and legally
binding obligations upon the parties executing the same in accordance with the terms, conditions,
and provisions thereof.

Dated this _____ day of _____, 200__.


_____
Attorney Typed or Printed Name

_____
Signature

_____County,
Oklahoma

23

## CLAIMANT RELEASE
### (Prime Contractors)

**Project Name: Perkins PWA – Automated Meter Reading System**

**CWSRF Project #:** ORF-16-0004-CW

**Contract No. & Name:** _____

Date _____

Contingent upon the final payment of_____. I
hereby acknowledge the receipt of

_____in full payment of my contract
dated _____for improvement work which I did for you and which is described in my
contract.

I certify that I have paid in full for all materials purchased and all labor employed in the performance
of this contract, and that there are no claims against me under this contract on account of injuries sustained
by workers employed by me or by subcontractors thereunder. I hereby release you from any claims arising
by virtue of this contract.

I am attaching Form DW-411, "Release by Claimants," signed by all persons from whom I have
purchased materials and by all subcontractors and all persons employed in connection with my contract
with the above-named borrower.

---

### WARNING

The statements and representations made above are made in connection with
construction financed in whole or in part by the Oklahoma Department of
Environmental Quality (ODEQ). The statements and representations will be used to
determine the release of funds from the Drinking Water State Revolving Fund
(DWSRF) by the Oklahoma Department of Environmental Quality (ODEQ). The
making of any false statement or misrepresentation herein may be a crime
punishable under Title 18 U.S.C. § 1001 which provides in part: "Whoever, in any
matter within the jurisdiction of any department or agency of the United States knowingly
and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact,
or makes any false, fictitious or fraudulent statements or representations, or makes or uses
any false writing or statement or entry, shall be fined under [Title 18 of the United States
Code] or imprisoned not more than five years, or both.

---

_____
Contractor Signature

_____
Contractor Name (Printed or Typed)

_____
Title

_____
Company

24

000864

## CLAIM OR INVOICE AFFIDAVIT

| STATE OF OKLAHOMA | ) | |
|---|---|---|
| | ) | ss. |
| COUNTY OF _____ | ) | |

The undersigned (engineer or supervisory official), of lawful age, being first duly sworn, on oath says that this (invoice, claim, or contract) is true and correct. Affiant further states that the (work, services or materials) as shown by this invoice or claim have been (completed or supplied) in accordance with the plans, specifications, orders, or requests furnished to the affiant. Affiant further states that (s)he has made no payment, given, or donated or agreed to pay, give, or donate, either directly or indirectly, to any elected official, officer, or employee of the State of Oklahoma, of money or any other thing of value to obtain payment or the award of this contract.

_____
Engineer or Other Supervisory Official

Subscribed and sworn to before me this_____ day of_____ 20_____

_____
Notary Public

My Commission Expires:

_____

25

000865

APPLICATION AND CERTIFICATE FOR PAYMENT

PROJECT: AUTOMATED METER READING SYSTEM
TO: (OWNER): PERKINS PUBLIC WORKS AUTHORITY

ENGINEER: COWAN GROUP ENGINEERING, LLC.
CONTRACTOR:
CONTRACT FOR:
APPLICATION DATE:                    APPLICATION NO:
PERIOD FROM:                         TO:

Application is made for Payment, as shown below, in connection with the Contract. The present status of the account for this Contract is as follows:

**CHANGE ORDER SUMMARY**

|  | ADDITIONS $ | DEDUCTIONS $ |
|---|---|---|
| Change Orders approved |  |  |
| in previous months by |  |  |
| Owner |  |  |
| TOTAL |  |  |
| Subsequent Change Orders |  |  |
| No. | Approved |  |
| (Date) |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTALS |  |  |

Net change by Change Orders  $ _____

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $ _____ |
| Net change by Change Orders | $ _____ |
| CONTRACT SUM TO DATE | $ _____ |
| TOTAL COMPLETED TO DATE | $ _____ |
| RETAINAGE          % | $ _____ |
| TOTAL EARNED LESS RETAINAGE | $ _____ |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ _____ |

CURRENT PAYMENT DUE    $ _____

The undersigned Contractor certifies that the work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by him for work for which previous Certificates for Payment were issued and payments received from the Owner, and that the current payment shown herein is now due.

CONTRACTOR:
By: _____    Date: _____

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Engineer certifies to the Owner that to the best of the Engineer's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.   $ _____

ENGINEER:                              OWNER:
By: _____                By: _____

INSPECTOR:
By: _____

26

B00866

Continuation Sheet

Page Two of Two Pages

| Item No. | Description of Item | Scheduled Quantities | Unit Price | Previous Applications | | Quantities of Work Completed — This Application | | Quantities of Work Completed — Amount Completed to Date |
|---|---|---|---|---|---|---|---|---|
| | | | | Quantities | Amount | Quantities | Amount | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Subtotal or Total

27

000867

## GENERAL CONDITIONS

**PART 1 – GENERAL**

### 1.1    DESCRIPTION

The General Conditions shall govern and control all work to which they apply; however, since these Specification are of a general nature, they may refer to work not found in this project, in which case such non-applicable stipulations will have no meaning in this Contract. In case of conflict between the General Conditions and the Special Conditions, the Special Conditions shall govern. In case of conflict with either the General or Special Conditions by Supplemental Conditions of a funding agency such as EPA, FMHA, EDA or HUD, the Supplemental Conditions will govern.

**PART 2 – DEFINITIONS**

### 2.1    DEFINITIONS

DEFINITIONS: Whenever the words defined below, or pronouns used in their stead occur hereinafter, they shall have the meanings given as follows:

A. "OWNER" and "City" shall mean the City of Perkins or Perkins Public Works Authority.
B. "ENGINEER" shall mean Cowan Group Engineering, LLC, who has been employed by the OWNER for this work, or his duly authorized agent.
C. "Inspector" shall mean the engineering or technical inspector or inspectors duly authorized by the ENGINEER, limited to the particular duties entrusted to him or them.
D. "CONTRACTOR" shall mean the person, persons, partnership, company, firm or corporation entering into this contract for the performance of the work, or the agent appointed to act for such party.
E. "Specification" shall mean, collectively, all of the terms and stipulations contained in the written portion of information furnished.
F. "Drawings or Plan Sheets" shall mean, collectively, all of the drawings pertaining to the contract and made a part thereof, and also such supplementary drawings as the ENGINEER may issue from time to time in order to clarify the drawings, or for the purpose of showing authorized changes in the work, or for showing details which are not shown thereon.
G. The term "Grade" used in these Specification is understood to refer to and indicate the established elevations of the paving, flow line of waterlines and other appurtenances as shown on the drawings.
H. Whenever in these CONTRACT DOCUMENTS the words "as ordered". "as directed", "as permitted", "as allowed", or words or phrases of like import are used, it shall be understood that the order, direction, requirements, permission, or allowance of the OWNER and ENGINEER is intended.
I. Similarly the words "approved", "reasonable", "suitable", "acceptable", "properly", "satisfactory", or words of like effect and import, unless otherwise particularly specified herein, shall mean approved, reasonable, suitable, acceptable, proper, or satisfactory in the judgment of the OWNER and ENGINEER.
J. Whenever the term "or equal" is used in the drawings and/or Specification it shall refer to a material which will adequately perform the same function, in the opinion of the ENGINEER, as the material specified or shown on the drawings. All substitutions will need approval from the ENGINEER as an "equal".

28

**PART 3 - SCOPE OF WORK**

The work to be covered under these contracts in accordance with these SPECIFICATIONS, consists of the furnishing of all materials, equipment, tools, labor, transportation and services necessary to complete the construction as outlined herein and further throughout the specifications. The complete installation shall not lack any part which can be reasonably implied as necessary to its proper functioning nor any subsidiary which is customarily furnished. All costs in connection with the work, including furnishing of all materials as noted, equipment, supplies and appurtenances; providing all construction equipment and tools, and performing all necessary labor to fully complete the work, shall be included in the unit and lump sum prices named in the Proposal. No item of work that is required by the Contract Documents for the proper and successful completion of that contract will be paid for outside of or in addition to the prices submitted in the Proposal. All work not specially set forth in the Proposal as a pay item shall be considered a subsidiary obligation of the Contractor and all costs in connection therewith shall be included in the Unit Price and Lump Sum Prices named in the Proposal.

**PART 4 - EXAMINATION OF SITE OF WORK**

It is the obligation of the bidder to examine carefully the site of the proposed work; to ascertain for himself all the facts concerning conditions therein, including all physical characteristics above, on and below the surface of the ground; to investigate the subsurface conditions and to determine for his information the character and proportionate quantities of soils, rock and other subsurface material which may be encountered in the work; to inform himself by independent research of the difficulties to be encountered and judge for himself the accessibility of the work and all other circumstances affecting the cost of doing the work or the time required for its completion; and the bidder agrees to this obligation in signing the proposal. When provided, the soils boring and testing report is attached to these Specification for the CONTRACTOR's information and is not a part of the contract. No guarantee is made as to their accuracy or completeness. The OWNER assumes no responsibility whatsoever with respect to ascertaining for the bidder such facts covering physical characteristics at the site of the work. The bidder agrees that, if awarded the contract, he will make no claim for, and will have no right to, additional payment or extension of time for completion of the work or any other concession because of any failure on his part to fully acquaint himself with all conditions relating to the work. The bidder shall rely exclusively upon his own estimate, investigation and evaluation of site conditions.

**PART 5 - SITE CONDITIONS**

Where connections to existing utilities are shown on the drawings, the work may be required to be done at night or at a time which will least interfere with the operation of the existing facility.

The tie to existing utilities will be coordinated with personnel of the OWNER of the existing lines and will be done at a time to least inconvenience their operation. The work may be required to be done at night or weekends or both.

Where possible the existing utilities (water, gas, etc.) have been noted on the drawings. There may be additional buried lines that are not shown and if such is encountered, said lines will be left in service. CONTRACTOR shall take all precautions available prior to construction to locate, identify, and verify utilities. If said lines are broken by the CONTRACTOR, they shall be repaired as soon as possible.

The work along or across state highways shall be done in accordance with the permit from Division Engineer, Department of Transportation. The right-of-way shall be maintained in a

000869

satisfactory manner at all times. All roads, streets, drives, etc., cut during construction shall be properly protected by barricades, flashing lights. etc., and shall be made passable as soon as possible after laying of lines during the day and always at night. CONTRACTOR shall maintain the above cut roads in a passable condition until the wearing surface is replaced and then kept in a satisfactory condition for five (5) years after job is completed.

## PART 6 - EXPLOSIVES

NOT USED

## PART 7 - SUBMITTALS

Engineering data covering all equipment and fabricated materials to be furnished under this contract shall be submitted to the ENGINEER for review. These datum shall include drawings and operation of component materials and devices; the external connections; anchorages and supports required; performance characteristics; and dimensions needed for installation and correlation with other materials and equipment. Data submitted shall include drawings showing essential details of any changes proposed by CONTRACTOR and all required structural layout and wiring diagrams.

**No work shall be performed in connection with the fabrication or manufacture of materials and equipment, nor shall any accessory or appurtenance be purchased until the drawings and data therefore have been reviewed, except at the CONTRACTOR's own risk and responsibility.**

At least five (5) copies of each drawing and necessary data with statement of approval by the CONTRACTOR, shall be submitted to the ENGINEER. Each drawing or data sheet shall be clearly marked with the name of the project, the ENGINEER's name, CONTRACTOR's name and references to applicable specification paragraphs and drawing sheets. When catalog pages are submitted, the applicable items shall be identified.

The ENGINEER's review of drawings and data submitted by the CONTRACTOR will cover only general conformity to the drawings and SPECIFICATIONS, external connections and dimensions which affect the layout. The ENGINEER's review of drawings returned marked NO EXCEPTIONS NOTED or EXCEPTIONS NOTED does not indicate a thorough review of all dimensions, quantities and details of the material, equipment, device or items shown and does not relieve the CONTRACTOR from any responsibility for errors, omissions, or deviations from the contract requirements.

All drawings and data, after final processing by the ENGINEER, shall become a part of the CONTRACT DOCUMENTS and the work shown or described thereby shall be performed in conformance therewith unless otherwise authorized by the OWNER or the ENGINEER.

After drawings and data have been accepted by OWNER or ENGINEER, the CONTRACTOR shall submit three (3) additional copies of all data and one (1) set of reproducibles of all drawings to OWNER for file records. Also, CONTRACTOR shall keep accurate "record drawings" records of the work and turn these records over to the OWNER at the completion of the work.

## PART 8 - SURVEYS

The OWNER shall establish base lines or control points for the location of the principal component parts of the work together with bench marks adjacent to the work as shown or indicated on the Drawings. The CONTRACTOR shall develop and make all detail surveys necessary for construction. The CONTRACTOR shall be responsible for the accuracy of all

000870

lines and grades for all parts of the work. He shall do all field work necessary to lay out and maintain the work and shall make available to the OWNER all facilities and information necessary for properly checking the accuracy of such field work. Such checking shall in no way relieve the CONTRACTOR of his responsibility of the correctness of all field work.

The OWNER will provide survey of property including reference points, property corners and bench marks where necessary in the opinion of the ENGINEER. If necessary, the CONTRACTOR shall transfer these reference points and bench marks to permanent locations where they will not be disturbed. If disturbed, the CONTRACTOR shall re-install them to OWNER's satisfaction, at CONTRACTOR's cost.

## PART 9 - PERMITS AND REGULATIONS

The CONTRACTOR shall secure and pay for all construction permits required to carry out the work unless otherwise specified and shall produce same upon demand of the OWNER. The CONTRACTOR shall give all notices and pay all fees and shall, before starting work, ascertain whether the drawings and Specification are at variance with any codes or regulations applying at the site. The CONTRACTOR shall obtain completion survey, certificate of completion or occupancy if required by local regulations.

All features of design and construction shall comply with the local building regulations and/or other lawful or public regulations which apply at the site. If any features of construction as shown on the OWNER's plan, do not conform to the regulations, the CONTRACTOR shall notify the OWNER of such discrepancy, and shall base his quotation and work on features of construction which do conform to the regulations.

If the CONTRACTOR performs any work contrary to such laws, ordinances, rules and regulations and without such notice to the OWNER, he shall bear all costs arising therefrom.

## PART 10 - INSPECTION

The CONTRACTOR will provide access to the work site and facilities for representatives of the Environmental Protection Agency, Oklahoma Water Resources Board, Oklahoma Department of Environmental Quality and other agencies, as well as, OWNER and ENGINEER, as required whenever the work is in progress.

## PART 11 - SATURDAY, SUNDAY, HOLIDAY AND NIGHT WORK

No work shall be done between the hours of 7:00 p.m. and 7:00 a.m., nor on Saturday, Sunday or legal holidays without the written approval or permission of the ENGINEER in each case, except such work as may be necessary for the proper care, maintenance and protection of work already done, or of equipment, or in the case of an emergency.

## PART 12 - PROTECTION OF PROPERTY

A. The protection of City, State and Government monuments, street signs and other OWNER's property is of prime importance, and if the same be damaged, destroyed or removed, they shall be repaired, replaced or paid for by the CONTRACTOR. Disturbance to this property must first be approved by the agency which controls it.

B. No valves or other control on any utility main or building service line shall be operated for any purpose by the CONTRACTOR.

C. At places where the CONTRACTOR's operations are adjacent to the plant of railway, telegraph, telephone, electric and gas companies, or water, sanitary sewers and storm sewers, damage to which might result in expense, loss or inconvenience, work shall not be commenced until all arrangements necessary for the protection thereof have been made.

31

D. The OWNER has attempted to locate all storm sewers, culverts, buried telephone or electrical conduits, sanitary sewers and water mains that might interfere with the construction of this project. The CONTRACTOR shall cooperate with the OWNERs of any underground or overhead utility lines in their removal and rearrangement operations in order that these operations may progress in a reasonable manner and duplication or rearrangement work may be reduced to a minimum and that services rendered by those parties will not be unnecessarily interrupted. The revision and crossings of the various types of lines shall be made as follows:

    (1) Storm sewers and culverts may be removed at the time of crossing or may be adequately braced and held in position while the pipe is placed beneath them. If the storm sewer or culvert is removed, it shall be replaced with pipe of the same type and size as that removed and it shall be re-joined to the undisturbed line with a joint satisfactory to the ENGINEER. Backfill over the main up to and around the storm sewer shall be thoroughly compacted in order that no settlement will occur. The revision and crossing of said lines shall be at the expense of the CONTRACTOR.

    (2) All overhead and buried telephone and electrical conduits, to be revised or crossed by the construction of this project shall be protected in accordance with the directions of the utility company owning the conduits and/or mains. The CONTRACTOR shall notify the companies and obtain their permission before making any crossing or revisions. The revision and crossing of said lines shall be at the expense of the CONTRACTOR. Any overhead cables or buried cables or conduits damaged by the CONTRACTOR shall be repaired at his expense to the satisfaction of the ENGINEER and of the OWNER.

    (3) The CONTRACTOR shall not remove any water or sanitary sewer lines except as directed by the ENGINEER or as required by the Drawings and Specification. and shall adequately brace and protect them from any damage during construction. Any existing water main or sewer main or lateral damage caused by the CONTRACTOR's operations will be repaired by the CONTRACTOR. The repairs will be made at the CONTRACTOR's expense.

E. The location of utility service lines serving individual properties may or may not be shown on the Drawings, but the CONTRACTOR shall assume that such service lines exist whether or not they are shown on the Drawings, and it shall be the responsibility of the CONTRACTOR to make any necessary changes in the line and/or grade of such services, or to secure the necessary changes therein to be made by the particular utility company involved or other OWNER thereof, or by an agent or individual CONTRACTOR approved by such utility company or other OWNER. CONTRACTOR shall pay the cost of all such revisions whether performed by CONTRACTOR, the utility company or other OWNER, or an approved CONTRACTOR. In the event of interruption of a utility service as a result of accidental breakage, CONTRACTOR shall promptly notify the ENGINEER and the OWNER of the utility, and shall repair or cause the same to be repaired, in the same manner as necessary changes above are provided for, the CONTRACTOR shall do all things necessary to see that the restoration of services are done as promptly as may be reasonably done. All sanitary sewer service lines damaged shall be replaced with cast iron pipe regardless of type or kind damaged.

F. In the event the CONTRACTOR in any way fails to comply with the requirements of protecting, repairing and restoring of any utility or utility service, the OWNER may, upon forty-eight (48) hours written notice proceed to protect, repair, rebuild or otherwise restore such utility or utility service as may be deemed necessary, and the cost thereof will be deducted from any money due or which may become due the CONTRACTOR pursuant to the terms of his contract.

000872

## PART 13 - FIELD OFFICE

Copies of the drawings, SPECIFICATION, and other CONTRACT DOCUMENTS shall be kept at the site of the work available for use at all times.

## PART 14 - ALTERATION OF QUANTITIES

The CONTRACTOR agrees that the quantities of work as stated in the Bid Schedule or indicated on the drawings are only approximate, and that the OWNER shall have the right to omit portions of the work and to increase or decrease the quantities of any item of work. Final payment will be based on the actual quantities used and installed in accordance with the drawings and Specification.

## PART 15 - QUALITY CONTROL

When required in writing by the ENGINEER, the CONTRACTOR shall make such tests as may be necessary to show that the requirements of the Specification have been fulfilled.

All tests shall be made under the supervision and direction of the ENGINEER, and the CONTRACTOR will provide all required materials, labor and apparatus, etc., or so directed, engage an approved testing laboratory for making same. Any work found defective shall be removed, replaced and retested until satisfactory to the ENGINEER, all at the CONTRACTOR's expense.

Should tests required by the ENGINEER, except those specifically called for elsewhere in these General Requirements or in the Specification show that the requirements of the Specification have been fulfilled, then the costs of such tests shall be paid for by the OWNER

## PART 16 - MEASUREMENT AND FITTING OF PARTS

The CONTRACTOR, without extra charge, shall make such slight alterations as may be necessary to make adjustable parts fit the fixed parts, leaving all complete and in proper shape when done. The CONTRACTOR shall verify all dimensions given in the drawings, and shall report any error or inconsistency to the ENGINEER before commencing work.

## PART 17 - CONTRACTOR'S SUPERINTENDENT

The CONTRACTOR shall keep a competent Superintendent and any necessary assistants at the site throughout the progress of the work. All directions given to said Superintendent shall be as binding as if given to the CONTRACTOR. Upon request, such directions will be confirmed, in writing, to the CONTRACTOR.

The CONTRACTOR's Superintendent and/or any of his assistants shall be promptly replaced in the event he or they shall prove to be incompetent and/or unsatisfactory to the ENGINEER.

## PART 18 - ASSISTANCE BY ENGINEER

It is distinctly understood and agreed that such assistance as the ENGINEER may render to the CONTRACTOR in connection with the interpretation of drawings and Specification shall not relieve the CONTRACTOR from any responsibility for the work. Any work which proves faulty shall be made right by the CONTRACTOR without delay. The failure of the ENGINEER, or his Inspectors to call the CONTRACTOR's attention to faulty work or work done which is not in accordance with drawings and Specification shall not prevent the OWNER from insisting that the CONTRACTOR make all work right.

000873

## PART 19 - INCIDENTAL WORK

Work called for on the drawings and/or SPECIFICATIONS and are not set forth in the Bid Schedule as pay items, shall be considered as incidental work and will not be paid for directly, but shall be included in the price bid for the various pay items.

## PART 20 - TERMINATION OF CONTRACT

If the CONTRACTOR shall be adjudged bankrupt, or if he should make a general assignment for the benefit of his creditors, or if a receiver should be appointed on account of his insolvency, or if he should persistently or repeatedly refuse, or should fail, except in cases for which extension of time is provided, to supply enough properly skilled workmen, equipment or proper materials, or if he should fail to make prompt payment to SUBCONTRACTOR or SUPPLIER for material or labor, or persistently disregard laws, ordinances or the instructions of the ENGINEER, or otherwise be guilty of a substantial violation of any provision of the Contract, then the OWNER upon the certificate of the ENGINEER that sufficient cause exists to justify such action, may without prejudice to any other right or remedy and after giving the CONTRACTOR seven days written notice, terminate the employment of the CONTRACTOR and take possession of the premises and of all materials, tools and appliances thereon and finish the work by whatever method the OWNER may deem expedient. In such case, the CONTRACTOR shall not be entitled to receive any further payment until the work is finished. If the unpaid balance of the Contract Price shall exceed the expense of finishing the work, including compensation for additional managerial and administrative services, such excess shall be paid to the CONTRACTOR. If such expense shall exceed such unpaid balance, the CONTRACTOR shall pay the difference to the OWNER as herein provided, and the damage incurred through the CONTRACTOR's default shall be certified by the ENGINEER.

In the event of termination of Contract before completion of the work, due to abandonment of the project or discontinuance thereof, the CONTRACTOR will be paid in proportion to the work completed and in progress as per scope of work described in the drawings and Specification and in accordance with the unit price schedule.

## PART 21 - ACCEPTANCE AND FINAL PAYMENT

Upon receipt of written notice from the CONTRACTOR that the work is ready for final inspection and acceptance, the ENGINEER shall promptly make such inspection and when he finds the work acceptable under the Contract and the Contract fully performed, he shall promptly issue a final certificate over his own signature, stating that the work provided for in this Contract has been completed and is accepted by him under the terms and conditions thereof, and the entire balance found to be due the CONTRACTOR, including the retained percentage, shall be paid to the CONTRACTOR, as approved by the OWNER, at the office of the OWNER within 30 days after the date of said final certificate.

If, after receipt of written notice from CONTRACTOR requesting final inspection and the performance of said final inspection by ENGINEER, additional inspections are necessary in order for ENGINEER to issue a final certificate; the OWNER shall withhold the cost associated with said additional inspections from the final payment due the CONTRACTOR.

Before issuance of final certificate, the CONTRACTOR shall submit evidence satisfactory to the ENGINEER that all payrolls, material bills, equipment rentals, and all other indebtedness connected with the work have been paid.

34

000874

## PART 22 - PLACING WORK IN SERVICE

If desired by the OWNER, portions of the work may be placed in service when completed and the CONTRACTOR shall give prior access to the work for this purpose, but such use and operation shall not constitute an acceptance of the work.

## PART 23 - SCHEDULES

The CONTRACTOR shall furnish the ENGINEER with a tentative schedule, in a format approved by the ENGINEER, setting forth in detail the procedure he proposes to follow, and giving the dates on which he expects to start and to complete separate portions of the work. If at any time, in the opinion of the ENGINEER, proper progress is not being maintained, such changes shall be made in the schedule of operations which will satisfy the ENGINEER that the work will be completed within the period stated in the proposal, or extension thereof made as herein provided.

CONTRACTOR is to prepare list of proposed SUBCONTRACTORs including material suppliers; submit to ENGINEER for approval before subcontracts are awarded. No SUBCONTRACTOR is to be employed on work unless approved by OWNER and ENGINEER.

## PART 24 - PROJECT SIGN

A project sign will be required and shall be included in the bid price. Dimensions can be seen in the Supplemental Conditions (ORF-185 Pink Sheets).

## PART 25 - INSURANCE

The contractor shall not commence work under this contract until he has obtained all insurance required under this specification and such insurance has been approved by the Owner, no shall the contractor allow any subcontractor to commence work on his subcontract until all similar insurance required of the subcontractor has been so obtained and approved.

### A. COMPENSATION AND DEATH LIABILITY INSURANCE

The contractor shall maintain during the life of this contract Workmen's Compensation Insurance as prescribed by the laws of the State of Oklahoma and Employer's Liability Insurance in an amount not less than that required by law for all his employees employed at the site of the project, and in case any work is sublet the contractor shall require the subcontractor similarly to provide Workmen's Compensation and Employer's Liability Insurance for all the latter's employees unless such employees are covered by the protection afforded by the contractor. In the event any class of employees engaged in hazardous work performed under this insurance heretofore mentioned, the contractor shall provide, and shall cause each subcontractor to provide adequate insurance for the protection of his employees not otherwise protected.

### B. PROOF AND CARRIAGE OF INSURANCE

The contractor shall furnish the Owner with satisfactory proof of carriage of insurance required.

### C. ACCIDENTAL BREAKAGE OF PUBLICLY-OWNED UTILITY LINES

Should the contractor accidentally or otherwise break a publicly-owned utility line, the contractor shall repair such a line as soon as possible after the break; however, under no circumstances shall the contractor leave the job site until the repairs have been made to restore service to the utility users. Should the contractor not be able to find the necessary repair fittings, materials, pipe etc., form retail supplies for the repair. The contractor will then either replace those items furnished (same brand, class, etc.) by the Owner, or pay the Owner

35

its cost for the same. Payment for any supplies shall be made prior to final acceptance of the project by the Owner.

## PART 26 - SAFETY STANDARDS AND ACCIDENT PREVENTION

With respect to all work performed under this Contract, the CONTRACTOR shall:

A. Comply with the safety standards provisions of applicable laws, building and construction codes and the Manual of Accident Prevention in Construction published by the Associated General Contractors of America, the requirements of the Occupational Safety and Health Act of 1970 (Public Law 91-596), and the requirements of Title 29 of the Code of Federal Regulations, Section 1910 or 1926 as applicable.
B. Exercise every precaution at all times for the prevention of accidents and the protection of persons (including employees) and property.
C. Trench Excavation and Safety System: All work under this item shall be in accordance with the current edition of the OSHA Standard for Excavation and Trench Safety Systems 29 CFR 1926 Subpart P.

The CONTRACTOR shall notify all utility companies and OWNERs in accordance with the OSHA requirements given in 29 CFR 1926.651 (b) (2) for the purpose of locating utilities and underground installations.

Where the trench or excavation endangers the stability of a building, wall, street, highway, utilities, or other facility, the CONTRACTOR shall provide support systems such as shoring, bracing, or underpinning to ensure the stability of such facility. The CONTRACTOR may elect to remove and replace or relocate such facilities with the written approval of the facility OWNER, the ENGINEER, and the OWNER.

Payment for the work required by this item shall be included in the lump sum price bid. With each periodic payment request, CONTRACTOR shall submit a certification that the CONTRACTOR has complied with the provisions of the OSHA standards.

## PART 27 - WAGE RATES

Davis Bacon wage rates shall apply to this project. Contractor shall meet all Davis Bacon requirements pertaining to federally funded projects.

## PART 28 - WORKMEN

The CONTRACTOR shall employ foreman and skilled laborers where necessary, and if any person employed on the work shall refuse or neglect to obey orders of the ENGINEER or Inspector when such orders are in keeping with the provisions of these Specification, or shall appear to the ENGINEER or his Inspector to be incompetent, disorderly or unfaithful, he shall, upon order of the ENGINEER, be at once discharged and not again employed upon any part of the work. It shall be the responsibility of the superintendent representing the CONTRACTOR to transmit all necessary orders and instructions. If requested by the ENGINEER the CONTRACTOR shall submit, in written form, qualifications including work experience of any workman used on the project.

## PART 29 - NUMBER OF WORKING DRAWINGS AND SPECIFICATIONS

The ENGINEER will furnish to the CONTRACTOR not more than two (2) sets of blueprints and Specification for construction. The CONTRACTOR may procure additional copies of blueprints and Specification for construction at cost of reproduction. Such costs are reimbursable by the ENGINEER.

36

## PART 30 - PRECONSTRUCTION CONFERENCE

Prior to the commencement of work at the site, a preconstruction conference will be held at a mutually agreed time and place. The conference shall be attended by:

- A. CONTRACTOR and his superintendent.
- B. Principal SUBCONTRACTORS.
- C. Representatives of principal suppliers and manufacturers as appropriate.
- D. ENGINEER and its Resident Project Representative.
- E. Representatives of OWNER.
- F. Government representatives as appropriate.
- G. Others as requested by CONTRACTOR, OWNER, or ENGINEER.
- H. Unless previously submitted to ENGINEER, CONTRACTOR shall bring to the conference a preliminary schedule for each of the following:
  1. Progress.
  2. Procurement.
  3. Values for progress payment purposes.
  4. Shop Drawings and other submittals.

The purpose of the conference is to designate responsible personnel and establish a working relationship. Matters requiring coordination will be discussed and procedures for handling such matters established. The agenda will include:

- A. CONTRACTOR's preliminary schedules.
- B. Transmittal, review, and distribution of CONTRACTOR's submittals.
- C. Processing applications for payment.
- D. Maintaining record documents.
- E. Critical work sequencing.
- F. Field decisions and change orders.
- G. Use of premises, office and storage areas, security, housekeeping, and OWNER's needs.
- H. Major equipment deliveries and priorities.
- I. CONTRACTOR's assignments for safety and first aid.

ENGINEER will preside at the conference and will arrange for keeping the minutes and distributing the minutes to all persons in attendance.

## PART 31 - PROGRESS MEETINGS

- A. CONTRACTOR shall attend a Pre-Construction Conference at a time and place mutually agreed upon with the Engineer.

- B. CONTRACTOR shall schedule and hold regular progress meetings at least monthly and at other times as requested by ENGINEER or required by progress of the work. CONTRACTOR, ENGINEER, and all SUBCONTRACTORs active on the site shall be represented at each meeting. CONTRACTOR may at its discretion request attendance by representatives of its suppliers, manufacturers, and other SUBCONTRACTORS.

  CONTRACTOR shall preside at the meetings. Meeting minutes will be prepared and distributed by CONTRACTOR. The purpose of the meetings will be to review the progress of the work, maintain coordination of efforts, discuss changes in scheduling, and resolve other problems which may develop.

000877

**PART 32 - SUBSTANTIAL AND FINAL COMPLETION**

All work including site restoration shall be finished within the time called out on the Bid Form for final completion.

**PART 33 - EXCAVATION:**

All excavation shall be unclassified. No additional payment shall be made for rock, groundwater, or other natural formations encountered. Payment for excavation shall be included in other items of work.

**PART 34 - SUBCONTRACTORS**

CONTRACTOR is to prepare a list of proposed SUBCONTRACTORs including material suppliers and submit to ENGINEER for approval before SUBCONTRACTORs are awarded.

No SUBCONTRACTOR is to be employed on work unless approved by OWNER and ENGINEER.

**PART 35 - RIGHT-OF-WAY/PROJECT VIDEO**

CONTRACTOR shall video the complete right-of-way of the project prior to initiating construction and deliver video tape to the ENGINEER at the pre-construction conference. The video shall be taken in such a way to document pre- construction conditions for use in documenting satisfactory right-of-way restoration and other issues relative to initial conditions prior to construction.

**PART 36 - RECORD DRAWINGS**

**36.1    GENERAL**

A.  The CONTRACTOR shall be responsible for accumulation and maintenance of a complete set of Project Record Documents and upon completion and acceptance of the project shall submit these documents to the ENGINEER, as the OWNER's representative, for a permanent record.

B.  The Project Record Documents shall consist of:
1.  One complete Project Manual with all addenda, field bulletins and Change Orders.
2.  Complete set of all field test data.
3.  Complete set of approved shop drawings, product data brochures and samples.
4.  Six complete sets of maintenance and operating instructions, parts lists and supplier identification on all operating fixtures and equipment.

**36.2    MAINTENANCE OF RECORD DOCUMENTS**

A.  The CONTRACTOR shall maintain, on the site, one complete set of CONTRACT DOCUMENTS, other than those used for construction, throughout the life of the job.
1.  This set of documents shall be marked "Record Set" and shall be maintained up-to-date at all times and available to the ENGINEER for inspection.
2.  The only notations or other markings to be made on this set are notations of field variations made from the work shown on the drawings for purposes of "Record Drawings" revisions when the project is complete. Failure to record revisions by each CONTRACTOR, shall be considered a breach of contract.
3.  This set of Documents will be turned over to the ENGINEER for preparation of "Record Drawings" **prior to approval of final application for payment.**

000878

## 36.3   MAINTENANCE AND OPERATING INSTRUCTIONS

A.   A complete set of maintenance and operating instructions on the project shall be prepared for the OWNER's continual use.

   1. To be bound in booklet form, 8-1/2" x 11" in size, labeled   "Operating Manual".
   2. To be indexed for quick reference use.
   3. To contain manufacturer's printed data, record forms, diagrams, parts lists, maintenance procedures, start-up procedures, operating procedures,   service requirements and schedules,   and   names, addresses and phone numbers of SUBCONTRACTOR, manufacturer and local service agent.
   4. To contain all written warranties and guarantees.

B.   Each CONTRACTOR shall submit six complete copies of this "Operating Manual" material from his trade to the ENGINEER at the completion of the project.

C.   The ENGINEER shall assemble, bind, label and index this material for the OWNER as stated above. Failure to submit the data listed on the part of any CONTRACTOR may be considered cause to withhold final payment until all such information is received.

## PART 37 - CHANGES IN THE WORK

**ALL CHANGES SHALL BE MADE IN WRITING AND APPROVED BY THE OWNER OR ENGINEER.  THIS INCLUDES CHANGES INVOLVING COST OR THOSE NOT INVOLVING COST.  NO CHANGE WILL BE ACCEPTABLE UNLESS APPROVED IN WRITING.**

The OWNER, without invalidating the Contract, may order extra work or make changes by altering, adding to or deducting from the work with the Contract Total being adjusted accordingly.  All changes involving cost shall be made using a written modification order and shall be supported with necessary documentation as to the increase or decrease in cost and time.  No increase or decrease in cost or time will be made without an approved modification order that is completed at or before the change is made.  Increases in cost or time will not be allowed at the end of the job for work completed earlier without an approved change order.  The OWNER shall have authority to make minor changes in the work which do not involve extra cost and which do not significantly change the design.  All such changes shall be made with a written field order.

000879

CWSRF ORF-185

(Revised 01/2014)

# OKLAHOMA WATER RESOURCES BOARD

Supplemental Conditions

for

Projects funded from the

Clean Water State Revolving Loan Fund

000880

RULES AND REGULATIONS

TITLE 41 - PUBLIC CONTRACT AND PROPERTY MANAGEMENT

CHAPTER 60 - OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS,
EQUAL EMPLOYMENT OPPORTUNITY, DEPARTMENT OF LABOR
COMPLIANCE RESPONSIBILITY FOR EQUAL EMPLOYMENT OPPORTUNITY
FINAL RULE

**60–1.4 Equal opportunity clause.**

(b) Federally assisted construction contracts. (1) Except as otherwise provided, each administering agency shall require the inclusion of the following language as a condition of any grant, contract, loan, insurance, or guarantee involving federally assisted construction which is not exempt from the requirements of the equal opportunity clause: The applicant hereby agrees that it will incorporate or cause to be incorporated into any contract for construction work, or modification thereof, as defined in the regulations of the Secretary of Labor at 41 CFR Chapter 60, which is paid for in whole or in part with funds obtained from the Federal Government or borrowed on the credit of the Federal Government pursuant to a grant, contract, loan insurance, or guarantee, or undertaken pursuant to any Federal program involving such grant, contract, loan, insurance, or guarantee, the following equal opportunity clause:

During the performance of this contract, the contractor agrees as follows:

(1) The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment without regard to their race, color, religion, sex, or national origin. such action shall include, but not be limited to the following: Employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided setting forth the provisions of this nondiscrimination clause.

(2) The contractor will, in all solicitations or advertisements for employees placed by or on behalf of the contractor, state that all qualified applicants will receive considerations for employment without regard to race, color, religion, sex, or national origin.

(3) The contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice to be provided advising the said labor union or workers' representatives of the contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(4) The contractor will comply with all provisions of Executive Order 11246 of September 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

(5) The contractor will furnish all information and reports required by Executive Order 11246 of September 24, 1965, and by rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the administering agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

(6) In the event of the contractor's noncompliance with the nondiscrimination clauses of this contract or with any of the said rules, regulations, or orders, this contract may be canceled, terminated, or suspended in whole or in part and the contractor may be declared ineligible for further Government contracts or federally assisted construction contracts in accordance with procedures authorized in Executive Order 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order 11246 of

CWSRF ORF-195

September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or, as otherwise provided by law.

(7) The contractor will include the portion of the sentence immediately preceding paragraph (1) and the provisions of paragraphs (1) through (7) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to section 204 of Executive Order 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor. The contractor will take such action with respect to any subcontract or purchase order as the administering agency may direct as a means of enforcing such provisions, including sanctions for noncompliance: Provided, however, That in the event a contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the administering agency the contractor may request the United States to enter into such litigation to protect the interests of the United States.

The applicant further agrees that it will be bound by the above equal opportunity clause with respect to its own employment practices when it participates in federally assisted construction work: Provided, That if the applicant so participating is a State or local government, the above equal opportunity clause is not applicable to any agency, instrumentality or subdivision of such government which does not participate in work on or under the contract.

The applicant agrees that it will assist and cooperate actively with the administering agency and the Secretary of Labor in obtaining the compliance of contractors and subcontractors with the equal opportunity clause and the rules, regulations, and relevant orders of the Secretary of Labor, that it will furnish the administering agency and the Secretary of Labor such information as they may require for the supervision of such compliance, and that it will otherwise assist the administering agency in the discharge of the agency's primary responsibility for securing compliance.

The applicant further agrees that it will refrain from entering into any contract or contract modification subject to Executive Order 11246 of September 24, 1965, with a contractor debarred from, or who has not demonstrated eligibility for, Government contracts and federally assisted construction contracts pursuant to the Executive order and will carry out such sanctions and penalties for violation of the equal opportunity clause as may be imposed upon

contractors and subcontractors by the administering agency or the Secretary of Labor pursuant to Part II, Subpart D of the Executive order. In addition, the applicant agrees that if it fails or refuses to comply with these undertakings, the administering agency may take any or all of the following actions: Cancel, terminate, or suspend in whole or in part this grant (contract, loan, insurance, guarantee); refrain from extending any further assistance to the applicant under the program with respect to which the failure or refund occurred until satisfactory assurance of future compliance has been received from such applicant; and refer the case to the Department of Justice for appropriate legal proceedings.

(c) Subcontracts. Each nonexempt prime contractor or subcontractor shall include the equal opportunity clause in each of its nonexempt subcontracts.

(d) Incorporation by reference. The equal opportunity clause may be incorporated by reference in all Government contracts and subcontracts, including Government bills of lading, transportation requests, contracts for deposit of Government funds, and contracts for issuing and paying U.S. savings bonds and notes, and such other contracts and subcontracts as the Deputy Assistant Secretary may designate.

(e) Incorporation by operation of the order. By operation of the order, the equal opportunity clause shall be considered to be a part of every contract and subcontract required by the order and the regulations in this part to include such a clause whether or not it is physically incorporated in such contracts and whether or not the contract between the agency and the contractor is written.

(f) Adaptation of language. Such necessary changes in language may be made in the equal opportunity clause as shall be appropriate to identify properly the parties and their undertakings.
[43 FR 49240, Oct. 20, 1978, as amended at 62 FR 66971, Dec. 22, 1997]

## 60-4.2 Solicitations.

(a) All Federal contracting officers and all applicants shall include the notice set forth in paragraph (d) of this section and the Standard Federal Equal Employment Opportunity Construction Contract Specifications set forth in § 60-4.3 of this part in all solicitations for offers and bids on all Federal and federally assisted construction contracts or subcontracts to be performed in geographical areas designated by the Director pursuant to § 60-4.6 of the part. Administering agencies shall require the inclusion of the notice set forth in paragraph (d) of this section and the specifications

000882

set forth in § 60-4.3 of this part as a condition of any grant, contract, subcontract, loan, insurance or guarantee involving federally assisted construction covered by this Part 60-4.

(b) All nonconstruction contractors covered by Executive Order 11246 and the implementing regulations shall include the notice in paragraph (d) of this section in all construction agreements which are necessary in whole or in part to the performance of the covered nonconstruction contract.

(c) Contracting officers, applicants and nonconstruction contractors shall given written notice to the Director within 10 working days of award of a contract subject to these provisions. The notification shall include the name, address and telephone number of the contractor; employer identification number; dollar amount of the contract, estimated starting and completion dates of the contract; the contract number; and geographical area in which the contract is to be performed.

(d) The following notice shall be included in, and shall be a part of, all solicitations for offers and bids on all Federal and federally assisted construction contracts or subcontracts in excess of $10,000 to be performed in geographical areas designated by the Director pursuant to § 60-4.6 of this part (see 41 CFR 60-4.2(a)):

**Notice of Requirement for Affirmative Action To Ensure Equal Employment Opportunity (Executive Order 11246)**

1. The Offeror's or Bidder's attention is called to the "Equal Opportunity Clause" and the "Standard Federal Equal Employment Specifications" set forth herein.
2. The goals and timetables for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

Goals for MBE
CONSTRUCTION 13.94%; SUPPLIES - 7.48%; SERVICES - 14.29%; EQUIPMENT - 9.13%

Goals for WBE
CONSTRUCTION - 6.92%; SUPPLIES - 0; SERVICES - 26.51%; EQUIPMENT - 19.90%

These goals are applicable to all the Contractor's construction work (whether or not it is Federal or federally assisted) performed in the covered area. If

the contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for such geographical area where the work is actually performed. With regard to this second area, the contractor also is subject to the goals for both its federally involved and nonfederally involved construction.

The Contractor's compliance with the Executive Order and the regulations in 41 CFR Part 60-4 shall be based on its implementation of the Equal Opportunity Clause, specific affirmative action obligations required by the specifications set forth in 41 CFR 60-4.3(a), and its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade, and the contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor or from project to project for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, the Executive Order and the regulations in 41 CFR Part 60-4. Compliance with the goals will be measured against the total work hours performed.

3. The Contractor shall provide written notification to the Director of the Office of Federal Contract Compliance Programs within 10 working days of award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the name, address and telephone number of the subcontractor; employer identification number of the subcontractor; estimated dollar amount of the subcontract; estimated starting and completion dates of the subcontract; and the geographical area in which the subcontract is to be performed.

4. As used in this Notice, and in the contract resulting from this solicitation, the "covered area" is (insert description of the geographical areas where the contract is to be performed giving the state, county and city, if any).
[43 FR 49254, Oct. 20, 1978; 43 FR 51401, Nov. 3, 1978, as amended at 45 FR 65977, Oct. 3, 1980]

**60-4.3 Equal opportunity clauses.**

(a) The equal opportunity clause published at 41 CFR 60-1.4(a) of this chapter is required to be included in, and is part of, all nonexempt Federal contracts and subcontracts, including construction contracts and subcontracts. The equal opportunity clause published at 41 CFR

000883

60-1.4(b) is required to be included in, and is a part of, all nonexempt federally assisted construction contracts and subcontracts. In addition to the clauses described above, all Federal contracting officers, all applicants and all nonconstruction contractors, as applicable, shall include the specifications set forth in this section in all Federal and federally assisted construction contracts in excess of $10,000 to be performed in geographical areas designated by the Director pursuant to § 60-4.6 of this part and in construction subcontracts in excess of $10,000 necessary in whole or in part to the performance of nonconstruction Federal contracts and subcontracts covered under the Executive order.

**Standard Federal Equal Employment Opportunity Construction Contract Specifications (Executive Order 11246)**

1. As used in these specifications:
   a. "Covered area" means the geographical area described in the solicitation from which this contract resulted;
   b. "Director" means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegates authority;
   c. "Employer identification number" means the Federal Social Security number used on the Employer's Quarterly Federal Tax Return, U.S. Treasury Department Form 941.
   d. "Minority" includes:
      (i) Black (all persons having origins in any of the Black African racial groups not of Hispanic origin);
      (ii) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race);
      (iii) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands); and
      (iv) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

2. Whenever the Contractor, or any Subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these specifications and the Notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this contract resulted.

3. If the Contractor is participating (pursuant to 41 CFR 60-4.5) in a Hometown Plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the Plan area (including goals and timetables) shall be in accordance with that Plan for those trades which have unions participating in the Plan. Contractors must be able to demonstrate their participation in and compliance with the provisions of any such Hometown Plan. Each Contractor or Subcontractor participating in an approved Plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the Plan in each trade in which it has employees. The overall good faith performance by other Contractors or Subcontractors toward a goal in an approved Plan does not excuse any covered Contractor's or Subcontractor's failure to take good faith efforts to achieve the Plan goals and timetables.

4. The Contractor shall implement the specific affirmative action standards provided in paragraphs 7 a through p of these specifications. The goals set forth in the solicitation from which this contract resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. Covered Construction contractors performing construction work in geographical areas where they do not have a Federal or federally assisted construction contract shall apply the minority and female goals established for the geographical area where the work is being performed. Goals are published periodically in the Federal Register in notice form, and such notices may be obtained from any Office of Federal Contract Compliance Programs office or from Federal procurement

contracting officers. The Contractor is expected to make substantially uniform progress in meeting its goals in each craft during the period specified.

5. Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Contractor has a collective bargaining agreement, to refer either minorities or women shall excuse the Contractor's obligations under these specifications, Executive Order 11246, or the regulations promulgated pursuant thereto.

6. In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

7. The Contractor shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the Contractor's compliance with these specifications shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

   a. Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the Contractor's employees are assigned to work. The Contractor, where possible, will assign two or more women to each construction project. The Contractor shall specifically ensure that all foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

   b. Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations'

responses.

   c. Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual. If such individual was sent to the union hiring hall for referral and was not referred back to the Contractor by the union or, if referred, not employed by the Contractor, this shall be documented in the file with the reason therefor, along with whatever additional actions the Contractor may have taken.

   d. Provide immediate written notification to the Director when the union or unions with which the Contractor has a collective bargaining agreement has not referred to the Contractor a minority person or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

   e. Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under 7b above.

   f. Disseminate the Contractor's EEO policy by providing notice of the policy to unions and training programs and requesting their cooperation in assisting the Contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year; and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

   g. Review, at least annually, the company's

CWSRF ORF-185

EEO policy and affirmative action obligations under these specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions including specific review of these items with onsite supervisory personnel such as Superintendents, General Foremen, etc., prior to the initiation of construction work at any job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

h.  Disseminate the Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media, and providing written notification to and discussing the Contractor's EEO policy with other Contractors and Subcontractors with whom the Contractor does or anticipates doing business.

i.  Direct its recruitment efforts, both oral and written, to minority, female and community organizations, to schools with minority and female students and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than one month prior to the date for the acceptance of applications for apprenticeship or other training by any recruitment source, the Contractor shall send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

j.  Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after school, summer and vacation employment to minority and female youth both on the site and in other areas of a Contractor's work force.

k.  Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

l.  Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc., such opportunities.

m.  Ensure that seniority practices, job classifications, work assignments and other personnel practices, do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensure that the EEO policy and the Contractor's obligations under these specifications are being carried out.

n.  Ensure that all facilities and company activities are nonsegregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

o.  Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

p.  Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's EEO policies and affirmative action obligations.

8.  Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations (7a through p). The efforts of a contractor association, joint contractor-union, contractor-community, or other similar group of which the contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under 7a through p of these Specifications provided that the contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete benefits of the program are reflected in the Contractor's minority and female workforce participation, makes a good faith effort to meet its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply, however, is the Contractor's and failure of such a group to fulfill an obligation shall not be a defense for

000886

the Contractor's noncompliance.

9. A single goal for minorities and a separate single goal for women have been established. The Contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, the Contractor may be in violation of the Executive Order if a particular group is employed in a substantially disparate manner (for example, even though the Contractor has achieved its goals for women generally, the Contractor may be in violation of the Executive Order if a specific minority group of women is underutilized).

10. The Contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

11. The Contractor shall not enter into any Subcontract with any person or firm debarred from Government contracts pursuant to Executive Order 11246.

12. The Contractor shall carry out such sanctions and penalties for violation of these specifications and of the Equal Opportunity Clause, including suspension, termination and cancellation of existing subcontracts as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the Office of Federal Contract Compliance Programs. Any Contractor who fails to carry out such sanctions and penalties shall be in violation of these specifications and Executive Order 11246, as amended.

13. The Contractor, in fulfilling its obligations under these specifications, shall implement specific affirmative action steps, at least as extensive as those standards prescribed in paragraph 7 of these specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these specifications, the Director shall proceed in accordance with 41 CFR 60-4.8.

14. The Contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the Government and to keep records. Records shall at least include for each employee the name, address, telephone numbers, construction trade, union affiliation if any, employee identification number when assigned, social security number, race, sex, status (e.g., mechanic, apprentice trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, contractors shall not be required to maintain separate records.

15. Nothing herein provided shall be construed as a limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

(b) The notice set forth in 41 CFR 60-4.2 and the specifications set forth in 41 CFR 60-4.3 replace the New Form for Federal Equal Employment Opportunity Bid Conditions for Federal and Federally Assisted Construction published at 41 FR 32482 and commonly known as the Model Federal EEO Bid Conditions, and the New Form shall not be used after the regulations in 41 CFR Part 60-4 become effective.

[43 FR 49254, Oct. 20, 1978; 43 FR 51401, Nov. 3, 1978, as amended at 45 FR 65978, Oct. 3, 1980]

## DAVIS BACON ACT REQUIREMENTS
(subchapter IV of Chapter 31 of Title 40, United States Code and 29 CFR parts 1, 3, and 5) (SEE APPENDIX 1 FOR CLARIFYING INFORMATION)

The Project or Program to which the construction work covered by this contract pertains is being assisted by the United States of America and the following Federal Labor Standards Provisions are included in this contract pursuant to the provisions applicable to such assistance.

(a) Any contract in excess of $2,000 which is entered into for the actual construction, alteration and/or repair, including painting and decorating, of a public building or public work, or building or work financed in whole or in part from Federal funds or in

accordance with guarantees of a Federal agency or financed from funds obtained by pledge of any contract of a Federal agency to make a loan, grant or annual contribution (except where a different meaning is expressly indicated), and which is subject to the labor standards provisions of any of the acts listed in Sec. 5.1.

   (1) Minimum wages. (i) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (a)(1)(iv) of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in Sec. 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: Provided, That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under paragraph (a)(1)(ii) of this section) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

   (ii)(A) The contracting officer shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The contracting officer shall approve an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

   (1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

   (2) The classification is utilized in the area by the construction industry; and

   (3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

   (B) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the contracting officer agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by the contracting officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

   (C) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the contracting officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the contracting officer shall refer the questions, including the views of all interested parties and the recommendation of the contracting officer, to the Administrator for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the contracting officer or will notify the contracting officer, within the 30-day period that additional time is necessary.

   (D) The wage rate (including fringe benefits where appropriate) determined pursuant to paragraphs (a)(1)(ii) (B) or (C) of this section, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

   (iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

CWSRF ORF-185

(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, Provided, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(2) Withholding. The *OWRB SRF* or the *Owner* shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the (Agency) may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(3) Payrolls and basic records. (i) Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been

communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(ii)(A) The contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the *Owner for transmission to the OWRB SRF*. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i), except that full social security numbers and home addresses shall not be included on weekly transmittals. Instead the payrolls shall only need to include an individually identifying number for each employee (e.g., the last four digits of the employee's social security number). The required weekly payroll information may be submitted in any form desired. Optional Form WH-347 is available for this purpose from the Wage and Hour Division Web site at http://www.dol.gov/esa/whd/forms/wh347instr.htm or its successor site. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors.

Contractors and subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to the *OWRB SRF* if the agency is a party to the contract, but if the agency is not such a party, the contractor will submit them to the *Owner*, as the case may be, for transmission to the *OWRB SRF*, the contractor, or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements. It is not a violation of this section for a prime contractor to require a subcontractor to provide addresses and social security numbers to the prime contractor for its own records, without weekly submission to the Owner.

(B) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be provided under Sec. 5.5 (a)(3)(ii) of Regulations, 29 CFR part 5, the appropriate information is being maintained under Sec. 5.5 (a)(3)(i) of Regulations, 29 CFR part 5, and that such information is correct and complete;

000889

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations, 29 CFR part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(C) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph (a)(3)(ii)(B) of this section.

(D) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under section 1001 of title 18 and section 231 of title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under paragraph (a)(3)(i) of this section available for inspection, copying, or transcription by authorized representatives of the *CWSRF* or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the Federal agency may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(4) Apprentices and trainees--(i) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice.

The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the

trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) Equal employment opportunity. The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR part 30.

(5) Compliance with Copeland Act requirements. The contractor shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

(6) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses contained in 29 CFR 5.5(a)(1) through (10) and such other clauses as the (write in the name of the Federal agency) may by appropriate instructions require, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR 5.5.

(7) Contract termination: debarment. A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

(8) Compliance with Davis-Bacon and Related Act requirements. All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR parts 1, 3, and 5 are herein incorporated by reference in this contract.

(9) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

(10) Certification of eligibility. (i) By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

(b) Contract Work Hours and Safety Standards Act. The following clauses set forth in paragraphs (b)(1), (2), (3), and (4) of this section in full in any contract in an amount in excess of $100,000 and subject to the overtime provisions of the Contract Work Hours and Safety Standards Act. These clauses shall be inserted in addition to the clauses required by Sec. 5.5(a) or 4.6 of part 4 of this title. As used in this paragraph, the terms laborers and mechanics include watchmen and guards.

(1) Overtime requirements. No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of forty hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such workweek.

(2) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the clause set forth in paragraph (b)(1) of this section the contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in paragraph (b)(1) of this section, in the sum of $10 for each calendar day

000891

CWSRF ORF-185

on which such individual was required or permitted to work in excess of the standard workweek of forty hours without payment of the overtime wages required by the clause set forth in paragraph (b)(1) of this section.

   (3) Withholding for unpaid wages and liquidated damages. The *Owner or the OWRB SRF* shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime contractor, such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in paragraph (b)(2) of this section.

   (4) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses set forth in paragraph (b)(1) through (4) of this section and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in paragraphs (b)(1) through (4) of this section.

   (c) In addition to the clauses contained in paragraph (b), in any contract subject only to the Contract Work Hours and Safety Standards Act and not to any of the other statutes cited in Sec. 5.1, the Agency Head shall cause or require the contracting officer to insert a clause requiring that the contractor or subcontractor shall maintain payrolls and basic payroll records during the course of the work and shall preserve them for a period of three years from the completion of the contract for all laborers and mechanics, including guards and watchmen, working on the contract. Such records shall contain the name and address of each such employee, social security number, correct classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. Further, the Agency Head shall cause or require the contracting officer to insert in any such contract a clause providing that the records to be maintained under this paragraph shall be made available by the contractor or subcontractor for inspection, copying, or transcription by authorized representatives of the *Owner or OWRB SRF* and the Department of Labor, and the contractor or subcontractor will permit such representatives to interview employees during working hours on the job.

## WAGE RATE REQUIREMENTS

Notwithstanding any other provision of law and in a manner consistent with other provisions, all laborers and mechanics employed by contractors and subcontractors on projects funded directly by or assisted in whole or in part with CWSRF funds shall be paid wages at rates not less than those prevailing on projects of a character similar in the locality as determined by the Secretary of Labor in accordance with subchapter IV of chapter 31 of title 40, United States Code. With respect to the labor standards specified in this section, the Secretary of Labor shall have the authority and functions set forth in Reorganization Plan Numbered 14 of 1950 (64 Stat. 1267; 5 U.S.C. App.) and section 3145 of title 40, United States Code.

See Appendix 1 for clarifying information.

## BUY AMERICAN

P.L 113-76, Consolidated Appropriations Act, 2014, "American Iron and Steel" Section 436.

(a)(1) None of the funds made available by a State water pollution control revolving fund as authorized by title VI of the Federal Water Pollution Control Act (33 U.S.C. 1381 et seq.) or made available by a drinking water treatment revolving loan fund as authorized by section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j–12) shall be used for a project for the construction, alteration, maintenance, or repair of a public water system or treatment works unless all of the iron and steel products used in the project are produced in the United States.

(2) In this section, the term "iron and steel products" means the following products made primarily of iron or steel: lined or unlined pipes and fittings, manhole covers and other municipal castings, hydrants, tanks, flanges, pipe clamps and restraints, valves, structural steel, reinforced precast concrete, and construction materials.

(b) Subsection (a) shall not apply in any case or category of cases in which the Administrator of the Environmental Protection Agency (in this section referred to as the "Administrator") finds that—

    (1) applying subsection (a) would be inconsistent with the public interest;

000892

(2)     iron and steel products are not produced in the United States in sufficient and reasonably available quantities and of a satisfactory quality; or

(3)     inclusion of iron and steel products produced in the United States will increase the cost of the overall project by more than 25 percent.

(c) If the Administrator receives a request for a waiver under this section, the Administrator shall make available to the public on an informal basis a copy of the request and information available to the Administrator concerning the request, and shall allow for informal public input on the request for at least 15 days prior to making a finding based on the request. The Administrator shall make the request and accompanying information available by electronic means, including on the official public Internet Web site of the Environmental Protection Agency.

(d) This section shall be applied in a manner consistent with United States obligations under international agreements.

(e) The Administrator may retain up to 0.25 percent of the funds appropriated in this Act for the Clean and Drinking Water State Revolving Funds for carrying out the provisions described in subsection (a)(1) for management and oversight of the requirements of this section.

(f) This section does not apply with respect to a project if a State agency approves the engineering plans and specifications for the project, in that agency's capacity to approve such plans and specifications prior to a project requesting bids, prior to the date of the enactment of this Act.

Please see Appendices 2-4 for Waiver Information.

## SYSTEM FOR AWARD MANAGMENT (SAM)

SAM registration is required for all SRF programs (CWSRF and DWSRF) applicants and Awardees (Entities, Prime Contractors, Subcontractors, Vendors) in order to be awarded contracts by the SRF Programs. SAM replaces Central Contractor Registration/Federal Agency Registration, Online Representations and Certifications Application, and Excluded Parties List System. Applicants and awardees are required to complete a one-time free registration to provide basic information relevant to procurement and financial transactions. Registrants must retain an active status to be eligible for SRF projects. New Applicants and

Awardees can go to SAM.gov to complete the registration process.

**Note:** In order to register in SAM, a Data Universal Number System (DUNS) number will be required. DUNS number is a unique, non-indicative 9-digit identifier issued and maintained by Dun & Bradstreet (D&B) that verifies the existence of a business entity globally. D&B assigns DUNS numbers for each physical location of a business. All entities doing business with the U.S Government can receive a DUNS number FREE of charge and, under normal circumstances, within 1-2 business days when using D&B web form process at http://fedgov.dnb.com/webform.

## OTHER SUPPLEMENTAL CONDITIONS

### Disadvantaged Business Enterprises (DBE)

40 CFR 33.301 Contracting with disadvantaged business enterprises and labor surplus area firms.

The SRF loan recipient and subcontractors will take all necessary affirmative steps to assure that minority firms, women's business enterprises, and labor surplus area firms are used when possible.

DBE participation requirements apply to projects constructed with funds directly made available by the federal capitalization grant (equivalency projects).

(1)  EPA and the State will negotiate a "Fair Share Objective" (which shall represent a percentage of DBE participation).

(2)  When soliciting for a subcontractor (A/E or construction contractor), the loan recipient shall take the following six good faith efforts:

(A)     Include qualified Small, DBE businesses on solicitation lists.

(B)     Assure that Small, DBE businesses are solicited whenever they are potential sources.

(C)     When economically feasible, divide total requirements into smaller tasks or quantities so as to permit maximum Small, DBE business participation.

(D)     Where the requirements of the work permits, establish delivery schedules which will encourage participation by Small, DBE businesses.

(E)     Use the services and assistance of the Small Business Administration, the Office of Minority Business Enterprise of the

CWSRF ORF-185

United States Department of Commerce, as appropriate.

(F)     If any subcontracts are to be let, require the prime contractor or A/E to take the good faith efforts in (A) through (E) of this paragraph (2).

2. Affirmative Steps shall include:

(i)     Placing qualified small and minority businesses and women's business enterprises on solicitation lists;

(ii)     Assuring that small and minority businesses, and women's business enterprises are solicited whenever they are potential sources;

(iii)     Dividing total requirements, when economically feasible, into smaller tasks or quantities to permit maximum participation by small and minority business, and women's business enterprises;

(iv)     Establishing delivery schedules, where the requirement permits, which encourage participation by small and minority business, and women's business enterprises;

(v)     Using the services and assistance of the Small Business Administration, and the Minority Business Development Agency of the Department of Commerce; and

(vi)     Requiring the prime contractor, if subcontracts are to be let, to take the affirmative steps listed in paragraphs (e)(2)(i) through (v) of this section.

## Completion Date

If not stated elsewhere in these specifications, the contractor shall complete work under this contract within _____ working days or _____ calendar days. Time for completion shall begin on the 10th day after issuance of the work order, which shall consist of a written request by the engineer for the contractor to proceed with the construction of the project.

## Contractor's Liability and Builders All Risk Insurance

The contractor shall furnish the following insurance when the contract is awarded:

(A)     Workmen's Compensation:     The contractor shall carry on his work in accordance with the requirements of the Workmen's Compensation Law of the State of Oklahoma, and shall not reject the provisions thereof during the life of the

contract. A certificate of coverage must be returned with the contract.

(B)  Public Liability and Property Damage: He shall also protect himself by liability reinsurance against any and all claims for damages to persons or property which may arise out of operations under this contract, whether such operations be by himself or a subcontractor or by anyone directly employed by either of them. Certificates of such insurance shall be file with the Owner and shall be subject to its approval as to adequacy of protection. The public liability insurance shall have limits of not less than $100,000/$300,000 or an amount to be determined by OWRB and Property Damage insurance of not less than $50,000/$100,000 or an amount to be determined by OWRB shall be carried by the contractor during the life of the contract. A certificate of such coverage must be returned with the contract.

(C)  Builder's Risk:  Provide Builders Risk Insurance only if called for in other sections of the specifications.

## Bonds

All bonds are for the full value of the contract and must be issued by a surety company authorized by the Oklahoma Insurance Commission to do business in the State of Oklahoma. They will be required after the award of the contract.

Three bonds are required for all contracts with a value exceeding Fifty Thousand Dollars ($50,000.00)  They are:  (1.) Performance Bond to insure the completion of the work in accordance with the contract documents in the time stipulated; (2.) Maintenance Bond to provide for defects in construction or materials for a period of one (1) year from the date of acceptance of the completed work; and (3.) Statutory Bond to assure the Owner is protected from the action of subcontractors, suppliers and employees for unpaid debts of the contractor.

Irrevocable Letters of Credit may be used as a substitute for bonds on contracts exceeding Fifty Thousand Dollars ($50,000.00). The letters of credit must be issued by a financial institution insured by the Federal Deposit Insurance Corporation or the Federal

54

000894

CWSRF ORF-185

Savings and Loan Insurance Corporation on forms
obtained from the Owner.

000895

CWSRF ORF-155

## PROJECT SIGN

- The general contractor shall erect and maintain for the life of the construction contract a suitable sign, 4' x 6' in size, and detailed hereon, lettered black on white background. Sign shall be professionally painted. Lettering to be appropriate size. No separate bid item. Sign shall be the general obligation of the Contractor.
- The OWRB logo is required on the project sign if the project is funded in part with CWSRF funds. The OWRB logo is available at http://www.owrb.ok.gov/about/index.php or may be provided directly by OWRB.
- Redwood Posts shall be 4" x 4" x 10' buried securely a minimum of 3 feet below ground.
- Sign face shall be constructed of ¾" x 4' x 6' – 5 ply Dura-plywood board & mounted to Posts with four (4) 5/8" x 6" Carriage Bolts.



000896

# Appendix 1

## Wage Rate Requirements

### I. Requirements Under The Consolidated and Further Continuing Appropriations Act, 2013 (P.L. 113-6)
### For Subrecipients That Are Governmental Entities:

The following terms and conditions specify how recipients will assist EPA in meeting its Davis-Bacon (DB) responsibilities when DB applies to EPA awards of financial assistance under the FY 2013 Continuing Resolution with respect to State recipients and subrecipients that are governmental entities. If a subrecipient has questions regarding when DB applies, obtaining the correct DB wage determinations, DB provisions, or compliance monitoring, it may contact the State recipient. If a State recipient needs guidance, the recipient may contact Dannell Brown at brown.dannell@epa.gov or at 214-665-7279 of EPA, Region VI Grants and Audit Management Branch for guidance. The recipient or subrecipient may also obtain additional guidance from DOL's web site at http://www.dol.gov/whd/

1. Applicability of the Davis- Bacon (DB) prevailing wage requirements.

   Under the FY 2013 Continuing Resolution, DB prevailing wage requirements apply to the construction, alteration, and repair of treatment works carried out in whole or in part with assistance made available by a State water pollution control revolving fund and to any construction project carried out in whole or in part by assistance made available by a drinking water treatment revolving loan fund. If a subrecipient encounters a unique situation at a site that presents uncertainties regarding DB applicability, the subrecipient must discuss the situation with the recipient State before authorizing work on that site.

2. Obtaining Wage Determinations.

(a) Subrecipients shall obtain the wage determination for the locality in which a covered activity subject to DB will take place prior to issuing requests for bids, proposals, quotes or other methods for soliciting contracts (solicitation) for activities subject to DB. These wage determinations shall be incorporated into solicitations and any subsequent contracts. Prime contracts must contain a provision requiring that subcontractors follow the wage determination incorporated into the prime contract.

   (i)   While the solicitation remains open, the subrecipient shall monitor www.wdol.gov weekly to ensure that the wage determination contained in the solicitation remains current. The subrecipients shall amend the solicitation if DOL issues a modification more than 10 days prior to the closing date (i.e. bid opening) for the solicitation. If DOL modifies or supersedes the applicable wage determination less than 10 days prior to the closing date, the subrecipients may request a finding from the State recipient that there is not a reasonable time to notify interested contractors of the modification of the wage determination. The State recipient will provide a report of its findings to the subrecipient.

   (ii)  If the subrecipient does not award the contract within 90 days of the closure of the solicitation, any modifications or supersedes DOL makes to the wage determination contained in the solicitation shall be effective unless the State recipient, at the request of the subrecipient, obtains an extension of the 90 day period from DOL pursuant to 29 CFR 1.6(c)(3)(iv). The

57

subrecipient shall monitor www.wdol.gov on a weekly basis if it does not award the contract within 90 days of closure of the solicitation to ensure that wage determinations contained in the solicitation remain current.

(b) If the subrecipient carries out activity subject to DB by issuing a task order, work assignment or similar instrument to an existing contractor (ordering instrument) rather than by publishing a solicitation, the subrecipient shall insert the appropriate DOL wage determination from www.wdol.gov into the ordering instrument.

(c) Subrecipients shall review all subcontracts subject to DB entered into by prime contractors to verify that the prime contractor has required its subcontractors to include the applicable wage determinations.

(d)  As provided in 29 CFR 1.6(f), DOL may issue a revised wage determination applicable to a subrecipient's contract after the award of a contract or the issuance of an ordering instrument if DOL determines that the subrecipient has failed to incorporate a wage determination or has used a wage determination that clearly does not apply to the contract or ordering instrument.   If this occurs, the subrecipient shall either terminate the contract or ordering instrument and issue a revised solicitation or ordering instrument or incorporate DOL's wage determination retroactive to the beginning of the contract or ordering instrument by change order.  The subrecipient's contractor must be compensated for any increases in wages resulting from the use of DOL's revised wage determination.

## 3.  Contract and Subcontract provisions.

 (a)  The Recipient shall insure that the subrecipient(s) shall insert in full in any contract in excess of $2,000 which is entered into for the actual construction, alteration and/or repair, including painting and decorating, of a treatment work under the CWSRF or a construction project under the DWSRF financed in whole or in part from Federal funds or in accordance with guarantees of a Federal agency or financed from funds obtained by pledge of any contract of a Federal agency to make a loan, grant or annual contribution (except where a different meaning is expressly indicated), and which is subject to the labor standards provisions of any of the acts listed in § 5.1 or the FY 2013 Continuing Resolution, the following clauses:

(1) Minimum wages.

(i) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (a)(1)(iv) of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in § 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; Provided that the employer's payroll records accurately set forth the time spent in each classification in

000898

which work is performed. The wage determination (including any additional classification and wage rates conformed under paragraph (a)(1)(ii) of this section) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

Subrecipients may obtain wage determinations from the U.S. Department of Labor's web site, www.dol.gov.

(ii)(A) The subrecipient(s), on behalf of EPA, shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The State award official shall approve a request for an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(2) The classification is utilized in the area by the construction industry; and

(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(B) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the subrecipient(s) agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), documentation of the action taken and the request, including the local wage determination shall be sent by the subrecipient (s) to the State award official. The State award official will transmit the request, to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210 and to the EPA DB Regional Coordinator concurrently. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification request within 30 days of receipt and so advise the State award official or will notify the State award official within the 30-day period that additional time is necessary.

(C) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the subrecipient(s) do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the award official shall refer the request and the local wage determination, including the views of all interested parties and the recommendation of the State award official, to the Administrator for determination. The request shall be sent to the EPA DB Regional Coordinator concurrently. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt of the request and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(D) The wage rate (including fringe benefits where appropriate) determined pursuant to paragraphs (a)(1)(ii)(B) or (C) of this section, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

59

(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, Provided, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(2) Withholding. The subrecipient(s), shall upon written request of the EPA Award Official or an authorized representative of the Department of Labor, withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the (Agency) may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(3) Payrolls and basic records.

(i) Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(ii)(A) The contractor shall submit weekly, for each week in which any contract work is performed, a copy of all payrolls to the subrecipient, that is, the entity that receives the sub-grant or loan from the State capitalization grant recipient. Such documentation shall be available on request of the State recipient or EPA. As to each payroll copy received, the subrecipient shall provide written confirmation in a form satisfactory to the State indicating whether or not the project is in compliance with the requirements of 29 CFR 5.5(a)(1) based on the most recent payroll copies for the specified week. The payrolls shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i), except that full social security numbers and home addresses shall not be included on the weekly payrolls. Instead the payrolls shall only need to include an individually identifying number for each employee (e.g., the last four digits of the employee's social security number). The required weekly payroll information may be submitted in any form desired. Optional Form WH-347 is available for this purpose from the Wage and Hour Division Web site at http://www.dol.gov/whd/forms/wh347instr.htm or its successor site. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors. Contractors and

000900

subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to the subrecipient(s) for transmission to the State or EPA if requested by EPA , the State, the contractor, or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements. It is not a violation of this section for a prime contractor to require a subcontractor to provide addresses and social security numbers to the prime contractor for its own records, without weekly submission to the subrecipient(s).

(B) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be provided under § 5.5 (a)(3)(ii) of Regulations, 29 CFR part 5, the appropriate information is being maintained under § 5.5 (a)(3)(i) of Regulations, 29 CFR part 5, and that such information is correct and complete;

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations, 29 CFR part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(C) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph (a)(3)(ii)(B) of this section.

(D) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under section 1001 of title 18 and section 231 of title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under paragraph (a)(3)(i) of this section available for inspection, copying, or transcription by authorized representatives of the State, EPA or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the Federal agency or State may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(4) Apprentices and trainees--

(i) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be

greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) Equal employment opportunity. The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended and 29 CFR part 30.

(5) Compliance with Copeland Act requirements. The contractor shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

(6) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses contained in 29 CFR 5.5(a)(1) through (10) and such other clauses as the EPA determines may by appropriate, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime

CWSRF ORF-185

contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR 5.5.

(7) Contract termination; debarment. A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

(8) Compliance with Davis-Bacon and Related Act requirements. All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR parts 1, 3, and 5 are herein incorporated by reference in this contract.

(9) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and Subrecipient(s), State, EPA, the U.S. Department of Labor, or the employees or their representatives.

(10) Certification of eligibility.

(i) By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

4. **Contract Provision for Contracts in Excess of $100,000.**

(a) Contract Work Hours and Safety Standards Act. The subrecipient shall insert the following clauses set forth in paragraphs (a)(1), (2), (3), and (4) of this section in full in any contract in an amount in excess of $100,000 and subject to the overtime provisions of the Contract Work Hours and Safety Standards Act. These clauses shall be inserted in addition to the clauses required by Item 3, above or 29 CFR 4.6. As used in this paragraph, the terms laborers and mechanics include watchmen and guards.

(1) Overtime requirements. No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of forty hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such workweek.

(2) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the clause set forth in paragraph (a)(1) of this section the contractor and any subcontractor responsible therefore shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in paragraph (a)(1) of this section, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of forty hours without payment of the overtime wages required by the clause set forth in paragraph (a)(1) of this section.

000903

(3) Withholding for unpaid wages and liquidated damages. The subrecipient, upon written request of the EPA Award Official or an authorized representative of the Department of Labor, shall withhold or cause to be withheld, from any moneys payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime contractor, such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in paragraph (b)(2) of this section.

(4) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses set forth in paragraph (a)(1) through (4) of this section and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in paragraphs (a)(1) through (4) of this section.

(b) In addition to the clauses contained in Item 3, above, in any contract subject only to the Contract Work Hours and Safety Standards Act and not to any of the other statutes cited in 29 CFR 5.1, the Subrecipient shall insert a clause requiring that the contractor or subcontractor shall maintain payrolls and basic payroll records during the course of the work and shall preserve them for a period of three years from the completion of the contract for all laborers and mechanics, including guards and watchmen, working on the contract. Such records shall contain the name and address of each such employee, social security number, correct classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. Further, the Subrecipient shall insert in any such contract a clause providing that the records to be maintained under this paragraph shall be made available by the contractor or subcontractor for inspection, copying, or transcription by authorized representatives of the (write the name of agency) and the Department of Labor, and the contractor or subcontractor will permit such representatives to interview employees during working hours on the job.

5. Compliance Verification

(a) The subrecipient shall periodically interview a sufficient number of employees entitled to DB prevailing wages (covered employees) to verify that contractors or subcontractors are paying the appropriate wage rates. As provided in 29 CFR 5.6(a)(6), all interviews must be conducted in confidence. The subrecipient must use Standard Form 1445 (SF 1445) or equivalent documentation to memorialize the interviews. Copies of the SF 1445 are available from EPA on request.

(b) The subrecipient shall establish and follow an interview schedule based on its assessment of the risks of noncompliance with DB posed by contractors or subcontractors and the duration of the contract or subcontract. Subrecipients must conduct more frequent interviews if the initial interviews or other information indicated that there is a risk that the contractor or subcontractor is not complying with DB. Subrecipients shall immediately conduct interviews in response to an alleged violation of the prevailing wage requirements. All interviews shall be conducted in confidence."

(c) The subrecipient shall periodically conduct spot checks of a representative sample of weekly payroll data to verify that contractors or subcontractors are paying the appropriate wage rates. The subrecipient shall establish and follow a spot check schedule based on its assessment of the risks of noncompliance with DB posed by contractors or subcontractors and the duration of the contract or subcontract. At a minimum, if practicable, the subrecipient should spot check payroll data within two weeks of each contractor or subcontractor's submission of its initial payroll data and two weeks prior to the completion date the contract

CWSRF ORF-185

or subcontract . Subrecipients must conduct more frequent spot checks if the initial spot check or other information indicates that there is a risk that the contractor or subcontractor is not complying with DB. In addition, during the examinations the subrecipient shall verify evidence of fringe benefit plans and payments there under by contractors and subcontractors who claim credit for fringe benefit contributions.

(d)    The subrecipient shall periodically review contractors and subcontractors use of apprentices and trainees to verify registration and certification with respect to apprenticeship and training programs approved by either the U.S Department of Labor or a state, as appropriate, and that contractors and subcontractors are not using disproportionate numbers of, laborers, trainees and apprentices. These reviews shall be conducted in accordance with the schedules for spot checks and interviews described in Item 5(b) and (c) above.

(e)    Subrecipients must immediately report potential violations of the DB prevailing wage requirements to the EPA DB contact listed above and to the appropriate DOL Wage and Hour District Office listed at http://www.dol.gov/contacts/whd/america2.htm.

## II.  Requirements Under The Consolidated and Further Continuing Appropriations Act, 2013 (P.L. 113-6)   For Subrecipients That Are Not Governmental Entities:

The following terms and conditions specify how recipients will assist EPA in meeting its DB responsibilities when DB applies to EPA awards of financial assistance under the FY2013 Continuing Resolution with respect to subrecipients that are not governmental entities. If a subrecipient has questions regarding when DB applies, obtaining the correct DB wage determinations, DB provisions, or compliance monitoring; it may contact the State recipient for guidance. If a State recipient needs guidance, the recipient may contact Dannell Brown at brown.danell@epa.gov or at 214-665-7279, EPA Grants Management Office for guidance.  The recipient or subrecipient may also obtain additional guidance from DOL's web site at http://www.dol.gov/whd/-

**Under these terms and conditions, the subrecipient must submit its proposed DB wage determinations to the State recipient for approval prior to including the wage determination in any solicitation, contract task orders, work assignments, or similar instruments to existing contractors.**

1._  Applicability of the Davis- Bacon (DB) prevailing wage requirements.

Under the FY 2013 Continuing Resolution, DB prevailing wage requirements apply to the construction, alteration, and repair of treatment works carried out in whole or in part with assistance made available by a State water pollution control revolving fund and to any construction project carried out in whole or in part by assistance made available by a drinking water treatment revolving loan fund.   If a subrecipient encounters a unique situation at a site that presents uncertainties regarding DB applicability, the subrecipient must discuss the situation with the recipient State before authorizing work on that site.

2. Obtaining Wage Determinations.

(a) Subrecipients must obtain proposed wage determinations for specific localities at www.wdol.gov. After the Subrecipient obtains its proposed wage determination, it must submit the wage determination to Jennifer Wasinger, Assistant Chief, Oklahoma Water Resources Board, 3800 N. Classen Blvd, Oklahoma City, OK 73118, Jennifer.wasinger@owrb.ok.gov, 405 530 8800, for approval prior to inserting the wage determination into a solicitation, contract or issuing task orders, work assignments or similar instruments

000905

to existing contractors (ordering instruments unless subsequently directed otherwise by the State recipient Award Official.

(b) Subrecipients shall obtain the wage determination for the locality in which a covered activity subject to DB will take place prior to issuing requests for bids, proposals, quotes or other methods for soliciting contracts (solicitation) for activities subject to DB. These wage determinations shall be incorporated into solicitations and any subsequent contracts. Prime contracts must contain a provision requiring that subcontractors follow the wage determination incorporated into the prime contract.

    (i)    While the solicitation remains open, the subrecipient shall monitor www.wdol.gov. on a weekly basis to ensure that the wage determination contained in the solicitation remains current. The subrecipients shall amend the solicitation if DOL issues a modification more than 10 days prior to the closing date (i.e. bid opening) for the solicitation. If DOL modifies or supersedes the applicable wage determination less than 10 days prior to the closing date, the subrecipients may request a finding from the State recipient that there is not a reasonable time to notify interested contractors of the modification of the wage determination. The State recipient will provide a report of its findings to the subrecipient.

    (ii)    If the subrecipient does not award the contract within 90 days of the closure of the solicitation, any modifications or supersedes DOL makes to the wage determination contained in the solicitation shall be effective unless the State recipient, at the request of the subrecipient, obtains an extension of the 90 day period from DOL pursuant to 29 CFR 1.6(c)(3)(iv). The subrecipient shall monitor www.wdol.gov on a weekly basis if it does not award the contract within 90 days of closure of the solicitation to ensure that wage determinations contained in the solicitation remain current.

(c) If the subrecipient carries out activity subject to DB by issuing a task order, work assignment or similar instrument to an existing contractor (ordering instrument) rather than by publishing a solicitation, the subrecipient shall insert the appropriate DOL wage determination from www.wdol.gov into the ordering instrument.

(c) Subrecipients shall review all subcontracts subject to DB entered into by prime contractors to verify that the prime contractor has required its subcontractors to include the applicable wage determinations.

(d) As provided in 29 CFR 1.6(f), DOL may issue a revised wage determination applicable to a subrecipient's contract after the award of a contract or the issuance of an ordering instrument if DOL determines that the subrecipient has failed to incorporate a wage determination or has used a wage determination that clearly does not apply to the contract or ordering instrument. If this occurs, the subrecipient shall either terminate the contract or ordering instrument and issue a revised solicitation or ordering instrument or incorporate DOL's wage determination retroactive to the beginning of the contract or ordering instrument by change order. The subrecipient's contractor must be compensated for any increases in wages resulting from the use of DOL's revised wage determination.

## 3. Contract and Subcontract provisions.

(a) The Recipient shall insure that the subrecipient(s) shall insert in full in any contract in excess of $2,000 which is entered into for the actual construction, alteration and/or repair, including painting and decorating, of a treatment work under the CWSRF or a construction project under the DWSRF financed in whole or in part from Federal funds or in accordance with guarantees of a Federal agency or financed from funds obtained by pledge of any contract of a Federal agency to make a loan, grant or annual contribution (except

where a different meaning is expressly indicated), and which is subject to the labor standards provisions of any of the acts listed in § 5.1 or the FY 2013 Continuing Resolution, the following clauses:

(1) Minimum wages.

(i) All laborers and mechanics employed or working upon the site of the work, will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR part 3) ), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (a)(1)(iv) of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in § 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: Provided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under paragraph (a)(1)(ii) of this section) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

Subrecipients may obtain wage determinations from the U.S. Department of Labor's web site, www.dol.gov. .

(ii)(A) The subrecipient(s), on behalf of EPA, shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The State award official shall approve a request for an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(2) The classification is utilized in the area by the construction industry; and

(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(B) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the subrecipient(s) agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), documentation of the action taken and the request, including the local wage determination shall be sent by the subrecipient(s) to the State award official. The State award official will transmit the report, to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210 and to the EPA

DB Regional Coordinator concurrently. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification request within 30 days of receipt and so advise the State award official or will notify the State award official within the 30-day period that additional time is necessary.

(C) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the and the subrecipient(s) do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the award official shall refer the request, and the local wage determination, including the views of all interested parties and the recommendation of the State award official, to the Administrator for determination. The request shall be sent to the EPA Regional Coordinator concurrently. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt of the request and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(D) The wage rate (including fringe benefits where appropriate) determined pursuant to paragraphs (a)(1)(ii)(B) or (C) of this section, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, Provided, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(2) Withholding. The subrecipient(s) shall upon written request of the EPA Award Official or an authorized representative of the Department of Labor, withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the (Agency) may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(3) Payrolls and basic records.

(i) Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any

000908

laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(ii)(A)  The contractor shall submit weekly, for each week in which any contract work is performed, a copy of all payrolls to the subrecipient, that is, the entity that receives the sub-grant or loan from the State capitalization grant recipient.  Such documentation shall be available on request of the State recipient or EPA. As to each payroll copy received, the subrecipient shall provide written confirmation in a form satisfactory to the State indicating whether or not the project is in compliance with the requirements of 29 CFR 5.5(a)(1) based on the most recent payroll copies for the specified week. The payrolls shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i), except that full social security numbers and home addresses shall not be included on the weekly payrolls. Instead the payrolls shall only need to include an individually identifying number for each employee (e.g., the last four digits of the employee's social security number). The required weekly payroll information may be submitted in any form desired. Optional Form WH-347 is available for this purpose from the Wage and Hour Division Web site at http://www.dol.gov/whd/forms/wh347instr.htm or its successor site. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors. Contractors and subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to the subrecipient(s) for transmission to the State or EPA if requested by EPA, the State, the contractor, or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements. It is not a violation of this section for a prime contractor to require a subcontractor to provide addresses and social security numbers to the prime contractor for its own records, without weekly submission to the subrecipient(s).

(B) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be provided under § 5.5 (a)(3)(ii) of Regulations, 29 CFR part 5, the appropriate information is being maintained under § 5.5 (a)(3)(i) of Regulations, 29 CFR part 5, and that such information is correct and complete;

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations, 29 CFR part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(C) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph (a)(3)(ii)(B) of this section.

CWSRF ORF-135

(D) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under section 1001 of title 18 and section 231 of title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under paragraph (a)(3)(i) of this section available for inspection, copying, or transcription by authorized representatives of the State, EPA or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the Federal agency or State may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(4) Apprentices and trainees--

(i) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the

70

applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) Equal employment opportunity. The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended and 29 CFR part 30.

(5) Compliance with Copeland Act requirements. The contractor shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

(6) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses contained in 29 CFR 5.5(a)(1) through (10) and such other clauses as the EPA determines may by appropriate, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR 5.5.

(7) Contract termination: debarment. A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

(8) Compliance with Davis-Bacon and Related Act requirements. All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR parts 1, 3, and 5 are herein incorporated by reference in this contract.

(9) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and Subrecipient(s), State, EPA, the U.S. Department of Labor, or the employees or their representatives.

(10) Certification of eligibility.

(i) By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

CWSRF ORF-185

**4. Contract Provision for Contracts in Excess of $100,000.**

(a) Contract Work Hours and Safety Standards Act. The subrecipient shall insert the following clauses set forth in paragraphs (a)(1), (2), (3), and (4) of this section in full in any contract in an amount in excess of $100,000 and subject to the overtime provisions of the Contract Work Hours and Safety Standards Act. These clauses shall be inserted in addition to the clauses required by Item 3, above or 29 CFR 4.6. As used in this paragraph, the terms laborers and mechanics include watchmen and guards.

(1) Overtime requirements. No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of forty hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such workweek.

(2) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the clause set forth in paragraph (b)(1) of this section the contractor and any subcontractor responsible therefore shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in paragraph (b)(1) of this section, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of forty hours without payment of the overtime wages required by the clause set forth in paragraph (b)(1) of this section.

(3) Withholding for unpaid wages and liquidated damages. The subrecipient shall upon the request of the EPA Award Official or an authorized representative of the Department of Labor, withhold or cause to be withheld, from any moneys payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime contractor, such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in paragraph (a)(2) of this section.

(4) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses set forth in paragraph (b)(1) through (4) of this section and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in paragraphs (b)(1) through (4) of this section.

(c) In addition to the clauses contained in Item 3, above, in any contract subject only to the Contract Work Hours and Safety Standards Act and not to any of the other statutes cited in 29 CFR 5.1, the Subrecipient shall insert a clause requiring that the contractor or subcontractor shall maintain payrolls and basic payroll records during the course of the work and shall preserve them for a period of three years from the completion of the contract for all laborers and mechanics, including guards and watchmen, working on the contract. Such records shall contain the name and address of each such employee, social security number, correct classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. Further, the Subrecipient shall insert in any such contract a clause providing that the records to be maintained under this paragraph shall be made available by the contractor or subcontractor for inspection, copying, or transcription by authorized representatives of the EPA, the

72

Department of Labor, and the contractor or subcontractor will permit such representatives to interview employees during working hours on the job.

5. Compliance Verification

(a). The subrecipient shall periodically interview a sufficient number of employees entitled to DB prevailing wages (covered employees) to verify that contractors or subcontractors are paying the appropriate wage rates. As provided in 29 CFR 5.6(a)(6), all interviews must be conducted in confidence. The subrecipient must use Standard Form 1445 (SF 1445) or equivalent documentation to memorialize the interviews. Copies of the SF 1445 are available from EPA on request.

(b) The subrecipient shall establish and follow an interview schedule based on its assessment of the risks of noncompliance with DB posed by contractors or subcontractors and the duration of the contract or subcontract. Subrecipients must conduct more frequent interviews if the initial interviews or other information indicated that there is a risk that the contractor or subcontractor is not complying with DB. Subrecipients shall immediately conduct interviews in response to an alleged violation of the prevailing wage requirements. All interviews shall be conducted in confidence."

(c). The subrecipient shall periodically conduct spot checks of a representative sample of weekly payroll data to verify that contractors or subcontractors are paying the appropriate wage rates. The subrecipient shall establish and follow a spot check schedule based on its assessment of the risks of noncompliance with DB posed by contractors or subcontractors and the duration of the contract or subcontract. At a minimum, if practicable the subrecipient should spot check payroll data within two weeks of each contractor or subcontractor's submission of its initial payroll data and two weeks prior to the completion date the contract or subcontract. Subrecipients must conduct more frequent spot checks if the initial spot check or other information indicates that there is a risk that the contractor or subcontractor is not complying with DB. In addition, during the examinations the subrecipient shall verify evidence of fringe benefit plans and payments there under by contractors and subcontractors who claim credit for fringe benefit contributions.

(d). The subrecipient shall periodically review contractors and subcontractors use of apprentices and trainees to verify registration and certification with respect to apprenticeship and training programs approved by either the U.S Department of Labor or a state, as appropriate, and that contractors and subcontractors are not using disproportionate numbers of, laborers, trainees and apprentices. These reviews shall be conducted in accordance with the schedules for spot checks and interviews described in Item 5(b) and (c) above.

(e) Subrecipients must immediately report potential violations of the DB prevailing wage requirements to the EPA DB contact listed above and to the appropriate DOL Wage and Hour District Office listed at http://www.dol.gov/whd/america2.htm.

000913

Appendix 2

**Step-By-Step Waiver Process Related to P.L. 113-76, Consolidated Appropriation Act, 2014, "American Iron and Steel"**

<u>Application by Assistance Recipient</u>

Each local entity that receives SRF water infrastructure financial assistance is required by section 436 of the Act to use American made iron and steel products in the construction of its project. However, the recipient may request a waiver. Until a waiver is granted by EPA, the AIS requirement stands, except as noted above with respect to municipalities covered by international agreements.

The waiver process begins with the SRF assistance recipient. In order to fulfill the AIS requirement, the assistance recipient must in good faith design the project (where applicable) and solicit bids for construction with American made iron and steel products. It is essential that the assistance recipient include the AIS terms in any request for proposals or solicitations for bids, and in all contracts. The assistance recipient may receive a waiver at any point before, during, or after the bid process, if one or more of three conditions is met:

1. Applying the American Iron and Steel requirements of the Act would be inconsistent with the public interest;
2. Iron and steel products are not produced in the United States in sufficient and reasonably available quantities and of a satisfactory quality; or
3. Inclusion of iron and steel products produced in the United States will increase the cost of the overall project by more than 25 percent.

Proper and sufficient documentation must be provided by the assistance recipient. A checklist detailing the types of information required for a waiver to be processed is attached as Appendix 3.

Additionally, it is strongly encouraged that assistance recipients hold pre-bid conferences with potential bidders. A pre-bid conference can help to identify iron and steel products needed to complete the project as described in the plans and specifications that may not be available from domestic sources. It may also identify the need to seek a waiver prior to bid, and can help inform the recipient on compliance options.

In order to apply for a project waiver, the assistance recipient should email the request in the form of a Word document (.doc) to the State SRF program. It is strongly recommended that the State designate a single person for all AIS communications. The State SRF designee will review the application for the waiver and determine whether the necessary information has been included. Once the waiver application is complete, the State designee will forward the application to either of two email addresses. For CWSRF waiver requests, please send the application to: cwsrfwaiver@epa.gov. For DWSRF waiver requests, please send the application to: dwsrfwaiver@epa.gov.

CWSRF ORF-185

Evaluation by EPA

After receiving an application for waiver of the AIS requirements, EPA Headquarters will publish the request on its website for 15 days and receive informal comment. EPA Headquarters will then use the checklist in Appendix 3 to determine whether the application properly and adequately documents and justifies the statutory basis cited for the waiver – that it is quantitatively and qualitatively sufficient – and to determine whether or not to grant the waiver.

In the event that EPA finds that adequate documentation and justification has been submitted, the Administrator may grant a waiver to the assistance recipient. EPA will notify the State designee that a waiver request has been approved or denied as soon as such a decision has been made. Granting such a waiver is a three-step process:

1. Posting – After receiving an application for a waiver, EPA is required to publish the application and all material submitted with the application on EPA's website for 15 days. During that period, the public will have the opportunity to review the request and provide informal comment to EPA. The website can be found at: http://water.epa.gov/grants_funding/aisrequirement.cfm

2. Evaluation – After receiving an application for waiver of the AIS requirements, EPA Headquarters will use the checklist in Appendix 3 to determine whether the application properly and adequately documents and justifies the statutory basis cited for the waiver – that it is quantitatively and qualitatively sufficient -- and to determine whether or not to grant the waiver.

3. Signature of waiver approval by the Administrator or another agency official with delegated authority – As soon as the waiver is signed and dated, EPA will notify the State SRF program, and post the signed waiver on our website. The assistance recipient should keep a copy of the signed waiver in its project files.

Public Interest Waivers

EPA has the authority to issue public interest waivers. Evaluation of a public interest waiver request may be more complicated than that of other waiver requests so they may take more time than other waiver requests for a decision to be made. An example of a public interest waiver that might be issued could be for a community that has standardized on a particular type or manufacturer of a valve because of its performance to meet their specifications. Switching to an alternative valve may require staff to be trained on the new equipment and additional spare parts would need to be purchased and stocked, existing valves may need to be unnecessarily replaced, and portions of the system may need to be redesigned. Therefore, requiring the community to install an alternative valve would be inconsistent with public interest.

EPA also has the authority to issue a public interest waiver that covers categories of products that might apply to all projects.

000915

EPA reserves the right to issue national waivers that may apply to particular classes of assistance recipients, particular classes of projects, or particular categories of iron or steel products. EPA may develop national or (US geographic) regional categorical waivers through the identification of similar circumstances in the detailed
justifications presented to EPA in a waiver request or requests. EPA may issue a national waiver based on policy decisions regarding the public's interest or a determination that a particular item is not produced domestically in reasonably available quantities or of a sufficient quality. In such cases, EPA may determine it is necessary to issue a national waiver.

If you have any questions concerning the contents of this memorandum, you may contact us, or have your staff contact Jordan Dorfman, Attorney-Advisor, State Revolving Fund Branch, Municipal Support Division, at dorfman.jordan@epa.gov or (202) 564-0614 or Kiri Anderer, Environmental Engineer, Infrastructure Branch, Drinking Water Protection Division, at anderer.kirsten@epa.gov or (202) 564-3134.

000916

CWSRF DRF-185

## Appendix 3: Information Checklist for Waiver Request
### Related to P.L. 113-76, Consolidated Appropriation Act 2014, "American Iron and Steel"

The purpose of this checklist is to help ensure that all appropriate and necessary information is submitted to EPA. EPA recommends that States review this checklist carefully and provide all appropriate information to EPA. This checklist is for informational purposes only and does not need to be included as part of a waiver application.

| Items | ✓ | Notes |
|---|---|---|
| **General** | | |
| • Waiver request includes the following information: <br>   – Description of the foreign and domestic construction materials <br>   – Unit of measure <br>   – Quantity <br>   – Price <br>   – Time of delivery or availability <br>   – Location of the construction project <br>   – Name and address of the proposed supplier <br>   – A detailed justification for the use of foreign construction materials <br> • Waiver request was submitted according to the instructions in the memorandum <br> • Assistance recipient made a good faith effort to solicit bids for domestic iron and steel products, as demonstrated by language in requests for proposals, contracts, and communications with the prime contractor | | |
| **Cost Waiver Requests** | | |
| • Waiver request includes the following information: <br>   – Comparison of overall cost of project with domestic iron and steel products to overall cost of project with foreign iron and steel products <br>   – Relevant excerpts from the bid documents used by the contractors to complete the comparison <br>   – Supporting documentation indicating that the contractor made a reasonable survey of the market, such as a description of the process for identifying suppliers and a list of contacted suppliers | | |
| **Availability Waiver Requests** | | |
| • Waiver request includes the following supporting documentation necessary to demonstrate the availability, quantity, and/or quality of the materials for which the waiver is requested: <br>   – Supplier information or pricing information from a reasonable number of domestic suppliers indicating availability delivery date for construction materials <br>   – Documentation of the assistance recipient's efforts to find available domestic sources, such as a description of the process for identifying suppliers and a list of contacted suppliers. <br>   – Project schedule <br>   – Relevant excerpts from project plans, specifications, and permits indicating the required quantity and quality of construction materials <br> • Waiver request includes a statement from the prime contractor and/or supplier confirming the non-availability of the domestic construction materials for which the waiver is sought <br> • Has the State received other waiver requests for the materials described in this waiver request, for comparable projects? | | |

000917

CWSRF ORF-185

## Appendix 4: HQ Review Checklist for Waiver Request
### Related to P.L. 113-76, Consolidated Appropriation Act, 2014, "American Iron and Steel"

Instructions: To be completed by EPA. Review all waiver requests using the questions in the checklist, and mark the appropriate box as Yes, No or N/A. Marks that fall inside the shaded boxes may be grounds for denying the waiver. If none of your review markings fall into a shaded box, the waiver is eligible for approval if it indicates that one or more of the following conditions applies to the domestic product for which the waiver is sought:

1. The iron and/or steel products are not produced in the United States in sufficient and reasonably available quantities and of a satisfactory quality.
2. The inclusion of iron and/or steel products produced in the United States will increase the cost of the overall project by more than 25 percent.

| Review Items | Yes | No | N/A | Comments |
|---|---|---|---|---|
| **Cost Waiver Requests** | | | | |
| • Does the waiver request include the following information? | | | | |
|   — Comparison of overall cost of project with domestic iron and steel products to overall cost of project with foreign iron and steel products | | | | |
|   — Relevant excerpts from the bid documents used by the contractors to complete the comparison | | | | |
|   — A sufficient number of bid documents or pricing information from domestic sources to constitute a reasonable survey of the market | | | | |
| • Does the Total Domestic Project exceed the Total Foreign Project Cost by more than 25%? | | | | |
| **Availability Waiver Requests** | | | | |
| • Does the waiver request include supporting documentation sufficient to show the availability, quantity, and/or quality of the iron and/or steel product for which the waiver is requested? | | | | |
|   — Supplier information or other documentation indicating availability/delivery date for materials | | | | |
|   — Project schedule | | | | |
|   — Relevant excerpts from project plans, specifications, and permits indicating the required quantity and quality of materials | | | | |
| • Does supporting documentation provide sufficient evidence that the contractors made a reasonable effort to locate domestic suppliers of materials, such as a description of the process for identifying suppliers and a list of contacted suppliers? | | | | |
| • Based on the materials delivery/availability date indicated in the supporting documentation, will the materials be unavailable when they are needed according to the project schedule? (By item, list schedule date and domestic delivery quote date or other relevant information) | | | | |
| • Is EPA aware of any other evidence indicating the non-availability of the materials for which the waiver is requested?<br>Examples include:<br>  — Multiple waiver requests for the materials described in this waiver request, for comparable projects in the same State<br>  — Multiple waiver requests for the materials described in this waiver request, for comparable projects in other States<br>  — Correspondence with construction trade associations indicating the non-availability of the materials | | | | |
| • Are the available domestic materials indicated in the bid documents of inadequate quality compared those required by the project plans, specifications, and/or permits? | | | | |

ORF-418

## NOTICE OF AWARD

TO: _____
_____
_____

DATE: _____

PROJECT DESCRIPTION: Perkins PWA - Automated Meter Reading System

The OWNER has considered the BID submitted by you for the above described WORK in response to its Advertisement for Bids dated _____, 200___. and Information for Bidders.

You are hereby notified that your BID has been accepted for items in the amount of $_____.

You are required by the Information for Bidders to execute the Agreement and furnish the required Contractor's Performance Bond, Statutory Bond, Maintenance Bond and Certificate of Insurance within ten (10) calendar days from the date of this Notice to you.

If you fail to execute said agreement and to furnish said BONDS within ten (10) days from the date of this Notice, said OWNER will be entitled to consider all your rights arising out of the OWNER's acceptance of your Bid as abandoned and as a forfeiture of your BID BOND. The OWNER will be entitled to such other rights as may be granted by law.

You are required to return an acknowledged copy of this NOTICE OF AWARD to the OWNER. Dated this _____ day of _____, 20___.

_____
(Owner)

By: _____
(Signature)

Name: _____
(Print or Type)

Title: _____
(Print or Type)

### ACCEPTANCE OF NOTICE

Receipt of the above NOTICE OF AWARD is hereby acknowledged by _____ _____ this ____ day of _____, _____, and hereby certify that this firm does not appear on the List of Parties Excluded from Federal Procurement Programs i.e., list of Debarred Contractors.

_____
BY

_____
TITLE

ORF-PAN-P
Sample Notice To Proceed
Rev. 11-27-02

79

000919

## NOTICE TO PROCEED

TO: _____

_____

_____

_____

DATE: _____

PROJECT DESCRIPTION: Perkins PWA - Automated Meter Reading System

You are hereby notified to commence WORK in accordance with the Agreement dated
_____, _____, on or before _____, _____ and you are to
complete the WORK within _____ consecutive calendar days thereafter. The date of completion of
all WORK is, therefore, _____, _____.


_____
OWNER

_____
BY

_____
TITLE


## ACCEPTANCE OF NOTICE

Receipt of the above NOTICE TO PROCEED is hereby acknowledged by _____
_____ this _____ day of _____.


_____
BY

_____
TITLE

80

000920



SRF Project Number

United States Environmental Protection Agency
Washington, D.C.  20460
**Certification Regarding
Debarment, Suspension, and Other Responsibility Matters**

The prospective participant certifies to the best of its knowledge and belief that it and its principals:

(a) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) Have not within a three year period preceding this proposal been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(c) Are not presently indicted for or otherwise criminally or civilly charged by a government entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification; and

(d) Have not within a three-year period preceding this application/proposal had one or more public transactions (Federal, State, or local) terminated for cause or default

I understand that a false statement on this certification may be grounds for rejection of this proposal or termination of the award.  In addition, under 18 USC Sec. 1001, a false statement may result in a fine of up to $10,000 or imprisonment for up to 5 years, or both

_____

Typed Name and Title of Authorized Representative

_____

Signature of Authorized Representative                                      Date

_____

☐   I am unable to certify to the above statements.  May explanation is attached.

EPA FORM 5700-49 (11-88)

000921

Oklahoma Water Resources Board                    ORF-267                    Revised 03.12.15

# Clean Water State Revolving Fund (CWSRF)
## Disadvantaged Business Enterprise Program (DBE) Guidance

**Important note:** All OWRB and EPA forms can be found at: www.owrb.ok.gov/forms

The Oklahoma CWSRF receives a portion of their funding from the U.S. Environmental Protection Agency (EPA). The federal funds are used to supplement low interest rate loans to finance wastewater and water quality projects. As a condition of federal grant awards, EPA regulations require that loan recipients and sub-recipients (i.e., prime contractors and subcontractors) make a good-faith effort to award a fair share of work to DBE's who are small business enterprises (SBE's), minority business enterprises (MBE's) and women's business enterprises (WBE's). Additionally, EPA's DBE rule requires loan recipients and sub-recipients adhere to the terms and conditions on Appendix A attached hereto.

To ensure compliance with EPA's DBE requirements, both **Loan Recipients (Project Owners)** and **Prime Contractors must** undertake the good faith efforts to provide opportunities for DBE firms to participate in contracts. EPA regulations require evidence of the demonstration of the six good faith efforts in trying to achieve the DBE participation goals. Oklahoma's negotiated DBE participation goals with EPA can be found on the OWRB Financial Assistance website. The goals are **not** a quota. The Oklahoma Department of Transportation has developed a DBE Directory of Certified Firms. This database can be found at this website: http://www.okladot.state.ok.us/dbeinfo/dbe_dcf_index.htm.

**Good Faith Efforts:** The following good faith efforts apply to the procurement categories involving CWSRF financial assistance funds (See Appendix B: EPA Good Faith Efforts):

1. Ensure DBEs are made aware of contracting opportunities to the fullest extent practicable through outreach and recruitment activities. For state and local government recipients, this will include placing DBEs on solicitation lists and soliciting them whenever they are potential sources.

2. Make information on forthcoming opportunities available to DBEs and arrange time frames for contracts and establish delivery schedules, where the requirements permit, in a way that encourages and facilitates participation by DBEs in the competitive process. This includes, whenever possible, posting solicitations for bids or proposals for a minimum of 30 calendar days before the bid or proposal closing date.

3. Consider in the contracting process whether firms competing for large contracts could subcontract with DBEs. For state and local government recipients, this will include dividing total requirements, when economically feasible, into smaller tasks or quantities to permit maximum participation by DBEs in the competitive process.

4. Encourage contracting with a consortium of DBEs when a contract is too large for one of these firms to handle individually.

5. Use the services and assistance of the Small Business Administration (SBA) and the Minority Business Development Agency of the Department of Commerce.

6. If the prime contractor awards subcontracts, require the prime contractor to take the above steps.

**Please submit all information to:**
Financial Assistance Division, OWRB
3800 North Classen Blvd, Oklahoma City, OK 73118
Phone: 405.530.8800, FAX: 405.530.8900
http://www.owrb.ok.gov

000922

Oklahoma Water Resources Board                    ORF-267                    Revised 03.17.15

# Disadvantaged Business Enterprise Program (DBE) Guidance

**Demonstration of the Six Good Faith Efforts.** See Appendices A & B for additional bidding instructions and contract administrative provisions.

**A: Project Owners are required to create and maintain a bidders list in accordance with Subpart E of Part 33 of EPA's Disadvantaged Business Enterprise Program rule, (§ 33.501(b)).** The list must include all firms that bid or quote on prime contracts, or bid or quote subcontracts, on competitively bid CWSRF funded projects. The bidders list must only be kept until the project period for the identified loan has ended. The following information must be obtained from all prime and subcontractors and can be provided on **Bidders List (ORF-249)**:

1.    Entity's name with point of contact
2.    Entity's mailing address, telephone number, and e-mail address
3.    The procurement on which the entity bid or quoted, and when; and
4.    Entity's status as an MBE/WBE or non-MBE/WBE

**B: Project Owners are required to undertake good faith efforts. Steps 1 through 5 can be utilized during the project planning, design and/or pre-bidding phase, to assure that qualified DBE firms have procurement opportunities in construction, equipment, services, and supplies.**

To provide procurement opportunities to DBE Firms, the Project Owner should undertake the following:

- Conduct pre-bid meetings to inform potential bidders/contractors about DBE requirements and provide guidance in undertaking the required good faith efforts.

- Use listings of certified DBEs from the U.S. Small Business Administration (SBA), Oklahoma Department of Transportation (ODOT), etc, to solicit DBE firms as prime contractors whenever they are potential candidates. Project Owners should advertise in minority, local and regional newspapers and in the Dodge report.

- Invite DBE firms, where appropriate, to meetings, conferences etc., to inform them of procurement opportunities and develop, where possible, reasonable contract and delivery schedules that encourage and facilitate participation by DBE's. This includes, whenever possible, a minimum of 30 calendar days for bids or request for proposals.

- Determine if a project can be broken down into smaller components/contracts to allow opportunity for DBE firms to bid both as prime-contractors and as sub-contractors.

- For projects broken down into smaller components (e.g., painting, roofing, excavation, pipe laying, etc.) ensure that the delivery schedules are reasonable.

- Encourage DBE firms, where appropriate, to apply as a consortium of DBE's, when a contract is too large for one of these firms to handle individually.

- **Require prime contractor** to complete EPA form 6100-3 & EPA form 6100-4 and submit with bid proposal to Project Owner.

**C: Project Owners must require the prime contractor to undertake steps 1 through 5 of the Good Faith Efforts in providing DBE firms opportunity for sub-contracts.**

Project Owner must provide the **DBE Guidance (ORF-267)** and associated forms to Prime Contractors for utilization of DBE's in the bidding documents.

000923

Oklahoma Water Resources Board                    ORF-267                    Revised 03-12-12

# APPENDIX A: Project Owner, Prime Contractor and Sub-Contractor Responsibilities

EPA's Disadvantaged Business Enterprise Program rule applies to contract procurement actions funded in part by EPA assistance agreements awarded after May 27, 2008. The rule is found at Federal regulation Title 40, Part 33. Specific responsibilities are highlighted below.

**Project Owner Responsibilities:**

- Include OWRB's DBE guidance (ORF-267) in each contract with a primary contractor.

- Employ the six Good Faith Efforts during prime contractor procurement (§33.301)

- Require prime contractor to comply with the following prime contractor requirements of Title 40 Part 33:

  a) To employ the six Good Faith Efforts steps in paragraphs (a) through (e) of § 33.301 if the prime contractor awards subcontracts (§ 33.301(f)).

  b) To provide **EPA form 6100-2** – *DBE Subcontractor Participation Form* to all DBE subcontractors (Optional submittal by subcontractors) (§ 33.302(e)).

  c) To submit **EPA form 6100-3** – *DBE Program Subcontractor Performance Form* and EPA form 6100-4 – *DBE Program Subcontractor Utilization Form* with bid package or proposal. (§ 33.302 (f) and (g)).

  d) To pay its subcontractor for satisfactory performance no more than 30 days from the prime contractor's receipt of payment from the recipient (§ 33.302(a)).

  e) To notify recipient in writing by its prime contractor prior to any termination of a DBE subcontractor for convenience by the prime contractor (§ 33.302(b)).

  f) To employ the six good faith efforts described in § 33.301 if soliciting a replacement subcontractor after a DBE subcontractor fails to complete work under the subcontract for any reason. (§ 33.302(c))

  g) To employ the six good faith efforts described in § 33.301 even if the prime contractor has achieved its fair share objectives under subpart D of Part 33. (§33.302(d)).

  h) Provide Project Owner DBE participation achievements with bid proposal – this includes all information necessary for the Owner to complete the **Bidders List (ORF-249)**. The Owner may allow the prime <u>contractor to complete the **Bidders List (ORF-249)**; however, the Owner is responsible for review and submittal.</u>

- Maintain records documenting compliance with the requirements of Title 40 Part 33, including Bidders List **(ORF-249)** and documentation of the good faith efforts (§ 33.301(a)) by the project owner and prime contractor.

**Prime Contractor Responsibilities:**

- Employ the six Good Faith Efforts steps in paragraphs (a) through (e) of § 33.301 if the prime contractor awards subcontracts (§ 33.301(f)).

000924

Oklahoma Water Resources Board                    ORF-267                          Revised 03 12 15

- Provide **EPA form 6100-2** – *DBE Program Subcontractor Participation Form* and EPA form 6100-3 – *DBE Program Subcontractor Performance Form* to each DBE subcontractor as part of the bid conference and prior to opening of the contractor's bid or proposal (§ 33.302(e) and (f)). Complete EPA form 6100-4 – *DBE Program Subcontractor Utilization Form* (§ 33.302(g))

- Submit to recipient with bid package or proposal the completed **EPA form 6100-4**, plus an EPA form 6100-3 for each DBE subcontractor used in the contractor's bid or proposal (§ 33.302(f) and (g))

- Pay subcontractors for satisfactory performance no more than 30 days from the prime contractor's receipt of payment from the Project Owner (§ 33.302(a)).

- Notify the recipient in writing prior to prime contractor termination of a DBE subcontractor for convenience (§ 33.302(b)).

- Employ the six good faith efforts described in (§ 33.301) if soliciting a replacement subcontractor after a DBE subcontractor fails to complete work under the subcontract for any reason. (§ 33.302(c)).

- Employ the six good faith efforts described in (§ 33.301) even if the prime contractor has achieved its fair share objectives under subpart D of Part 33. (§33.302(d)).

- Provide Project Owner DBE participation achievements with bid proposal. This includes information necessary for Owner's completion of the **Bidders List (ORF-249)**.

- Maintain records documenting its compliance with the requirements of Title 40 Part 33, including **Bidders List (ORF-249)** and documentation of the good faith efforts (§ 33.301(a)) by the project owner and prime contractor

**Subcontractor Responsibilities:**

- May submit **EPA form 6100-2** – *DBE Subcontractor Participation Form* to Debra Bradford, EPA Region 6 DBE Coordinator (§ 33.302(e)). Submitted if concerns with EPA funded project (e.g. termination, late payment, etc.)

- Must complete **EPA form 6100-3** – *DBE Program Subcontractor Performance Form*, and submit it to the prime contractor soliciting services from the subcontractor prior to the opening of bids for the prime contract

## *Summary of EPA Forms*

| EPA Form | Requirement | Provided By | Completed By | Submitted To |
|---|---|---|---|---|
| 6100-2 – DBE Subcontractor Participation Form | Project Owners required to have prime contractors provide form to Subcontractors | Prime Contractors to DBE Subcontractors | DBE Subcontractors if concerns with EPA funded project (e.g. termination, late payment, etc) | EPA Region 6 DBE Coordinator, Debra Bradford |
| 6100-3 – DBE Subcontractor Performance Form | Project Owners required to have prime contractors provide form to Subcontractors | Prime Contractors to DBE Subcontractors | DBE Subcontractors with Prime Contractor's Signature. Completed when bidding on a job | Project Owners as part of a bid or proposal package |
| 6100-4 – DBE Subcontractor Utilization Form | Project Owners required to have prime contractors complete the form | Project Owners to Prime Contractors | Prime Contractors to indicate the utilization of a DBE. | Project Owners as part of bid or proposal |

000925

Oklahoma Water Resources Board                    ORF-267                    Revised 03 12 17

## APPENDIX B: TITLE 40 PART 33 SUBPART C—GOOD FAITH EFFORTS

### § 33.102 When do the requirements of this part apply?

The requirements of this part apply to procurement under CWSRF financial assistance agreements performed entirely within the United States, whether by a Project Owner or its prime contractor, for construction, equipment, services, and supplies.

### § 33.106 What assurances must CWSRF financial assistance recipients obtain from their contractors?

The recipient must ensure that each procurement contract it awards contains the term and condition specified in Appendix A to this part concerning compliance with the requirements of this part.

### § 33.206 Is there a list of certified MBEs and WBEs?

The Oklahoma Department of Transportation has developed a DBE Directory of Certified Firms. This database can be found at this website: http://www.okladot.state.ok.us/dbeinfo/dbe_def_index.htm.

### § 33.301 What does this subpart require?

A recipient, including one exempted from applying the fair share objective requirements by § 33.411, is required to make the following good faith efforts whenever procuring construction, equipment, services and supplies under an CWSRF financial assistance agreement, even if it has achieved its fair share objectives under subpart D of this part.

- a) Ensure DBE's are made aware of contracting opportunities fully practicable through outreach and recruitment activities. For State and Local and Government recipients, this will include placing DBEs on solicitation lists and soliciting them whenever they are potential sources.
- b) Make information on forthcoming opportunities available to DBE's, arrange periods for contracts, and establish delivery schedules, where the requirements permit, in a way that encourages and facilitates participation by DBE's in the competitive process. This includes, whenever possible, posting solicitations for bids or proposals for a minimum of 30 calendar days before the bid or proposal closing date.
- c) Consider in the contracting process whether firms competing for large contracts could subcontract with DBE's. For state and local Government recipients, this will include dividing total requirements when economically feasible into smaller tasks or quantities to permit maximum participation by DBEs in the competitive process.
- d) Encourage contracting with a consortium of DBE's when a contract is too large for one of these firms to handle individually.
- e) Use the services and assistance of the SBA and the Minority Business Development Agency of the Department of Commerce.
- f) If the prime contractor awards subcontracts, require the prime contractor to take the steps in paragraphs (a) through (e) of this section.

### § 33.302 Are there any additional contract administration requirements?

- a) Project Owners must require its prime contractor to pay its subcontractor for satisfactory performance no more than 30 days from the prime contractor's receipt of payment from the recipient.
- b) Its prime contractor must notify Project Owner in writing prior to any termination of a DBE subcontractor for convenience by the prime contractor.
- c) If a DBE subcontractor fails to complete work under the subcontract for any reason, the recipient must require the prime contractor to employ the six good faith efforts described in § 33.301 if soliciting a replacement subcontractor.

000926

d) A project owner must require its prime contractor to employ the six good faith efforts described in §33.301 even if the prime contractor has achieved its fair share objectives under §33.301 subpart D above

e) A recipient must require its prime contractor to provide **EPA Form 6100–2** DBE Program Subcontractor Participation Form to all of its DBE subcontractors. **EPA Form 6100–2** gives a DBE subcontractor the opportunity to describe the work the DBE subcontractor received from the prime contractor, how much the DBE subcontractor was paid and any other concerns the DBE subcontractor might have, for example reasons why the DBE subcontractor believes it was terminated by the prime contractor. DBE subcontractors may send completed copies of **EPA Form 6100–2** directly to the appropriate EPA DBE Coordinator.

f) A recipient must require its prime contractor to have its DBE subcontractors complete **EPA Form 6100–3** DBE Program Subcontractor Performance Form. A recipient must then require its prime contractor to include all completed forms as part of the prime contractor's bid or proposal package.

g) A recipient must require its prime contractor to complete and submit **EPA Form 6100–4** DBE Program Subcontractor Utilization Form as part of the prime contractor's bid or proposal package.

h) Copies of **EPA Form 6100–2**—DBE Program Subcontractor Participation Form, **EPA Form 6100–3** DBE Program Subcontractor Performance Form and **EPA Form 6100–4** DBE Program Subcontractor Utilization Form may be obtained from EPA OSDBU's Home Page on the Internet or directly from EPA OSDBU.

i) A recipient must ensure that each procurement contract it awards contains the term and condition specified in the Appendix A concerning compliance with the requirements of this part. A recipient must also ensure that this term and condition is included in each procurement contract awarded by an entity receiving an identified loan under a financial assistance agreement to capitalize a revolving loan fund.

## § 33.410 Can a recipient be penalized for failing to meet its fair share objectives?

A recipient cannot be penalized, or treated by EPA as being in noncompliance with this subpart, solely because it's MBE or WBE participation does not meet its applicable fair share objective. However, EPA may take remedial action under § 33.105 for a recipient's failure to comply with other provisions of this part, including, but not limited to, the good faith efforts requirements described in subpart C of this part.

***Source:*** *Federal Requirements and Contract Provisions for Special Appropriation Act Projects, U.S. Environmental Protection Agency, Region III, June 2008*

000927

## APPENDIX C: RESOURCE LISTING AND CONTACT INFORMATION FOR UTILIZATION OF MINORITY AND WOMEN'S BUSINESS ENTERPRISES

| Resource Listing | Contact Information | Website if applicable |
|---|---|---|
| **U.S. Small Business Administration (SBA)** In addition to the national office, the SBA has local district and regional offices to assist small businesses in contracting with the public and private sector. | See Website | https://www.sba.gov/ |
| **CCR/Pro-Net** is an extensive database that combines the SBA's Pro-Net database and the DOD's Central Contractor Registration database of small businesses. | CCR Assistance Center<br>Toll Free: 1-888-227-2423<br>Phone: 1-269-961-5757<br>DSN: 661-5757 | http://www.ccr.gov/<br>Select "Dynamic Small Business |
| **U. S. Small Business Administration (SBA) - OK. District Office** | 210 Park Avenue, Suite 1300<br>Oklahoma City, OK 73102<br>Phone: 405.231.5521<br>Fax: 405.231.4876 | http://dsbs.sba.gov/dsbs/search/dsp_dsbs.cfm |
| **Minority Business Development Administration** (MBDA): The MBDA is an agency within the U.S. Dept. of Commerce, created to foster the development and growth of minority businesses in the U.S. and coordinates resources in the public and private sectors to help MBE's. Recipients and bidders should contact the centers and provide notices of contracting opportunities. Also, see the Phoenix database, which matches minority companies with business opportunities. | 1401 Constitution Ave NW<br>Washington, D.C. 20230<br>Email: support@mbda.gov<br>1.888.324.1551 | http://www.mbda.gov/ |
| **Standard Industrial Classification Codes (SIC)** or North American Industry Classification System (NAICS) codes visit the websites. | Website | http://www.epa.gov/enviro/html/sic_lkup.html<br><br>http://www.bls.gov/iag/tgs/iag_index_naics.htm |
| **Oklahoma Department of Transportation (ODOT)** and the Minority/Disadvantaged Business Enterprise (ODOT – MBE/DBE). Project Owners and bidders may locate qualified M/WBE's through the MBE/WBE Directory | 200 NE 21st Street<br>Oklahoma City, OK 73105<br>Phone: 405.521.2082 | http://www.okladot.state.ok.us/dbeinfo/dbe_def_index.htm |

Oklahoma Water Resources Board    ORF-267    Revised 03-12-15

| | | |
|---|---|---|
| U.S. EPA Office of Small, Disadvantaged Business Utilization (OSDBU) – OSDBU's mission includes "fostering opportunities for partnerships, contracts, subagreements, and grants for small and socioeconomically disadvantaged concerns". One of the resources to assist prime contractors is a listing of small and disadvantaged businesses (a vendor profile system) registered with OSDBU. | US.EPA Office of Small Programs 1200 Pennsylvania Avenue NW Mail Code 1230T Washington, D.C. 20460 | http://cfpub.epa.gov/sbvps Select "Search the OSDBU Registry" Click on the search criteria of interest (ethnicity, size, SIC, etc.) |
| National Black Chamber of Commerce | 1350 Connecticut Ave. N.W. Suite 405 Washington D.C. 20036 Phone: 202-466-6888 Fax: 202-466-4918 | http://www.nationalbcc.org Email: info@nationalbcc.org |
| U.S. Hispanic Chamber of Commerce | 2175 K Street NW Suite 100 Washington, D.C. 20037 | http://www.ushcc.com |
| National Association of Minority Contractors (NAMC) | 666 11 Street N.W. Suite 520 Washington D.C. 20001 Phone: 202 347-8250 | http://namcnational.org |
| National Association of Women's Business Owners (NAWBO) – National | 1760 Old Meadow Rd. Ste 500 McLean VA 22102 Phone: 800.556.NAWBO 703.506.3268 703.506.3266-fax | www.nawbo.org |
| National Minority Supplier Development Council, Inc. (NMSDC) | 1040 Avenue of the Americas, 2nd Floor New York, New York 10018 Phone: 212 944-2430 212.719.9611-fax | http://www.nmsdc.org/ |
| UIDA Business Services is a Native American Procurement and Technical Assistance Center-maintains a comprehensive database of Native American owned firms | 86 South Cobb Drive, MZ:0510 Marietta, GA 30063-0510 Phone, 770 494-0431 770.494.1236-fax | www.uida.org |
| Diversity Business (A multi-cultural online resource) | 200 Pequot Avenue Southport, CT 06890 Phone 203.255.8966 203.255.8501-fax | http://www.diversitybusiness.com/ |
| City of Tulsa - Human Rights Department Maintains a list of Minority and Female business Enterprises that are certified through the "building Resources in Developing and Growing Enterprises | One Technology Center- 8th Floor - 175 E. 2nd St. Tulsa, Okla. 74103 | https://www.cityoftulsa.org/community-programs/human-rights-bridge---building-resources-in-developing-and-growing-enterprises/certified-business-directory.aspx |
| Southwest Minority Supplier Development Council Maintains lists of certified Minority Business Enterprises in Oklahoma | 912 Bastrop Highway, Ste. 101 Austin, TX 78741 Phone: (512) 386-8766 Fax: 405.767.9901 | http://www.smsdc.org |

000929

Oklahoma Water Resources Board                ORF-267                    Revised 03/12/19

| National Association of Women in Construction | 327 S. Adams Street<br>Fort Worth, TX 76104<br>Phone: 1-800-552-3506<br>Phone: 817.877.5551<br>817.877.0324-fax | http://www.nawic.org |
| --- | --- | --- |
| **Oklahoma Department of Central Services**<br>Maintains a list of MBE/WBEs | 2401 N. Lincoln Blvd.,<br>Suite 116<br>Oklahoma City, OK 73105 | |
| **Bureau of Indian Affairs**<br>Maintains a list of Native American Contractors and Suppliers by Trade | P.O. Box 368<br>Anadarko, OK 73005<br>Phone: 405.247.6673 | |
| **Oklahoma Department of Commerce**<br>Certification Programs and information | 900 N. Stiles Ave.<br>Oklahoma City, OK 73104<br>Phone: (405) 815-6552<br>Toll-Free: (800) 879-6552 | http://okcommerce.gov/new-and-existing-business-tools-and-assistance-for-existing-businesses/minority-owned-business-certification |
| **Cherokee Nation**<br>Tribal Employment Rights Office<br>Maintains a directory of certified businesses | Cherokee Nation TERO Dept.<br>PO Box 948<br>Tahlequah, OK 74465<br>(918)-453-5334        or<br>Toll Free 800-256-0671 ext 5334 | http://cherokeetero.com |

90

000930

Oklahoma Water Resources Board    ORF-249    Revised 03/17/20

# BIDDERS LIST

**To be completed by Project Owner** with documentation from all bidding Prime Contractors & Subcontractors
(List of all firms that bid or quote on Prime Contracts *and* Subcontracts on the project including Services and Supplies)

Project Name:_____ Project Loan Number: ORF-_____-CW

| | |
|---|---|
| **Company Name:** | |
| **Address:** | |
| **Contact Name:** | |
| **Phone:** | |
| **Email:** | |
| **Quote/Bid Amount ($)** | |
| **Date:** | |
| **Utilized: Yes___ No___** | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| **DBE: Yes___ No___** | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List If utilized submit the following with Bidders List:<br>• A copy of the companies MBE or WBE certificate is required<br>• EPA 6100-4 form is also required. |

| | |
|---|---|
| **Company Name:** | |
| **Address:** | |
| **Contact Name:** | |
| **Phone:** | |
| **Email:** | |
| **Quote/Bid Amount ($)** | |
| **Date:** | |
| **Utilized: Yes___ No___** | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| **DBE: Yes___ No___** | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List If utilized submit the following with Bidders List:<br>• A copy of the companies MBE or WBE certificate is required<br>• EPA 6100-4 form is also required. |

| | |
|---|---|
| **Company Name:** | |
| **Address:** | |
| **Contact Name:** | |
| **Phone:** | |
| **Email:** | |
| **Quote/Bid Amount ($)** | |
| **Date:** | |
| **Utilized: Yes___ No___** | If utilized and >$10,000 then ORF 212a form is required (from all subcontractors and suppliers). |
| **DBE: Yes___ No___** | If yes, MBE or WBE? _____ Check one: Construction____ Equipment____ Services____ Supplies____ EPA 6100-3 form is required for all DBEs that bid/quote, even if not utilized. Submit with Bidders List If utilized submit the following with Bidders List:<br>• A copy of the companies MBE or WBE certificate is required<br>• EPA 6100-4 form is also required. |

*Copy if additional pages are required.  **All forms to be submitted with Bidders List***

Pg ___ of ___



OMB Control No. 2090-0030
Approved: 8/13/2012
Approval Expires: 8/31/2015

**Disadvantaged Business Enterprise (DBE) Program**
**DBE Subcontractor Participation Form**

An EPA Financial Assistance Agreement Recipient must require its prime contractors to provide this form to its DBE subcontractors. This form gives a DBE[1] subcontractor[2] the opportunity to describe work received and/or report any concerns regarding the EPA-funded project (e.g., in areas such as termination by prime contractor, late payments, etc.). The DBE subcontractor can, as an option, complete and submit this form to the EPA DBE Coordinator at any time during the project period of performance.

| Subcontractor Name | | Project Name | |
|---|---|---|---|
| Bid/ Proposal No. | Assistance Agreement ID No. (if known) | Point of Contact | |
| Address | | | |
| Telephone No. | | Email Address | |
| Prime Contractor Name | | Issuing/Funding Entity: | |

| Contract Item Number | Description of Work Received from the Prime Contractor Involving Construction, Services, Equipment or Supplies | Amount Received by Prime Contractor |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

[1] A DBE is a Disadvantaged, Minority, or Woman Business Enterprise that has been certified by an entity from which EPA accepts certifications, as described in 40 CFR 33.204-33.205 or certified by EPA. EPA accepts certifications from entities that meet or exceed EPA certification standards as described in 40 CFR 33.202.

[2] Subcontractor is defined as a company, firm, joint venture, or individual who enters into an agreement with a contractor to provide services pursuant to an EPA award of financial assistance.

**EPA FORM 6100-2 (DBE Subcontractor Participation Form)**

000932

 United States
Environmental Protection
Agency

OMB Control No. 2090-0030
Approved, 8/13/2015
Approval Expires 8/31/2018

**Disadvantaged Business Enterprise (DBE) Program
DBE Subcontractor Participation Form**

Please use the space below to report any concerns regarding the above EPA-funded project:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| **Subcontractor Signature** | **Print Name** |
|---|---|
| | |
| **Title** | **Date** |
| | |

The public reporting and recordkeeping burden for this collection of information is estimated to average three (3) hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

EPA FORM 6100-2 (DBE Subcontractor Participation Form)

000933

 **EPA** United States Environmental Protection Agency

OMB Control No. 2090-00 xx
Approved 8/13/2013
Approval Expires 8/31/2015

**Disadvantaged Business Enterprise (DBE) Program**
**DBE Subcontractor Performance Form**

This form is intended to capture the DBE[1] subcontractor's[2] description of work to be performed and the price of the work submitted to the prime contractor. An EPA Financial Assistance Agreement Recipient must require its prime contractor to have its DBE subcontractors complete this form and include all completed forms in the prime contractors bid or proposal package.

| Subcontractor Name | | Project Name | |
|---|---|---|---|
| Bid/ Proposal No. | Assistance Agreement ID No. (if known) | | Point of Contact |
| Address | | | |
| Telephone No. | | Email Address | |
| Prime Contractor Name | | Issuing/Funding Entity: | |

| Contract Item Number | Description of Work Submitted to the Prime Contractor Involving Construction, Services, Equipment or Supplies | Price of Work Submitted to the Prime Contractor |
|---|---|---|
| | | |

DBE Certified By: ___ DOT    ___ SBA | Meets/ exceeds EPA certification standards?
___ Other: _____ | ___ YES ___ NO ___ Unknown

[1] A DBE is a Disadvantaged, Minority, or Woman Business Enterprise that has been certified by an entity from which EPA accepts certifications as described in 40 CFR 33.204-33.205 or certified by EPA. EPA accepts certifications from entities that meet or exceed EPA certification standards as described in 40 CFR 33.202.

[2] Subcontractor is defined as a company, firm, joint venture, or individual who enters into an agreement with a contractor to provide services pursuant to an EPA award of financial assistance.

EPA FORM 6100-3 (DBE Subcontractor Performance Form)

000934



OMB Control No: 2090-00 0
Approved: 8/ 1 /201
Approval Expires: 8/31/20 .

**Disadvantaged Business Enterprise (DBE) Program**
**DBE Subcontractor Performance Form**

I certify under penalty of perjury that the forgoing statements are true and correct. Signing this form does not signify a commitment to utilize the subcontractors above. I am aware of that, in the event of a replacement of a subcontractor, I will adhere to the replacement requirements set forth in 40 CFR Part 33 Section 33.302 (c).

| Prime Contractor Signature | Print Name |
|---|---|
| Title | Date |

| Subcontractor Signature | Print Name |
|---|---|
| Title | Date |

The public reporting and recordkeeping burden for this collection of information is estimated to average three (3) hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

EPA FORM 6100-3 (DBE Subcontractor Performance Form)

000935



United States
Environmental Protection
Agency

OMB Control No. 2090-0030
Approved: 8/13/2013
Approval Expires 8/31/2016

**Disadvantaged Business Enterprise (DBE) Program**
**DBE Subcontractor Utilization Form**

This form is intended to capture the prime contractor's actual and/or anticipated use of identified certified DBE[1] subcontractors[2] and the estimated dollar amount of each subcontract. An EPA Financial Assistance Agreement Recipient must require its prime contractors to complete this form and include it in the bid or proposal package. Prime contractors should also maintain a copy of this form on file.

| Prime Contractor Name | | Project Name | |
| --- | --- | --- | --- |
| Bid/ Proposal No. | Assistance Agreement ID No. (if known) | Point of Contact | |
| Address | | | |
| Telephone No. | | Email Address | |
| Issuing/Funding Entity: | | | |

| I have identified potential DBE certified subcontractors | ___ YES | ___ NO |
| --- | --- | --- |
| If yes, please complete the table below. If no, please explain: | | |

| Subcontractor Name/ Company Name | Company Address/ Phone/ Email | Est. Dollar Amt | Currently DBE Certified? |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

——— Continue on back if needed ———

[1] A DBE is a Disadvantaged, Minority, or Woman Business Enterprise that has been certified by an entity from which EPA accepts certifications as described in 40 CFR 33.204-33.205 or certified by EPA. EPA accepts certifications from entities that meet or exceed EPA certification standards as described in 40 CFR 33.202.

[2] Subcontractor is defined as a company, firm, joint venture, or individual who enters into an agreement with a contractor to provide services pursuant to an EPA award of financial assistance.

**EPA FORM 6100-4 (DBE Subcontractor Utilization Form)**

000936



OMB Control No. 2090-0034
Approved: 8/18/20--
Approval Expires 8/11/20--

**Disadvantaged Business Enterprise (DBE) Program**
**DBE Subcontractor Utilization Form**

I certify under penalty of perjury that the forgoing statements are true and correct. Signing this form does not signify a commitment to utilize the subcontractors above. I am aware of that in the event of a replacement of a subcontractor, I will adhere to the replacement requirements set forth in 40 CFR Part 33 Section 33.302 (c).

| Prime Contractor Signature | Print Name |
|---|---|
|  |  |
| Title | Date |
|  |  |

The public reporting and recordkeeping burden for this collection of information is estimated to average three (3) hours per response. Send comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, including through the use of automated collection techniques to the Director, Collection Strategies Division, U.S. Environmental Protection Agency (2822T), 1200 Pennsylvania Ave., NW, Washington, D.C. 20460. Include the OMB control number in any correspondence. Do not send the completed form to this address.

EPA FORM 6100-4 (DBE Subcontractor Utilization Form)

CRF-074
Labor Standards Certificate

## Clean Water State Revolving Fund
## **LABOR STANDARDS CERTIFICATE FOR BIDDING**

I certify that all the Davis Bacon Act and Labor Standards Contract Provisions of the specifications will be complied with during construction of the drinking water treatment works known as Drinking Water State Revolving Fund Project Number ORF-16-0004-CW

I also certify that all laborers and mechanics employed by me and my subcontractors during construction of the project will be paid wages at rates not less than those listed on the prevailing wage rates contained in the contract documents.

Project Description:

_____

_____

_____

Printed Name of Authorized Representative

_____         _____

Signature of Authorized Representative                        Date

000938











PERKINS AUTOMATED METER READING SYSTEM

## DIVISION 01 – GENERAL REQUIREMENTS

## SECTION 01 00 00 – PROJECT INFORMATION

### PART 1    GENERAL

1.    Construction Schedule

   a.    Refer to General Conditions, PART 23, for initial schedule requirements. Submit periodic updates as necessary to reflect any deviations of actual progress from initial schedule.

   b.    Prepare schedule in format approved by the Engineer and compatible with complexity of Project to illustrate the relationship of major work activities.

   c.    Minimum requirements will be horizontal bar chart on monthly time scale, with separate activities conforming to major divisions of the Specifications. Projected percentage completion of each activity and cumulative total of all activities should be shown for the first day of each month throughout the projected Contract duration.

   d.    Progress Payments may be withheld until the Contractor submits a schedule that truly represents the current status of the project.

2.    Insurance Certificates

   a.    As required in the General    Conditions, PART 25, submit proof of insurance. Submit updated certificates as necessary to verify current coverage.

3.    Project Data Submittal Schedule

   a.    List all anticipated submittals of project data as required by the Contract Documents and such additional data as considered necessary by the Contractor. Show proposed submittal dates for each so that Engineer may schedule timely review of submittals. Update monthly to reflect current status.

4.    Schedule Of Values

   a.    Where payment is to be based on unit bid prices, correlate schedule of values with bid items. Where payment is to be based on fixed price, correlate schedule of values with Divisions and Sections of Specifications. If separate payment is to be requested for materials suitably stored but not installed, segregate delivered costs, including taxes from installation costs including overhead and profit.

### PART 2    SHOP DRAWINGS, SAMPLES AND PRODUCT DATA

1.    GENERAL - Refer to General Conditions, PART 36 for responsibilities. Submittals on component parts fanning a system, or that are interrelated, shall be submitted at one time as a single submittal in order to demonstrate that the items have been properly coordinated and will function as a unit.

   a.    Shop Drawings - Identify details by reference to sheet and detail numbers shown on Contract Drawings. Use same symbols wherever practicable.

PROJECT INFORMATION

PERKINS AUTOMATED METER READING SYSTEM

Reproductions of Contract Drawings are acceptable as shop drawings only when specifically authorized in writing by the Engineer

b. Samples - Includes all required physical examples to illustrate materials, equipment or workmanship, which establish standards by which completed work is judged. Must be of sufficient size and clarity, and in sufficient quantity to clearly illustrate functional characteristics and full range of colors, patterns, textures or other properties, which will be actually produced.

c. Product Data - Includes manufacturer's schematic drawings, catalog sheets, brochures, diagrams, schedules, performance charts, illustrations, test reports, certificates of compliance, and other descriptive data not included on shop drawings. Modify standard descriptive data to delete information, which is not applicable, and clearly identify pertinent data.

2. SUBMISSION REQUIREMENTS - Submittals shall be made with a letter of transmittal to the Engineer by the Contractor, and not by subcontractors, suppliers or manufacturers.

a. When applicable submit one reproducible and one opaque print of each Shop Drawing, size not to exceed 24" x 36". Engineer will return reproducible showing approval or exceptions.

b. Submit samples in number specified, or if not so specified, in triplicate.

c. Submit Project Data in sufficient quantity for required distribution and record, allowing two copies to be retained by Engineer.

d. Identify all submittals with the following information, as applicable:

Project title and Engineer's project number.

Name of Contractor, Engineer, originating subcontractor or supplier.

Submittal date, and all revision dates.

Identify each product or material submittal by reference to specification section and page no., drawing no., or any other contract document reference applicable thereto.

3. TAXES- The project is not tax exempt and taxes shall be included in price.

## PART 3    MATERIAL AND EQUIPMENT

A. PRODUCTS LIST

1. Within 30 days after date of Contract, submit to Engineer five copies of a complete list of all products, which are proposed for installation. Tabulate list by, and be complete for, each Specifications Section. Include with listing of each product the name and address of manufacturer, trade name, model or catalog designation, reference standard, manufacturer's performance and test data, and subcontractor, as applicable.

2. REFERENCE STANDARDS - Reference in the Specifications to standard specifications or publications or technical societies or governmental agencies, such as ASTM, ANSI, AISC, ACI, AWS, Federal Specifications, or Commercial

Standard s will refer to latest edition adopted and published 30 days prior to receiving bids, unless specifically noted otherwise in the Contract Documents. It will be understood that all manufacturer s, producers and their agents, of materials required will have such reference standards available for reference and be fully familiar with their requirements as pertains to their product, material or equipment

    a.    In case of conflict between reference standards and Project Specifications, Project Specifications will govern. In case of conflict between reference standards and codes, the one having the more stringent requirements will govern.

3.    MANUFACTURER'S INSTRUCTIONS - Refer to General Conditions, PART 36.3.

    Contractor: will obtain and distribute necessary copies of manufacturer's instructions, including two copies to the Engineer. If a conflict exists between the manufacturer's instructions and the Contract Documents, notify the Engineer in writing and obtain his instruction prior to proceeding.

4.    PRODUCT DELIVERY, STORAGE AND HANDLING    Deliver materials, products and equipment to the project site in undamaged condition in manufacturer's original, unopened containers or packaging with identifying labels intact and legible. Arrange deliveries in accordance with the Construction Schedule and in ample time to facilitate inspection prior to installation to avoid unnecessary delays in the construction process.

    a.    Store and handle products as prescribed by manufacturer or as specified in the Contract Documents in a manner to protect from damage by moisture, weather, abuse or construction operations

## PART 4    PROJECT CLOSEOUT

A.    GENERAL

    1.    Refer to General Conditions, PART 21, for responsibilities and procedures with respect to completion and Final Inspection of the work.

    2.    Submit with or prior to Application for Final Payment, Consent of Surety to Final Payment and remaining releases, waivers, guarantees and all project data required by the Contract Documents.

B.    POST CONSTRUCTION INSPECTION

    1.    Prior to expiration of one year from Date of Substantial Completion the Engineer will make visual inspection of the project in company with the Owner to determine whether connection of defective work is required. The Contractor may be required to attend such inspection if requested by Engineer.

    2.    Any corrective work required within one year from Date of Substantial Completion will be performed by the Contractor at no additional expense to the Owner.

**END OF SECTION 01 00 00**

PROJECT INFORMATION

PERKINS AUTOMATED METER READING SYSTEM

**SECTION 01 11 00 - SUMMARY OF WORK**

**PART 1 - GENERAL**

The work covered by these SPECIFICATIONS and drawings shall consist of all materials, transportation costs, equipment, and tools that are related to, or are to be incorporated in this contract and must be received, unloaded, stored, installed, erected, service connections provided, and coordinated with the construction by the CONTRACTOR under this contract. Installation of equipment and materials shall mean furnishing of all labor and materials as required to place the improvements in successful operation. The CONTRACTOR shall be responsible for all equipment and materials and shall replace at his own expense all such equipment and materials found defective in manufacture or damaged in handling after delivery by the manufacturer. The improvements are as listed:

**CITY OF PERKINS / PERKINS PUBLIC WORKS AUTHORITY
PERKINS PWA AUTOMATED METER READING SYSTEM**

This contract shall include minor items not specifically mentioned herein but shown on the accompanying plans or obviously necessary to provide a complete job.

**The following description, while not intended to cover all details, outlines some items of work to be accomplished under this Contract:**

**ITEM NO. DESCRIPTION**

1. **Provide all meter and communication devices**
2. **Install all meters and communication devices**
3. **Provide hardware and software**
4. **Provide training**

The price named in the Proposal shall include the furnishing of all labor, material, transportation costs, equipment rental, etc., necessary to construct the project as herein specified and as shown on the accompanying plans.

This CONTRACTOR shall cooperate with the OWNER during construction so as to place the improvements in operation at minimum inconvenience and without significant disruption of the OWNER. The CONTRACTOR shall minimize his area of operation. Any areas disturbed will be restored to the OWNER's satisfaction.

**END OF SECTION 01 11 00**

SUMMARY OF WORK

PERKINS AUTOMATED METER READING SYSTEM

## SECTION 01 33 00 - SUBMITTALS AND SUBSTITUTIONS

### PART 1: GENERAL

1.1    **DESCRIPTION:**

    A.    WORK INCLUDED:

        1.    Wherever possible throughout the CONTRACT DOCUMENTS, the minimum acceptable quality of workmanship and materials has been defined by manufacturer's name and catalog number, reference to recognized industry and government standards, or description of required attributes and performance.

        2.    To ensure that the specified products are furnished and installed in accordance with design intent, procedures have been established for advance submittal of design data and for their review by the ENGINEER.

        3.    Make all submittals required by the CONTRACT DOCUMENTS, and revise and resubmit as necessary to establish compliance with the specified requirements.

    B.    RELATED WORK DESCRIBED ELSEWHERE:    Individual requirements for submittals are described in pertinent other Sections of these SPECIFICATIONS

1.2    **QUALITY ASSURANCE:**

    A.    COORDINATION OF SUBMITTALS: Prior to each submittal, carefully review and coordinate all aspects of each item being submitted and verify that each item and the submittal for it conforms in all respects with the requirements of the CONTRACT DOCUMENTS. By affixing the CONTRACTOR's signature to each submittal, certify that this coordination has been performed.

    B.    CERTIFICATES OF COMPLIANCE:

        1.    When requested, certify that materials used in the work comply with specified provisions thereof.    Certification shall not be construed as relieving the CONTRACTOR from furnishing satisfactory materials if, after tests are performed on selected samples, the material is found to not meet specified requirements.

        2.    Show on each certification the name and location of the work, name and address of CONTRACTOR, quantity and date or dates of shipment or delivery to which the certificate applies, and name of the manufacturing or fabricating company.    Certification shall be in the form of letter or company-standard forms containing all required data. Certificates shall be signed by an officer of the manufacturing or fabricating company.

        3.    In addition to the above information, all laboratory test reports submitted with Certificates of compliance shall show the date or dates of testing, the

SUBMITTALS AND SUBSTITUTIONS

PERKINS AUTOMATED METER READING SYSTEM

specified requirements for which testing was performed, and results of the test or tests.

**1.3    SUBMITTALS:**

A.    SUBMITTAL SCHEDULE: Within 10 days after award of Contract, and before any items are submitted for approval, submit to the ENGINEER two copies of the schedule described in Article 2.1 of this Section.

B.    CERTIFICATES OF COMPLIANCE: Upon completion of the work, and as a condition of its acceptance, submit to the ENGINEER all Certificates of Compliance.

C.    PROCEDURES: Make submittals in strict accordance with the provisions of this Section.

**PART 2:  PRODUCTS**

**2.1    SUBMITTAL SCHEDULE:**

A.    GENERAL: Compile a complete and comprehensive schedule of all submittals anticipated to be made during progress of the work. Include a list of each type of item for which CONTRACTOR's drawings, Shop Drawings, Certificates of Compliance, material samples, guarantees, Operations and Maintenance manuals or other types of submittals are required. Upon approval by the ENGINEER this schedule will become part of the Contract and the CONTRACTOR will be required to adhere to the schedule except when specifically otherwise permitted.

B.    COORDINATION: Coordinate the schedule with all necessary subcontractors and materials suppliers to ensure their understanding of the importance of adhering to the approved schedule and their ability to so adhere. Coordinate as required to ensure the grouping of submittals as described in Article 1.3

C.    REVISIONS: Revise and update the schedule on a monthly basis as necessary to reflect conditions and sequences. Promptly submit revised schedules to the ENGINEER for review and comment.

**2.2    SHOP DRAWINGS AND COORDINATION DRAWINGS:**

A.    SHOP DRAWINGS:

1.    Scale and measurements: Make all Shop Drawings accurately to a scale sufficiently large to show all pertinent aspects of the item and its method of connection to the work.

2.    Type of prints required: Submit all Shop Drawings in the form of electronic (.pdf) or hardcopy, minimum of 8 ½" by 11"

PERKINS AUTOMATED METER READING SYSTEM

**2.3    MANUFACTURERS' LITERATURE:**

A.    GENERAL: Where contents of submitted literature from manufacturers includes data not pertinent to the submittal, clearly indicate which portion of the contents is being submitted for review.

B.    NUMBER OF COPIES REQUIRED: Submit the number of copies which are required to be returned plus two copies which will be retained by the ENGINEER Under no circumstances shall less than five copies by submitted.

**2.4    SAMPLES:**

A.    ACCURACY OF SAMPLES: Samples shall be of the precise article proposed to be furnished. Samples shall have stickers or tags which bear identification of the project, the subcontractor, the vendor or manufacturer, the product color name or number, model, style or series, and the size and thickness of components.

B.    NUMBER OF SAMPLES REQUIRED: Unless otherwise specified, submit all Samples in the quantity which is required to be returned plus one which will be retained by the ENGINEER.

C.    REUSE OF SAMPLES: In situations specifically so approved by the ENGINEER, the ENGINEER's retained Sample may be used in the construction as one of the installed items.

D.    MATCH EXISTING MATERIALS: Brick or other materials that are to match existing materials shall require a "test panel" to be erected adjacent to the existing material to allow the OWNER to approve the match in size, color and texture

**2.5    COLORS AND PATTERNS:**

A.    Unless the precise color and pattern is specifically described in the CONTRACT DOCUMENTS, and whenever a choice of color or pattern is available in a specified product, submit accurate color and pattern charts to the ENGINEER for review and selection.

**2.6    SUBSTITUTIONS:**

A.    APPROVAL REQUIRED:

1.    The Contract is based on the standards of quality established in the CONTRACT DOCUMENTS.

2.    All products proposed for use, including those specified by required attributes and performance, shall require approval by the ENGINEER before being incorporated into the work.

3.    Do not substitute materials, equipment, or methods unless such substitution has been specifically approved for this work by the ENGINEER.

SUBMITTALS AND SUBSTITUTIONS

PERKINS AUTOMATED METER READING SYSTEM

B.    "OR EQUAL":

1.    Where the phrase "or equal" or "approved or equal" occurs in the CONTRACT DOCUMENTS, do not assume that materials, equipment, or methods will be approved as equal unless the item has been specifically approved for this work by the ENGINEER.

2.    The decision of the ENGINEER shall be final.

## PART 3: EXECUTION

### 3.1    IDENTIFICATION OF SUBMITTALS:

A.    GENERAL: Bind submittals with cover label that identifies project, division of work, subcontractor, and vendor/manufacturer. Consecutively number all submittals Accompany each submittal with a letter of transmittal containing all pertinent information required for identification and checking of submittals.

B.    INTERNAL IDENTIFICATION: On at least the first page of each copy of each submittal, and elsewhere as required for positive identification, clearly indicate the submittal number in which the item was included.

C.    RESUBMITTALS: When material is resubmitted for any reason, transmit under a new letter of transmittal and with a new submittal number

### 3.2    COORDINATION OF SUBMITTALS:

A.    GENERAL: Prior to submittal for approval, use all means necessary to fully coordinate all material including, but not necessarily limited to

1.    Determine and verify all interface conditions, catalog numbers, and similar data.

2.    Coordinate with other trades as required.

3.    Clearly indicate all deviations from requirements of the CONTRACT DOCUMENTS.

B.    GROUPING OF SUBMITTALS: Unless otherwise specified make all submittals in groups containing all associated items to ensure that information is available for checking each item when it is received. Partial submittals may be rejected as not complying with the provisions of the CONTRACT DOCUMENTS and the CONTRACTOR shall be strictly liable for all delays so occasioned.

SUBMITTALS AND SUBSTITUTIONS

## 3.3    TIMING OF SUBMITTALS:

A.    GENERAL:  Make all submittals far enough in advance of scheduled dates for installation to provide all time required for reviews, for securing necessary approvals, for possible revisions and resubmittals, and for placing orders and securing delivery.

B.    ENGINEER'S REVIEW TIME:  In scheduling, allow at least 21 calendar days for review by the ENGINEER following his receipt of the submittal.    Should unanticipated circumstances prevent the normal review time, a minimum of 10 working days review time must be allowed for reviews.

C.    DELAYS:  Delays caused by tardiness in receipt of submittals will not be an acceptable basis for extension of the Contract completion date.

## 3.4    ENGINEER'S REVIEW:

A.    CONTRACTOR'S APPROVAL:  Prior to submission to the ENGINEER, all submittals shall have been reviewed and approved by the CONTRACTOR.

B.    GENERAL:  Review by the ENGINEER shall not be construed as a complete check, but only that the general method of construction and detailing is satisfactory.  Review shall not relieve the CONTRACTOR from responsibility for errors which may exist.

C.    AUTHORITY TO PROCEED:  The notations "Reviewed, no exceptions noted" or "Reviewed, exceptions noted" authorize the CONTRACTOR to proceed with fabrication, purchase, or both, of the items so noted, subject to the revisions, if any, required by the ENGINEER's review comments.

D.    REVISIONS:    Make all revisions required by the ENGINEER.    If the CONTRACTOR considers any required revision to be a change, he shall so notify the ENGINEER as provided for under "Changes" in the General Considerations. Show each drawing revision by number, date, and subject in a revision block on the drawing.  Make only those revisions directed or approved by the ENGINEER.

E.    REVISIONS AFTER APPROVAL:  When a submittal has been reviewed by the ENGINEER, resubmittal for substitution of materials or equipment will not be considered unless accompanied by an acceptable explanation as to why the substitution is necessary.

**END OF SECTION 01 33 00**

PERKINS AUTOMATED METER READING SYSTEM

## SECTION 01 50 00 - CONSTRUCTION FACILITIES AND TEMPORARY CONTROLS

### PART I – GENERAL

**1.1   REQUIREMENTS INCLUDED**

    A.   Electricity, Lighting.

    B.   Heat, Ventilation.

    C.   Telephone Service.

    D.   Water.

    E.   Sanitary Facilities.

    F.   Construction Aids.

    G.   Barriers.

    H.   Cleaning During Construction.

    I.   Field Offices and Sheds.

**1.2   ELECTRICITY, LIGHTING**

    A.   Provide and pay the cost of service required for construction operations

**1.3   Heat, Ventilation**

    A.   Provide as required to maintain specified conditions for construction operations, to protect materials and finishes from damage due to temperature or humidity

    B.   Provide ventilation of enclosed areas to cure materials, to disperse humidity  and to prevent accumulations of dust, fumes, vapors, or gases

**1.4   Water**

    A.   Provide all water required for construction operations.

**1.5   SANITARY FACILITIES**

    A.   Provide and maintain required facilities and enclosures.

**1.6   CONSTRUCTION AIDS**

    A.   Provide and operate drainage and pumping equipment; maintain excavations and site free of standing water.

    B.   Provide special equipment required to locate prior to excavation all buried utilities and pipelines, regardless of whether or not they are shown on the drawings.

    C.    Dispose of water from test pumping so that public or private property owners are not damaged.

## 1.7    BARRIERS

    A.    Provide traffic control required to direct and maintain an orderly flow of traffic in public roadways affected by the Contractor's operations.

    B.    Provide qualified and suitably equipped flagmen when construction operations encroach on traffic lanes as required for regulation of traffic.

    C.    Provide barriers around existing trees and plants. Protect against vehicular traffic, stored materials, dumping, chemically injurious materials, and puddling or continuous running water.

## 1.8    CLEANING DURING CONSTRUCTION

    A.    Control accumulation of waste materials and rubbish; periodically dispose of off site.

    B.    Clean interior areas prior to start of finish work; maintain areas free of dust and other contaminants during finishing operations.

## 1.9    FIELD OFFICES AND SHEDS

    A.    Storage sheds for tools, materials, and equipment: Weathertight, with heat and ventilation for products requiring controlled conditions, with adequate space for organized storage and access, and lighting for inspection of stored materials.

## 1.10    REMOVAL

    A.    Remove temporary materials, equipment, services, and construction prior to Substantial Completion inspection.

    B.    Clean and repair damage caused by installation or use of temporary facilities. Remove underground installations to a depth of 2 feet; grade site as indicated. Restore existing facilities used during construction to specified or to original condition.

**END OF SECTION 01 50 00**

PERKINS AUTOMATED METER READING SYSTEM

## SECTION 01 78 39 - PROJECT RECORD DOCUMENTS

### PART I - GENERAL

#### 1.1   DESCRIPTION OF WORK

A.  Maintain at the site for the Owner one record Copy of:

1.  Drawings.

2.  Specifications.

3.  Addenda.

4.  Change Orders and other modifications to the contract.

5.  Approved shop drawings, product data and samples.

6.  Field test records.

B.  Related Requirements in Other Parts of the Project Manual:

1.  Conditions of the Contract

#### 1.2   MAINTENANCE OF DOCUMENTS AND SAMPLES

A.  Store documents and samples in Contractor's field office apart from documents used for construction.

1.  Provide files and racks for storage of documents.

2.  Provide locked cabinet or secure storage space for storage of samples.

B.  Maintain documents in a clean, dry, legible condition and in good order. Do not use record documents for construction purposes.

C.  Make documents and samples available at all times for inspection by Owner's Representative.

#### 1.3   RECORDING

A.  Label each document "PROJECT RECORD" in neat large printed letters.

B.  Record information concurrently with construction progress.

1.  Do not conceal work until required information is recorded.

C.  Drawings: Legibly Mark to Record Actual Construction:

1.  Location of each meter through GPS coordinates.

PROJECT RECORD DOCUMENTS

PERKINS AUTOMATED METER READING SYSTEM

D. Specifications and Addenda; Legibly Mark Each Section to Record:

1. Manufacturer, trade name, catalog number, and supplier of Representative for the Owner.

2. Changes made by Change Order or Field Order.

3. Other matters not originally specified.

E. Drawings and Specifications: Post addenda items, whether written or drawn, no the pages affected such that:

1. Cut-outs of items are securely attached to the sheet that the addenda modified.

2. The addenda number is reflected in each posted item.

3. Completely revised sheets are posted over the sheet revised and the outdated sheet is labeled "void".

## 1.4   Submittals

A. At contract close-out, deliver Record Documents to Owner's Representative.

B. Accompany submittal with transmittal letter in duplicate, containing:

1. Date.

2. Project title and number.

3. Contractor's name and address.

4. Title and number of each Record Document.

5. Certification that each document as submitted is complete and accurate.

6. Signature of Contractor or his authorized representative.

**END OF SECTION 01 78 39**

PROJECT RECORD DOCUMENTS

## DIVISION 33 – WATER UTILITY DISTRIBUTION EQUIPMENT

### SECTION 33 12 33 – AUTOMATED METER READING SYSTEM

#### PART 1      GENERAL

1.0     Sealed Proposals will be received by the Perkins PWA (THE OWNER) for the provision of an Automated Meter Reading System (AMR), together with the meters and software for the operation of the system as well as other requirements as listed in this BID document.

1.1     THE OWNER seeks Proposals from experienced, qualified vendor companies for an AMR. THE OWNER desires to acquire an AMR Network solution, state-of-the-art, ease-of-use, two-way communication AMR Drive-By solution for completely automating its water meter reading processes.

The proposed AMR shall interface seamlessly with the current billing system that THE OWNER utilizes.

Currently the OWNER utilizes Data Technologies, Inc. (Summit Municipal Accounting Solutions). The OWNER will pay Data Technologies for the Third Party Meter Reader Interface and file layout, but the CONTRACTOR will coordinate the transfer of data and implementation of the interface between the two systems.

The proposed AMR solution shall include features and/or tools that will simplify meter reading collection efforts and enable THE OWNER to enhance the service to its customers. The proposed AMR solution shall include proactive management functionalities to eliminate/reduce service calls; a data warehouse capability to serve customers with timely and accurate information; and an advanced, effective solution, making it possible for THE OWNER to offer significant additional services such as detection of leaks, conservation advice based on individual usage patterns, remote turn on/shut off services, and customer consumption data.

1.2     THE OWNER wishes to acquire an AMR solution that will support a fully automated system over its entire service area. The system must have employed innovative technology, field proven for its reliability and ease of use. The proposed AMR system must be integrated into THE OWNER's current operations and flexible to evolve as technology advances as well as the growth of THE OWNER.

1.3     The proposed system must meet THE OWNER's functional and business requirements, and must be resilient to certain environmental considerations described in the BID specifications. THE OWNER intends to select a single vendor solution that meets THE OWNER's water meter reading automation requirements

1.4     Project Background

1.4.1   THE OWNER is implementing a system-wide AMR project. THE OWNER seeks to automate the water meter reading process to reduce data collection costs. In addition to comparative billing, the system will be required to address various components of the transition including:

-       Ensured coordination of current meter reading routes during installation as not to interfere with current billing. The meter installs shall follow current read routes.

PERKINS AUTOMATED METER READING SYSTEM

- Continuous customer notification and updates throughout the implementation process is imperative to ensuring a smooth and successful project. The OWNER will require routine project coordination meetings

- Continuous conservation outreach and education after implementation is a desired outcome of the project.

- Applying automated meter reading and communications technology for electronic collection of meter readings and additional data such as water leak, interval reading data and log meter events that can be used for water usage profiling, demand forecasting, flow monitoring , time of use billing, and water conservation enforcement.

1.5    Project Goals- THE OWNER will consider the use of a drive by meter reading system

1.5.1   The primary goals for the AMR are:

- Collecting accurate meter readings

- Reducing data collection costs and capturing meter information

- Electronically collecting meter readings and additional data such as water leaks, low battery, tamper, or reverse flow and high or low usage alarms.

- Capturing interval data and log meter events that can be used for meter usage profiling, flow monitoring, and water conservation enforcement

- Data, which can be transmitted to its back office for electronic storage through drive-by collection methods.

- The proposed AMR solution shall be implemented quickly to streamline THE OWNER's meter reading processes, reduce meter reading collection costs and improving its customer satisfaction.

- THE OWNER seeks a vendor that will continually enhance the BID solution, via provision of upgrades and new version releases throughout the duration of THE OWNER's use of the AMR system purchased. Upgrades of firmware can be downloaded to the MIUs deployed via a 1 or 2-way communication capability through the system.

- THE OWNER seeks a team that will provide all hardware, software and services to implement the proposed AMR solution. In general, THE OWNER prefers an integrated, full-function AMR solution supported by a single Proposer

- The System must be able to accept added features such as Remote Shutoff Valves and preference may be given to systems with Acoustic Leak Detection via a 1 or 2-way communication capability through the system.

- Continuous customer notification and updates throughout the implementation process.

- Continuous conservation outreach and education after implementation

1.6    THE OWNER is soliciting proposals for a comprehensive, user friendly, easy to use and learn, fully integrated automated drive by meter reading system and implementation services that satisfy the requirements set forth in this BID and meet THE OWNER's future business and technology needs.

AUTOMATED METER READING SYSTEM

1.7     Specifications for Water Meters

1.7.1   Water meters shall be replaced with absolute encoder or equivalent water meters or dials
        with the following sizes:

| Item No. | Meter Size | No. of Units | Type |
|---|---|---|---|
| 1 | 5/8" X 3/4" | 1,608 | Positive Displacement |
| 2 | 1 1/2" | 2 | Positive Displacement |
| 3 | 2" | 8 | Positive Displacement |
| 4 | 3 | 9 | Turbo |
| 5 | 4 | 3 | Turbo |

1.7.2   The meters must be capable of accepting an MIU that is wired to the meters. Antennas
        may need to be mounted in the lid or under the lid according to the manufacture's
        requirement. It will be the proposers responsibility to determine the need for antennas.
        On large meters they shall be absolute encoder type dials. The count for water meters is
        an estimate and will be used for unit pricing.

## PART 2     GENERAL REQUIREMENTS

2.0     In order to facilitate the analysis of Proposals to this BID, Proposers are required to
        prepare their BID in accordance with the instructions outlined in this part. Proposals should
        be prepared as simply as possible and provide a straightforward, concise description of
        the Proposer's capabilities to satisfy the requirements of the BID. Emphasis should be
        concentrated on accuracy, completeness, and clarity of content. All parts, pages, figures,
        and tables should be numbered and clearly labeled.

2. 1    Proposals must comply fully with the details in the BID. Required supporting
        documentation must be included and must be appropriately identified. Failure to provide
        a response may be grounds for rejection of the BID. THE OWNER may reject incomplete
        Proposals; Proposals containing errors, inconsistencies, false, inaccurate or misleading
        information; or other process or content errors or deficiencies.

2.2     Scope of System

2.2.1   The scope for the AMR system functions includes to the following type of network:

2.2.2   Drive by Networks - Meter Reading Hardware Equipment

        (A)     Endpoints/Meter Interface/Meter Transmission Units

                -       Must work on any size Residential/Commercial/Industrial water meters

                -       Support user defined data collection levels

                -       May be able to send data to the drive-by unit and receive confirmations
                        back from the drive-by unit that the data has been received.

                -       MIUs and the drive-by unit may receive firmware upgrades via the system's
                        1 or 2-way communication capabilities over the network.

                -       Must provide meter event log and data log

PERKINS AUTOMATED METER READING SYSTEM

- Must send alerts when trouble conditions such as leak, tamper, meter error, audit failure, low battery are detected
- Must be able to store at least 90 days of hourly usage data within each device

2.2.3   Data Collection Engine

- All meter collection information shall be accessible from any authorized PC Laptops connected to the system. This user interface shall be easy to navigate and collect information from.
- Provide standard and customized reports.
- Provide leak, tamper, and error data.
- Support consumption disputes.
- Must be able to store at least 90 days of hourly usage data within each device

2.3   Antennas - THE OWNER meter box lids are approximately 50% cast iron and 50% plastic. If required by the manufacturer, the proposed Endpoints or Meter Interface Units shall be installed in a through-the-lid or under the lid application. The Cast Iron lids should be Plasma Cut and the Endpoints or Meter Interface Units (MIU) should be installed using a Lid Lock device to secure them to the Lid. The cost required to complete through the-lid installation should be included in the original bid; THE OWNER will not approve any change orders to plasma cut or drill Cast Iron Lids or replace with alternative lids. The OWNER will not approve any change orders for lid mounted antennas intended to increase read rates. Additional antennas shall be installed at the expense of the contractor.

2.4   Read Reliability

2.4.1   Proposer shall price in its proposal and provide a sufficient number of antennas (if needed) to obtain reliable drive-by reads of all meters on which the system is installed. It is the OWNERS intent to be supplied a system which provides reads regularly through one drive route with minimal to no back tracking to collect reads. It is understandable at times there are temporary physical barriers beyond the control of THE OWNER or the Proposer.

2.5   System Capacity

2.5.1   Must be able to store at least 90 days of hourly usage data within each device.

2.6   Number of Units

2.6. 1   Proposer is solely responsible for determining the mix of data collectors and MIU placement strategies needed to meet or exceed the reading success rates. If applicable indicate in the proposal submittal the estimated number of data collection units needed to achieve that level of performance.

2.7   Operations & Billing

2.7.1   Provide a seamless system with a user-defined display with a friendly graphical interface. The software must be compatible with the current billing software

2.8    Hardware, Application Software, and Computing

2.8.1    In addition to providing an overview of the BID solution, the Proposer must present, in detail, the key features and capabilities of the software applications as they relate to THE OWNER. Provide in narrative form (at least one paragraph per item) answers to the following questions:

-    Software Upgrades. What is the upgrade frequency? How are patches and fixes deployed? How are patches and fixes applied? How are upgrades applied? How many versions of the software does your company support? Will the proposed software supplement the current billing software in use?

-    Additional Product Solution Functionality. Proposers should provide product descriptions for their entire product solution; explain those solution items that provide additional functionality to the AMR solution and the integration level.

-    Endpoints and antennas. Proposers must identify all equipment/hardware of the proposed system, including the physical installation of the AMR devices.

-    Technology Architecture. When identifying the technical architecture requirements, Proposers must identify the optimal configuration, not merely the preferred configuration.

2.9    Drive by Network – Endpoints, Data Collection Devices and Accessories if needed.

-    Collection of data shall be through one unit easily carried in a vehicle.

-    MIUs shall be enclosed in a weather-resistant enclosure.

2.10    Training

2.10.1   The Proposers must provide complete all inclusive training services for the OWNER as part of their proposed implementation plan. The training plan supporting the solution implementation shall include and address the following issues:

2.10.2   Training Services -The BID training shall address the following:

-    Included in the training shall be at least one complete day of on-site training for the use of billing software and integration of the meters into the billing software and system network.

-    Include options for additional on-site or web/phone based training at the OWNERS request.

-    Operations training may be part of the initial installations, but the Proposer must ensure the operations personnel is properly trained in the use of hand-held and installation of new meters.

## PART 3    MAINTENANCE AND SUPPORT PROGRAMS

3.1    Post-implementation and on-going support to be provided by the Proposer shall include:

-    On-site, post-implementation support (project manager e.g., one month of on-site support after go-live, optional "as-needed" support (7days/week).

-    Telephone support (include toll-free support hotline, hours of operation, availability of 24 x 7 hotline, etc.).

PERKINS AUTOMATED METER READING SYSTEM

- Defined level of support

- Delivery method of future upgrades and product enhancements including historical frequency of upgrades.

- Problem reporting and resolution procedures.

3.2   Endpoint Functional & Technical Specifications

3.2.1 Proposers must provide information for each of the proposed Endpoint product types that you are proposing to THE OWNER.

    (a)   Configuration

    (i)   MIU must be configured with a 1 or 2-way handheld device, two (2) new handheld devices shall be provided to the Owner at the end of the project.

    (b)   Function and Operation

    (i)   It is the Proposers responsibility to ensure the power output and typical transmittal range of the MIU shall be substantial enough to reach drive by unit at the road route as determined by the Proposer and OWNER.

    (ii)   MIU must deploy 1 or 2-way communication for receiving and transmitting data.

    (iii)   The MIU must be capable of storing and holding hourly data for 90 days.

    (iv)   MIU must be capable of storing data (examples of which are: tamper, leaks, low battery, high and low usage alarms etc.).

    (v)   GPS location of each meter shall be provided to the OWNER at the end of the project in electronic form.

    (vii)   MIU must be able to give a low battery alarm well in advance of failures to allow the operator to perform schedule maintenance.

    (c)   Warranty

    (i)   Battery life of MIU must be warranted 100 % for a minimum of 10 years. A prorated warranty will be allowed for the time in excess of 10 years.

    (ii)   Conditions of warranty shall be included in BID.

    (iii)   The Proposer shall clearly define the warranty on the meters, MIUs, repeaters and DCU's .

    (iv)   Battery warranty shall be clearly explained separate from other warranties.

    (v)   Specify battery life of all units.

    (d)   Accessories

    (i)   Temperature tolerances of the product shall be -40°F to +158°F

    (ii)   Relative humidity (RH) tolerances of the product must be able to withstand harsh pit conditions which often may be submitted to extended periods of submergence.

    (iii)   Any special antenna mounting requirements including pole, and bracing restrictions within the pit shall be included in the bid.

3.3     Price of BID Response

3.3.1   Proposers should submit in detail all project costs of the installation for the system of approximately 1,630 water meters (e.g. software licenses, hardware/equipment cost, ongoing maintenance fees, professional services fees).

3.3.2   Response must include all components that THE OWNER needs to attain the functionality stated in these BID documents. Also included are to be all consulting hours needed to implement the BID. Configuration, integration or job migration, reporting, and training, must be included in the cost of the BID.  Also costs of Performance, Maintenance and Surety Bonds required on this project should be taken into consideration.

3.3.4   NOTE: Proposers should supply in their response a listing of their entire product solution and itemized hardware/equipment, software product pricing, including software related maintenance, support pricing, licensing fees and all associated costs. While this BID defines minimum requirements for the proposed solution, Proposers must identify any needed interfaces and explicitly identify all costs in the pricing BID.

3.4     Owner Provided Information

3.4.1   Maps - The ENGINEER has prepared a water service system map showing the general location of the Authorities water serving boundaries. The maps are identified as City of Perkins Corporate Limits Map (ODOT) & Water Distribution System Map in the bid documents.

3.4.2   Meter Locations- The bidder can assume the water meters are located adjacent to these lines and houses in public right of way. The exact location of the Authorities water meters is not available in a digital format. The meter account address information can be assumed to be a general location of the meter.   The Authority has a hard copy of individual subdivision maps that show the location of the waterlines. These maps are available in the Authorities office for viewing.

**END OF SECTION 33 12 33**

## SECTION 33 12 34 - AUTOMATIC METER READING (AMR) SYSTEM HARDWARE

### PART I        GENERAL

1.1    Scope - This specification describes allowable water meters and transmitters that are compatible with the Owners existing distribution/meter system.

1.2    The Contractor shall provide meters compatible for use in a cold water system. All meters must be certified against ANSI/NSF 61 Standard (including Annex G).

1.3    All markings shall be as per requirements of the AWWA C700 and NSF-61 standards.

1.4    Size and Capacity shall be as specified in AWWA Standards C700.

### PART 2        PRODUCTS

2.1    Meter Interface Unit (MIU) or Transmitter/Data Logger: The one or two-way MIU shall conform to the following:

2.1.1    The MIU must be capable of operating in harsh environments. List the environmental specifications of the MIU and describe its ability to withstand extreme high and low temperature conditions as well as its resistance to water intrusion. As a minimum, the MIU must function accurately and not be damaged over an operating temperature range of 40° F to +158° F.

2.1.2    The MIU must operate as one or two way communication in the non-licensed ISM band according to the rules and regulations of the Federal Communications Commission (FCC) and Industry Canada (IC)

2.1.3    Battery operated MIUs must have a minimum battery design life of 15 years with a 100% warranty for failure within the first 10 years. A prorated warranty will be required for all years in excess of the 10-year minimum.

2.1.4    The vendor's solution must provide the same functionality for both indoor water meters and those located in pit settings. MIUs proposed for pit settings must be able to withstand the harsh pit environment and have no exposed electrical connections

2.1.5    The MIU must operate in bubble-up mode at intervals for mobile drive by not greater than 10 seconds.

2.1.6    The MIU shall have a low battery flag that indicates it has reached 90% of useful life

2.1.7    The MIU must be capable of detecting and reporting potential theft. At a minimum, the MIU must report cut cable tamper, communication error, and reverse flow

2.1.8    The MIU must be capable of detecting and reporting leak events

2.1.9    The MIU shall have the option of having a remote antenna for exceptionally unfriendly RF environments where standard mobile mode is not sufficient for satisfactory reading performance.

2.1.10  Vendor must demonstrate experience in manufacturing and supplying based MIUs to the water utility market. A list of similar facilities will be required with the proposal

2.1.11  The MIU must be able to connect to absolute encoder-type registers.

2.1.12  MIUs must be capable of auto-detecting an encoded register and configuring themselves to the proper meter without the requirement for programming.

AUTOMATED METER READING SYSTEM HARDWARE

2.2    Positive Displacement Meter Requirements (2" and Less) - All water meters shall meet the following general specifications for composite or low lead brass meters:

AWWA C700 - Standard Specification for Cold Water Meter - Displacement Type AWWA C702- Cold Water Meters - Compound Type

AWWA C707 – Encoder - Type Remote Registration Systems for Cold Water Meters

ANSI/NSF Std. 61, Annex G & ANSI/AWWA C710 - Thermoplastic Water Meters

The meter and register display shall be rated to IP68 (NEMA 6P) and be suitable for indefinite submergence to a depth of up to 33 feet (10m). The meter should be fully IP68 sealed at the factory and not require additional potting material at installation. The sensor shall also be suitable for installation in underground meter vaults or pits. The manufacturer shall, on request, provide evidence of satisfactory operation of similar sensors for a minimum period of 5 years in buried installations.

The meter shall incorporate a dial measurement device in case of MIU failure. Dial measurement may be accompanied with a screen display.

The following manufacturers are approved:

-   Neptune
-   Sensus
-   Hersey
-   Ferguson
-   Badger
-   Engineer approved equal

2.2.1    All volume totalizer values shall be backed up in the intelligent sensor for total security. In the event of meter failure you must be able to retrieve the final reading from memory.

2.2.2    The meter shall be compatible with electronic meter reading systems, including hand-held scan reading and Walk-by, Drive-by, Fixed Network radio frequency systems.

2.2.3    The meter shall also have the ability to provide an absolute encoded output for interfacing with AMR/AMI devices.

2.2.4    Integrated Absolute Encoder Specification with dials. Registers must be sealed and dry. The lens shall be positioned above the register to allow for run off of debris. The register lid shall overlap the register to protect the lens. Registers and lids shall be of high-strength synthetic polymer or approved equivalent.

2.2.4.1 All registers shall have the size and model marked on the register face.

2.2.4.2 Registers shall be secured to the main case by means of a tamper-proof seal.

2.2.4.3 The self-contained absolute encoder register metering system shall be designed to obtain remote simultaneous water meter registration that is guaranteed to exactly match the registration on the register odometer. The absolute encoder meter register shall be a direct mounting, electromagnetically encoded measuring element included with a dial measurement device.

2.2.4.4 Provision shall be made to prevent water intrusion in the register through the use of seal wires to further secure the register.

2.2.4.5 Electrical Construction - The encoder register shall incorporate electronic hardware and firmware designed to verify accurate measurement, information transmission and data integrity.

2.2.5    The meter shall be designed, manufactured and tested under the most up to date series of quality control standards.

2.2.6    The meter must be guaranteed to be free from defects in materials and workmanship for 15 years in potable water applications.

2.3    Meter Requirements (Greater Than 2 ") - All water meters shall meet the following general specifications for low lead bronze meters.

AWWA C701 – Cold - Water Meters - Turbine Type, for Customer Service

AWWA C707 – Encoder - Type Remote Registration Systems for Cold Water Meters NSF/ANSI Standard 61 (Annex F); July 2012

NSF/ANSI Standard 372; October 2010

ANSI Bl6.1/AWWA Class 125 - Flange Connections

**END OF SECTION 33 12 34**

PERKINS AUTOMATED METER READING SYSTEM

### SECTION 33 12 35 – WATER METER INSTALLATION BY CONTRACTOR

**PART 1      GENERAL**

1.0    Scope - The Contractor will remove existing water meters located in the distribution system and replace those meters with new water meters equipped with Automated Meter Reading (AMR) radio transmitters.

1.1    The Contractor shall demonstrate proven experience in the removal and exchange of water meters on similar size water systems to new AMR systems.  The Contractor shall provide a full time Superintendent to supervise and direct the removal and replacement of the water meters. The Contractor shall submit the qualifications of the proposed Superintendent to the Owner for review and approval. Any change in Superintendents must be approved by the Owner.

1.2    The old water meters will be turned over to the Owner.

1.3    Storage facilities will be provided for all new meters and meter interface units by the OWNER.

1.4    The Owner will furnish the Contractor a list of Water Customers, which identifies the customer's name, address, account number and size of meter.

1.5    Standard Installation - Residential meters are typically installed in a below ground readily accessible meter can. There are no confined space requirements.

**PART 2      COORDINATION**

2.0    The Contractor shall furnish the Owner a work schedule. The schedule shall identify the area or areas the Contractor is working in. The Owner prior to the commencement of work must approve this schedule. The mutually agreed upon critical path schedule will become an integral part of the contract and will be used to assess contract performance and measure progress. It may also be used to declare the Contractor in default of this contract.

2.1    The Contractor shall coordinate the installation with the meter-reading department.

2.2    Weekly progress meeting will be required between the Contractor and Owner to coordinate the installation process with the on-going meter reading function of the Owner.

2.3    All of the Contractor's employees must be issued an ID badge. Each employee will be required to wear the badge so that it is displayed at all times.

2.4    The Contractor shall supply all of the necessary tools and equipment for the complete installation and testing of each meter.

2.5    The Contractor shall immediately notify the Owner if the existing meter cut-off valve is not operable or if there are other problems that prevent the removal and installation of the new AMR meter system at a specific location.  The Contractor will not do any additional work without Owner authorization.

2.5.1    Once notified, the Owner may choose to complete the work at that site using its own personnel or request the Contractor to make the necessary repairs at the direction of both parties.

WATER METER INSTALLATION BY CONTRACTOR

PERKINS AUTOMATED METER READING SYSTEM

2.5.2 All materials for work not associated with meter exchange shall be provided by the Owner, unless otherwise requested.

2.6 Restricted Access- for all meter boxes in restricted access areas or back yards which do not allow easy access for the installers (fences in areas), the Owner may choose to conduct the exchange using its own personnel or assist the Contractor in the exchange.

**PART 3    EXECUTION**

3.0 Water Meter Exchange and Transmitter Installation by contractor shall be as follows for standard installations; it shall be the responsibility of the contractor to complete the following work:

3.1 Safely remove meter box cover, clean out and remove debris in the meter can and verify meter number.

3.2 Attempt to notify customer if they are home. If there is no answer, check to see if meter is turning. If turning, come back later or wait a few moments to see if meter stops turning.

3.3 Record final reading from old meter and take a picture of old meter. All pictures shall be date stamped and saved in electronic format in case of dispute.

3.4 Meter Removal - Close the inlet side valve to the meter. Then depressurize the system by opening a faucet to relieve water pressure until water flow stops. Do not remove the meter if flow continues. When water flow stops, isolate the meter by closing the outlet side valve of meter setting.

3.4.1 Loosen meter couplings, remove the meter and the old gaskets in the coupling nuts. Clean coupling nuts and remove any pipe dope or dirt from the threads. Check existing setting for alignment and spacing. Correct any misalignment and spacing in the setting.

3.5 Meter Placement - Place new connection gaskets inside the coupling nuts. Place the meter between the coupling nuts with the inlet and outlet of the meter corresponding to the direction of flow in the service line.

3.5.1 Engage the coupling nuts with the threaded meter ends.

3.5.2 Check that the coupling nuts are properly aligned to prevent cross-threading (stripping) damage to the threaded meter ends.

3.5.3 Turn the coupling nuts until they are hand-tight. Apply a partial turn using an open-end wrench, DO NOT over tighten. Pipe dope or sealants are not required or recommended.

3.5.4 Open the inlet shut-off valve slowly to fill and pressurize the meter. Check for leaks around the meter and connections.

3.5.5 Open the meter outlet valve slowly to pressurize the consumer side of the system.

3.5.6 Open a faucet to allow any trapped air to escape. Turn off the faucet when normal water flow occurs.

3.5.7. Record new meter size, serial number, address, date installed, initial reading, and take a picture of the new meter.

WATER METER INSTALLATION BY CONTRACTOR

PERKINS AUTOMATED METER READING SYSTEM

3.6     Cleanup: Replace meter box cover. When a meter exchange is completed the contractor shall leave the premises in a clean manner as close as possible to the manner in which it was found with no tools, trash, large dirt piles, or other debris either on the customer's property or within the meter box.

3.7     When a meter exchange is completed all components within the meter box shall be in working order with no leaking components and the meter turning as designed. Meter box shall be free of debris or trash.

3.7.1   Meter box cover shall fit snugly and securely without pressing on the radio transmitter and without presenting any danger to pedestrians.

3.7.2   For route completion all meters must be verified by reading with the utility's receiving equipment.

3.8     The Contractor shall provide the Owner a completed list of replaced meters every week. The list shall include the meter ID number, account number, address, date of installation and initial meter reading.

3.9     The contractor will be required to submit the data identified in this section to the Owner in an electronic format. The Owner will provide the field format for the required data to the contractor. The data will be transmitted to the Owner in a comma-delineated format using a flash drive.

3.10    The contractor will be allowed to work on more than one route at a time. All work areas shall be coordinated with the Owner.

3.11    Work Hours: The contractor's normal work hours as required by the project specifications will be from 8:00a.m. to 5:00p.m., M-F. The Contractor must request the Owner's approval for work scheduled outside the normal work hours.

3.12    Bid Section 2 (Labor Costs): The Labor Cost associated with these bid items is for a typical meter installation that does not require any additional work beyond cleaning out the meter can and removing/replacing the meter along with installing the MIU and antennas as required by the Vendor. Replacement of the meter lids with new plastic lids (if required by the Vendor to achieve the specified read reliability identified in Section 33 12 33 PART 2.4.1) would be included in this work at no extra charge.

3.13    Contract Time: The contract time will start as defined in the Notice to Proceed.

3.14    Non-Typical Meter Installation: Bid Items 6 & 7, Section 2 are to be used to correct a non-typical meter installation and approval for work will be at the discretion of the OWNER. The bid items are for labor only.

The Owner will provide the materials for the non-typical installation through bid items 7 & 8, Section 1. The bid item for the removal and replacement or installing a new meter can is for a meter located in a non-paved area. Meter boxes in paved areas that need adjustment shall be adjusted and paid for at the discretion of the OWNER. Before adjustment, approval must first be obtained from the OWNER and Engineer.

**END OF SECTION 33 12 35**

WATER METER INSTALLATION BY CONTRACTOR





TOWN OF PER...
...NE COUNTY OKLAHOMA
WATER DISTRIBUTION SYSTEM

 

Section 6

## Warranty Information

A comprehensive warranty and maintenance agreement will be provided upon request.

**Software** – MI.Host, MI.Data, EZReader and other software products are covered by a one (1) year warranty on material and workmanship and shall perform substantially as described with Provider then current Documentation.

**Hardware** – MI.Node electric (Smart Meter), MI.Hub Data Collector, Street Machine RF Receiver, Pickup, handheld receivers, TRURead™ remotes, laptops PC's, Server Hardware and all other peripheral electronic products are covered by a one (1) year warranty on material and workmanship.

**Radio Modules** – MI.Node Water Modules and Hot Rod™ Modules are covered by a ten (10) year warranty on material and workmanship. Additionally, MI.Node Water Modules and Hot Rod™ Modules are covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five-percent (25%) discount. MI.Hydrant Transceivers and model 420RDM (Remote Disconnect Valve) are covered by a five (5) year warranty on material and workmanship. Additionally, the unit is covered by a prorated warranty for years six (6) through ten (10) at a fifty-percent (50%) discount. All prorated warranty credit listed will apply to list pricing in effect at the time of the return.

**Encoder Register Products** – Hersey Translator™ Encoder register, Wall Pads and Pit Pads are covered by a ten (10) year warranty on material and workmanship. Additionally, the complete unit is covered by a prorated warranty for years eleven (11) through fifteen (15) at a fifty-percent (50%) discount, years sixteen (16) through twenty (20) at a twenty-five percent (25%) discount. The prorated warranty credit listed will apply to list pricing in effect at the time of the return.

**Water Metering Products:**

Models 400, 500, MVR, RFM, FM3, HM, and HbMag cold-water meters and detector check models, EDCIV are covered against defects in material and workmanship for a period of one (1) year from the date of installation.

Maincases for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of twenty-five (25) years from the date of installation.

Standard Registers for the above listed meters are guaranteed to be free from defects in material and workmanship for a period of fifteen (15) years from the date of installation.

Models 400 and 500 meters are guaranteed to perform to AWWA new meter accuracy standards as defined in the most current revision for a period of five (5) years from the date of installation.

Models MVR, RFM, FM3, HM and HbMag meters are guaranteed to perform to AWWA new meter accuracy standards as defined in the most current revision for a period of one (1) year from the date of installation.

Models 400 and 500 meters are guaranteed to perform to AWWA repaired meter accuracy standards for the following time periods:

5/8" – fifteen (15) years from the date of installation, or the registration of 1,750,000 U.S. gallons, whichever comes first.

3/4" – fifteen (15) years from the date of installation, or the registration of 2,000,000 U.S. gallons, whichever comes first.

1" – fifteen (15) years from the date of installation, or the registration of 3,000,000 U.S. gallons, whichever comes first.

1-1/2" – fifteen (15) years from the date of installation, or the registration of 5,500,000 U.S. gallons, whichever comes first.

2" – fifteen (15) years from the date of installation, or the registration of 8,500,000 U.S. gallons, whichever comes first.

If the above listed meters do not perform as specified, Provider will repair or replace them, at Provider's option, subject to the following:

c) Provider shall be determined to not be performing as guaranteed if it fails to pass an accuracy test, conducted by the customer according to AWWA standards. If the meter is inoperative because of foreign material, all such material must be removed prior to testing. A copy of the customer's test results must accompany the Hersey meter being returned. If the customer chooses not to test a Hersey meter before returning it, Provider will repair or replace the meter at Provider's option after the meter has been tested by Provider. When test is conducted by Provider, the customer will be charged a reasonable testing fee.]

